IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
VILLAGE ROADSHOW ENTERTAINMENT                               :   Case No. 25-10475 (TMH)
GROUP USA INC., *et al.,*[1]                                 :
                                                             :
                                                             :   (Jointly Administered)
         Debtors.                                            :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of CP Ventura LLC ("CP Ventura"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Michael J. Merchant | David A. Hammerman |
| Amanda R. Steele | **LATHAM & WATKINS LLP** |
| **RICHARDS, LAYTON & FINGER, P.A.** | 1271 Avenue of the Americas |
| One Rodney Square | New York, NY 10020 |
| 920 North King Street | Telephone: (212) 906-1398 |
| Wilmington, Delaware 19801 | E-mail: david.hammerman@lw.com |
| Telephone: (302) 651-7700 | |
| Facsimile: (302) 651-7701 | |
| Email: merchant@rlf.com | |
|       steele@rlf.com | |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

RLF1 31812236v.1

Deniz A. Irgi
Davis A. Klabo
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
Telephone: (213) 891-8023
Email: deniz.irgi@lw.com
          davis.klabo@lw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the Debtors, property of the Debtors, or property of the estates.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice shall not be deemed or construed to be a (i) consent to the jurisdiction and/or venue of the Bankruptcy Court, or (ii) a waiver of any rights of CP Ventura (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which CP Ventura is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments CP Ventura expressly reserves.

| | |
|---|---|
| Dated: April 21, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Michael J. Merchant*<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: merchant@rlf.com<br>          steele@rlf.com<br><br>-and-<br><br>David A. Hammerman (*pro hac* forthcoming)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1398<br>E-mail: david.hammerman@lw.com<br><br>Deniz A. Irgi (*pro hac* forthcoming)<br>Davis A. Klabo (*pro hac* forthcoming)<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 891-8023<br>Email: deniz.irgi@lw.com<br>          davis.klabo@lw.com<br><br>*Counsel for CP Ventura LLC* |