UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter  11

Case No. 25 - 10475 ( TMH )

Debtor: Village Roadshow Entertainment Group USA, Inc., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Daniel S. Shamah, Esquire

to represent  Vine Alternative Investments Group, LLC

in this action.

Joseph H. Huston, Jr. (No. 4035)

Firm Name: Stevens & Lee, P.C.
Address: 919 North Market Street
Suite 1300
Wilmington, DE 19801
Phone: (302) 425-3310
Email: jhh@stevenslee.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Daniel S. Shamah, Esquire

Firm Name: Cooley LLP
Address: 55 Hudson Yards
New York, NY 10001-2157
Phone: 1 212 479 6254
Email: dshamah@cooley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105