**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Ronaldo Lizarraga Angulo, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On or before April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 197]

- **Declaration of Reid Snellenbarger in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** [Docket No. 198]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

- **Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 199]

- **Supplemental Declaration of Justin R. Bernbrock in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sheppard, Mullin, Richter & Hampton LLP as Counsel to the Debtors and Debtors in Possession, Effective as of the Petition Date** [Docket No. 203]

- **Notice of Agenda for Hearing of Matters Scheduled for April 22, 2025 at 2:00 p.m. (ET)** [Docket No. 205]

- **Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 206]

- **Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date** [Docket No. 207]

- **Order Authorizing the Retention and Employment of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Debtors, Effective as of the Petition Date** [Docket No. 208]

- **Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief** [Docket No. 209]

- **Order Authorizing the Retention and Employment of Sheppard, Mullin, Richter & Hampton LLP as Counsel to the Debtors and Debtors in Possession, Effective as of the Petition Date** [Docket No. 210]

- **Declaration of Keith Maib in Support of the Debtors' Request for Entry of an Order Authorizing the Debtors to Enter Into Transaction Support Agreement** [Docket No. 211]

Furthermore, on April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 197]

- **Declaration of Reid Snellenbarger in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** [Docket No. 198]

- **Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 199]

- **Notice of Agenda for Hearing of Matters Scheduled for April 22, 2025 at 2:00 p.m. (ET)** [Docket No. 205]

- **Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 206]

Furthermore, on or before April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C** and **Exhibit D**; and via Overnight Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

- **Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 197]

- **Declaration of Reid Snellenbarger in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** [Docket No. 198]

- **Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 199]

- **Order Shortening the Notice Period with Respect to the Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as Set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement, and (III) the Bid Protections and (B) Granting Related Relief** [Docket No. 206]

Furthermore, on April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Mail upon the service list attached hereto as **Exhibit G**:

- **Supplemental Declaration of Justin R. Bernbrock in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sheppard, Mullin, Richter & Hampton LLP as Counsel to the Debtors and Debtors in Possession, Effective as of the Petition Date** [Docket No. 203]

- **Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date** [Docket No. 207]

- **Order Authorizing the Retention and Employment of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Debtors, Effective as of the Petition Date** [Docket No. 208]

- **Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief** [Docket No. 209]

- **Order Authorizing the Retention and Employment of Sheppard, Mullin, Richter & Hampton LLP as Counsel to the Debtors and Debtors in Possession, Effective as of the Petition Date** [Docket No. 210]

- **Declaration of Keith Maib in Support of the Debtors' Request for Entry of an Order Authorizing the Debtors to Enter Into Transaction Support Agreement** [Docket No. 211]

Furthermore, on April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit H**; and via Overnight Mail upon the service list attached hereto as **Exhibit I**:

- **Notice of Agenda for Hearing of Matters Scheduled for April 22, 2025 at 2:00 p.m. (ET)** [Docket No. 205]

Furthermore, on April 17, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via First Mail upon the service list attached hereto as **Exhibit J**:

- **Declaration of Keith Maib in Support of the Debtors' Request for Entry of an Order Authorizing the Debtors to Enter Into Transaction Support Agreement** [Docket No. 211]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: April 28, 2025

