**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR MAY 6, 2025 AT 10:00 A.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED MATTERS**

1. Debtors' Application for Entry of an Order Authorizing and Approving the Employment of Solic Capital Advisors, LLC and Solic Capital, LLC as Investment Banker to the Debtors Effective as of the Petition Date [D.I. 135, 4/4/25]

    Objection Deadline:   April 25, 2025 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 292, 4/28/25]

    B. Order Authorizing and Approving the Employment of Solic Capital Advisors, LLC and Solic Capital, LLC as Investment Banker to the Debtors Effective as of the Petition [D.I. 297, 4/29/25]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

    Objections Filed:

        C. Informal Responses

            i. United States Trustee
           ii. Official Committee of Unsecured Creditors

    Status: An order has been entered.

2. Debtors' Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Special Litigation Counsel for the Debtors Effective as of March 17, 2025 [D.I. 174, 4/10/25]

    Objection Deadline: April 24, 2025 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 283, 4/25/25]

        B. Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Special Litigation Counsel for the Debtors Effective as of March 17, 2025 [D.I. 290, 4/28/25]

    Objections Filed:

        C. Informal Responses

            iii. United States Trustee

    Status: An order has been entered.

Dated: April 30, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

Joseph M. Mulvihill (Del. Bar No. 6061)
Carol E. Thompson (Del. Bar No. 6936)
Benjamin C. Carver (Del. Bar No. 7176)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   jmulvihill@ycst.com
　　　bcarver@ycst.com
　　　cthompson@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

Justin R. Bernbrock (*pro hac vice* pending)
Matthew T. Benz (*pro hac vice* pending)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone:   (312) 499-6300
Facsimile:   (312) 499-6301
Email:   jbernbrock@sheppardmullin.com
　　　mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (*pro hac vice* pending)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
Email:   jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (*pro hac vice* pending)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:   (212) 653-8700
Facsimile:   (212) 653-8701
Email:   apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*