# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of William D. Curtis, Esquire of Moore & Van Allen., PLLC to represent Clover Ivy Purchaser, LLC, as counsel in this matter.

Dated: May 5, 2025

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
**ROBINSON & COLE LLP**
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1705
Fax: (302) 516-1699
Email:  jedmonson@rc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

---

[1] The Debtors in these cases are: Village Roadshow Entertainment Group USA Inc. (0343); VR Zoo Productions Ltd.; VREG Funding LLC; VREG IP Global LLC; Village Roadshow Distribution USA Inc.; VREG J2 Global LLC; Village Roadshow Films Global Inc.; VREG MM2 IP Global LLC; VRED OP Global LLC; VREG Production Services Inc.; Village Roadshow Films North America Inc.; VRED Television Inc.; VRED Wonka IP Global LLC; Village Roadshow Pictures Entertainment Inc.; VRED WW IP Global LLC; Village Roadshow Pictures North America Inc.; Village Roadshow VS Films LLC; Village Roadshow Productions Inc.; VRE DTE Distribution USA Inc.; VR DTE Productions Limited; VR Funding LLC; VREG Films Ltd.; Village Roadshow Film Administration Management Pty Ltd; Village Roadshow Distribution Pty Ltd.; Village Roadshow Entertainment Group Asia Limited; Crescent Film Holdings Limited; Village Roadshow Distribution UK Limited; Village Roadshow Entertainment Group (BVI) Limited; VR Zoo Distribution USA Inc.; Village Roadshow Distribution (BVI) Limited; Village Roadshow Films (BVI) Limited; VR Films Holdings (BVI) Limited; and Village Roadshow Holdings USA Inc. Due to the large number of debtors in these cases, the last for digits of the non-Village Roadshow Entertainment Group USA, Inc. debtors may be obtained on the website of the Debtors' claims and noticing agent.

Dated:  May 5, 2025  */s/ William D. Curtis*
William D. Curtis, Esquire
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Tel: (704) 331-1000
Email: williamcurtis@mvalaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.