# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Ref. Docket No. 322 |

## NOTICE OF STATUS CONFERENCE
## ON MAY 14, 2025, AT 2:00 P.M. (ET)

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a virtual status conference (the "Status Conference") on **May 14, 2025, at 2:00 p.m. (ET)** regarding *Warner Bros. Entertainment Inc.'s and the Debtors' (I) Joint Status Report and (II) Request for Status Conference, in Connection With the Bid Procedures Order and Warner Bros. Cure Notice* [D.I. 322].

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted entirely over Zoom and all participants are required to register in advance of the Status Conference. Please register using the eCourtAppearances tool on the Court's website at **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl** by not later than 12:00 p.m. (ET) on May 14, 2025. An electronic invitation, with the relevant audio or video link, will be emailed to registered participants prior to the Status Conference.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Dated: May 13, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | Matthew T. Benz (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone: (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile: (312) 499-6301 |
| Telephone: (302) 571-6600 | Email: jbernbrock@sheppardmullin.com |
| Facsimile: (302) 571-1253 | mbenz@sheppardmullin.com |
| Email: jmulvihill@ycst.com | |
| cthompson@ycst.com | -and- |
| bcarver@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*