Village Roadshow 25-10475
May 14, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Vadim | Rubinstein | Loeb & Loeb LLP | | |
| DVIR | WEINBERG | | | 5166532494 |
| Lauren | Eastburn | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Ilayna | Guevrekian | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| James | Newton | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Miranda | Russell | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Aaron | Gavant | Barnes & Thornburg, LLP | ABS Trustee | Video and Audio |
| Leah | OFarrell | Barnes & Thornburg, LLP | ABS Trustee | Video and Audio |
| Joseph | Barsalona II | Pashman Stein Walder Hayden, P.C. | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Michael | Benn | Wachtell, Lipton, Rosen & Katz | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Joshua | Feltman | Wachtell, Lipton, Rosen & Katz | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Alexis | Gambale | Pashman Stein Walder Hayden, P.C. | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Joel | Simwinga | Wachtell, Lipton, Rosen & Katz | Ad Hoc Group of ABS Noteholders | Video and Audio |
| David | Stratton | Pashman Stein Walder Hayden, P.C. | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Katherine | Waldock | Wachtell, Lipton, Rosen & Katz | Ad Hoc Group of ABS Noteholders | Video and Audio |
| Kimberly | Brown | Landis Rath & Cobb LLP | Alcon Media Group | Video and Audio |
| Matthew | Pierce | Landis Rath & Cobb LLP | Alcon Media Group | Video and Audio |
| George | Williams | Landis Rath & Cobb LLP | Alcon Media Group | Video and Audio |
| Scott | Edel | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| Noah | Weingarten | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| Jonathan | Randles | | Bloomberg News | Audio Only |
| Jamie | Edmonson | Robinson & Cole LLP | Clover Ivy Purchaser, LLC | Video and Audio |
| Deniz | Irgi | | CP Ventura LLC | Video and Audio |
| Davis | Klabo | | CP Ventura LLC | Video and Audio |
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds, affiliated Funds, MPIPHP | Video and Audio |
| Tom | Ara | DLA Piper LLP | Magnum Films SPC | Video and Audio |
| John | Demmy | Saul Ewing LLP | Moonshot Entertainment, Inc. | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |

Village Roadshow 25-10475
May 14, 2025

| First | Last | Firm | Party | Type |
|---|---|---|---|---|
| Shirley | Cho | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Robert | Feinstein | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Douglas | Harris | Alston & Bird LLP | Sony Pictures Entertainment Inc. | Video and Audio |
| Amy | Tryon | Barnes & Thornburg LLP | U.S. Bank National Association, as ABS Trustee | Video and Audio |
| Rosa | Sierra-Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio |
| Arielle | Ambra-Juarez | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Amanda | Lindner | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Samuel | Rabuck | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Daniel | Shamah | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Maria | Benites Gutierrez | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| Radha | Chevli | Morris Nichols Arsht & Tunnell LLP | Warner Bros. | Video and Audio |
| Lauren | Eber | Warner Bros. Discovery, Inc. | Warner Bros. | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Warner Bros. | Video and Audio |
| Timothy | Heafner | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| Emma | Hones | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| Matt | Kline | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| Ashleigh | Landis | Warner Bros. Discovery, Inc. | Warner Bros. | Video and Audio |
| Avery | Meng | Morris Nichols Arsht and Tunnell | Warner Bros. | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | Warner Bros. | Video and Audio |
| Leah | Montesano | Warner Bros. Discovery, Inc. | Warner Bros. | Video and Audio |
| Drake | Scott | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| Wayne | Smith | Warner Bros. Discovery, Inc. | Warner Bros. | Video and Audio |
| Steve | Warren | O'MELVENY & MYERS LLP | Warner Bros. | Video and Audio |
| John | Ashmead | Seward & Kissel LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Jason | Levin | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Catherine | LoTempio | Seward & Kissel LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Matthew | Benz | Sheppard Mullin | | Video and Audio |
| Justin | Bernbrock | Sheppard Mullin | | Video and Audio |
| Benjamin | Carver | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |

Village Roadshow 25-10475
May 14, 2025

| Steven | Church | | Audio Only |
|---|---|---|---|
| Harrison | Denman | White & Case LLP | Audio Only |
| Jonah | Eber | Hain | Video and Audio |
| Brynna | Gaffney | | Video and Audio |
| Taylor | Harrison | | Audio Only |
| Patrick | Holohan | | Audio Only |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | Video and Audio |
| Dorothy | Ma | | Audio Only |
| Joseph | Mulvihill | Young Conaway Stargatt & Taylor, LLP | Video and Audio |
| Jennifer | Nassiri | Sheppard Mullin | Video and Audio |
| Alyssa | Paddock | Sheppard Mullin | Video and Audio |
| Carol | Thompson | Young Conaway Stargatt & Taylor, LLP | Video and Audio |
| Diane | Torres | Kirkland & Ellis | Video and Audio |
| David | Zubkis | | Audio Only |