**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) ) ) | Case No. 25-10475 (TMH) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) | Re: Docket No. 276 |

**NOTICE OF RESCHEDULED AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on April 24, 2025, the Court entered that certain *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for, and Hearing to Approving, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Docket No. 276] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Auction has been rescheduled for **May 28, 2025.** The Auction will be held at the offices of Sheppard, Mullin, Richter & Hampton LLP, 350 S. Grand Avenue, 40th Floor, Los Angeles, CA 90071.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing has been rescheduled for **June 18, 2025, at 2:00 p.m. (ET).**

Copies of the Bid Procedures Motion, the Stalking Horse Supplement, the Bid Procedures, the Bid Procedures Order, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not defined herein shall have the meanings given in the Bid Procedures Order.

33198298.1

Dated: May 19, 2025
Wilmington, Delaware

/s/ Joseph M. Mulvihill
---

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | Matthew T. Benz (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone:   (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:   (312) 499-6301 |
| Telephone:   (302) 571-6600 | Email:   jbernbrock@sheppardmullin.com |
| Facsimile:   (302) 571-1253 |    mbenz@sheppardmullin.com |
| Email:   jmulvihill@ycst.com | |
|    cthompson@ycst.com | -and- |
|    bcarver@ycst.com | |
| | Jennifer L. Nassiri (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone:   (310) 228-3700 |
| | Facsimile:   (310) 228-3701 |
| | Email:   jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone:   (212) 653-8700 |
| | Facsimile:   (212) 653-8701 |
| | Email:   apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |