IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCORDION PARTNERS, LLC FOR PROVIDNG A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM <u>MARCH 17, 2025 THROUGH APRIL 30, 2025</u>

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (i) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [D.I. 209] (the "<u>Retention Order</u>"), Accordion Partners, LLC ("<u>Accordion</u>") has filed the attached staffing and compensation report for the period from March 17, 2025 through April 30, 2025 (the "<u>Staffing and Compensation Report</u>") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before **June 3, 2025 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that in the event an objection is raised and not consensually resolved between the Debtors, Accordion, and the objecting party, the portion of the

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Staffing Report that was objected to shall be subject to review by the Court. No payments shall be made to Accordion on account of the objected to portion of such Staffing Report until such objection is resolved.

Dated: May 20, 2025
Wilmington, Delaware

/s/ Joseph M. Mulvihill
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Joseph M. Mulvihill (Del. Bar No. 6061)
Carol E. Thompson (Del. Bar No. 6936)
Benjamin C. Carver (Del. Bar No. 7176)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    jmulvihill@ycst.com
           cthompson@ycst.com
           bcarver@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone:    (312) 499-6300
Facsimile:    (312) 499-6301
Email:    jbernbrock@sheppardmullin.com
           mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:    (310) 228-3700
Facsimile:    (310) 228-3701
Email:    jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:    (212) 653-8700
Facsimile:    (212) 653-8701
Email:    apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*

Accordion Partners, LLC
Summary of Hours and Fees by Professional
For the Period of March 17, 2025 to April 30, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Maib, Keith | Chief Restructuring Officer | $ 1,175.00 | 66.3 | $ 77,902.50 |
| Whitlow, Colby | Senior Director | $ 795.00 | 25.4 | $ 20,193.00 |
| Berkowitz, Ariel | Vice President | $ 575.00 | 3.0 | $ 1,725.00 |
| **Total** | | | **94.7** | **$ 99,820.50** |

Accordion Partners, LLC
Summary of Hours and Fees by Category
For the Period of March 17, 2025 to April 30, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Category | Hours | Fees |
|---|---:|---:|
| T&R – Chief Restructuring Officer Responsibilities | 66.3 | $ 77,902.50 |
| T&R - Cash Management / DIP Financing / Reporting | 17.5 | $ 13,252.50 |
| T&R – Statements and Schedules | 3.6 | $ 2,862.00 |
| T&R - Ch 11 Case Management / Reporting | 2.4 | $ 1,908.00 |
| T&R – Sales Process / Buyer Discussions | 0.6 | $ 477.00 |
| T&R - Asset Analysis, Recovery & Disposition | 1.3 | $ 1,033.50 |
| T&R - Fee / Employment Apps | 0.9 | $ 715.50 |
| T&R – US Trustee and Reporting | 1.5 | $ 1,192.50 |
| T&R - Creditor Requests / Discussions / Meetings | 0.6 | $ 477.00 |
| **Total** | **94.7** | **$ 99,820.50** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of March 17, 2025 to April 30, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

