IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VILLAGE ROADSHOW ENTERTAINMENT ) | Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al*.,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | Related Docket No. 299 |

**SUPPLEMENTAL DECLARATION OF BRADFORD J. SANDLER
IN SUPPORT OF APPLICATION FOR AUTHORIZATION
TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP
AS COUNSEL TO THE COMMITTEE EFFECTIVE AS OF APRIL 1, 2025**

I, Bradford J. Sandler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that the following is true and correct:

1. I am a partner at the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**" or the "**Firm**"), with an address of 919 North Market Street, 17th Floor, Wilmington, DE 19801. I am duly admitted to practice law in the States of Delaware, Pennsylvania, New Jersey, and New York.

1. I am authorized to submit this supplemental declaration (the "**Supplemental Declaration**") which supplements the declaration filed with the *Application for Authorization to*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

*Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Committee Effective as of April 1, 2025* (the "**Application**") filed on May 1, 2025 [Docket No. 299].

2. To further supplement the Application, the Firm discloses the following:

(a) The Firm will utilize certain "core" professionals[2], with hourly billing rates identified below, during the engagement of these cases.

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate |
|---|---|---|
| Feinstein, Robert J. | Partner, 1982 | $1,950.00 |
| Sandler, Bradford J. | Partner, 1996 | $1,895.00 |
| Litvak, Maxim B. | Partner, 1997 | $1,725.00 |
| Cho, Shirley S. | Partner, 1997 | $1,525.00 |
| Mackle, Cia H. | Partner, 2006 | $1,175.00 |
| Gruber, Richard J. | Counsel, 1982 | $1,850.00 |
| Keane, Peter J. | Counsel, 2010 | $1,295.00 |
| Corma, Edward A. | Associate, 2020 | $875.00 |
| Bates, Andrea T. | Paralegal | $650.00 |

(b) Upon information and belief, there is no connection between United Talent Agency ("**UTA**") or otherwise associated/affiliated/connected to the William Morris agency. To my knowledge, these are two separate talent agencies. There is less than 0.1% of fees attributed to the Firm's revenue from UTA in the year preceding the Debtors' chapter 11 filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2025

                                                         */s/ Bradford J. Sandler*
                                                         Bradford J. Sandler

---

[2] These are the professionals who are expected to have a significant role in this engagement, however, as stated in the Application, other professionals at the Firm may be involved in the engagement. The full list of professionals providing services in this engagement will be included in the Firm's fee applications.