# UNITED STATES BANKRUPTCY COURT

### FOR THE   DISTRICT OF   DELAWARE

| | | |
|---|---|---|
| In Re. VR Films Holdings (BVI) Limited | § | Case No.  25-10507 |
| | § | |
| | § | Lead Case No.  25-10475 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 04/30/2025       Petition Date: 03/17/2025

Months Pending: 1       Industry Classification:  | 5 | 1 | 2 | 1 |

Reporting Method:      Accrual Basis ◉      Cash Basis ◯

Debtor's Full-Time Employees (current):       0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joseph Mulvihill
_____
Signature of Responsible Party

05/22/2025
_____
Date

Joseph Mulvihill
_____
Printed Name of Responsible Party

1000 North King Street
Wilmington, Delaware 19801
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | VR Films Holdings (BVI) Limited | Case No. | 25-10507 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b+c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿  Market ◯  Other ◯  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $5,001,001 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $5,001,001 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name  VR Films Holdings (BVI) Limited                                    Case No.  25-10507

## Part 5:  Professional Fees and Expenses

|  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name VR Films Holdings (BVI) Limited                    Case No.  25-10507

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  VR Films Holdings (BVI) Limited                                    Case No.  25-10507

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  VR Films Holdings (BVI) Limited                    Case No.  25-10507

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  VR Films Holdings (BVI) Limited                     Case No.  25-10507

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)      Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)                              Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?                          Yes ○  No ◉

d.  Are you current on postpetition tax return filings?                          Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?                      Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?                       Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit?              Yes ○  No ◉
(if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by          Yes ○  No ○  N/A ◉
the court?

i.  Do you have:          Worker's compensation insurance?                       Yes ○  No ◉

                              If yes, are your premiums current?                 Yes ○  No ○  N/A ◉  (if no, see Instructions)

                          Casualty/property insurance?                          Yes ○  No ◉

                              If yes, are your premiums current?                 Yes ○  No ○  N/A ◉  (if no, see Instructions)

                          General liability insurance?                          Yes ○  No ◉

                              If yes, are your premiums current?                 Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?                      Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?                        Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as                          Yes ◉  No ○
set forth under 28 U.S.C. § 1930?

Debtor's Name  VR Films Holdings (BVI) Limited                                          Case No.  25-10507

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Keith Maib                                                    Keith Maib
_____          _____
Signature of Responsible Party                          Printed Name of Responsible Party

Chief Restructuring Officer                              05/22/2025
_____          _____
Title                                                                Date

Debtor's Name  VR Films Holdings (BVI) Limited                                    Case No.  25-10507



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name VR Films Holdings (BVI) Limited                          Case No. 25-10507



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  VR Films Holdings (BVI) Limited

Case No.  25-10507



PageThree



PageFour

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS
REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS**

On March 17, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The following notes, statements and limitations should be referred to, and referenced in connection with, any review of the Debtors' monthly operating reports (collectively, the "MORs").

1. **Basis of Presentation.**  The Debtors are filing their MOR solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases.  The MOR is in a format acceptable to the U.S. Trustee for the District of Delaware (the "U.S. Trustee").  The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

   In preparing the MOR, the Debtors relied on financial data derived from their books and records that were available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR.

   This MOR has not been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all of the information and footnotes required by U.S. GAAP.  Therefore, there can be no assurance

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

that the financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their annual consolidated financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

In future periods, any changes to prior period balances will be reflected in the current month's MOR.

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

2. **Consolidated Entity Accounts Payable and Disbursements Systems.** Cash is received and disbursed by the Debtors as described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue Intercompany Transactions; (II) Confirming Administrative Expense Priority for Postpetition Intercompany Claims; and (II) Granting Related Relief* [D.I. 7] (the "Cash Management Motion") to the extent approved in the order granting the relief requested in the Cash Management Motion on an interim basis [D.I. 67] and a final basis [D.I. 238].

3. **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

4. **Payment of Pre-Petition Claims Pursuant to First Day Orders.** The Bankruptcy Court has entered orders authorizing, but not directing, the Debtors to pay, among other things, certain pre-petition (a) employee wages, salaries and other compensation and benefits [D.I. 63 (interim relief) and D.I. 186 (final relief)]; (b) obligations related to the use of the Debtors' cash management system [D.I. 67 (interim relief) and D.I. 238 (final relief)]; and (c) taxes and related obligations [D.I. 64 (interim relief) and D.I. 187 (final relief)] (a)-(c) collectively, the "First Day Orders"). To the extent any payments were made on account of such claims or obligations following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in the MOR unless otherwise noted.

5. **Insiders.**  For purposes of this MOR, the Debtors defined "insiders" as provided in 11 U.S.C. section 101(31) of the Bankruptcy Code during the relevant time period.  The Debtors do not concede or take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or any other purpose.  Further, the inclusion of a party as an "insider" solely for purposes of this MOR is not an acknowledgement, admission, or concession that such party is an "insider" under applicable bankruptcy law.

6. **Reservation of Rights.**  The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate.  Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to these chapter 11 cases.

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
Listing of Debtor Bank Accounts
Book Balance as of April 30, 2025

