# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. 276 |

## NOTICE OF SUCCESSFUL BIDDER FOR LIBRARY ASSETS

**PLEASE TAKE NOTICE** that, on April 24, 2025, the Court entered that certain *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for, and Hearing to Approving, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Docket No. 276] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 7 of the Bid Procedures Order, no Qualified Bid other than the Stalking Horse Bid has been received for the Library Assets, and Alcon Media Group, LLC, the Stalking Horse Bidder, is deemed to be the Successful Bidder for the Library Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors will not hold an Auction for the Library Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors will hold an Auction for the Assets that do not constitute Library Assets on May 28, 2025, at 9:30 a.m. (PT). The Auction will be held at the offices of Sheppard, Mullin, Richter & Hampton LLP, 350 S. Grand Avenue, 40th Floor, Los Angeles, CA 90071.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will take place on June 18, 2025, at 2:00 p.m. (ET).

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not defined herein shall have the meanings given in the Bid Procedures Order.

Copies of the Bid Procedures Motion, the Stalking Horse Supplement, the Bid Procedures, the Bid Procedures Order, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

Dated: May 22, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Carol E. Thompson (Del. Bar No. 6936)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jmulvihill@ycst.com<br>cthompson@ycst.com<br>bcarver@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, Illinois 60654<br>Telephone: (312) 499-6300<br>Facsimile: (312) 499-6301<br>Email: jbernbrock@sheppardmullin.com<br>mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>Email: jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Email: apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |