IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> VILLAGE ROADSHOW ENTERTAINMENT ) Case No. 25-10475 (TMH) <br> GROUP USA INC., *et al.*,[1] ) <br> ) (Jointly Administered) <br>             Debtors. ) <br> ) **Ref. Docket No. 276** |

**NOTICE OF (I) SUCCESSFUL BIDDER FOR DERIVATIVE RIGHTS AND STUDIO BUSINESS AND (II) BACK-UP BIDDER FOR DERIVATIVE RIGHTS**

**PLEASE TAKE NOTICE** that, on March 17, 2025 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 24, 2025, the Court entered that certain *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for, and Hearing to Approving, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Docket No. 276] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, on May 22, 2025, the Debtors filed the *Notice of Successful Bidder for Library Assets* [Docket No. 396], which named Alcon Media Group LLC ("Alcon") as the Successful Bidder for the Library Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, on May 28, 2025, the Debtors conducted the Auction with respect to the Derivative Rights and the Studio Business. At the conclusion of the Auction, the Debtors selected (i) Alcon as the Successful Bidder for (a) the Derivative Rights, with a cash purchase price in the amount of

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bid Procedures Order.

1

$18,500,000, and (b) the Studio Business, with a purchase price comprised of cash in the amount of $4,250,000 plus the assumption of certain liabilities; and (ii) Warner Bros. Entertainment Inc. as the Back-Up Bidder for the Derivative Rights, with a cash purchase price in the amount of $17,500,000.

**PLEASE TAKE FURTHER NOTICE** that, on **June 18, 2025, at 2:00 p.m. (ET)**, a hearing to consider approval of the sale of the Debtors' Assets to the Successful Bidder (the "Sale Hearing") will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a copy of the Successful Bidder's adequate assurance information with respect to the Assumed Contracts that may be assumed and assigned to the Successful Bidder in connection with the sale of the Debtors' Assets. The Debtors will file the proposed Sale Order and Asset Purchase Agreements in connection with the sale of the Derivative Rights and the Studio Business in advance of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures Order and all other documents filed with the Court in these cases are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 29, 2025
Wilmington, Delaware

*/s/ Carol E. Thompson*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Carol E. Thompson (Del. Bar No. 6936)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:          jmulvihill@ycst.com<br>                    cthompson@ycst.com<br>                    bcarver@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, Illinois 60654<br>Telephone:   (312) 499-6300<br>Facsimile:    (312) 499-6301<br>Email:          jbernbrock@sheppardmullin.com<br>                    mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:   (310) 228-3700<br>Facsimile:    (310) 228-3701<br>Email:          jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:   (212) 653-8700<br>Facsimile:    (212) 653-8701<br>Email:          apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

# **EXHIBIT A**

**Successful Bidder Adequate Assurance Information**



To Whom It May Concern:

Please allow this letter to serve as Alcon Media Group's evidence of its ability to provide adequate assurance of future performance and proof of its financial ability to perform its obligations under the two Purchase Agreements for the Derivative Rights and Studio Business that are submitted with Alcon's separate bid.

The two of us co-founded Alcon Entertainment in 1997 with the financial backing of Frederick W. Smith, who is the founder and chairman of FedEx.  Over the last 28 years, Alcon has financed and produced several dozen studio released feature films, generating close to $4B in revenues.  Although Alcon's origins were solely as a film company, today Alcon is also active in television, where it financed and produced the hit series, THE EXPANSE and is currently in production on BLADE RUNNER 2099 (Amazon Prime Video). Alcon is heavily involved in music, interactive and publishing as well.

Among our many achievements, the one of which the two of us are most proud is that Mr. Smith remains our business partner and Alcon's chairman after all these years.  Mr. Smith's contributions in business are legendary, and his service to our nation in uniform and subsequently in civilian life are awe inspiring.  Being his partners and being mentored by him for almost three decades has been the honor of a lifetime.

As a result of both Alcon's business success and the continued support of Mr. Smith, Alcon has access to hundreds of millions of dollars through various lines of credit.  Mr. Smith enthusiastically supports Alcon's acquisition of Village Roadshow's remaining Business Segments.

Village Roadshow is familiar with Alcon's financial wherewithal as a reliable financial partner to bring the sale to a successful conclusion with due speed, as Alcon demonstrated recently by completing the $100 million WONKA purchase in under two weeks under extreme time constraints and difficult circumstances.  Alcon similarly moved with alacrity and due speed to become the stalking horse bidder for the Library Assets and has $41.75 million on deposit with the Escrow Agent in furtherance of that transaction. Alcon will similarly utilize its ample financial resources to promptly conclude the Derivative Rights and Studio Business purchase if we are fortunate enough to be the winning bidder!

Sincerely,

*[signatures]*

Andrew A. Kosove & Broderick Johnson
Co-Founder/Co-CEO  Co-Founder/Co-CEO
Alcon Media Group

Alcon Media Group, LLC
10390 Santa Monica Boulevard, Los Angeles, California 90025 T 310.789.3040 F 310.789.3060