**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP US INC., *et al.*, | ) ) ) ) | Case No. 25-10475 (TMH) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Michael P. Kruszewski, Esq. of Leech Tishman Fuscaldo & Lampl, LLC, as counsel to creditor, Regency Entertainment (USA), Inc., in the above-referenced matter.

Dated: May 30, 2025

By: */s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE #5679)
CAROTHERS & HAUSWIRTH LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Email: ghauswirth@ch-legal.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective December 21, 2023. I further certify that the annual fee of $70.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 30, 2025

By: */s/ Michael P. Kruszewski*
Michael P. Kruszewski (PA I.D. #91239)
LEECH TISHMAN FUSCALDO & LAMPL, LLC
1001 State Street, Suite 1400
Erie, PA 16501
Telephone: 814.273.7100
Facsimile: 412.227.5551
Email: mkruszewski@leechtishman.com

**ORDER GRANTING MOTION**

It is **HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: June 2nd, 2025  
Wilmington, Delaware

THOMAS M. HORAN  
UNITED STATES BANKRUPTCY JUDGE