**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP US INC., *et al.*, | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

     Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Sandford L. Frey, Esq. of Leech Tishman Nelson Hardiman, Inc., as counsel to creditor, Regency Entertainment (USA), Inc., in the above-referenced matter.

Dated: May 30, 2025
                                By: */s/ Gregory W. Hauswirth*
                                    Gregory W. Hauswirth (DE #5679)
                                    CAROTHERS & HAUSWIRTH LLP
                                    1007 N. Orange Street, 4th Floor
                                    Wilmington, DE 19801
                                    Telephone: 302.332.7181
                                    Email: ghauswirth@ch-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective December 21, 2023. I further certify that the annual fee of $70.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 30, 2025
                                By: */s/ Sandford L. Frey*
                                    Sandford L. Frey (CA State Bar No. 117058)
                                    LEECH TISHMAN NELSON HARDIMAN, INC.
                                    1100 Glendon Avenue, 14th Floor
                                    Los Angeles, CA 90024
                                    Telephone: 310.203.2800
                                    Facsimile: 412.227.5551
                                    Email: sfrey@leechtishman.com

## ORDER GRANTING MOTION

It is **HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: June 2nd, 2025  
Wilmington, Delaware

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**