## **CERTIFICATE OF SERVICE**

I, Jamie L. Edmonson, hereby certify that a true and correct copy of *Clover Ivy Purchaser, LLC's Renewed Objection to Sale of Debtor's Assets* was electronically filed on June 3, 2025, with the United States Bankruptcy Court and served through the Court's CM/ECF system upon the Debtor and all registered case participants, served upon the following parties via email notification and First Class mail, and served upon the parties on the attached Notice 2002 Service List via email notification and/or First-Class mail.

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)

| | |
|---|---|
| Alcon Media Group, LLC<br>10390 Santa Monica Boulevard<br>Suite 250 Los Angeles, CA 90025<br>Attention: Scott Parish<br>E-mail: sparish@alconent.com | Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Attention: Scott Edel<br>E-mail: sedel@loeb.com |
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>Attention: Vadim J. Rubinstein<br>E-mail: vrubinstein@loeb.com | Village Roadshow Entertainment Group USA Inc.<br>10100 Santa Monica Boulevard, Suite 200 Los Angeles, California 90067<br>Attention: Louis Santor and Kevin Berg<br>E-mail: louis.santor@vreg.com<br>kevin.berg@vreg.com |
| Sheppard Mullin Richter & Hampton LLP 350 South Grand Ave., 40th Floor<br>Los Angeles, California 90071-3460 Attention: Stacey Rosenberg, Esq.<br>E-mail: srosenberg@sheppardmullin.com | Sheppard Mullin Richter & Hampton LLP<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Attention: Justin R. Bernbrock<br>E-mail: jbernbrock@sheppardmullin.com |

Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | 10100 Santa Monica Blvd, Suite 180 | | | Los Angeles | CA | 90067 | 310-552-0705; 310-552-3700 | | chase.anderson@hines.com; eric.lyon@hines.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Leib M. Lerner, Douglas J. Harris | 350 South Grand Avenue, 51st Floor | | | Los Angeles | CA | 90071 | 213-576-1000 | 213-576-1100 | leib.lerner@alston.com; douglas.harris@alston.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Stephen M. Blank | 90 Park Avenue | | | New York | NY | 10016 | 212-210-9400 | 212-210-9444 | stephen.blank@alston.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | One N. Wacker Drive Suite 4400 | | | Chicago | IL | 60606-2833 | 312-214-4583; 312-357-1313 | 312-759-5646 | agavant@btlaw.com; KKansa@btlaw.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | One Marina Park Drive Suite 1530 | | | Boston | MA | 02210 | 781-888-1516 | 617-316-5311 | lofarrell@btlaw.com |
| Counsel for U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Mark R. Owens, Amy E. Tryon | 222 Delaware Avenue, Suite 1200 | | | Wilmington | DE | 19801 | 302-300-3434 | | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | Attn: Ariela Moskowitz | 1875 Century Park East, Suite 1770 | | Los Angeles | CA | 90067 | | | ariela@bfbst.com |
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | 801 North Brand Boulevard, Suite 950 | | | Glendale | CA | 91203 | 818-973-3200 | 818-973-3201 | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | 916-445-9555 | | |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr. | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 | 302-295-0193 | | chipman@chipmanbrown.com |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | 5807 Fayette Street | | | Los Angeles | CA | 90042 | 323-693-9173 | | ryan@ryanpowerslaw.com |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Attn.: Daniel Shamah | 55 Hudson Yards | | | New York | NY | 10001 | | | dshamah@cooley.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | 302-577-8338 | | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | 302-672-6700 | 302-739-2274 | statetreasurer@state.de.us |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Aaron Applebaum, Roxanne M. Eastes | 1201 North Market Street, Suite 2100 | | | Wilmington | DE | 19801 | 302-468-5700 | 302-394-2341 | aaron.applebaum@us.dlapiper.com; roxanne.eastes@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Dennis O'Donnell | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | 212-335-4665 | 917-778-8665 | dennis.odonnell@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Tom K. Ara | 2000 Avenue of the Stars | Suite 400 North Tower | | Los Angeles | CA | 90067-4735 | 310-595-3000 | 310-595-3300 | tom.ara@us.dlapiper.com |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | Attn: Mark Wetzstein | 10100 Santa Monica Blvd., Suite 750 | | Los Angeles | CA | 90067 | 310-248-5100 | | mark@sowdllp.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | 855-235-6787 | |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | 16 West 16th Street, Apt. 12AN | | | New York | NY | 10011 | | | rmarcus@mindspring.com |
| Claims and Noticing Agent | KCC dba Verita | | 222 N. Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | | | vreginfo@veritaglobal.com |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | 555 Flower Street Suite 3700 | | | Los Angeles | CA | 90071 | 213-680-8400 | | mark.holscher@kirkland.com |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | 1131 Maple Street | | | Santa Monica | CA | 90405 | | | |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown, George A. Williams III | 919 Market Street, Suite 1800 | | | Wilmington | DE | 19801 | 302-467-4400 | 302-467-4450 | brown@lrclaw.com; williams@lrclaw.com |
| Counsel to Content Partners and for CP Ventura LLC | Latham & Watkins LLP | David Hammerman | 1271 Avenue of the Americas | | | New York | NY | 10020 | 212-906-1398 | | David.Hammerman@lw.com |
| Counsel to Content Partners and for CP Ventura LLC | Latham & Watkins LLP | Deniz Irgi, Davis A. Klabo | 355 South Grand Avenue, Suite 100 | | | Los Angeles | CA | 90071 | 213-485-1234; 213-891-8023 | | Deniz.Irgi@lw.com; davis.klabo@lw.com |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | 10250 Constellation Blvd., Suite 1100 | | | Los Angeles | CA | 90067 | | | Liliana.Ranger@lw.com; Djenab.Conde@lw.com; Sam.Lehman@lw.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | 919 N. Market Street, Suite 460 | | | Wilmington | DE | 19801 | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein, Noah Weingarten | 345 Park Avenue | | | New York | NY | 10154 | 212-407-4000 | 212-407-4990 | vrubinstein@loeb.com; nweingarten@loeb.com |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | Attn: Douglas Stone and James Scura | 10250 Constellation Blvd., 19th Floor | | Los Angeles | CA | 90067 | 310-556-7820 | | dstone@glaserweil.com |
| Top 20 Creditor | Milbank | Sean McMillon | 55 Hudson Yards | | | New York | NY | 10001-2163 | 212-530-5803 | | smcmillon@milbank.com |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman | 55 Hudson Yards | | | New York | NY | 10001-2163 | 212-530-5271, 424-386-4368, 310-650-8472 | | nalmeida@milbank.com; smcmillon@milbank.com; knesfield@milbank.com; nconnolly@milbank.com; VREGMilbank@milbank.com |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | Attn: Matt Rice | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 | 310-273-6700 | | bryan@moonshot.tv |
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel, William D. Curtis | 100 North Tryon Street, Suite 4700 | | | Charlotte | NC | 28202-4003 | 704-331-1000 | | glennsiegel@mvalaw.com; williamcurtis@mvalaw.com |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Jody C. Barillare | 1201 N. Market Street, Suite 2201 | | | Wilmington | DE | 19801 | 302-574-3000 | 302-574-3001 | jody.barillare@morganlewis.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | 101 Park Avenue | | | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | stephan.hornung@morganlewis.com |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Morris James LLP | Eric J. Monzo, Jason S. Levin | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 | 302-888-6800 | 302-571-1750 | emonzo@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | 1201 N. Market Street, 16th Floor | | | Wilmington | DE | 19801 | 302-658-9200 | 302-658-3989 | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | 250 West 55th Street | | | New York | NY | 10019-9601 | 212-468-8000; 212-336-4116 | 212-468-7900 | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | 1999 Avenue of the Stars 8th Floor | | | Los Angeles | CA | 90067 | 310-553-6700 | | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | 2801 North Hardwood Street, Suite 1600 | | | Dallas | TX | 75201 | 972-360-1900 | | eljones@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | 400 South Hope Street Suite 1900 | | | Los Angeles | CA | 90071 | 213-430-6000 | | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Rosa Sierra-Fox | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | 302-573-6491 | 302-573-6497 | rosa.sierra-fox@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | 919 North Market Street, 17th Floor | | | Wilmington | DE | 19801 | 302-652-4100 | 302-652-4400 | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Shirley S. Cho | 780 Third Avenue, 34th Floor | | | New York | NY | 10017-2024 | 212-561-7700 | | rfeinstein@pszjlaw.com; scho@pszjlaw.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Pashman Stein Walder Hayden, P.C. | David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale | 824 North Market Street, Suite 800 | | | Wilmington | DE | 19801 | 302-592-6496 | 201-488-5556 | dstratton@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | 1999 Avenue of the Stars, 27th Floor | | | Century City | CA | 90067 | | | susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | Christopher M. Samis, R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 | 302-984-6000 | 302-658-1192 | csamis@potteranderson.com; rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Top 20 Creditor | PWGA Pension Fund | | Dept. LA 25083 | | | Pasadena | CA | 91185-5085 | 818-846-1015 | | kchristovich@wga.org |
| Counsel to CP Ventura LLC | Richards, Layton & Finger, P.A. | Michael J. Merchant, Amanda R. Steele | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | 302-651-7700 | 302- 651-7701 | merchant@rlf.com; steele@rlf.com |
| Counsel to Clover Ivy Purchaser, LLC | Robinson & Cole LLP | Jamie L. Edmonson, Rachel Jaffe Mauceri | 1201 N. Market Street, Suite 1406 | | | Wilmington | DE | 19801 | 302-516-1700 | 302-516-1699 | jedmonson@rc.com; rmauceri@rc.com |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | 1880 Century Park East, Suite 404 | | | Los Angeles | CA | 90067 | | | faxbahr@gmail.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Seward & Kissel LLP | John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio | One Battery Park Plaza | | | New York | NY | 10004 | 212-574-1200 | | ashmead@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | One Battery Park Plaza | | | New York | NY | 10004 | | | bateman@sewkis.com; patel@sewkis.com |
| Co-Counsel for the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Alyssa Paddock | 30 Rockefeller Plaza, 39th Floor | | | New York | NY | 10112 | 212-653-8700 | 212-653-8701 | apaddock@sheppardmullin.com |
| Co-Counsel for the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Jennifer L. Nassiri | 1901 Avenue of the Stars, Suite 1600 | | | Los Angeles | CA | 90067 | 310-228-3700 | 310-228-3701 | jnassiri@sheppardmullin.com |
| Co-Counsel for the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Justin Bernbrock | 321 North Clark Street, 32nd Floor | | | Chicago | IL | 60654 | 312-499-6300 | 312-499-6301 | jbernbrock@sheppardmullin.com |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | c/o Agency for the Performing Arts | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025 | | | lhoward@independentartistgroup.com |
| Top 20 Creditor | Sony Pictures Television Inc. | Matthew Bickell | 10202 West Washington Blvd. | Norman Lear Building, 3rd Floor | | Culver City | CA | 90232 | 310-244-6932 | | |
| Counsel to Vine Alternative Investments Group, LLC | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | 919 North Market Street, Suite 1300 | | | Wilmington | DE | 19801 | 302-425-3310 | 610-371-7972 | joseph.huston@stevenslee.com |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 3

Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | Attn: Adam Kaller and Duncan Hedges | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 | 310-271-8777 | | ak@hjth.com |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | Attn: Jon Cassir | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 | 424-288-200 | | jon.cassir@caa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | Attn: Trina Shek Rizzo | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 | 310-859-4365 | | TRizzo@endeavorco.com |
| Debtor | Village Roadshow Entertainment Group USA Inc. | Kevin Berg | 750 N. San Vicente Blvd., Suite 800 West | | | West Hollywood | CA | 90069 | | | |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | 51 West 52nd Street | | | New York | NY | 10019 | 212-403-1000 | 212-403-2000 | JAFeltman@wlrk.com; MSBenn@wlrk.com; JMSimwinga@wlrk.com; KPWaldock@wlrk.com |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | 4000 Warner Blvd | | | Burbank | CA | 91522 | | | wayne.smith@warnerbros.com |
| Top 20 Creditor | Weil Gotshal & Manges LLP | | 767 Fifth Avenue | | | New York | NY | 10153 | 212-310-8000 | | frank.nocco@weil.com |
| Top 20 Creditor | WGA Health Fund Contribtuion | | Dept. LA 25102 | | | Pasadena | CA | 91185-5102 | 818-846-1015 | | kchristovich@wga.org |
| Counsel to 20th Century Studios, Inc. | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew N. Goldman, Benjamin W. Loveland | 7 World Trade Center | 250 Greenwich Street | | New York | NY | 10007 | 212-230-8800 | 212-230-8888 | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | 7000 West Third Street | | | Los Angeles | CA | 90048 | 323-951-4000 | 323-782-4800 | kchristovich@wga.org |
| Co-Counsel for the Debtors and Debtors in Possession | Young, Conaway, Stargatt & Taylor LLP | Joseph M. Mulvihill, Rebecca L. Lamb and Lauren McCrery | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | 302-571-6600 | 302-571-1253 | jmulvihill@ycst.com; sborovinskaya@ycst.com; kmcelroy@ycst.com |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 3 of 3