# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*, [1] | ) ) ) | Case No. 25-10475 (TMH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Dkt Nos. 480, 490 |
| | ) ) ) ) | Hearing Date: **June 18, 2025 at 2:00 p.m. (ET)** <br> Obj. Deadline: **June 18, 2025 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Regency Entertainment (USA), Inc. ("REUSA") filed its *Motion for Authority to File Under Seal its Objection to Sale of Debtors' Assets, Objection to Assumption and Assignment of Co-Ownership Agreement, and Declaration of David C. Friedman in Support* (the "Motion to Seal") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Shortening Notice Period with Respect to Motion of Regency Entertainment (USA), Inc. for Authority to File Under Seal its Objection to Sale of Debtors' Assets, Objection to Assumption and Assignment of Co-Ownership Agreement, and Declaration of David C. Friedman in Support* (Dkt No. 490), objections, if any, to the relief requested in the Motion to Seal shall be either filed with the Court in advance of the Hearing or raised at the Hearing (the "Objection Deadline"). At the same time, you must serve a copy of the objection upon the undersigned counsel to REUSA so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion to Seal and other information regarding these chapter 11 cases are available for inspection free of charge on the case website at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION TO SEAL WILL BE HELD ON **JUNE 18, 2025 at 2:00 p.m. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5,

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information is available on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE OR A HEARING.**

|  |  |
|---|---|
|  | **CAROTHERS & HAUSWIRTH, LLP** |
| Dated: June 11, 2025<br>Wilmington, Delaware | By:    */s/ Gregory W. Hauswirth*<br>Gregory W. Hauswirth (DE-5679)<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE  19801<br>Telephone:  302.332.7181<br>Facsimile:  412.910.7510<br>ghauswirth@ch-legal.com |
|  | and |
|  | **LEECH TISHMAN NELSON HARDIMAN, INC.**<br><br>Sandford L. Frey (CA I.D. # 117058)<br>*Admitted Pro Hac Vice*<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>Telephone: 424.738.4400<br>Facsimile: 424.738.5080<br>sfrey@leechtishman.com<br><br>John M. Steiner (PA I.D. #79390)<br>Michael Kruszewski (PA I.D. # 91239)<br>Kristin Anders Lawson (PA I.D. #74497)<br>*Admitted Pro Hac Vice*<br>**LEECH TISHMAN FUSCALDO & LAMPL, LLC**<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA  15219<br>Telephone:  412.261.1600<br>Facsimile:  412.227.5551<br>jsteiner@leechtishman.com<br>klawson@leechtishman.com<br><br>*Counsel for Regency Entertainment (USA), Inc.* |