UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 16, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 06/16/2025 | 528 | Joinder \\ Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Limited Response to Warner Bros. Entertainment Inc.'s Objection (related document(s)11, 197, 350, 446, 526) Filed by Alcon Media Group, LLC. (Brown, Kimberly) (Entered: 06/16/2025) |

Dated: June 16, 2025

*/s/ Jesse Blevins*
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**Served via Electronic Mail**
10100 Santa Monica Blvd.
Attn: Chase Anderson and Eric Lyons, Hines
10100 Santa Monica Blvd, Suite 180
Los Angeles CA 90067
chase.anderson@hines.com;
eric.lyon@hines.com

**Served via Electronic Mail**
Alston & Bird LLP
Stephen M. Blank
90 Park Avenue
New York NY 10016
stephen.blank@alston.com

**Served via Electronic Mail**
Barnes & Thornburg LLP
Leah O'Farrell
One Marina Park Drive Suite 1530
Boston MA 02210
lofarrell@btlaw.com

**Served via Electronic Mail**
Blackbird Films f/s/o Adam Small
c/o Brechen Feldman Breimer Silver & Thompson, LLP
Attn: Ariela Moskowitz
1875 Century Park East, Suite 1770
Los Angeles CA 90067
ariela@bfbst.com

**Served via 1st Class Mail**
California Attorney General
Attn Bankruptcy Department
1300 I St., Ste. 1740
Sacramento CA 95814-2919

**Served via Electronic Mail**
Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr.
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington DE 19801
chipman@chipmanbrown.com

**Served via Electronic Mail**
Cooley LLP
Attn.: Daniel Shamah
55 Hudson Yards
New York NY 10001
dshamah@cooley.com

**Served via Electronic Mail**
Alston & Bird LLP
Leib M. Lerner, Douglas J. Harris
350 South Grand Avenue, 51st Floor
Los Angeles CA 90071
leib.lerner@alston.com;
douglas.harris@alston.com

**Served via Electronic Mail**
Barnes & Thornburg LLP
Aaron Gavant, Kenneth P. Kansa
One N. Wacker Drive Suite 4400
Chicago IL 60606-2833
agavant@btlaw.com;
KKansa@btlaw.com

**Served via Electronic Mail**
Barnes & Thornburg LLP
Mark R. Owens, Amy E. Tryon
222 Delaware Avenue, Suite 1200
Wilmington DE 19801
mark.owens@btlaw.com;
amy.tryon@btlaw.com

**Served via Electronic Mail**
Bush Gottlieb, a Law Corporation
David E. Ahdoot, Kirk Prestegard
801 North Brand Boulevard, Suite 950
Glendale CA 91203
dahdoot@bushgottlieb.com;
kprestegard@bushgottlieb.com

**Served via Electronic Mail**
Carothers & Hauswirth LLP
Gregory W. Hauswirth
1007 N. Orange Street, 4th Floor
Wilmington DE 19801
ghauswirth@ch-legal.com

**Served via Electronic Mail**
Content Cartel LLC
c/o Ryan Powers, Attorney at Law
5807 Fayette Street
Los Angeles CA 90042
ryan@ryanpowerslaw.com

**Served via Electronic Mail**
Delaware Attorney General
Attn Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington DE 19801
attorney.general@state.de.us

**Served via Electronic Mail**
Delaware Dept of Justice
Attorney General
Attn Bankruptcy Department
Carvel State Building
820 N French St
Wilmington DE 19801
attorney.general@state.de.us;

**Served via Electronic Mail**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover DE 19904
statetreasurer@state.de.us

**Served via Electronic Mail**
DLA Piper LLP (US)
Dennis O'Donnell
1251 Avenue of the Americas
New York NY 10020-1104
dennis.odonnell@us.dlapiper.com

**Served via Electronic Mail**
Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore MD 21201
SBSE.Insolvency.Balt@irs.gov

**Served via 1st Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia PA 19104

**Served via Electronic Mail**
KCC dba Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo CA 90245
vreginfo@veritaglobal.com

**Served via 1st Class Mail**
Kubier Entertainment f/s/o Karen Croner
Attn: Jeff Okin
1131 Maple Street
Santa Monica CA 90405

**Served via Electronic Mail**
Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover DE 19903
dosdoc_bankruptcy@state.de.us

**Served via Electronic Mail**
DLA Piper LLP (US)
Aaron Applebaum, Roxanne M. Eastes
1201 North Market Street, Suite 2100
Wilmington DE 19801
aaron.applebaum@us.dlapiper.com;
roxanne.eastes@us.dlapiper.com

