# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al*.[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10475 (TMH) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew R. Kissner, of Morrison & Foerster LLP, to represent 1397225 Ontario Limited and Falcon Strategic Partners IV, LP in the above-captioned cases and any and all adversary proceedings.

Dated: June 18, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
Brett M. Haywood (No. 6166)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bhaywood@potteranderson.com

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

IMPAC - 12307280v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: June 18, 2025             */s/ Andrew R. Kissner*
                                 Andrew R. Kissner, Esq.
                                 **MORRISON & FOERSTER LLP**
                                 250 West 55th Street
                                 New York, New York 10019-9601
                                 Telephone: (212) 468-8000
                                 Facsimile:  (212) 468-7900
                                 Email: akissner@mofo.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

*Thomas M. Horan*

**Dated: June 18th, 2025**          **THOMAS M. HORAN**
**Wilmington, Delaware**            **UNITED STATES BANKRUPTCY JUDGE**

IMPAC - 12307280v.1