**CASE NAME:** Village Roadshow  **SIGN-IN SHEET**  **COURTROOM LOCATION:** 7
**CASE NO:** 25-10475                                          **DATE:** 6/18/2025 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steve Warren | O'Melveny | Warner Bros. |
| Scott Drake | O'Melveny | Warner Bros. |
| Emma Jones | O'Melveny | Warner Bros. |
| Wayne Smith | Warner Bros. | Warner Bros. |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | Warner Bros. |
| Justin Bernbrock | SMRH | Debtors |
| Jennifer Nassiri | " | " |
| Alyssa Padilla | " | " |
| Matthew Benz | YCST | " |
| Joseph Mulvihill | " | " |
| Benjamin Cocco | " | " |
| David Crichlow | Pushman Stein | Ad Hoc Group of ABS Noteholders |
| Alex Bambrick | " | " |
| Michael Benn | Wachtell | " |
| Katherine Waldock | | |
| Aaron Applebaum | DLA Piper | |
| Dennis O'Donnell | | Magnum |
| Chris Collins | Ritter Anderson | |
| Alison Purcell | Morgan Forbes | Oversight Falcon |
| Melanie Purcell | | |
| Matthew Pierce | Landis Rath + Cobb LLP | Alcon Media Group? |
| Vadim Rubinstein | Loeb + Loeb LLP | " |
| Susan Kaufman | Law Office of Susan Kaufman | Gaucho Goff Ltd Fred Fdis, MDPHP |
| Aaron Gavant | Rawes & Thornburg | ABS Trustee |
| Daniel Shamah | Cooley | Ad Hoc Roses |
| Tim Fox | WST | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Village Roadshow 25-10475
June 18, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Lauren | Eastburn | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Ilayna | Guevrekian | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Andrew | Kissner | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| James | Newton | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Miranda | Russell | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Benjamin | Loveland | Wilmer Cutler Pickering Hale & Dorr LLP | 20th Century Studios, Inc. | Video and Audio |
| Katherine | Waldock | | ABS Directing Majority | Video and Audio |
| Kimberly | Brown | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Jason | Kittinger | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Vadim | Rubinstein | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| Noah | Weingarten | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| George | Williams | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Deniz | Irgi | | CP Ventura LLC | Video and Audio |
| Davis | Klabo | | CP Ventura LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | DLA Piper LLP (US) | Video and Audio |
| Jasmine | Movagharnia | Domain Capital Group | Domain Capital Group | Video and Audio |
| Isabela | Salas | Domain Capital Group | Domain Capital Group | Video and Audio |
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds, affiliated Funds and MPIPHP | Video and Audio |
| Lauren | Gans | Elkins Kalt | Interested party | Audio Only |
| David | Mohamed | Paul Hastings LLP | Interested Party | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Stephan | Hornung | Morgan, Lewis & Bockius LLP | Paramount Global | Video and Audio |
| Ashleigh | Landis | Warner Brothers/Discovery | Party in Interest | Video and Audio |
| maria | Benites Gutierrez | O&#039;Melveny | Party in Interest | Video and Audio |
| Lauren | Eber | Warner Brothers/Discovery | Party in Interest | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | Video and Audio |
| Timothy | Heafner | O&#039;Melveny | Party in Interest | Video and Audio |
| Matt | Kline | O&#039;Melveny | Party in Interest | Video and Audio |
| Avery | Meng | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | Party in Interest | Video and Audio |

Village Roadshow 25-10475
June 18, 2025

| | | | |
|---|---|---|---|
| Leah | Montesano | Warner Brothers/Discovery | Video and Audio |
| Daniel | Petrocelli | O&#039;Melveny | Video and Audio |
| Wayne | Smith | Warner Brothers/Discovery | Video and Audio |
| Michael | Kruszewski | Leech Tishman Fuscaldo & Lampl, LLC | Audio Only |
| DVIR | WEINBERG | Regency Entertainment (USA), Inc. | Video and AVideo and Audio |
| Conner | Ahler | Cooley LLP | Video and Audio |
| Arielle | Ambra-Juarez | Cooley LLP | Video and Audio |
| Amanda | Lindner | Cooley LLP | Video and Audio |
| Samuel | Rabuck | Cooley LLP | Video and Audio |
| Daniel | Shamah | Cooley LLP | Video and Audio |
| Tom | Ara | Weil | Video and Audio |
| Kevin | Bostel | Weil | Video and Audio |
| John | Ashmead | Seward & Kissel LLP | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Video and Audio |
| Jason | Levin | Morris James LLP | Video and Audio |
| Catherine | LoTempio | Seward & Kissel LLP | Video and Audio |
| Eric | Monzo | Morris James LLP | Video and Audio |
| Carlos | Abadi | | Video and Audio |
| Rick | Archer | Law360 | Audio Only |
| Kevin | Berg | Village Roadshow | Video and Audio |
| Clara | Geoghegan | Law360 | Audio Only |
| Taylor | Harrison | | Audio Only |
| Patrick | Holohan | | Audio Only |
| Reid | Milkens | Solic | Video and Audio |
| Jim | Moore | Vai LLC | Video and Audio |
| Christina | Norman | | Video and Audio |
| Alex | Rowe | Solic | Video and Audio |
| Louis | Santor | Village Roadshow | Video and Audio |
| Lee | Sienna | | Video and Audio |
| Vince | Sullivan | Law360 | Audio Only |
| Harvey | Tepner | | Video and Audio |
| Michael | Tomback | | Audio Only |
| Matt | White | Falcon Investments | Video and Audio |
| Alex | Wittenberg | Law360 | Audio Only |