**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*, [1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR JULY 21, 2025 AT 11:00 A.M. (ET)**

---

**NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT**

---

## ADJOURNED MATTERS

1.  Motion of Regency Entertainment (USA), Inc. for Authority to File Under Seal its Objection to Seal of Debtors' Assets, Objection to Assumption and Assignment of Co-Ownership Agreement, and Declaration of David C. Friedman in Support [D.I. 480, 6/5/25]

    Objection Deadline:   At the hearing

    Related Documents:   None.

    Objections Filed:   None to date

    Status: This matter is adjourned to the hearing scheduled for August 26, 2025, at 10:00 a.m. (ET).

2.  Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 11, 3/17/25]

Objection Deadline:    May 12, 2025 at 4:00 p.m. (ET), extended for certain parties

Related Documents:

A.  Declaration of Reid Snellenbarger in Support of Debtors' Motion For Entry Of Orders (I)(A) Approving Bid Procedures For The Sale Of The Debtors Assets, (B) Authorizing The Debtors' Entry Into The Stalking Horse APA And Approving Bid Protections Thereunder, (C) Scheduling An Auction For, And Hearing To Approve, Sale Of The Debtors' Assets, (D) Approving Form And Manner Of Notices Of Sale, Auction, And Sale Hearing, And (E) Approving Assumption And Assignment Procedures; (II)(A) Approving The Sale Of The Debtors' Assets Free And Clear Of All Liens, Claims, Interests, And Encumbrances, And (B) Approving Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (III) Granting Related Relief [D.I. 198, 4/16/25]

B.  Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections There under, (III) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 276, 4/24/25]

C.  Notice of Sale, Bid Procedures, Potential Auction, and Sale Hearing [D.I. 277, 4/24/25]

D.  Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 293, 4/28/25]

E.  Affidavit of Publication of the Notice of Sale, Bid Procedures, Potential Auction, and Sale Hearing in the Wall Street Journal and Lost Angeles Times [D.I. 295, 4/30/25]

F.  Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 297, 4/30/25]

G.  Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 345, 5/16/25]

H.  Notice of Successful Bidder for Library Assets [D.I. 396, 5/22/25]

I.  Notice of Filing of Proposed Sale Order [D.I. 438, 5/27/25]

J.  Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights [D.I. 446, 5/28/25]

K. [SEALED] Declaration in Support Declaration of David C. Friedman In Support of Objections By Regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement [D.I. 479, 6/5/25]

L. [REDACTED] Declaration of David C. Friedman in Support of Objections by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement [D.I. 483, 6/5/25]

M. Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 510, 6/13/25]

N. Warner Bros. Entertainment Inc.'s Witness and Exhibit List for June 18, 2025 Hearing [D.I. 515, 6/13/25]

O. [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof [D.I. 519, 6/13/25]

P. [REDACTED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof [D,I, 522, 6/13/25]

Q. [SEALED] Warner Bros. Entertainment Inc.'s Reply in Support of its Motion (I) for an Order, Granting Limited Relief from the Automatic Stay to Obtain its Damages Award and Judgment and (II) to Enforce Arbitration Provisions in the Matrix Agreements with the Debtors [D.I. 525, 6/16/25]

R. Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Limited Response to Warner Bros. Entertainment Inc.'s Objection [D.I. 528, 6/16/25]

S. Order (I) Approving the Sale of Library Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [D.I. 562, 6/20/25]

T. Amended Notice of Further Adjournment of Sale Hearing with Respect to the Derivative Rights Only [D.I. 565, 6/20/25]

Objections Filed:[2]

    A.    Clover Ivy Purchaser, LLC's Objection to Sale of Debtors' Assets [D.I. 304, 5/5/25]

    B.    Clover Ivy Purchaser, LLC's Objection to Assumption and Assignment of Option Agreement [D.I. 305, 5/5/25]

    C.    Limited Objection and Reservation of Rights by the Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans and the Motion Picture Industry Pension and Health Plans to Sale of Debtors' Assets [D.I. 323, 5/12/25]

    D.    Moonshot Entertainment, Inc's Limited Objection and Reservation of Rights to Sale of the Debtor's Assets and Entry of a Sale Order [D.I. 328, 5/12/25]

    E.    Objection and Reservation of Rights to the Debtors' Proposed Sale and Assumption and Assignment of Certain Executory Contracts [D.I. 340, 5/14/25]

    F.    Clover Ivy Purchaser, LLC's Renewed Objection to Sale of Debtors' Assets [D.I. 463, 6/2/25]

    G.    [SEALED] Objection by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets [D.I. 477, 6/5/25]

    H.    [SEALED] Objection By Regency Entertainment (USA), Inc. to Assumption and Assignment of Co-Ownership Agreement [D.I. 478, 6/5/25]

    I.    [REDACTED] Objection by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets [D.I. 481, 6/5/25]

    J.    [REDACTED] Objection by Regency Entertainment (USA), Inc. to Assumption and Assignment of Co-Ownership Agreement [D.I. 482, 6/5/25]

    K.    [SEALED] Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement with Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof [D.I. 518, 6/13/25]

---

[2]    The Debtors also received informal comments from certain counterparties whose contracts were listed on Exhibit 1 to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 293] (the "Potential Assumed Contracts Schedule").  After engaging with these counterparties, the Debtors have agreed to remove the following contracts from the Potential Assumed Contracts Schedule: (i) the agreement with Stolen Picture listed at line no. 430; (ii) the agreements with 10100 Santa Monica, Inc. listed at line nos. 1-5; (iii) the agreements with Joel Golby listed at line nos. 201-203; (iv) the agreements with Cyan Worlds, Inc. listed at line nos. 116-117; and (v) the agreement with Christine Romero and Sanibel Films, Inc. II listed at line no. 70.

L.  [REDACTED] Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement with Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof [D.I. 521, 6/13/25]

Status: The sales of the Derivative Assets and the Studio Business, and any objections related thereto, are adjourned to the hearing scheduled for August 26, 2025, at 10:00 a.m. (ET).

Dated: July 16, 2025
Wilmington, Delaware

/s/ Joseph M. Mulvihill

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:         jmulvihill@ycst.com
               bcarver@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:     (312) 499-6300
Facsimile:     (312) 499-6301
Email:         jbernbrock@sheppardmullin.com
               mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:         jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:     (212) 653-8701
Email:         apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*