# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) ) ) ) | Case No. 25-10475 (TMH) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Lydia Do, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 8, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code** [Docket No. 536]

- [Customized] **Modified Official Form 410 Proof of Claim** [substantially in the form attached as Exhibit 2 to Docket No. 514]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of Docket No. 536.

Dated: July 22, 2025

/s/ *Lydia Do*
Lydia Do
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

# Exhibit A

Exhibit A
Contract Counterparties
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bilbul Industries Corp. f/s/o Yaniv Raz | Yaniz Raz | Attn Kimberly Jaime | c/o Jackoway Austen Tyerman Wertheimer et al. | 1925 Century Park East, 22nd Floor | Los Angeles | CA | 90067 | |
| Bill Kenwright Studios Limited | Attn David Gilbery | Bill Kentwright Studios Limited | BKL House, 1 Venice Walk | | London | | W2 1RR | England |
| BKS HL Limited | Attn Naomi George | BKL House, 1 Venice Walk | | | London | | W2 1RR | England |
| BKS HL Limited | Wiggin LLP | Jessop House, Jessop Avenue | Cheltenham | | Gloucestershire | | GL50 3WG | England |
| Bojidog Films, Inc. f/s/o Christopher Boal | Attn Sean Marks | c/o Marks Law Group | 9800 Wilshire Blvd. | | Beverly Hills | CA | 90212 | |
| Butterfly Wings Inc. f/s/o Marla Sokoloff | Attn David Ryan | c/o Felker Toczek Suddleson Abramson et al. | 1801 Century Park E #2000 | | Los Angeles | CA | 90067 | |
| Ctrl Alt Inc. f/s/o Jennifer Haley | Attn Andrew Hurwitz | c/o Frankfurt Kumit Klein & Selz PC | 2029 Century Park East, Suite 2500N | | Los Angeles | CA | 90067 | |
| Displaced Canadians Collective f/s/o Noah Pink | Attn Dan Fox, Esq. | Hansen, Jacobson, Teller, Hoberman, Newman et al. | 450 North Roxbury Drive, Eighth Floor | | Beverly Hills | CA | 90210 | |
| Displaced Canadians Collective f/s/o Noah Pink | Attn Danny Sherman | Thruline Entertainment | 9250 Wilshire Boulevard, Ground Floor | | Beverly Hills | CA | 90212 | |
| Displaced Canadians Collective f/s/o Noah Pink | Attn Eric Garfinkel | c/o The Gersh Agency | 9465 Wilshire Boulevard, Sixth Floor | | Beverly Hills | CA | 90212 | |
| Filecard, Inc. | Attn Jason Hendler | Hansen, Jacobson, Teller, Hoberman, Newman et al. | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 | |
| Filecard, Inc. | John Waters | Attn Jack Tantleff | c/o Paradigm Talent Agency | 700 North San Vincente Blvd., 8th Floor, Ste G820 | West Hollywood | CA | 90069 | |
| Gatsby Productions, LLC | Attn Business and Legal Affairs | 1663 18th Street | | | Santa Monica | CA | 90404 | |
| Gatsby Productions, LLC | David Boyle, Esq. | 725 Arizona Avenue, Suite 301 | | | Santa Monica | CA | 90401 | |
| Halayoga Health & Media, Inc. f/s/o Paul Eckstein | Attn Darren Trattner | c/o Jackoway Austen Tyerman Wertheimer et al. | 1925 Century Park East, 22nd Floor | | Los Angeles | CA | 90067 | |
| Hoosier Karma Productions, Inc. f/s/o Jim Leonard | Attn Diane A. Golden | c/o Katz Golden Lerner LLP | 2001 Wilshire Blvd, Suite 400 | | Santa Monica | CA | 90403 | |
| Imperative Productions, LLC | | 1663 8th St. | | | Santa Monica | CA | 90404 | |
| John Waters | Attn Jack Tantleff | c/o Paradigm Talent Agency | 700 North San Vincente Blvd., 8th Floor, Ste G820 | | West Hollywood | CA | 90069 | |
| John Waters | Attn Jason Hendler | Hansen, Jacobson, Teller, Hoberman, Newman et al. | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 | |
| Jumo Inc. f/s/o Jesse Chatham | Attn David Krintzman and Miles Metcoff | c/o Morris Yorn Barnes Levine Krintzman et al. | 2000 Avenue of the Stars, 3rd Floor, North Tower | | Los Angeles | CA | 90067 | |
| Katie Amanda Keane | Attn David Evans | c/o Law Offices of David Evans | 1541 Ocean Ave Ste 200 | | Santa Monica | CA | 90401 | |

In re Village Roadshow Entertainment Group USA Inc.
Case No. 25-10475

**Exhibit A**
**Contract Counterparties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marla Sokoloff | Butterfly Wings Inc. | Attn David Ryan | c/o Felker Toczek Suddleson Abramson et al. | 1801 Century Park E #2000 | Los Angeles | CA | 90067 | |
| Melis Productions, Inc. f/s/o William Shatner | | 8383 Wilshire Blvd., Suite 500 | | | Beverly Hills | CA | 90211 | |
| Nat Bernstein Productions, Inc. f/s/o Nat Bernstein | | 549 Lincoln Blvd. | | | Santa Monica | CA | 90402 | |
| Queensbury Corp f/s/o Patrick Casey | Attn Joel VanderKloot | VanderKloot Law | 12917 Panama St. | | Los Angeles | CA | 90066 | |
| Queensbury Corp f/s/o Patrick Casey | Attn Mike Goldberg | c/o APA | 405 S Beverly Dr. | | Beverly Hills | CA | 90212 | |
| Roadshow Films Pty Ltd | | Level 1, 500 Chapel Street | | | South Yarra | VIC | 3141 | Australia |
| Sarah Pinborough Limited f/s/o Sarah Pinborough | Sarah Pinborough Limited | Attn Jeff Barry | c/o ICM Partners | 10250 Constellation Boulevard | Los Angeles | CA | 90067 | |
| Stick! Pictures, Inc. f/s/o Jared Moshe | Attn David Jelenko | c/o Lichter, Grossman, Nichols, Adler et al. | 9200 Sunset Boulevard, Suite 1200 | | West Hollywood | CA | 90069 | |
| Stubborn Twin Productions f/s/o Tom Bergeron | Attn Peter Nichols | c/o Lichter Grossman Nichols Adler Feldman & Clark | 9200 Sunset Blvd, Suite 1200 | | West Hollywood | CA | 90069 | |
| Village Roadshow Australian Films Pty Ltd | | 206 Bourke Street | | | Melbourne | VIC | 3000 | Australia |
| Village Roadshow Limited | | 206 Bourke Street | | | Melbourne | VIC | 3000 | Australia |
| VRPG-DB Pty Ltd | | 206 Bourke Street | | | Melbourne | VIC | 3000 | Australia |
| Wormworks Ltd f/s/o Josh Miller | Attn Joel VanderKloot | VanderKloot Law | 12917 Panama St. | | Los Angeles | CA | 90066 | |
| Wormworks Ltd f/s/o Josh Miller | Attn Mike Goldberg | c/o APA | 405 S Beverly Dr. | | Beverly Hills | CA | 90212 | |