### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Daniel M. Petrocelli of O'Melveny & Myers LLP to represent Warner Bros. Entertainment Inc. and its affiliates in the above-captioned chapter 11 cases.

Dated: July 28, 2025　　　　/s/ Matthew B. Harvey
　　　　　　　　　　　　　　Matthew B. Harvey (No. 5186)
　　　　　　　　　　　　　　**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　Email:  mharvey@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States District Court for the Central, Northern, and Southern Districts of California, the United States Court of Appeals for the District of Columbia, Federal Circuit, Second, Fourth, Fifth, Sixth, Ninth, Tenth and Eleventh Circuits, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 28, 2025　　　　/s/ Daniel M. Petrocelli
　　　　　　　　　　　　　　Daniel M. Petrocelli
　　　　　　　　　　　　　　**O'MELVENY & MYERS LLP**
　　　　　　　　　　　　　　1999 Avenue of the Starts, 8th Floor
　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　Telephone: (310) 553-6700
　　　　　　　　　　　　　　Email: dpetrocelli@omm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.