/s/ *Ronaldo Lizarraga Angulo*
Ronaldo Lizarraga Angulo
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | chase.anderson@hines.com; eric.lyon@hines.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Leib M. Lerner, Douglas J. Harris | leib.lerner@alston.com; douglas.harris@alston.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Stephen M. Blank | stephen.blank@alston.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | agavant@btlaw.com; KKansa@btlaw.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | lofarrell@btlaw.com |
| Counsel for U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | ariela@bfbst.com |
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | ryan@ryanpowerslaw.com |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Attn.: Daniel Shamah | dshamah@cooley.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Aaron Applebaum, Roxanne M. Eastes | aaron.applebaum@us.dlapiper.com; roxanne.eastes@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Dennis O'Donnell | dennis.odonnell@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Tom K. Ara | tom.ara@us.dlapiper.com |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | mark@sowdllp.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | rmarcus@mindspring.com |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | mark.holscher@kirkland.com |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | JOkin@Anonymouscontent.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown, George A. Williams III | brown@lrclaw.com; williams@lrclaw.com |
| Counsel to Content Partners | Latham & Watkins LLP | David Hammerman | David.Hammerman@lw.com |
| Counsel to Content Partners | Latham & Watkins LLP | Deniz Irgi | Deniz.Irgi@lw.com; |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | Liliana.Ranger@lw.com; Djenab.Conde@lw.com; Sam.Lehman@lw.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein, Noah Weingarten | vrubinstein@loeb.com; nweingarten@loeb.com |
| Top 20 Creditor and Committee of Unsecured Creditors | Milbank Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | dstone@glaserweil.com |
| Top 20 Creditor | Milbank | Sean McMillon | smcmillon@milbank.com |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman | nalmeida@milbank.com; smcmillon@milbank.com; knesfield@milbank.com; nconnolly@milbank.com; VREGMilbank@milbank.com |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | bryan@moonshot.tv |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Morris James LLP | Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | eljones@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Rosa Sierra-Fox | rosa.sierra-fox@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Shirley S. Cho | rfeinstein@pszjlaw.com; scho@pszjlaw.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Pashman Stein Walder Hayden, P.C. | David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale | dstratton@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | Christopher M. Samis, R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | csamis@potteranderson.com; rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Top 20 Creditor | PWGA Pension Fund | | kchristovich@wga.org |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | faxbahr@gmail.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Seward & Kissel LLP | John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio | ashmead@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | bateman@sewkis.com; patel@sewkis.com |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | lhoward@independentartistgroup.com |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | ak@hjth.com |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | jon.cassir@caa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | TRizzo@endeavorco.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | JAFeltman@wlrk.com; MSBenn@wlrk.com; JMSimwinga@wlrk.com; KPWaldock@wlrk.com |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | wayne.smith@warnerbros.com |
| Top 20 Creditor | Weil Gotshal & Manges LLP | | frank.nocco@weil.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | WGA Health Fund Contribtuion | | kchristovich@wga.org |
| Counsel to 20th Century Studios, Inc. | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew N. Goldman, Benjamin W. Loveland | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | kchristovich@wga.org |

Exhibit B

Exhibit B
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | 10100 Santa Monica Blvd, Suite 180 | | | Los Angeles | CA | 90067 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | One N. Wacker Drive Suite 4400 | | | Chicago | IL | 60606-2833 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | One Marina Park Drive Suite 1530 | | | Boston | MA | 02210 |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | Attn: Ariela Moskowitz | 1875 Century Park East, Suite 1770 | | Los Angeles | CA | 90067 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | 5807 Fayette Street | | | Los Angeles | CA | 90042 |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Attn.: Daniel Shamah | 55 Hudson Yards | | | New York | NY | 10001 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | Attn: Mark Wetzstein | 10100 Santa Monica Blvd., Suite 750 | | Los Angeles | CA | 90067 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | 16 West 16th Street, Apt. 12AN | | | New York | NY | 10011 |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | 555 Flower Street Suite 3700 | | | Los Angeles | CA | 90071 |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | c/o Anonymous Content | 8501 Washington Blvd. | | Culver City | CA | 90232 |
| Counsel to Content Partners | Latham & Watkins LLP | David Hammerman | 1271 Avenue of the Americas | | | New York | NY | 10020 |
| Counsel to Content Partners | Latham & Watkins LLP | Deniz Irgi | 355 South Grand Avenue, Suite 100 | | | Los Angeles | CA | 90071 |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | 10250 Constellation Blvd., Suite 1100 | | | Los Angeles | CA | 90067 |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | Attn: Douglas Stone and James Scura | 10250 Constellation Blvd., 19th Floor | | Los Angeles | CA | 90067 |
| Top 20 Creditor | Milbank | Sean McMillon | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | Attn: Matt Rice | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | 250 West 55th Street | | | New York | NY | 10019-9601 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | 1999 Avenue of the Stars 8th Floor | | | Los Angeles | CA | 90067 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | 400 South Hope Street Suite 1900 | | | Los Angeles | CA | 90071 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Rosa Sierra-Fox | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | 1999 Avenue of the Stars, 27th Floor | | | Century City | CA | 90067 |
| Top 20 Creditor | PWGA Pension Fund | | Dept. LA 25083 | | | Pasadena | CA | 91185-5085 |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | 1880 Cntury Park East, Suite 404 | | | Los Angeles | CA | 90067 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit B**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | One Battery Park Plaza | | | New York | NY | 10004 |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | c/o Agency for the Performing Arts | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025 |
| Top 20 Creditor | Sony Pictures Television Inc. | Matthew Bickell | 10202 West Washington Blvd. | Norman Lear Building, 3rd Floor | | Culver City | CA | 90232 |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | Attn: Adam Kaller and Duncan Hedges | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | Attn: Jon Cassir | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | Attn: Trina Shek Rizzo | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | 51 West 52nd Street | | | New York | NY | 10019 |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | 4000 Warner Blvd | | | Burbank | CA | 91522 |
| Top 20 Creditor | Weil Gotshal & Manges LLP | | 767 Fifth Avenue | | | New York | NY | 10153 |
| Top 20 Creditor | WGA Health Fund Contribtuion | | Dept. LA 25102 | | | Pasadena | CA | 91185-5102 |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | 7000 West Third Street | | | Los Angeles | CA | 90048 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 2