**T&R – Chief Restructuring Officer Responsibilities**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Maib, Keith | 3/17/2025 | Prep for FD testimony. | $ 1,175.00 | 2.3 | $ 2,702.50 |
| Maib, Keith | 3/17/2025 | Work on CF projections. | $ 1,175.00 | 2.1 | $ 2,467.50 |
| Maib, Keith | 3/17/2025 | Attend to post filing cash administration matters. | $ 1,175.00 | 1.2 | $ 1,410.00 |
| Maib, Keith | 3/17/2025 | Revise DIP budget. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/18/2025 | Revise DIP budget. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 3/18/2025 | Preparation for first day hearing. | $ 1,175.00 | 1.5 | $ 1,762.50 |
| Maib, Keith | 3/18/2025 | Attend first day hearing. | $ 1,175.00 | 1.2 | $ 1,410.00 |
| Maib, Keith | 3/18/2025 | Prepare Board updates, internal meetings re next steps. | $ 1,175.00 | 2.4 | $ 2,820.00 |
| Maib, Keith | 3/19/2025 | Various calls re case strategy. | $ 1,175.00 | 1.5 | $ 1,762.50 |
| Maib, Keith | 3/19/2025 | Work on liquidation / recovery analysis. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 3/19/2025 | Call with potential bidders. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 3/19/2025 | Update calls with ABS noteholders. | $ 1,175.00 | 1.3 | $ 1,527.50 |
| Maib, Keith | 3/19/2025 | Finalize CIP with Solic. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 3/20/2025 | Attend to various sale matters and review emails. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 3/21/2025 | Privileged call with counsel. | $ 1,175.00 | 1.1 | $ 1,292.50 |
| Maib, Keith | 3/21/2025 | Work on revisions to DIP budget. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 3/21/2025 | Direct staff on revisions to DIP and other analyses. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 3/21/2025 | Work on recovery analysis and timing of expected library settlements. | $ 1,175.00 | 1.4 | $ 1,645.00 |
| Maib, Keith | 3/24/2025 | Work on DIP revisions with staff. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/24/2025 | Review WBs damage calculation. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 3/24/2025 | Attend to various emails and correspondence. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/25/2025 | Review analysis of WBs damage calculation. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 3/25/2025 | Attend to various emails and correspondence. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 3/26/2025 | Privileged calls with counsel. | $ 1,175.00 | 1.5 | $ 1,762.50 |
| Maib, Keith | 3/27/2025 | Call with D&O carriers regarding noticing requirements. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 3/27/2025 | Call with potential valuation advisor and various follow ups. | $ 1,175.00 | 0.8 | $ 940.00 |
| Maib, Keith | 3/27/2025 | Attend to various emails and process questions. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 3/28/2025 | Call with counsel re IDI prep. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 3/28/2025 | Review Accordion retention application. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/28/2025 | Call with counsel re advisor retentions and various other matters. | $ 1,175.00 | 1.4 | $ 1,645.00 |
| Maib, Keith | 3/31/2025 | Attend to various emails and process questions. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/31/2025 | Attend to retention application. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 3/31/2025 | Review Shepherd Retention application. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 3/31/2025 | Review weekly cash update and follow up questions with management. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 3/31/2025 | Call with counsel and Virtu re potential retention and sale process issues. | $ 1,175.00 | 1.0 | $ 1,175.00 |
| Maib, Keith | 3/31/2025 | Call with Solic re retention arrangements. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/1/2025 | Call with Solic and potential bidder. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/1/2025 | Attend to various emails and questions re payment processes. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/1/2025 | Call with management and Solic re studio assets. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/2/2025 | Attend to buyer scheduling emails. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/2/2025 | Discuss retention issues with Solic. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/2/2025 | Review Board update. | $ 1,175.00 | 0.1 | $ 117.50 |
| Maib, Keith | 4/2/2025 | Call with counsel and Solic re sale process issues. | $ 1,175.00 | 0.8 | $ 940.00 |
| Maib, Keith | 4/3/2025 | Call with board members re Solic and Virtu retention. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 4/3/2025 | Call with Solic and potential bidder. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/4/2025 | Calls (2) with Solic and potential bidder. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/4/2025 | Call with counsel and Solic re sale issues. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/4/2025 | Introductory call with proposed UCC FA. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 4/5/2025 | Review Virtu engagement letter. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/5/2025 | Call with Solic re retention issues. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/7/2025 | Call with Counsel and Solic re bid matters. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/7/2025 | Call with potential bidder with Counsel and Solic. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/7/2025 | Review and provide comments regarding board presentation. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 4/8/2025 | Preparation for and participation in Board meeting. | $ 1,175.00 | 0.9 | $ 1,057.50 |
| Maib, Keith | 4/8/2025 | Call with stalking horse bidder. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/8/2025 | Update waterfall analysis. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/8/2025 | Call with staff regarding DIP budget update. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/8/2025 | Review AU staffing and severance analyses. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/8/2025 | Follow up call with stalking horse bidder. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/8/2025 | Calls with counsel re discussions with stalking horse bidder. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/8/2025 | Call with Solic re discussions with stalking horse bidder. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/9/2025 | Call with Solic and counsel to prepare for call with Stalking Horse. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/9/2025 | Call with stalking horse bidder. | $ 1,175.00 | 0.8 | $ 940.00 |
| Maib, Keith | 4/9/2025 | Preparation and participation for Board call to evaluate stalking horse procedures. | $ 1,175.00 | 0.8 | $ 940.00 |
| Maib, Keith | 4/9/2025 | Review WBs objection. | $ 1,175.00 | 0.9 | $ 1,057.50 |
| Maib, Keith | 4/9/2025 | Call with counsel and Solic re stalking horse process. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/9/2025 | Call with potential bidder with Solic and management. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/10/2025 | Review UST's comments to retention application and revise. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/10/2025 | Respond to management's questions regarding MORs. | $ 1,175.00 | 0.1 | $ 117.50 |
| Maib, Keith | 4/10/2025 | Follow up on Virtu retention. | $ 1,175.00 | 0.1 | $ 117.50 |
| Maib, Keith | 4/10/2025 | Call with potential bidder with Solic and management. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/11/2025 | Call with counsel and Solic re bidding developments. | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 4/11/2025 | Call with Solic and library bidding party. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/11/2025 | Attend to retention issues. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/12/2025 | Preparation for and participation in Board call. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 4/12/2025 | Review Board materials. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/13/2025 | Review stalking horse bid activity. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/14/2025 | Preparation and participation for Board call to evaluate stalking horse procedures. | $ 1,175.00 | 1.1 | $ 1,292.50 |
| Maib, Keith | 4/14/2025 | Review revised stalking horse APA. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/14/2025 | Review derivative rights term sheet. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/14/2025 | Review monthly financial statements. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/14/2025 | Review revised liquidity analysis. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/14/2025 | Call with Content Partners re bidding procedures. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/14/2025 | Call with Counsel re DIP budget and review of follow up emails. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/15/2025 | Call with debtor's counsel and drafting of responses to UST's objections to Accordion retention application. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 4/15/2025 | Introductory call with Virtu and Solic re process. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/15/2025 | Meeting with Accordion GC to review responses to UST's objections to Accordion retention application. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/16/2025 | Review and provide comments regarding Solic bid procedures declaration and motion. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/17/2025 | Review and comment re revised Bid Procedures Motion. | $ 1,175.00 | 0.1 | $ 117.50 |
| Maib, Keith | 4/18/2025 | Call with Counsel, Solic and management re Belly of the Beast. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/18/2025 | Review DIP objection response. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/18/2025 | Call with potential bidder. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/21/2025 | Call with potential bidder. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/21/2025 | Call with UCC advisors re sale of studio assets. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/22/2025 | Preparation for Bid Procedures and DIP Final Hearings including meetings with various parties in interest. | $ 1,175.00 | 5.0 | $ 5,875.00 |
| Maib, Keith | 4/22/2025 | Attendance at final DIP and Bid Procedures hearing. | $ 1,175.00 | 1.3 | $ 1,527.50 |
| Maib, Keith | 4/23/2025 | Attend to various emails and follow ups from final DIP hearing. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/24/2025 | Attend to request DIP draw and payoff of pre petition bridge loan. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/24/2025 | Preparation with counsel for 341a hearing. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/24/2025 | Attendance and testimony at 341a hearing. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 4/24/2025 | Call with Counsel and SOLIC re marketing of derivative rights. | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 4/24/2025 | Call with Counsel and SOLIC re sale process. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/25/2025 | Preparation for and participation in Board update. | $ 1,175.00 | 0.9 | $ 1,057.50 |
| Maib, Keith | 4/25/2025 | Call with management and counsel re Australian KERP. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/28/2025 | Call with potential bidder re due diligence and valuation access. | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 4/28/2025 | Participation in call with potential bidder re derivative rights legal due diligence. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 4/29/2025 | Participation in call with UCC FA and Counsel re Annapurna. | $ 1,175.00 | 0.7 | $ 822.50 |
| Maib, Keith | 4/30/2025 | Review liquidity variance report. | $ 1,175.00 | 0.2 | $ 235.00 |
| Maib, Keith | 4/30/2025 | Attend to adequate protection payments/ professional fee billings. | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 4/30/2025 | Review stalking horse bids for derivative rights and Board summary. | $ 1,175.00 | 0.4 | $ 470.00 |
| **Total** | | | | **66.3** | **$ 77,902.50** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of March 17, 2025 to April 30, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