| Bank Name | Account Name | Account # | Debtor Entity Name | Balance | |
|---|---|---|---|---:|---|
| City National Bank | Checking Account | XXXXXS179 | Village Roadshow Entertainment Group USA Inc. | 171,468 | |
| City National Bank | Payroll Account | XXXXXS187 | Village Roadshow Entertainment Group USA Inc. | - | |
| City National Bank | Checking Account | XXXXXS209 | Village Roadshow Pictures Entertainment Inc. | - | |
| City National Bank | Checking Account | XXXXXS217 | Village Roadshow Productions Inc. | - | |
| City National Bank | Checking Account | XXXXX4465 | VREG Wonka IP Global LLC | 941 | |
| Australia & New Zealand Banking Group | Checking Account | XXXXX9842 | Village Roadshow Film Administration Management Pty Ltd | 99,078 | (a) |
| Australia & New Zealand Banking Group | Checking Account | XXXXXXXXXX0001 | Village Roadshow Entertainment Group (BVI) Limited | 56,992 | |
| U.S. Bank | VREG Group A Concentration Account | XXXXX0000 | Village Roadshow Films (BVI) Limited | 7,186,023 | |
| | | | Village Roadshow Films North America Inc. | 3,122,871 | |
| | | | Village Roadshow Films Global Inc. | 5,918 | |
| | | | Village Roadshow VS Films LLC | 3,845,389 | |
| | | | Total | 14,160,201 | |
| U.S. Bank | VREG Group A Film Reserve Account | XXXXX0001 | Village Roadshow Films (BVI) Limited | - | |
| | | | Village Roadshow Films North America Inc. | - | |
| | | | Village Roadshow Films Global Inc. | - | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | - | |
| U.S. Bank | VREG Group A Appraisal Reserve Account | XXXXX0002 | Village Roadshow Films (BVI) Limited | - | |
| | | | Village Roadshow Films North America Inc. | - | |
| | | | Village Roadshow Films Global Inc. | - | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | - | |
| U.S. Bank | VREG Group A Securitization Equity Account | XXXXX0003 | Village Roadshow Films (BVI) Limited | - | |
| | | | Village Roadshow Films North America Inc. | - | |
| | | | Village Roadshow Films Global Inc. | - | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | - | |
| U.S. Bank | VREG Group A Senior Expense Reserve Account | XXXXX0004 | Village Roadshow Films (BVI) Limited | 1 | |
| | | | Village Roadshow Films North America Inc. | 0 | |
| | | | Village Roadshow Films Global Inc. | 0 | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | 1 | |
| U.S. Bank | VREG Group A Operating Expense Reserve Account | XXXXX0005 | Village Roadshow Films (BVI) Limited | 6,965 | |
| | | | Village Roadshow Films North America Inc. | 7,097 | |
| | | | Village Roadshow Films Global Inc. | 962 | |
| | | | Village Roadshow VS Films LLC | 1,141 | |
| | | | Total | 16,164 | |
| U.S. Bank | VRF Film Receipts Account | XXXXX0006 | Village Roadshow Films (BVI) Limited | 5,868,860 | |
| U.S. Bank | VRFNA Film Receipts Account | XXXXX0007 | Village Roadshow Films North America Inc. | 927,651 | |
| U.S. Bank | VRFG Film Receipts Account | XXXXX0008 | Village Roadshow Films Global Inc. | - | |
| U.S. Bank | Virtual Library Film Receipts Account | XXXXX0009 | Village Roadshow VS Films LLC | - | |
| U.S. Bank | VREG Series 2020-1 Collection Account | XXXXX0010 | Village Roadshow Films (BVI) Limited | 0 | |
| | | | Village Roadshow Films North America Inc. | 0 | |
| | | | Village Roadshow Films Global Inc. | 0 | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | 0 | |
| U.S. Bank | VREG Series 2020-1 Interest Reserve Account | XXXXX0011 | Village Roadshow Films (BVI) Limited | 2,273,210 | |
| | | | Village Roadshow Films North America Inc. | 288,796 | |
| | | | Village Roadshow Films Global Inc. | 115,612 | |
| | | | Village Roadshow VS Films LLC | 252,230 | |
| | | | Total | 2,929,848 | |
| U.S. Bank | VREG Series 2020-1 Supplemental Cash Reserve Account | XXXXX0012 | Village Roadshow Films (BVI) Limited | - | |
| | | | Village Roadshow Films North America Inc. | - | |
| | | | Village Roadshow Films Global Inc. | - | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | - | |
| U.S. Bank | VREG Series 2020-1 Cash Trap Reserve Account | XXXXX0013 | Village Roadshow Films (BVI) Limited | - | |
| | | | Village Roadshow Films North America Inc. | - | |
| | | | Village Roadshow Films Global Inc. | - | |
| | | | Village Roadshow VS Films LLC | - | |
| | | | Total | - | |
| Petty Cash | n/a | n/a | Village Roadshow Entertainment Group USA Inc. | 342 | (a) |
| Petty Cash | n/a | n/a | Village Roadshow Film Administration Management Pty Ltd | 21 | (a) |

*(a) Includes amounts denominated in non-USD. For reporting purposes amounts have been converted to USD using the relevant exchange rate at the end of the period.*

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Schedule of Payments on Prepetition Debt**
**For the Period 1 April 2025 to 30 April 2025**

| Date | Payment To | Description | Debtor Entity Name | Amount |
|------|-----------|-------------|--------------------|-------:|
| 7-Apr-2025 | State Revenue Office (Victoria) | Payroll Tax - Period from 1 March 2025 to 16 March 2025 | Village Roadshow Film Administration Management Pty Ltd | 175 |
| 9-Apr-2025 | American Express | American Express Corporate Card - Period from 1 March 2025 to 16 March 2025 | Village Roadshow Entertainment Group USA Inc. | 173 |
| 22-Apr-2025 | ADP | Australian Superannuation Funds - Period from 1 March 2025 to 16 March 2025 | Village Roadshow Film Administration Management Pty Ltd | 2,910 |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Schedule of Payments to Insiders**
**For the Period 1 April 2025 to 30 April 2025**

| Date | Payment To | Insider Type | Payment Type | Debtor Entity Name | Amount |
|---|---|---|---|---|---|
| 14-Apr-2025 | Village Roadshow Entertainment Group (BVI) Limited | Debtor Affiliate | Cash Management Transfer | Village Roadshow Entertainment Group USA Inc. | 100,000 |
| 16-Apr-2025 | Village Roadshow Film Administration Management Pty Ltd | Debtor Affiliate | Cash Management Transfer | Village Roadshow Entertainment Group (BVI) Limited | 75,000 |
| 30-Apr-2025 | Harvey L. Tepner | Independent Director | Director Fees | Village Roadshow Entertainment Group (BVI) Limited | 5,000 |
| 30-Apr-2025 | Christina Norman | Independent Director | Director Fees | Village Roadshow Entertainment Group (BVI) Limited | 5,000 |
| 30-Apr-2025 | Carlos Abadi | Independent Director | Director Fees | Village Roadshow Entertainment Group (BVI) Limited | 5,000 |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Schedule of Payments to Professionals**
**Period from 1 April 2025 to 30 April 2025**