**Served via Electronic Mail**
EP Abso LLC
c/o Sloane, Offer, Weber, and Dern LLP
Attn: Mark Wetzstein
10100 Santa Monica Blvd., Suite 750
Los Angeles CA 90067
mark@sowdllp.com

**Served via 1st Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

**Served via Electronic Mail**
Katzner Pictures f/s/o Oren Moverman
Oren Moverman
16 West 16th Street, Apt. 12AN
New York NY 10011
rmarcus@mindspring.com

**Served via Electronic Mail**
Kirkland & Ellis LLP
Mark C. Holscher, P.C.
555 Flower Street Suite 3700
Los Angeles CA 90071
mark.holscher@kirkland.com

**Served via Electronic Mail**
Landis Rath & Cobb LLP
Kimberly A. Brown, George A. Williams III
919 Market Street, Suite 1800
Wilmington DE 19801
brown@lrclaw.com;
williams@lrclaw.com

**Served via Electronic Mail**
Latham & Watkins LLP
David Hammerman
1271 Avenue of the Americas
New York NY 10020
David.Hammerman@lw.com

**Served via Electronic Mail**
Latham & Watkins LLP
Deniz Irgi, Davis A. Klabo
355 South Grand Avenue, Suite 100
Los Angeles CA 90071
Deniz.Irgi@lw.com;
davis.klabo@lw.com

**Served via Electronic Mail**
Latham & Watkins LLP
Liliana Ranger, Djenab Conde, Sam Lehman
10250 Constellation Blvd., Suite 1100
Los Angeles CA 90067
Liliana.Ranger@lw.com;
Djenab.Conde@lw.com;
Sam.Lehman@lw.com

**Served via Electronic Mail**
Law Office of Susan E. Kaufman, LLC
Susan E. Kaufman
919 N. Market Street, Suite 460
Wilmington DE 19801
skaufman@skaufmanlaw.com

**Served via Electronic Mail**
Leech Tishman Fuscaldo & Lampl, LLC
John M. Steiner, Kristin A. Lawson
525 William Penn Place, 28th Floor
Pittsburgh PA 15219
jsteiner@leechtishman.com;
klawson@leechtishman.com

**Served via Electronic Mail**
Leech Tishman Fuscaldo & Lampl, LLC
Michael P. Kruszewski
1001 State Street, Suite 1400
Erie PA 16501
mkruszewski@leechtishman.com

**Served via Electronic Mail**
Leech Tishman Fuscaldo & Lampl, LLC
Sandford L. Frey
1100 Glendon Avenue, 14th Floor
Los Angeles CA 90024
sfrey@leechtishman.com

**Served via Electronic Mail**
Loeb & Loeb LLP
Vadim J. Rubinstein, Noah Weingarten
345 Park Avenue
New York NY 10154
vrubinstein@loeb.com;
nweingarten@loeb.com

**Served via Electronic Mail**
McGuffin Entertainment Media, Inc. c/o UTA
c/o Glaser Weil Fink Howard Jordan & Shapiro LLP
Attn: Douglas Stone and James Scura
10250 Constellation Blvd., 19th Floor
Los Angeles CA 90067
dstone@glaserweil.com

**Served via Electronic Mail**
Milbank
Sean McMillon
55 Hudson Yards
New York NY 10001-2163
smcmillon@milbank.com

**Served via Electronic Mail**
Milbank LLP
Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman
55 Hudson Yards
New York NY 10001-2163
nalmeida@milbank.com; smcmillon@milbank.com;
knesfield@milbank.com; nconnolly@milbank.com;
VREGMilbank@milbank.com

**Served via Electronic Mail**
Moonshot Entertainment Inc. f/s/o Bryan Cranston
c/o UTA
Attn: Matt Rice
9336 Civic Center Drive
Beverly Hills CA 90210
bryan@moonshot.tv

**Served via Electronic Mail**
Moore & Van Allen PLLC
Glenn E. Siegel, William D. Curtis
100 North Tryon Street, Suite 4700
Charlotte NC 28202-4003
glennsiegel@mvalaw.com;
williamcurtis@mvalaw.com

**Served via Electronic Mail**
Morgan, Lewis & Bockius LLP
Jody C. Barillare
1201 N. Market Street, Suite 2201
Wilmington DE 19801
jody.barillare@morganlewis.com

**Served via Electronic Mail**
Morgan, Lewis & Bockius LLP
Stephan E. Hornung
101 Park Avenue
New York NY 10178-0060
stephan.hornung@morganlewis.com