Exhibit C

**Exhibit C**
**Stalking Horse Bidder Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alcon Media Group, LLC | Loeb & Loeb LLP | sedel@loeb.com |
| Alcon Media Group, LLC | Scott Parish | sparish@alconent.com |
| CP Ventura LLC | Attn Steven H. Kram and Steven E. Blume | kram@contentllc.com; blume@contentllc.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Exhibit D

# EXHIBIT D

All Parties' Information Redacted

Exhibit E

**Exhibit E**
**Stalking Horse Bidder Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alcon Media Group, LLC | Loeb & Loeb LLP | Scott Edel | 10100 Santa Monica Blvd., Suite 2200 | Los Angeles | CA | 90067 |
| Alcon Media Group, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein | 345 Park Avenue | New York | NY | 10154 |
| Alcon Media Group, LLC | Scott Parish | 10390 Santa Monica Boulevard Suite 250 | | Los Angeles | CA | 90025 |
| CP Ventura LLC | Attn Steven H. Kram and Steven E. Blume | 10877 Wilshire Boulevard, Suite 1404 | | Los Angeles | CA | 90024 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 1

# Exhibit F

**Exhibit F**
**Lienholders Service List**
**Served via Overnight Mail**

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC | 10202 West Washington Blvd | | Culver City | CA | 90232 | |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.,"RABOBANK NEDERLAND," NEW YORK BRANCH, AS AGENT | 245 Park Avenue | | New York | NY | 10167 | |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | 225 West Washington Street, 21st | | Chicago | IL | 60606 | |
| DIRECTORS GUILD OF AMERICA, INC. | 7920 Sunset Blvd | | Los Angeles | CA | 90046 | |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 2029 Century Park East, 38th Floor | | Los Angeles | CA | 90067 | |
| LOOMPALA PICTURES, LLC | 10390 Santa Monica Blvd, Ste 250 | | Los Angeles | CA | 90025 | |
| MAGNUM FILMS SPC | Cricket Square, Hutchins Drive | PO Box 2681 | Grand Cayman | | KY1-1111 | Cayman Islands |
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 5757 Wilshire Blvd., 7th Floor | | Los Angeles | CA | 90036 | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | 190 S Lasalle Street, 7th Floor | | Chicago | IL | 60603 | |
| WARNER BROS. ENTERTAINMENT INC. | 4000 Warner Blvd | | Burbank | CA | 91522 | |
| WARNER BROS. PICTURES, A DIVISION OF WB STUDIOENTERPRISES INC. | 4000 Warner Blvd | Building 3 Room 169 | Burbank | CA | 91522 | |
| WAV DISTRIBUTION LLC | 4000 Warner Blvd | | Burbank | CA | 91522 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS COLLATERAL AGENT | 500 Delaware Avenue | | Wilmington | DE | 19801 | |
| WRITERS GUILD OF AMERICA, EAST, INC. | 555 West 57th St | | New York | NY | 10019 | |
| WRITERS GUILD OF AMERICA, EAST, INC. | 250 Hudson Street, Suite 700 | | New York | NY | 10013 | |
| WRITERS GUILD OF AMERICA, WEST, INC. | 7000 West 3rd Street | | Los Angeles | CA | 90048 | |