**T&R - Cash Management / DIP Financing / Reporting**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/17/2025 | Participate in internal discussion re DIP Budget projections. | $ 795.00 | 0.2 | $ 159.00 |
| Whitlow, Colby | 3/21/2025 | Participate in internal team call re DIP budget, waterfall, and next steps. | $ 795.00 | 0.9 | $ 715.50 |
| Whitlow, Colby | 3/23/2025 | Process updates to DIP Budget. | $ 795.00 | 1.8 | $ 1,431.00 |
| Whitlow, Colby | 3/24/2025 | Review DIP budget and direct staff on updates. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 3/24/2025 | Process updates to DIP budget. | $ 795.00 | 0.8 | $ 636.00 |
| Whitlow, Colby | 3/25/2025 | Discuss DIP budget model with internal team. | $ 795.00 | 0.2 | $ 159.00 |
| Whitlow, Colby | 4/8/2025 | Discuss DIP budget updates with internal team. | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 4/8/2025 | Process updates to DIP budget. | $ 795.00 | 2.2 | $ 1,749.00 |
| Whitlow, Colby | 4/9/2025 | Process updates to DIP budget. | $ 795.00 | 1.6 | $ 1,272.00 |
| Whitlow, Colby | 4/14/2025 | Participate in call with counsel re DIP budget updates. | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 4/14/2025 | Participate in call with counsel to review revised DIP budget. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/15/2025 | Participate in call with counsel re DIP budget updates. | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 4/15/2025 | Process updates to DIP budget. | $ 795.00 | 1.4 | $ 1,113.00 |
| Whitlow, Colby | 4/27/2025 | Participate in call with Company re DIP budget. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/27/2025 | Prepare DIP Budget and variance reporting analysis and share with management. | $ 795.00 | 0.6 | $ 477.00 |
| Whitlow, Colby | 4/27/2025 | Review DIP budget and provide comments. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 4/28/2025 | Populate DIP Variance report for interim period and communicate with Company re same. | $ 795.00 | 1.3 | $ 1,033.50 |
| Whitlow, Colby | 4/29/2025 | Participate in call with company re DIP budget and variance reporting. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/30/2025 | Review variance report and related support. | $ 795.00 | 0.3 | $ 238.50 |
| Berkowitz, Ariel | 3/24/2025 | Prepare updates to DIP budget and DIP sizing analysis. | $ 575.00 | 1.3 | $ 747.50 |
| Berkowitz, Ariel | 3/24/2025 | Discuss DIP Sizing / CF Forecast with internal team. | $ 575.00 | 0.2 | $ 115.00 |
| Berkowitz, Ariel | 3/25/2025 | Discuss DIP Sizing / CF Forecast with internal team. | $ 575.00 | 0.2 | $ 115.00 |
| Berkowitz, Ariel | 3/25/2025 | Prepare updates to DIP budget and DIP sizing analysis. | $ 575.00 | 1.3 | $ 747.50 |
| **Total** | | | | **17.5** | **$ 13,252.50** |