| | Role | Date of Retention | Retainer Received - Period | Retainer Received - Cumulative | Compensation Approved - Period | Compensation Approved - Cumulative | Retainer Applied - Period | Retainer Applied - Cumulative | Amount Paid Over Retainer - Period | Amount Paid Over Retainer - Cumulative | Debtor Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor's Professional Fees & Expenses (Bankruptcy)** | | | | | | | | | | | |
| Barnes & Thornburg LLP | Special Counsel | Mar-2025 | - | - | 155,559 | 155,559 | - | - | - | - | Village Roadshow Entertainment Group USA Inc. |
| Seward & Kissel LLP | Special Counsel | Mar-2025 | - | - | 33,431 | 33,431 | - | - | - | - | Village Roadshow Entertainment Group USA Inc. |
| U.S. Bank | Other | Mar-2025 | - | - | 34,137 | 34,137 | - | - | - | - | Village Roadshow Entertainment Group USA Inc. |
| **Debtor's Professional Fees & Expenses (Non-Bankruptcy)** | | | | | | | | | | | |
| Green Hasson & Janks LLP | Financial Professional | Apr-2025 | - | - | 38,750 | 38,750 | - | - | 38,750 | 38,750 | Village Roadshow Entertainment Group USA Inc. |
| **Total** | | | **-** | **-** | **261,877** | **261,877** | **-** | **-** | **38,750** | **38,750** | |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Cash Receipts & Disbursements**
**Period from 1 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Entertainment Group USA Inc. (25-10475) | VR Zoo Productions Ltd (25-10476) | VREG Funding LLC (25-10477) | VREG IP Global LLC (25-10478) | Village Roadshow Distribution USA Inc. (25-10479) | VREG J2 Global LLC (25-10480) | Village Roadshow Films Global Inc. (25-10481) | VREG MM2 IP Global LLC (25-10482) | VREG OP Global LLC (25-10483) | VREG Production Services Inc. (25-10484) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | (a) | 472,379 | - | - | - | - | - | 118,674 | - | - | - |
| Receipts | | | | | | | | | | | |
| Film Receipts - Village Share | | - | - | - | - | - | - | - | - | - | - |
| Film Receipts - Non-Village Share (Pass-Through) | | - | - | - | - | - | - | - | - | - | - |
| Distribution of Film Receipts - Non-Village Share | | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Proceeds | | - | - | - | - | - | - | - | - | - | - |
| Interest | | - | - | - | - | - | - | 3,818 | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Receipts | (b) | - | - | - | - | - | - | 3,818 | - | - | - |
| Disbursements (Operating) | | | | | | | | | | | |
| Payroll & Related Costs | | (150,961) | - | - | - | - | - | - | - | - | - |
| Director Fees | | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | | (42,539) | - | - | - | - | - | - | - | - | - |
| Insurance | | (2,688) | - | - | - | - | - | - | - | - | - |
| Taxes | | - | - | - | - | - | - | - | - | - | - |
| Other | | (3,632) | - | - | - | - | - | - | - | - | - |
| Total - Disbursements (Operating) | (c) | (199,820) | - | - | - | - | - | - | - | - | - |
| Disbursements (Restructuring/Sale) | | | | | | | | | | | |
| Chief Restructuring Officer (Accordion) | | - | - | - | - | - | - | - | - | - | - |
| Restructuring Counsel (Sheppard Mullin) | | - | - | - | - | - | - | - | - | - | - |
| Delaware Bankruptcy Counsel (Young Conaway) | | - | - | - | - | - | - | - | - | - | - |
| Office of the U.S. Trustee | | - | - | - | - | - | - | - | - | - | - |
| Other | | (750) | - | - | - | - | - | - | - | - | - |
| Total - Disbursements (Restructuring/Sale) | (c) | (750) | - | - | - | - | - | - | - | - | - |
| FX Revaluation | (c) | 1 | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | | (200,569) | - | - | - | - | - | 3,818 | - | - | - |
| Intercompany Transfers | | (100,000) | - | - | - | - | - | - | - | - | - |
| **Closing Balance - Actual** | | **171,810** | **-** | **-** | **-** | **-** | **-** | **122,492** | **-** | **-** | **-** |
| add back: Intercompany Transfers Post-Petition | | 100,000 | - | - | - | - | - | - | - | - | - |
| **Closing Balance for MOR Reporting** | (d) | **271,810** | **-** | **-** | **-** | **-** | **-** | **122,492** | **-** | **-** | **-** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Cash Receipts & Disbursements**
**Period from 1 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Films North America Inc. (25-10485) | VREG Television Inc. (25-10486) | VREG Wonka IP Global LLC (25-10487) | Village Roadshow Pictures Entertainment Inc. (25-10488) | VREG WW IP Global LLC (25-10489) | Village Roadshow Pictures North America Inc. (25-10490) | Village Roadshow VS Films LLC (25-10491) | Village Roadshow Productions Inc. (25-10492) | VR DTE Distribution USA Inc. (25-10493) | VR DTE Productions Limited (25-10494) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | (a) | 3,914,753 | - | 963 | - | - | - | 4,098,413 | - | - | - |
| **Receipts** | | | | | | | | | | | |
| Film Receipts - Village Share | | 386,647 | - | - | - | - | - | - | - | - | - |
| Film Receipts - Non-Village Share (Pass-Through) | | 42,961 | - | 27,878 | - | - | - | - | - | - | - |
| Distribution of Film Receipts - Non-Village Share | | - | - | (27,878) | - | - | - | - | - | - | - |
| DIP Loan Proceeds | | - | - | - | - | - | - | - | - | - | - |
| Interest | | 2,054 | - | - | - | - | - | 348 | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Receipts | (b) | 431,662 | - | - | - | - | - | 348 | - | - | - |
| **Disbursements (Operating)** | | | | | | | | | | | |
| Payroll & Related Costs | | - | - | - | - | - | - | - | - | - | - |
| Director Fees | | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | | - | - | - | - | - | - | - | - | - | - |
| Insurance | | - | - | - | - | - | - | - | - | - | - |
| Taxes | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | (22) | - | - | - | - | - | - | - |
| Total - Disbursements (Operating) | (c) | - | - | (22) | - | - | - | - | - | - | - |
| **Disbursements (Restructuring/Sale)** | | | | | | | | | | | |
| Chief Restructuring Officer (Accordion) | | - | - | - | - | - | - | - | - | - | - |
| Restructuring Counsel (Sheppard Mullin) | | - | - | - | - | - | - | - | - | - | - |
| Delaware Bankruptcy Counsel (Young Conaway) | | - | - | - | - | - | - | - | - | - | - |
| Office of the U.S. Trustee | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Disbursements (Restructuring/Sale) | (c) | - | - | - | - | - | - | - | - | - | - |
| FX Revaluation | (c) | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | | 431,662 | - | (22) | - | - | - | 348 | - | - | - |
| Intercompany Transfers | | - | - | - | - | - | - | - | - | - | - |
| **Closing Balance - Actual** | | **4,346,415** | **-** | **941** | **-** | **-** | **-** | **4,098,760** | **-** | **-** | **-** |
| add back: Intercompany Transfers Post-Petition | | - | - | - | - | - | - | - | - | - | - |
| **Closing Balance for MOR Reporting** | (d) | **4,346,415** | **-** | **941** | **-** | **-** | **-** | **4,098,760** | **-** | **-** | **-** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Cash Receipts & Disbursements**
**Period from 1 April 2025 to 30 April 2025**