**Served via Electronic Mail**
Morris James LLP
Eric J. Monzo, Jason S. Levin
500 Delaware Avenue, Suite 1500
Wilmington DE 19801
emonzo@morrisjames.com;
jlevin@morrisjames.com

**Served via Electronic Mail**
Morris, Nichols, Arsht & Tunnell LLP
Curtis S. Miller, Matthew B. Harvey
1201 N. Market Street, 16th Floor
Wilmington DE 19801
cmiller@morrisnichols.com;
mharvey@morrisnichols.com

**Served via Electronic Mail**
Morrison & Foerster LLP
James Newton, Geoff Peck, Miranda Russell, Will Winsett
250 West 55th Street
New York NY 10019-9601
jnewton@mofo.com; gpeck@mofo.com;
mrussell@mofo.com; wwinsett@mofo.com

**Served via Electronic Mail**
O'Melveny & Myers LLP
Matt Kline and Timothy Heafner
1999 Avenue of the Stars 8th Floor
Los Angeles CA 90067
mkline@omm.com;
theafner@omm.com

**Served via Electronic Mail**
O'Melveny & Myers LLP
Scott Drake, Emma Jones
2801 North Hardwood Street, Suite 1600
Dallas TX 75201
eljones@omm.com

**Served via Electronic Mail**
O'Melveny & Myers LLP
Steve Warren
400 South Hope Street Suite 1900
Los Angeles CA 90071
swarren@omm.com

**Served via Electronic Mail**
Office of the United States Trustee Delaware
Attn Timothy Jay Fox, Jr.
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801
timothy.fox@usdoj.gov

**Served via Electronic Mail**
Pachulski Stang Ziehl & Jones LLP
Bradford J. Sandler, Peter J. Keane
919 North Market Street, 17th Floor
Wilmington DE 19801
bsandler@pszjlaw.com;
pkeane@pszjlaw.com

**Served via Electronic Mail**
Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein, Shirley S. Cho
780 Third Avenue, 34th Floor
New York NY 10017-2024
rfeinstein@pszjlaw.com;
scho@pszjlaw.com

**Served via Electronic Mail**
Pashman Stein Walder Hayden, P.C.
David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale
824 North Market Street, Suite 800
Wilmington DE 19801
dstratton@pashmanstein.com; jbarsalona@pashmanstein.com;
agambale@pashmanstein.com

**Served via Electronic Mail**
Paul Hastings LLP
Susan Williams, Paul Sagan
1999 Avenue of the Stars, 27th Floor
Century City CA 90067
susanwilliams@paulhastings.com;
paulsagan@paulhastings.com

**Served via Electronic Mail**
Potter Anderson & Corroon LLP
Christopher M. Samis, R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay
1313 N. Market Street, 6th Floor
Wilmington DE 19801
csamis@potteranderson.com; rmcneill@potteranderson.com;
bhaywood@potteranderson.com; sforshay@potteranderson.com