Exhibit G

Exhibit G
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | 10100 Santa Monica Blvd, Suite 180 | | | Los Angeles | CA | 90067 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | One N. Wacker Drive Suite 4400 | | | Chicago | IL | 60606-2833 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | One Marina Park Drive Suite 1530 | | | Boston | MA | 02210 |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | Attn: Ariela Moskowitz | 1875 Century Park East, Suite 1770 | | Los Angeles | CA | 90067 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | 5807 Fayette Street | | | Los Angeles | CA | 90042 |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Attn.: Daniel Shamah | 55 Hudson Yards | | | New York | NY | 10001 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | Attn: Mark Wetzstein | 10100 Santa Monica Blvd., Suite 750 | | Los Angeles | CA | 90067 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | 16 West 16th Street, Apt. 12AN | | | New York | NY | 10011 |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | 555 Flower Street Suite 3700 | | | Los Angeles | CA | 90071 |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | c/o Anonymous Content | 8501 Washington Blvd. | | Culver City | CA | 90232 |
| Counsel to Content Partners | Latham & Watkins LLP | David Hammerman | 1271 Avenue of the Americas | | | New York | NY | 10020 |
| Counsel to Content Partners | Latham & Watkins LLP | Deniz Irgi | 355 South Grand Avenue, Suite 100 | | | Los Angeles | CA | 90071 |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | 10250 Constellation Blvd., Suite 1100 | | | Los Angeles | CA | 90067 |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | Attn: Douglas Stone and James Scura | 10250 Constellation Blvd., 19th Floor | | Los Angeles | CA | 90067 |
| Top 20 Creditor | Milbank | Sean McMillon | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | Attn:  Matt Rice | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | 250 West 55th Street | | | New York | NY | 10019-9601 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | 1999 Avenue of the Stars 8th Floor | | | Los Angeles | CA | 90067 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | 400 South Hope Street Suite 1900 | | | Los Angeles | CA | 90071 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Rosa Sierra-Fox | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | 1999 Avenue of the Stars, 27th Floor | | | Century City | CA | 90067 |
| Top 20 Creditor | PWGA Pension Fund | | Dept. LA 25083 | | | Pasadena | CA | 91185-5085 |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | 1880 Cntury Park East, Suite 404 | | | Los Angeles | CA | 90067 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | One Battery Park Plaza | | | New York | NY | 10004 |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | c/o Agency for the Performing Arts | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025 |
| Top 20 Creditor | Sony Pictures Television Inc. | Matthew Bickell | 10202 West Washington Blvd. | Norman Lear Building, 3rd Floor | | Culver City | CA | 90232 |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | Attn: Adam Kaller and Duncan Hedges | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | Attn: Jon Cassir | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | Attn: Trina Shek Rizzo | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | 51 West 52nd Street | | | New York | NY | 10019 |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | 4000 Warner Blvd | | | Burbank | CA | 91522 |
| Top 20 Creditor | Weil Gotshal & Manges LLP | | 767 Fifth Avenue | | | New York | NY | 10153 |
| Top 20 Creditor | WGA Health Fund Contribtuion | | Dept. LA 25102 | | | Pasadena | CA | 91185-5102 |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | 7000 West Third Street | | | Los Angeles | CA | 90048 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 2

# Exhibit H

**Exhibit H**
**Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Bank | City National Bank | Dan Centeno | Dan.Centeno@cnb.com |

Exhibit I

**Exhibit I**
**Responding Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bank | City National Bank | Dan Centeno | 400 N. Roxbury Dr | Beverly Hills | CA | 90210 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Exhibit J

**Exhibit J**
**Lienholders Service List**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC | 10202 West Washington Blvd | | Culver City | CA | 90232 | |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.,"RABOBANK NEDERLAND," NEW YORK BRANCH, AS AGENT | 245 Park Avenue | | New York | NY | 10167 | |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | 225 West Washington Street, 21st | | Chicago | IL | 60606 | |
| DIRECTORS GUILD OF AMERICA, INC. | 7920 Sunset Blvd | | Los Angeles | CA | 90046 | |
| JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT | 2029 Century Park East, 38th Floor | | Los Angeles | CA | 90067 | |
| LOOMPALA PICTURES, LLC | 10390 Santa Monica Blvd, Ste 250 | | Los Angeles | CA | 90025 | |
| MAGNUM FILMS SPC | Cricket Square, Hutchins Drive | PO Box 2681 | Grand Cayman | | KY1-1111 | Cayman Islands |
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS | 5757 Wilshire Blvd., 7th Floor | | Los Angeles | CA | 90036 | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | 190 S Lasalle Street, 7th Floor | | Chicago | IL | 60603 | |
| WARNER BROS. ENTERTAINMENT INC. | 4000 Warner Blvd | | Burbank | CA | 91522 | |
| WARNER BROS. PICTURES, A DIVISION OF WB STUDIOENTERPRISES INC. | 4000 Warner Blvd | Building 3 Room 169 | Burbank | CA | 91522 | |
| WAV DISTRIBUTION LLC | 4000 Warner Blvd | | Burbank | CA | 91522 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS COLLATERAL AGENT | 500 Delaware Avenue | | Wilmington | DE | 19801 | |
| WRITERS GUILD OF AMERICA, EAST, INC. | 555 West 57th St | | New York | NY | 10019 | |
| WRITERS GUILD OF AMERICA, EAST, INC. | 250 Hudson Street, Suite 700 | | New York | NY | 10013 | |
| WRITERS GUILD OF AMERICA, WEST, INC. | 7000 West 3rd Street | | Los Angeles | CA | 90048 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 1