**T&R – Statements and Schedules**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/21/2025 | Review case documents and SOFA SOAL prep materials. | $ 795.00 | 1.3 | $ 1,033.50 |
| Whitlow, Colby | 3/21/2025 | Attend call with counsel and company to kick off SOFA SOAL reporting. | $ 795.00 | 0.7 | $ 556.50 |
| Whitlow, Colby | 4/3/2025 | Attend SOFA SOAL check in call with company, counsel, local counsel, and claims agent. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 4/10/2025 | Attend SOFA SOAL check in call with company, counsel, local counsel, and claims agent. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/29/2025 | Attend SOFA SOAL check in call with company, counsel, local counsel, and claims agent. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 4/29/2025 | Review SOFA SOAL materials and questions. | $ 795.00 | 0.5 | $ 397.50 |
| **Total** | | | | **3.6** | **$ 2,862.00** |

**T&R - Ch 11 Case Management / Reporting**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/21/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 3/24/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.2 | $ 159.00 |
| Whitlow, Colby | 3/25/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/3/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.2 | $ 159.00 |
| Whitlow, Colby | 4/9/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 4/11/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 4/14/2025 | Participate in email correspondence with Debtors' management and professionals regarding bankruptcy matters. | $ 795.00 | 0.6 | $ 477.00 |
| **Total** | | | | **2.4** | **$ 1,908.00** |

**T&R – Sales Process / Buyer Discussions**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/21/2025 | Review and provide comments on final CIP documents. | $ 795.00 | 0.6 | $ 477.00 |
| **Total** | | | | **0.6** | **$ 477.00** |

**T&R - Asset Analysis, Recovery & Disposition**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/24/2025 | Process updates to waterfall analysis. | $ 795.00 | 0.7 | $ 556.50 |
| Whitlow, Colby | 3/24/2025 | Internal team discussion re waterfall analysis. | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 3/24/2025 | Participate in discussion with management regarding waterfall analysis and support data. | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **1.3** | **$ 1,033.50** |

**T&R - Fee / Employment Apps**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/26/2025 | Review retention application and attend to related emails/ communication. | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 3/31/2025 | Process updates to retention application. | $ 795.00 | 0.4 | $ 318.00 |
| **Total** | | | | **0.9** | **$ 715.50** |

**T&R – US Trustee and Reporting**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 3/28/2025 | Attend IDI prep call with management and counsel and review related files. | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 4/1/2025 | Attend IDI meeting with US Trustees office, management, and counsel. | $ 795.00 | 0.7 | $ 556.50 |
| Whitlow, Colby | 4/1/2025 | Prepare for IDI meeting. | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **1.5** | **$ 1,192.50** |

**T&R - Creditor Requests / Discussions / Meetings**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/3/2025 | Respond to DIP Budget request from UCC. | $ 795.00 | 0.6 | $ 477.00 |
| **Total** | | | | **0.6** | **$ 477.00** |

Accordion Partners, LLC
Itemized Detailed Expense Record
For the Period of March 17, 2025 to April 30, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Maib, Keith | 3/18/2025 | Ground Transportation | Taxi - From airport to home after first day hearing | $ | 95.35 |
| Maib, Keith | 3/18/2025 | Lodging | Lodging - 1 night for first day hearing | $ | 280.83 |
| Maib, Keith | 3/18/2025 | Miscellaneous / Other | Other - In-flight internet | $ | 19.00 |
| **Total** | | | | **$** | **395.18** |