| | MOR Line | VR Funding LLC (25-10495) | VREG Films Ltd (25-10496) | Village Roadshow Film Administration Management P/L (25-10497) | Village Roadshow Distribution Pty Ltd (25-10498) | Village Roadshow Entertainment Group Asia Ltd (25-10499) | Crescent Film Holdings Limited (25-10500) | Village Roadshow Distribution UK Limited (25-10501) | Village Roadshow Entertainment Group (BVI) Limited (25-10502) | Village Roadshow Productions (BVI) Ltd (25-10503) | VR Zoo Distribution USA Inc. (25-10504) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | (a) | - | - | 80,231 | - | - | - | - | 47,001 | - | - |
| **Receipts** | | | | | | | | | | | |
| Film Receipts - Village Share | | - | - | 1,056 | - | - | - | - | - | - | - |
| Film Receipts - Non-Village Share (Pass-Through) | | - | - | - | - | - | - | - | 167 | - | - |
| Distribution of Film Receipts - Non-Village Share | | - | - | - | - | - | - | - | (167) | - | - |
| DIP Loan Proceeds | | - | - | - | - | - | - | - | - | - | - |
| Interest | | - | - | 453 | - | - | - | - | 27 | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Receipts | (b) | - | - | 1,509 | - | - | - | - | 27 | - | - |
| **Disbursements (Operating)** | | | | | | | | | | | |
| Payroll & Related Costs | | - | - | (47,561) | - | - | - | - | - | - | - |
| Director Fees | | - | - | - | - | - | - | - | (15,000) | - | - |
| Office Expenses | | - | - | (10,918) | - | - | - | - | - | - | - |
| Insurance | | - | - | - | - | - | - | - | - | - | - |
| Taxes | | - | - | (1,066) | - | - | - | - | - | - | - |
| Other | | - | - | (250) | - | - | - | - | (36) | - | - |
| Total - Disbursements (Operating) | (c) | - | - | (59,794) | - | - | - | - | (15,036) | - | - |
| **Disbursements (Restructuring/Sale)** | | | | | | | | | | | |
| Chief Restructuring Officer (Accordion) | | - | - | - | - | - | - | - | - | - | - |
| Restructuring Counsel (Sheppard Mullin) | | - | - | - | - | - | - | - | - | - | - |
| Delaware Bankruptcy Counsel (Young Conaway) | | - | - | - | - | - | - | - | - | - | - |
| Office of the U.S. Trustee | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Disbursements (Restructuring/Sale) | (c) | - | - | - | - | - | - | - | - | - | - |
| FX Revaluation | (c) | - | - | 2,153 | - | - | - | - | - | - | - |
| Net Cash Flow | | - | - | (56,133) | - | - | - | - | (15,009) | - | - |
| Intercompany Transfers | | - | - | 75,000 | - | - | - | - | 25,000 | - | - |
| **Closing Balance - Actual** | | **-** | **-** | **99,099** | **-** | **-** | **-** | **-** | **56,992** | **-** | **-** |
| add back: Intercompany Transfers Post-Petition | | - | - | (75,000) | - | - | - | - | (25,000) | - | - |
| **Closing Balance for MOR Reporting** | (d) | **-** | **-** | **24,099** | **-** | **-** | **-** | **-** | **31,992** | **-** | **-** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Cash Receipts & Disbursements**
**Period from 1 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Distribution (BVI) Limited (25-10505) | Village Roadshow Films (BVI) Limited (25-10506) | VR Films Holdings (BVI) Limited (25-10507) | Village Roadshow Holdings USA Inc. (25-10508) |
|---|---|---|---|---|---|
| Opening Balance | (a) | - | 15,228,105 | - | - |
| | | | | | |
| *Receipts* | | | | | |
| Film Receipts - Village Share | | - | 65,176 | - | - |
| Film Receipts - Non-Village Share (Pass-Through) | | - | 31,279 | - | - |
| Distribution of Film Receipts - Non-Village Share | | - | - | - | - |
| DIP Loan Proceeds | | - | - | - | - |
| Interest | | - | 10,518 | - | - |
| Other | | - | - | - | - |
| Total - Receipts | (b) | - | 106,973 | - | - |
| | | | | | |
| *Disbursements (Operating)* | | | | | |
| Payroll & Related Costs | | - | - | - | - |
| Director Fees | | - | - | - | - |
| Office Expenses | | - | - | - | - |
| Insurance | | - | - | - | - |
| Taxes | | - | - | - | - |
| Other | | - | (20) | - | - |
| Total - Disbursements (Operating) | (c) | - | (20) | - | - |
| | | | | | |
| *Disbursements (Restructuring/Sale)* | | | | | |
| Chief Restructuring Officer (Accordion) | | - | - | - | - |
| Restructuring Counsel (Sheppard Mullin) | | - | - | - | - |
| Delaware Bankruptcy Counsel (Young Conaway) | | - | - | - | - |
| Office of the U.S. Trustee | | - | - | - | - |
| Other | | - | - | - | - |
| Total - Disbursements (Restructuring/Sale) | (c) | - | - | - | - |
| | | | | | |
| FX Revaluation | (c) | - | - | - | - |
| | | | | | |
| Net Cash Flow | | - | 106,953 | - | - |
| | | | | | |
| Intercompany Transfers | | - | - | - | - |
| | | | | | |
| **Closing Balance - Actual** | | **-** | **15,335,058** | **-** | **-** |
| | | | | | |
| add back: Intercompany Transfers Post-Petition | | - | - | - | - |
| | | | | | |
| **Closing Balance for MOR Reporting** | (d) | **-** | **15,335,058** | **-** | **-** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Financial Position**
**As at 30 April 2025**