**Served via Electronic Mail**
PWGA Pension Fund
Dept. LA 25083
Pasadena CA 91185-5085
kchristovich@wga.org

| | |
|---|---|
| **Served via Electronic Mail**<br>Richards, Layton & Finger, P.A.<br>Michael J. Merchant, Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801<br>merchant@rlf.com;<br>steele@rlf.com | **Served via Electronic Mail**<br>Robinson & Cole LLP<br>Jamie L. Edmonson, Rachel Jaffe Mauceri<br>1201 N. Market Street, Suite 1406<br>Wilmington DE 19801<br>jedmonson@rc.com;<br>rmauceri@rc.com |
| **Served via Electronic Mail**<br>SawSee Films, Inc. f/s/o Fax Bahr<br>c/o Surpin, Mayersohn & Coghill, LLP<br>1880 Century Park East, Suite 404<br>Los Angeles CA 90067<br>faxbahr@gmail.com | **Served via Electronic Mail**<br>Securities & Exchange Commission<br>NY Regional Office<br>Regional Director<br>100 Pearl St., Suite 20-100<br>New York NY 10004-2616<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov |
| **Served via Electronic Mail**<br>Securities & Exchange Commission<br>PA Regional Office<br>Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia PA 19103<br>philadelphia@sec.gov | **Served via Electronic Mail**<br>Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549<br>SECBankruptcy-OGC-ADO@SEC.GOV;<br>secbankruptcy@sec.gov |
| **Served via Electronic Mail**<br>Seward & Kissel LLP<br>John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio<br>One Battery Park Plaza<br>New York NY 10004<br>ashmead@sewkis.com; bateman@sewkis.com;<br>lotempio@sewkis.com | **Served via Electronic Mail**<br>Seward & Kissell LLP<br>Gregg Bateman, Sagar Patel<br>One Battery Park Plaza<br>New York NY 10004<br>bateman@sewkis.com;<br>patel@sewkis.com |
| **Served via Electronic Mail**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Alyssa Paddock<br>30 Rockefeller Plaza, 39th Floor<br>New York NY 10112<br>apaddock@sheppardmullin.com | **Served via Electronic Mail**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Jennifer L. Nassiri<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles CA 90067<br>jnassiri@sheppardmullin.com |
| **Served via Electronic Mail**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Justin Bernbrock<br>321 North Clark Street, 32nd Floor<br>Chicago IL 60654<br>jbernbrock@sheppardmullin.com | **Served via Electronic Mail**<br>Signpost Up Ahead, Inc. f/s/o Jill Blotevogel<br>f/s/o Jill Blotevogel<br>c/o Agency for the Performing Arts<br>10585 Santa Monica Blvd.<br>Los Angeles CA 90025<br>lhoward@independentartistgroup.com |
| **Served via 1st Class Mail**<br>Sony Pictures Television Inc.<br>Matthew Bickell<br>10202 West Washington Blvd.<br>Norman Lear Building, 3rd Floor<br>Culver City CA 90232 | **Served via Electronic Mail**<br>Stevens & Lee, P.C.<br>Joseph H. Huston, Jr.<br>919 North Market Street, Suite 1300<br>Wilmington DE 19801<br>joseph.huston@stevenslee.com |

**Served via Electronic Mail**
Three Rivers Entertainment f/s/o David Hollander
c/o Hansen, Jacobson, Teller, Hoberman
Attn: Adam Kaller and Duncan Hedges
450 North Roxbury Drive, Suite 800
Beverly Hills CA 90210
ak@hjth.com

**Served via Electronic Mail**
US Attorney for District of Delaware
US Attorney for Delaware
1313 N Market Street
Hercules Building
Wilmington DE 19801
usade.ecfbankruptcy@usdoj.gov

**Served via Electronic Mail**
Village Roadshow Entertainment Group USA Inc.
Kevin Berg and Keith Maib
750 N. San Vicente Blvd., Suite 800 West
West Hollywood CA 90069
kevin.berg@vreg.com;
kmaib@accordion.com

**Served via Electronic Mail**
Warner Bros. Entertainment Inc.
Attn Wayne Smith
4000 Warner Blvd
Burbank CA 91522
wayne.smith@warnerbros.com

**Served via Electronic Mail**
WGA Health Fund Contribtuion
Dept. LA 25102
Pasadena CA 91185-5102
kchristovich@wga.org

**Served via Electronic Mail**
Writers Guild of America West
Kristy Christovich
7000 West Third Street
Los Angeles CA 90048
kchristovich@wga.org

**Served via Electronic Mail**
Upper Press, LLC f/s/o Patrick Cunnane
c/o CAA
Attn: Jon Cassir
2000 Avenue of the Stars
Los Angeles CA 90067
jon.cassir@caa.com

**Served via Electronic Mail**
Vanessa McCarthy
c/o: William Morris Endeavor Entertainment, LLC
Attn: Trina Shek Rizzo
9601 Wilshire Blvd.
Beverly Hills CA 90210
TRizzo@endeavorco.com

**Served via Electronic Mail**
Wachtell, Lipton, Rosen & Katz
Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga,
Katherine P. Waldock
51 West 52nd Street
New York NY 10019
JAFeltman@wlrk.com;
MSBenn@wlrk.com;

**Served via Electronic Mail**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153
frank.nocco@weil.com

**Served via Electronic Mail**
Wilmer Cutler Pickering Hale and Dorr LLP
Andrew N. Goldman, Benjamin W. Loveland
7 World Trade Center
250 Greenwich Street
New York NY 10007
andrew.goldman@wilmerhale.com;
benjamin.loveland@wilmerhale.com

**Served via Electronic Mail**
Young, Conaway, Stargatt & Taylor LLP
Joseph M. Mulvihill, Rebecca L. Lamb and Lauren McCrery
Rodney Square
1000 North King Street
Wilmington DE 19801
jmulvihill@ycst.com; sborovinskaya@ycst.com;
kmcelroy@ycst.com