| | MOR Line | Village Roadshow Entertainment Group USA Inc. (25-10475) | VR Zoo Productions Ltd (25-10476) | VREG Funding LLC (25-10477) | VREG IP Global LLC (25-10478) | Village Roadshow Distribution USA Inc. (25-10479) | VREG J2 Global LLC (25-10480) | Village Roadshow Films Global Inc. (25-10481) | VREG MM2 IP Global LLC (25-10482) | VREG OP Global LLC (25-10483) | VREG Production Services Inc. (25-10484) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | |
| Trade and other receivables | (a) / (b) | 221,794 | - | - | - | 2,764,958 | - | 107,080 | - | - | - |
| Cash and cash equivalents | | 171,810 | - | - | - | - | - | 122,492 | - | - | - |
| Prepayments and other assets | | 202,519 | - | - | 2,344 | 2,700 | 2,344 | 3,201 | 2,344 | 2,344 | - |
| Total - Current assets | (d) | 596,123 | - | - | 2,344 | 2,767,658 | 2,344 | 232,773 | 2,344 | 2,344 | - |
| **Non-current assets** | | | | | | | | | | | |
| Motion picture and television production costs | | - | - | - | - | - | - | 1,032,256 | - | - | - |
| Investments | | 41,759,366 | - | - | - | - | - | - | - | - | - |
| Prepayments and other assets | | 171,007 | - | - | - | - | - | - | - | - | - |
| Debt issuance costs | | - | - | - | - | - | - | 282,602 | - | - | - |
| Intercompany receivable | | 125,185,242 | - | - | - | - | - | 75,873,467 | - | - | - |
| Total - Non-current assets | | 167,115,615 | - | - | - | - | - | 77,188,325 | - | - | - |
| **Total - Assets** | (e) | 167,711,738 | - | - | 2,344 | 2,767,658 | 2,344 | 77,421,098 | 2,344 | 2,344 | - |
| **Current liabilities** | | | | | | | | | | | |
| Trade and other payables | | 2,876,316 | - | 250 | 250 | 250 | 250 | 66,369 | 250 | 250 | 250 |
| Other interest bearing liabilities | | - | - | - | - | - | - | 1,079,969 | - | - | - |
| Other | | 8,395 | - | - | - | - | - | 310,682 | - | - | - |
| Total - Current liabilities | | 2,884,711 | - | 250 | 250 | 250 | 250 | 1,457,019 | 250 | 250 | 250 |
| **Non-current liabilities** | | | | | | | | | | | |
| Other interest bearing liabilities | | - | - | - | - | - | - | 7,185,701 | - | - | - |
| Intercompany payable | | 243,773,282 | 2,343 | 1,600 | 10,242 | 33,286,376 | 24,877 | - | 71,410 | 10,242 | 464,960 |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Non-current liabilities | | 243,773,282 | 2,343 | 1,600 | 10,242 | 33,286,376 | 24,877 | 7,185,701 | 71,410 | 10,242 | 464,960 |
| **Total - Liabilities** | (n) | 246,657,992 | 2,343 | 1,850 | 10,492 | 33,286,626 | 25,127 | 8,642,720 | 71,660 | 10,492 | 465,210 |
| **Equity** | | | | | | | | | | | |
| Contributed equity | | 209,501,826 | 2 | - | - | 10 | - | 90,747,449 | - | - | 10 |
| Accumulated losses | | (300,573,080) | (2,345) | (1,850) | (8,148) | (30,518,978) | (22,783) | (21,969,071) | (69,316) | (8,148) | (465,220) |
| Reserves | | 12,125,000 | - | - | - | - | - | - | - | - | - |
| Total - Equity | (o) | (78,946,254) | (2,343) | (1,850) | (8,148) | (30,518,968) | (22,783) | 68,778,378 | (69,316) | (8,148) | (465,210) |
| **Total - Liabilities and equity** | | 167,711,738 | - | - | 2,344 | 2,767,658 | 2,344 | 77,421,098 | 2,344 | 2,344 | - |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Financial Position**
**As at 30 April 2025**

| | MOR Line | Village Roadshow Films North America Inc. (25-10485) | VREG Television Inc. (25-10486) | VREG Wonka IP Global LLC (25-10487) | Village Roadshow Pictures Entertainment Inc. (25-10488) | VREG WW IP Global LLC (25-10489) | Village Roadshow Pictures North America Inc. (25-10490) | Village Roadshow VS Films LLC (25-10491) | Village Roadshow Productions Inc. (25-10492) | VR DTE Distribution USA Inc. (25-10493) | VR DTE Productions Limited (25-10494) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | |
| Trade and other receivables | (a) / (b) | - | - | - | - | - | - | 4,098,760 | - | - | - |
| Cash and cash equivalents | | 4,346,415 | - | 941 | - | - | - | 4,098,760 | - | - | - |
| Prepayments and other assets | | 4,033 | - | 2,344 | 4,740 | 2,344 | 2,700 | 3,207 | - | - | - |
| Total - Current assets | (d) | 4,350,448 | - | 3,285 | 4,740 | 2,344 | 2,700 | 4,101,968 | - | - | - |
| **Non-current assets** | | | | | | | | | | | |
| Motion picture and television production costs | | 4,208,657 | - | - | - | - | - | 17,125,047 | - | - | - |
| Investments | | 74,286,356 | - | - | 1,000 | - | - | - | - | - | - |
| Prepayments and other assets | | - | - | - | - | - | - | - | - | - | - |
| Debt issuance costs | | 754,697 | - | - | - | - | - | 737,493 | - | - | - |
| Intercompany receivable | | - | - | 5,418,581 | - | - | 27,303 | - | - | - | - |
| Total - Non-current assets | | 79,249,709 | - | 5,418,581 | 1,000 | - | 27,303 | 17,862,539 | - | - | - |
| **Total - Assets** | (e) | 83,600,157 | - | 5,421,866 | 5,740 | 2,344 | 30,003 | 21,964,507 | - | - | - |
| **Current liabilities** | | | | | | | | | | | |
| Trade and other payables | | 6,773,661 | 250 | 1,191 | 250 | 250 | 250 | 168,953 | 250 | - | - |
| Other interest bearing liabilities | | 3,711,984 | - | - | - | - | - | 1,815,128 | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Current liabilities | | 10,485,644 | 250 | 1,191 | 250 | 250 | 250 | 1,984,081 | 250 | - | - |
| **Non-current liabilities** | | | | | | | | | | | |
| Other interest bearing liabilities | | 17,617,996 | - | - | - | - | - | 17,009,111 | - | - | - |
| Intercompany payable | | 59,947,027 | 11,782,005 | - | 16,095,706 | 10,242 | - | 1,250,682 | 110,399 | 5,702 | 2,343 |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Non-current liabilities | | 77,565,022 | 11,782,005 | - | 16,095,706 | 10,242 | - | 18,259,793 | 110,399 | 5,702 | 2,343 |
| **Total - Liabilities** | (n) | 88,050,667 | 11,782,255 | 1,191 | 16,095,956 | 10,492 | 250 | 20,243,874 | 110,649 | 5,702 | 2,343 |
| **Equity** | | | | | | | | | | | |
| Contributed equity | | 35,062,212 | 10 | - | 1,622,853 | - | 0 | - | 1,000 | 10 | 2 |
| Accumulated losses | | (39,512,722) | (11,782,265) | 5,420,675 | (17,713,069) | (8,148) | 29,753 | 1,720,633 | (111,649) | (5,712) | (2,345) |
| Reserves | | - | - | - | - | - | - | - | - | - | - |
| Total - Equity | (o) | (4,450,510) | (11,782,255) | 5,420,675 | (16,090,216) | (8,148) | 29,753 | 1,720,633 | (110,649) | (5,702) | (2,343) |
| **Total - Liabilities and equity** | | 83,600,157 | - | 5,421,866 | 5,740 | 2,344 | 30,003 | 21,964,507 | - | - | - |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Financial Position**
**As at 30 April 2025**

| | MOR Line | VR Funding LLC (25-10495) | VREG Films Ltd (25-10496) | Village Roadshow Film Administration Management P/L (25-10497) | Village Roadshow Distribution Pty Ltd (25-10498) | Village Roadshow Entertainment Group Asia Ltd (25-10499) | Crescent Film Holdings Limited (25-10500) | Village Roadshow Distribution UK Limited (25-10501) | Village Roadshow Entertainment Group (BVI) Limited (25-10502) | Village Roadshow Productions (BVI) Ltd (25-10503) | VR Zoo Distribution USA Inc. (25-10504) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | |
| Trade and other receivables | (a) / (b) | - | - | 1,058 | - | - | - | - | 56,992 | - | - |
| Cash and cash equivalents | | - | - | 99,099 | - | - | - | - | - | - | - |
| Prepayments and other assets | | 2,573 | - | 17,510 | - | - | 2,740 | - | 1,120,323 | 8,220 | - |
| Total - Current assets | (d) | 2,573 | - | 117,667 | - | - | 2,740 | - | 1,177,315 | 8,220 | - |
| **Non-current assets** | | | | | | | | | | | |
| Motion picture and television production costs | | - | - | - | - | - | - | - | - | - | - |
| Investments | | 35,062,212 | - | 385,835 | - | - | 1,072,581 | - | 135,103,059 | 4 | - |
| Prepayments and other assets | | - | - | - | - | - | - | - | - | - | - |
| Debt issuance costs | | - | - | - | - | - | - | - | - | - | - |
| Intercompany receivable | | - | 1 | 700,896 | - | - | - | - | 511,531,633 | 41,826,214 | - |
| Total - Non-current assets | | 35,062,212 | 1 | 1,086,731 | - | - | 1,072,581 | - | 646,634,692 | 41,826,218 | - |
| **Total - Assets** | (e) | 35,064,785 | 1 | 1,204,398 | - | - | 1,075,321 | - | 647,812,007 | 41,834,438 | - |
| **Current liabilities** | | | | | | | | | | | |
| Trade and other payables | | 250 | - | 8,940 | 250 | 1,927 | 250 | 3,619 | 1,586,814 | 1,408 | - |
| Other interest bearing liabilities | | - | - | - | - | - | - | - | 31,873,073 | - | - |
| Other | | - | - | 87,980 | - | 433 | - | - | - | - | - |
| Total - Current liabilities | | 250 | - | 96,919 | 250 | 2,361 | 250 | 3,619 | 33,459,887 | 1,408 | - |
| **Non-current liabilities** | | | | | | | | | | | |
| Other interest bearing liabilities | | - | - | - | - | - | - | - | 134,242,357 | - | - |
| Intercompany payable | | 29,667 | - | 1,550,767 | 700,896 | 21,743,887 | 24,010,204 | - | 234,705,933 | - | 5,702 |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Non-current liabilities | | 29,667 | - | 1,550,767 | 700,896 | 21,743,887 | 24,010,204 | - | 368,948,290 | - | 5,702 |
| **Total - Liabilities** | (n) | 29,917 | - | 1,647,686 | 701,146 | 21,746,248 | 24,010,454 | 3,619 | 402,408,177 | 1,408 | 5,702 |
| **Equity** | | | | | | | | | | | |
| Contributed equity | | 35,062,212 | 1 | 1,108,645 | 1 | 10 | 1,072,580 | 2 | 738,692,958 | 323,031 | 10 |
| Accumulated losses | | (27,344) | - | (1,312,754) | (654,891) | (21,746,258) | (24,007,713) | (3,620) | (521,144,939) | 41,509,998 | (5,712) |
| Reserves | | - | - | (239,179) | (46,256) | - | - | - | 27,855,810 | - | - |
| Total - Equity | (o) | 35,034,868 | 1 | (443,288) | (701,146) | (21,746,248) | (22,935,134) | (3,619) | 245,403,830 | 41,833,029 | (5,702) |
| **Total - Liabilities and equity** | | 35,064,785 | 1 | 1,204,398 | - | - | 1,075,321 | - | 647,812,007 | 41,834,438 | - |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Financial Position**
**As at 30 April 2025**

| | MOR Line | Village Roadshow Distribution (BVI) Limited (25-10505) | Village Roadshow Films (BVI) Limited (25-10506) | VR Films Holdings (BVI) Limited (25-10507) | Village Roadshow Holdings USA Inc. (25-10508) |
|---|---|---|---|---|---|
| **Current assets** | | | | | |
| Trade and other receivables | (a) / (b) | 14,444,427 | 314,024 | - | - |
| Cash and cash equivalents | | - | 15,335,058 | - | - |
| Prepayments and other assets | | 8,113 | 9,054 | - | - |
| Total - Current assets | (d) | 14,452,540 | 15,658,136 | - | - |
| | | | | | |
| **Non-current assets** | | | | | |
| Motion picture and television production costs | | - | 7,553,349 | - | - |
| Investments | | 5,001,002 | - | 5,001,000 | 36,685,116 |
| Prepayments and other assets | | - | - | - | - |
| Debt issuance costs | | - | 7,112,329 | - | - |
| Intercompany receivable | | 194,430,484 | - | 1 | - |
| Total - Non-current assets | | 199,431,486 | 14,665,678 | 5,001,001 | 36,685,116 |
| | | | | | |
| **Total - Assets** | (e) | **213,884,026** | **30,323,814** | **5,001,001** | **36,685,116** |
| | | | | | |
| **Current liabilities** | | | | | |
| Trade and other payables | | 40,527 | 19,533,778 | - | 750 |
| Other interest bearing liabilities | | - | 14,552,911 | - | - |
| Other | | - | 624,524 | - | - |
| Total - Current liabilities | | 40,527 | 34,711,212 | - | 750 |
| | | | | | |
| **Non-current liabilities** | | | | | |
| Other interest bearing liabilities | | - | 160,847,807 | - | - |
| Intercompany payable | | 2,559,751 | 371,946,534 | - | 2,078,401 |
| Other | | - | - | - | - |
| Total - Non-current liabilities | | 2,559,751 | 532,794,341 | - | 2,078,401 |
| | | | | | |
| **Total - Liabilities** | (n) | **2,600,277** | **567,505,553** | **-** | **2,079,151** |
| | | | | | |
| **Equity** | | | | | |
| Contributed equity | | 844,472 | 4,998,673 | 5,001,001 | 36,735,376 |
| Accumulated losses | | 210,439,277 | (542,180,412) | - | (2,129,411) |
| Reserves | | - | - | - | - |
| Total - Equity | (o) | 211,283,749 | (537,181,739) | 5,001,001 | 34,605,965 |
| | | | | | |
| **Total - Liabilities and equity** | | **213,884,026** | **30,323,814** | **5,001,001** | **36,685,116** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Income**
**Period from 01 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Entertainment Group USA Inc. (25-10475) | VR Zoo Productions Ltd (25-10476) | VREG Funding LLC (25-10477) | VREG IP Global LLC (25-10478) | Village Roadshow Distribution USA Inc. (25-10479) | VREG J2 Global LLC (25-10480) | Village Roadshow Films Global Inc. (25-10481) | VREG MM2 IP Global LLC (25-10482) | VREG OP Global LLC (25-10483) | VREG Production Services Inc. (25-10484) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Film distribution | | - | - | - | - | - | - | - | - | - | - |
| Television and streaming | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Revenue | (a) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Costs of revenue** | | | | | | | | | | | |
| Film and television amortisation | | 16,960 | - | - | - | - | - | - | - | - | - |
| Film and television impairment | | - | - | - | - | - | - | - | - | - | - |
| Other costs of revenue | | (121,943) | - | - | - | - | - | - | - | - | - |
| Total - Costs of revenue | (b) | (104,983) | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Gross Profit** | **(c)** | **(104,983)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | | |
| Selling/marketing expenses | (d) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **General and administrative expenses** | | | | | | | | | | | |
| Wages & salaries | | (152,129) | - | - | (293) | (338) | (293) | (338) | (293) | (293) | - |
| Professional fees | | (2,122) | - | - | - | (29,708) | - | (70) | - | - | - |
| Office and administrative expenses | | (305,687) | - | - | - | - | - | (75) | - | - | - |
| Other | | (37,325) | - | - | - | - | - | - | - | - | - |
| Total - General and administrative expenses | (e) | (497,264) | - | - | (293) | (30,046) | (293) | (483) | (293) | (293) | - |
| | | | | | | | | | | | |
| Other income (expenses) | (f) | (137,214) | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Depreciation and amortization | (g) | (415) | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Interest** | | | | | | | | | | | |
| Interest income | | - | - | - | - | - | - | 3,818 | - | - | - |
| Interest expense | | - | - | - | - | - | - | (32,789) | - | - | - |
| Total - Interest | (h) | - | - | - | - | - | - | (28,970) | - | - | - |
| | | | | | | | | | | | |
| Taxes | (i) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Reorganization items | (j) | (1,000) | - | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) |
| | | | | | | | | | | | |
| **Profit (loss) for the period** | **(k)** | **(740,876)** | **-** | **(250)** | **(543)** | **(30,296)** | **(543)** | **(29,703)** | **(543)** | **(543)** | **(250)** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Income**
**Period from 01 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Films North America Inc. (25-10485) | VREG Television Inc. (25-10486) | VREG Wonka IP Global LLC (25-10487) | Village Roadshow Pictures Entertainment Inc. (25-10488) | VREG WW IP Global LLC (25-10489) | Village Roadshow Pictures North America Inc. (25-10490) | Village Roadshow VS Films LLC (25-10491) | Village Roadshow Productions Inc. (25-10492) | VR DTE Distribution USA Inc. (25-10493) | VR DTE Productions Limited (25-10494) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Film distribution | | 514,173 | - | - | - | - | - | - | - | - | - |
| Television and streaming | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Revenue | (a) | 514,173 | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Costs of revenue** | | | | | | | | | | | |
| Film and television amortisation | | (120,851) | - | - | - | - | - | - | - | - | - |
| Film and television impairment | | - | - | - | - | - | - | - | - | - | - |
| Other costs of revenue | | - | - | - | - | - | - | - | - | - | - |
| Total - Costs of revenue | (b) | (120,851) | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Gross Profit** | **(c)** | **393,322** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | | |
| Selling/marketing expenses | (d) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **General and administrative expenses** | | | | | | | | | | | |
| Wages & salaries | | (338) | - | (293) | - | (293) | (338) | (322) | - | - | - |
| Professional fees | | (237) | - | - | - | - | - | (127) | - | - | - |
| Office and administrative expenses | | (75) | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - General and administrative expenses | (e) | (650) | - | (293) | - | (293) | (338) | (449) | - | - | - |
| | | | | | | | | | | | |
| Other income (expenses) | (f) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Depreciation and amortization | (g) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Interest** | | | | | | | | | | | |
| Interest income | | 2,054 | - | - | - | - | - | 348 | - | - | - |
| Interest expense | | (88,165) | - | - | - | - | - | (76,239) | - | - | - |
| Total - Interest | (h) | (86,111) | - | - | - | - | - | (75,892) | - | - | - |
| | | | | | | | | | | | |
| Taxes | (i) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Reorganization items | (j) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | - | - |
| | | | | | | | | | | | |
| **Profit (loss) for the period** | **(k)** | **306,312** | **(250)** | **(543)** | **(250)** | **(543)** | **(588)** | **(76,590)** | **(250)** | **-** | **-** |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Income**
**Period from 01 April 2025 to 30 April 2025**

| | MOR Line | VR Funding LLC (25-10495) | VREG Films Ltd (25-10496) | Village Roadshow Film Administration Management P/L (25-10497) | Village Roadshow Distribution Pty Ltd (25-10498) | Village Roadshow Entertainment Group Asia Ltd (25-10499) | Crescent Film Holdings Limited (25-10500) | Village Roadshow Distribution UK Limited (25-10501) | Village Roadshow Entertainment Group (BVI) Limited (25-10502) | Village Roadshow Productions (BVI) Ltd (25-10503) | VR Zoo Distribution USA Inc. (25-10504) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Film distribution | | - | - | 1,055 | - | - | - | - | - | - | - |
| Television and streaming | | - | - | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - | - | - |
| Total - Revenue | (a) | - | - | 1,055 | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Costs of revenue** | | | | | | | | | | | |
| Film and television amortisation | | - | - | - | - | - | - | - | - | - | - |
| Film and television impairment | | - | - | - | - | - | - | - | - | - | - |
| Other costs of revenue | | - | - | - | - | - | - | - | - | - | - |
| Total - Costs of revenue | (b) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Gross Profit** | **(c)** | - | - | 1,055 | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Selling/marketing expenses | (d) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **General and administrative expenses** | | | | | | | | | | | |
| Wages & salaries | | (322) | - | (45,934) | - | - | (343) | - | (15,000) | (1,686) | - |
| Professional fees | | - | - | - | - | - | - | - | - | - | - |
| Office and administrative expenses | | - | - | (14,387) | - | - | - | - | (110,074) | - | - |
| Other | | - | - | - | - | - | - | - | 110,446 | - | - |
| Total - General and administrative expenses | (e) | (322) | - | (60,321) | - | - | (343) | - | (14,628) | (1,686) | - |
| | | | | | | | | | | | |
| Other income (expenses) | (f) | - | - | 91,154 | (12,584) | - | - | - | - | - | - |
| | | | | | | | | | | | |
| Depreciation and amortization | (g) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Interest** | | | | | | | | | | | |
| Interest income | | - | - | 445 | - | - | - | - | 27 | - | - |
| Interest expense | | - | - | - | - | - | - | - | (690,113) | - | - |
| Total - Interest | (h) | - | - | 445 | - | - | - | - | (690,086) | - | - |
| | | | | | | | | | | | |
| Taxes | (i) | - | - | - | - | - | - | - | (4) | - | - |
| | | | | | | | | | | | |
| Reorganization items | (j) | (250) | - | (491) | (250) | (250) | (250) | - | (993,220) | (750) | - |
| | | | | | | | | | | | |
| **Profit (loss) for the period** | **(k)** | (572) | - | 31,842 | (12,834) | (250) | (593) | - | (1,697,938) | (2,436) | - |

**VILLAGE ROADSHOW ENTERTAINMENT GROUP**
**Statement of Income**
**Period from 01 April 2025 to 30 April 2025**

| | MOR Line | Village Roadshow Distribution (BVI) Limited (25-10505) | Village Roadshow Films (BVI) Limited (25-10506) | VR Films Holdings (BVI) Limited (25-10507) | Village Roadshow Holdings USA Inc. (25-10508) |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Film distribution | | 906 | 64,472 | - | - |
| Television and streaming | | - | - | - | - |
| Other | | - | - | - | - |
| Total - Revenue | (a) | 906 | 64,472 | - | - |
| | | | | | |
| **Costs of revenue** | | | | | |
| Film and television amortisation | | - | (56,537) | - | - |
| Film and television impairment | | - | - | - | - |
| Other costs of revenue | | - | - | - | - |
| Total - Costs of revenue | (b) | - | (56,537) | - | - |
| | | | | | |
| **Gross Profit** | **(c)** | **906** | **7,935** | **-** | **-** |
| | | | | | |
| Selling/marketing expenses | (d) | - | - | - | - |
| | | | | | |
| **General and administrative expenses** | | | | | |
| Wages & salaries | | (2,331) | (1,001) | - | - |
| Professional fees | | - | (1,233) | - | - |
| Office and administrative expenses | | - | (92) | - | - |
| Other | | - | - | - | - |
| Total - General and administrative expenses | (e) | (2,331) | (2,326) | - | - |
| | | | | | |
| Other income (expenses) | (f) | - | - | - | - |
| | | | | | |
| Depreciation and amortization | (g) | - | - | - | - |
| | | | | | |
| **Interest** | | | | | |
| Interest income | | - | 10,518 | - | - |
| Interest expense | | - | (718,026) | - | - |
| Total - Interest | (h) | - | (707,508) | - | - |
| | | | | | |
| Taxes | (i) | (906) | - | - | - |
| | | | | | |
| Reorganization items | (j) | (750) | (250) | - | (750) |
| | | | | | |
| **Profit (loss) for the period** | **(k)** | **(3,081)** | **(702,150)** | **-** | **(750)** |