**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**FOURTH SUPPLEMENTAL NOTICE OF POSSIBLE**
**ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

    **PLEASE TAKE NOTICE** that, on March 17, 2025 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that, on March 17, 2025, the Debtors filed a motion [Docket No. 11] (the "Bid Procedures and Sale Motion") seeking entry of (a) an order, (the "Bid Procedures Order"), (i) authorizing and approving bid procedures (the "Bid Procedures"),[2] in connection with one or more sales or dispositions (collectively, the "Sale") of the Debtors' Assets, (ii) authorizing and approving the Debtors' entry into and performance under an asset purchase agreement (the "CP Stalking Horse APA"), in connection with a potential sale of the Debtors' Library Assets to CP Ventura LLC (the "CP"), subject to higher or otherwise better bids submitted in accordance with the Bid Procedures, (iii) authorizing and approving certain stalking horse bid protections provided to CP in accordance with the terms and conditions set forth in the CP Stalking Horse APA and the Bid Procedures, (iv) establishing certain dates and deadlines in connection with the sale process for the Assets, including scheduling an auction (the "Auction"), if necessary, in accordance with the Bid Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (v) approving the form and manner of notice of the Auction, if any, the Sale, and the Sale Hearing, (vi) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale (the "Assumption and Assignment Procedures") and solely with respect to Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros."), the Warner Bros. Assumption and Assignment

---

[1]    The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bid Procedures or the Bid Procedures Order, as applicable.

Procedures, and approving the form and manner of notice thereof, and (vii) granting related relief; and (b) one or more orders (each, a "Sale Order"), (i) authorizing and approving the Sale of the Debtors' Assets to the Stalking Horse Bidder or otherwise Successful Bidder(s), as applicable, free and clear of all liens, claims, interests, and encumbrances to the extent set forth in the Stalking Horse APA or the asset purchase agreement with the otherwise Successful Bidder, as applicable (the "APA"), (ii) the assumption and assignment of the Assumed Contracts as set forth in the applicable APA, and (iii) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on April 16, 2025, the Debtors filed a motion [Docket No. 197] (the "Stalking Horse Supplement") seeking entry of an order (a) modifying the relief requested in the Bid Procedures and Sale Motion, (b) approving (i) the designation of Alcon Media Group, LLC ("Alcon") as the new stalking horse bidder for the Debtors' Library Assets (the "Alcon Stalking Horse Bidder"), (ii) the Debtors' entry into an asset purchase agreement with Alcon setting forth the terms of Alcon's bid for the Library Assets ("Alcon Stalking Horse APA"), and (iii) an expense reimbursement provided to the Alcon Stalking Horse Bidder pursuant to the terms of the Alcon Stalking Horse APA, and (c) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on April 23, 2025, the Court entered the Bid Procedures Order [Docket No. 240], and on April 24, 2025, the Court entered an amended Bid Procedures Order [Docket No. 276], approving, among other things, the Bid Procedures, which establish key dates and times relating to the Sale and the Auction, and granting the relief requested in the Stalking Horse Supplement. All interested bidders should carefully read the Bid Procedures Order and the Bid Procedures in their entirety.[3]

PLEASE TAKE FURTHER NOTICE that, on May 22, 2025, the Debtors filed the *Notice of Successful Bidder for Library Assets* [Docket No. 396], which named Alcon as the Successful Bidder for the Library Assets. On May 29, 2025, the Debtors filed the *Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights* [Docket No. 446], which named Alcon as the Successful Bidder for the Derivative Rights and the Studio Business, and Warner Bros. as the Back-Up Bidder for the Derivative Rights.

PLEASE TAKE FURTHER NOTICE that, upon the closing of the Sale, the Debtors may assume and assign to Alcon certain non-Warner Bros. executory contracts (the "Assumed Contracts").

PLEASE TAKE FURTHER NOTICE that, on April 28, 2025, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 293] (the "Original Assumption Notice"), which included a schedule listing certain non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Original Contracts Schedule").

PLEASE TAKE FURTHER NOTICE that, on April 30, 2025, the Debtors filed the *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts*

---

[3]    To the extent of any inconsistencies between the Bid Procedures and the summary descriptions of the Bid Procedures in this notice, the terms of the Bid Procedures shall control in all respects.

[Docket No. 297] (the "First Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "First Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2025, the Debtors filed the *Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 345] (the "Second Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Second Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2025, the Debtors filed the *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 510] (the "Third Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Third Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have identified the additional non-Warner Bros. contracts listed on **Exhibit 1** attached hereto as additional contracts that may potentially be assumed and assigned as part of the Sale (the "Fourth Supplemental Contracts Schedule," and together with the Original Contracts Schedule, the First Supplemental Contracts Schedule, the Second Supplemental Contracts Schedule, and the Third Supplemental Contracts Schedule, the "Contracts Schedules"). The Contracts Schedules may also be viewed free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that Cure Costs, if any, for the assumption and assignment of such contracts are also set forth on the Fourth Supplemental Contracts Schedule. Each Cure Cost listed on the Fourth Supplemental Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract. For the avoidance of doubt, none of the foregoing applies to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE.** Under the terms of the Assumption and Assignment Procedures, unless otherwise provided in the applicable APA, at any time prior to the date of closing of the Sale, the Debtors may (a) remove a contract from the Contracts Schedules or (b) modify the previously-stated Cure Costs associated with any contract. **The presence of a contract listed on Exhibit 1 attached hereto does not constitute an admission that such contract is an executory contract or that such contract will be assumed and assigned as part of the Sale. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts listed on Exhibit 1 attached hereto.**

## Filing Objections

Pursuant to the Assumption and Assignment Procedures, and except with respect to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order, objections to the proposed assumption and assignment of a contract listed on the Fourth Supplemental Contracts Schedule, on any basis, including any objection relating to Cure Costs or adequate assurance of Alcon's future ability to perform, must (1)(a) be in writing; (b) state the basis for such objection; and (c) if such objection is to the Cure Cost, state with specificity what Cure Cost the counterparty believes is required (in all cases, with appropriate documentation in support thereof) and (2) be filed with the Court and served no later than **August 28, 2025, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Fourth Supplemental Contract Objection Deadline") on the following parties (collectively, the "Notice Parties"): (1) co-counsel to the Debtors, (i) Sheppard, Mullin, Richter & Hampton LLP, 321 North Clark Street, 32nd Floor, Chicago, IL 60654, Attn.: Justin R. Bernbrock (jbernbrock@sheppardmullin.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn.: Joseph M. Mulvihill (jmulvihill@ycst.com); (2) counsel to the ABS Trustee, Barnes & Thornburg LLP, One North Wacker Drive Suite 4400, Chicago, IL 60606, Attn.: Aaron Gavant (agavant@btlaw.com) (3) counsel to the DIP Lenders, Morrison Foerster, 250 West 55th Street, New York, NY 10019, Attn.: James Newton (jnewton@mofo.com); (4) counsel to Vine Alternative Investments Group, LLC, Cooley LLP, 55 Hudson Yards, New York, NY 10001 Attn.: Daniel Shamah (dshamah@cooley.com); (5) Magnum Films SPC, DLA Piper LLP, 121 Avenue of the Americas, New York, New York, 10020, Attn: Dennis C. O'Donnell (dennis.odonnell@dlapiper.com); (6) counsel to the ad hoc group of ABS Noteholders, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Joel Simwinga (jmsimwinga@wlrk.com);  (7) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue 34th Floor, New York, NY 10017, Attn: Robert Feinstein (rfeinstein@pszjlaw.com) and Bradford Sandler (bsandler@pszjlaw.com); (8) counsel to Warner Bros., (i) O'Melveny & Myers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071, Attn.: Steve Warren (swarren@omm.com), and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn.: Curtis S. Miller (cmiller@morrisnichols.com), (9) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), 844 N. King Street, Room 2207, Wilmington, DE 19801, Attn.: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov); and (10) Alcon.

The Court will hear and determine any objections, which cannot otherwise be resolved by the parties, to the assumption and assignment to the Buyer of any Assumed Contracts listed on the Fourth Supplemental Contracts Schedule at a hearing (the "Supplemental Assumption and Assignment Hearing") to be held on such date and time as determined by the Court, at 824 Market ST N, 3rd Floor, Wilmington, Delaware 19801.

## Consequences of Failing to Timely File an Objection

**Except with respect to Warner Bros., who instead is subject to the Warner Bros. Assumption and Assignment Procedures, Warner Bros. Contract Objection Deadline, Warner Bros. Sale Objection Deadline, and Warner Bros. Post-Auction Objection Deadline, as set forth in the Bid Procedures Order, if any party fails to timely file with the Court and serve an objection by the Fourth Supplemental Contract Objection Deadline or other**

**applicable objection deadline, or otherwise abide by the procedures set forth in the Bid Procedures regarding an objection to the Sale, such party shall be barred from asserting, at the Supplemental Assumption and Assignment Hearing or otherwise, any objection to the relief requested in the Motion or to the consummation and performance of the Sale, including (i) assumption and assignment of Assumed Contracts as set forth in the applicable APA and (ii) the transfer of the applicable Asset(s) to the applicable Successful Bidder(s) free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, and shall be deemed to "consent" to the Sale for purposes of section 363(f) of the Bankruptcy Code.**

## Obtaining Additional Information

Copies of the Bid Procedures Motion, the Stalking Horse Supplement, the Bid Procedures, the Bid Procedures Order, the Alcon Stalking Horse APA, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 14, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Carol E. Thompson (Del. Bar No. 6936)
Benjamin C. Carver (Del. Bar No. 7176)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:      (302) 571-1253
Email:            jmulvihill@ycst.com
                     cthompson@ycst.com
                     bcarver@ycst.com

*Co-Counsel for the Debtors and
Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone:     (312) 499-6300
Facsimile:      (312) 499-6301
Email:            jbernbrock@sheppardmullin.com
                     mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:      (310) 228-3701
Email:            jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:      (212) 653-8701
Email:            apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and
Debtors in Possession*

## EXHIBIT 1

**Fourth Supplemental Contracts Schedule**

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 1. | Village Roadshow Entertainment Group USA Inc. | Producer Agreement dated September 8, 2022 re: "Drag Heist" | 20th Century Studios, Inc. | $0.00 |
| 2. | Village Roadshow Entertainment Group USA Inc. | Village Roadshow / Producer / First Amendment dated November 12, 2024 re: "Drag Heist" | 20th Century Studios, Inc. | $0.00 |
| 3. | Village Roadshow Productions Inc. | Option and Quitclaim Agreement re: "Rafter" f/k/a "Remote Control" | Apple Development LLC | $0.00 |
| 4. | Village Roadshow Entertainment Group USA Inc. | Quitclaim Agreement re: "Myst" | Apple Studios LLC | $0.00 |
| 5. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Myst" | Apple Studios LLC | $0.00 |
| 6. | Village Roadshow Entertainment Group USA Inc. | Quitclaim Agreement re: "Myst" | Apple Video Programming LLC | $0.00 |
| 7. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |
| 8. | Village Roadshow Distribution (BVI) Limited | Deed of Novation (VRL to VRD) re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |
| 9. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |
| 10. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Second Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |
| 11. | Village Roadshow Film Administration Management Pty Ltd.<br><br>Village Roadshow Distribution (BVI) Limited | Head Agreement re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 12. | Village Roadshow Film Administration Management Pty Ltd.<br><br>Village Roadshow Distribution (BVI) Limited | License Agreement (Rest of the World) re: "December Boys" | Becker Films (No. 7) Pty Ltd | $0.00 |
| 13. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Becker Group Limited | $0.00 |
| 14. | Village Roadshow Distribution (BVI) Limited | Deed of Novation (VRL to VRD) re: "December Boys" | Becker Group Limited | $0.00 |
| 15. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Becker Group Limited | $0.00 |
| 16. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Second Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Becker Group Limited | $0.00 |
| 17. | Village Roadshow Film Administration Management Pty Ltd.<br><br>Village Roadshow Distribution (BVI) Limited | Head Agreement re: "December Boys" | Becker Group Limited | $0.00 |
| 18. | Village Roadshow Film Administration Management Pty Ltd.<br><br>Village Roadshow Distribution (BVI) Limited | License Agreement (Rest of the World) re: "December Boys" | Becker Group Limited | $0.00 |
| 19. | Village Roadshow Productions Inc. | Letter Agreement re: "Primary Care" | Bilbul Industries Corp. f/s/o Yaniv Raz | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 20. | Village Roadshow Entertainment Group USA Inc. | Co-Production and Co-Financing Agreement re: "Heathers – Picture Capture" | Bill Kenwright Studios Limited | $0.00 |
| 21. | Village Roadshow Entertainment Group USA Inc. | Co-Commissioning Producer Agreement re: "Heathers – Film Capture" | BKS HL Limited | $0.00 |
| 22. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Heathers – Live Capture" | BKS HL Limited | $0.00 |
| 23. | Village Roadshow Productions Inc. | Letter Agreement re: "Centurions" | Bojidog Films, Inc. f/s/o Christopher Boal | $0.00 |
| 24. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement dated October 7, 2022 re: "The House" | Butterfly Wings Inc. f/s/o Marla Sokoloff | $0.00 |
| 25. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement dated October 26, 2022 re: "The House" | Butterfly Wings Inc. f/s/o Marla Sokoloff | $0.00 |
| 26. | Village Roadshow Pictures Entertainment Inc. | Deposit Agreement re: "Cinnamon" | Cast & Crew Talent Services, LLC | $0.00 |
| 27. | Village Roadshow Pictures Entertainment Inc. | DGA Director Drawdown Agreement re: "Cinnamon" | Cast & Crew Talent Services, LLC | $0.00 |
| 28. | Village Roadshow Pictures Entertainment Inc. | DGA Director Drawdown Agreement re: "Murder City" | Cast & Crew Talent Services, LLC | $0.00 |
| 29. | Village Roadshow Entertainment Group USA Inc. | Co-Production Agreement, dated November 17, 2023- "Mothman Prophecies" | CBS Studios, Inc. | $0.00 |
| 30. | Village Roadshow Pictures Entertainment Inc | Security Agreement re: "Cinnamon" | Cinnamon Village Productions LLC | $0.00 |
| 31. | Village Roadshow Productions Inc. | Letter Agreement re: "Sputnik" | Ctrl Alt Inc. f/s/o Jennifer Haley | $0.00 |
| 32. | Village Roadshow Entertainment Group USA Inc. | Option/Purchase Agreement re: "Myst" | Cyan Worlds, Inc. | $0.00 |
| 33. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Option/Purchase Agreement re: "Myst" | Cyan Worlds, Inc. | $0.00 |
| 34. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to the Option/Purchase Agreement re: "Myst" | Cyan Worlds, Inc. | $0.00 |
| 35. | Village Roadshow Entertainment Group USA Inc. | Notice of Extension dated May 12, 2023 re: "Myst" | Cyan Worlds, Inc. | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 36. | Village Roadshow Entertainment Group USA Inc. | Notice of Extension dated October 20, 2023 re: "Myst" | Cyan Worlds, Inc. | $0.00 |
| 37. | Village Roadshow Entertainment Group USA Inc. | Amendment to the Executive Producer Agreement re: "Myst" | Cyan Worlds, Inc. | $0.00 |
| 38. | Village Roadshow Entertainment Group USA Inc. | Executive Producer Agreement re: "Myst" | Cyan Worlds, Inc. f/s/o Rand Miller & Ryan Miller and Tony Fryman | $0.00 |
| 39. | Village Roadshow Entertainment Group USA Inc. | Writer's Format Agreement re: "Debutante" f/k/a "Lady Emily" | Detailed Films Limited f/s/o Dan Sefton | $0.00 |
| 40. | Village Roadshow Pictures Entertainment Inc. | DGA Director Drawdown Agreement re: "Cinnamon" | Directors Guild of America, Inc | $0.00 |
| 41. | VREG Television Inc. | Letter of Adherence dated November 13, 2020 re: "College Bowl" | Directors Guild of America, Inc | $0.00 |
| 42. | Village Roadshow Pictures Entertainment Inc. | Deposit Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 43. | Village Roadshow Pictures Entertainment Inc. | Security Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 44. | Village Roadshow Entertainment Group USA Inc. | Security Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 45. | Village Roadshow Pictures Entertainment Inc. | Custody Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 46. | Village Roadshow Entertainment Group (BVI) Limited | Guaranty Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 47. | Village Roadshow Entertainment Group USA Inc | Guaranty Agreement re: "Cinnamon" | Directors Guild of America, Inc. | $0.00 |
| 48. | Village Roadshow Entertainment Group USA Inc. | Guaranty Agreement re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 49. | Village Roadshow Pictures Entertainment Inc. | DGA Director Drawdown Agreement re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 50. | Village Roadshow Entertainment Group USA Inc. | Security Agreement re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 51. | Village Roadshow Pictures Entertainment Inc. | Security Agreement re: "Murder City" | Directors Guild of America, Inc. | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 52. | Village Roadshow Pictures Entertainment Inc. | Letter of Adherence re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 53. | Village Roadshow Pictures Entertainment Inc. | Custody Agreement re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 54. | Village Roadshow Pictures Entertainment Inc. | Theatrical and Television Film Director Post-Production Information re: "Murder City" | Directors Guild of America, Inc. | $0.00 |
| 55. | VREG Television Inc. | Letter of Adherence re: "Nash Bridges" | Directors Guild of America, Inc. | $0.00 |
| 56. | VREG Television Inc. | Custody Agreement re: "Nash Bridges" | Directors Guild of America, Inc. | $0.00 |
| 57. | VREG Television Inc. | Letter of Adherence dated June 9, 2022 re: "College Bowl" | Directors Guild of America, Inc. | $0.00 |
| 58. | Village Roadshow Productions Inc. | Memorandum of Writing Services Agreement re: "Monkey Selfie" | Displaced Canadians Collective f/s/o Noah Pink | $0.00 |
| 59. | Village Roadshow Productions Inc. | Amendment No. 1 to Memorandum of Writing Services Agreement re: "Monkey Selfie" | Displaced Canadians Collective f/s/o Noah Pink | $0.00 |
| 60. | Village Roadshow Entertainment Group USA Inc. | Participation Agreement re: "We May Regret This" | EuropaCorp | $0.00 |
| 61. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement dated December 6, 2023 re: "Mysterymoon" | Feingold Films, Inc. and Jonah Feingold | $0.00 |
| 62. | Village Roadshow Pictures Entertainment Inc. | Director Agreement re: "Mysterymoon" | Feingold Films, Inc. and Jonah Feingold | $0.00 |
| 63. | Village Roadshow Pictures Entertainment Inc. | Short Form Rights/Services Agreement re: "Liarmouth" | Filecard, Inc. | $0.00 |
| 64. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Film Finance Corporation Australia Limited | $0.00 |
| 65. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Film Finances, Inc. | $0.00 |
| 66. | Village Roadshow Productions Inc. | Script Agreement re: "Nash Bridges" | Four Sycamore Productions f/s/o William Chais | $0.00 |
| 67. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Drag Heist" | Furnace Room Films USA Inc. f/s/o Stephen Dunn | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 68. | Village Roadshow Productions Inc. | Amendment No. 1 to Memorandum of Writing Services Agreement re: "Monkey Selfie" | Gatsby Productions, LLC | $0.00 |
| 69. | Village Roadshow Pictures Entertainment Inc. | Quitclaim Agreement re: "Monkey Selfie" | Gatsby Productions, LLC | $0.00 |
| 70. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Swarm" f/k/a "Dust" | Glass Helmet Corporation f/s/o Daniel Berk | $0.00 |
| 71. | Village Roadshow Productions Inc. | Letter Agreement re: "Prince Pius" | Halayoga Health & Media, Inc. f/s/o Paul Eckstein | $0.00 |
| 72. | Village Roadshow Productions Inc. | Letter Agreement re: "Long Haul" | Happy Pappy, Inc. f/s/o Chris Pappas | $0.00 |
| 73. | Village Roadshow Productions Inc. | Letter Agreement re: "The Valley" | Hoosier Karma Productions, Inc. f/s/o Jim Leonard | $0.00 |
| 74. | Village Roadshow Pictures Entertainment Inc. | Quitclaim Agreement re: "Monkey Selfie" | Imperative Productions, LLC | $0.00 |
| 75. | Village Roadshow Pictures Entertainment Inc. | Project Agreement re: "The Gutter" | International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, AFL-CIO, CLC | $0.00 |
| 76. | Village Roadshow Productions, Inc. | Project Agreement re: "The Gutter" | International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, AFL-CIO, CLC | $0.00 |
| 77. | VREG Television Inc. | Agreement of Consent re: "Nash Bridges" | International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, AFL-CIO, CLC | $0.00 |
| 78. | VREG Television Inc. | Memorandum of Agreement re: "College Bowl" | International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada | $0.00 |
| 79. | VREG Television Inc. | Memorandum of Agreement re: "College Bowl" | International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada | $0.00 |
| 80. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Mirror Man" | Jane Gilmartin | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 81. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Letter Agreement re: "Mirror Man" | Jane Gilmartin | $0.00 |
| 82. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Drag Heist" | Jax Media, LLC f/s/o John Hodges | $0.00 |
| 83. | Village Roadshow Entertainment Group USA Inc. | Literary Rights Option Purchase Agreement, as of June 7, 2019 re: "Belly of the Beast" | Jerome Loving | $0.00 |
| 84. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement/Short Form Option Agreement, dated June 7, 2019 re: "Belly of the Beast" | Jerome Loving | $0.00 |
| 85. | Village Roadshow Pictures Entertainment Inc. | Short Form Rights/Services Agreement re: "Liarmouth" | John Waters | $0.00 |
| 86. | Village Roadshow Productions Inc. | Screenplay Option Purchase Agreement re: "The Long Haul" | Jumo Inc. f/s/o Jesse Chatham | $0.00 |
| 87. | Village Roadshow Productions Inc. | Amendment No. 1 to Screenplay Option Purchase Agreement re: "The Long Haul" | Jumo Inc. f/s/o Jesse Chatham | $0.00 |
| 88. | Village Roadshow Productions Inc. | Modified Agreement re: "The Long Haul" | Jumo Inc. f/s/o Jesse Chatham | $0.00 |
| 89. | Village Roadshow Productions Inc. | Letter Agreement re: "Long Haul" | K.P. Barnett Productions, Inc. f/s/o Kevin Barnett | $0.00 |
| 90. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement dated October 26, 2022 re: "The House" | Katie Amanda Keane | $0.00 |
| 91. | Village Roadshow Pictures Entertainment Inc. | Short Form Option Agreement re: "The House" | Katie Amanda Keane | $0.00 |
| 92. | Village Roadshow Productions Inc. | Option Purchase Agreement dated as of January 26, 2023 | Kendall Milton | $0.00 |
| 93. | Village Roadshow Productions Inc. | Letter Agreement re: "Drag Heist" | Kittens Cove, LLC f/s/o Emily Harper and Laura Kittrell | $0.00 |
| 94. | Village Roadshow Productions Inc. | Screenplay Option Purchase Agreement re: "Drag Heist" | Laurel Kittrell and Kitten's Cove LLC | $0.00 |
| 95. | Village Roadshow Productions Inc. | First Amendment to Screenplay Option Purchase Agreement re: "Drag Heist" | Laurel Kittrell and Kitten's Cove LLC | $0.00 |
| 96. | Village Roadshow Productions Inc. | Second Amendment to Screenplay Option Purchase Agreement re: "Drag Heist" | Laurel Kittrell and Kitten's Cove LLC | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 97. | Village Roadshow Productions Inc. | Third Amendment to Screenplay Option Purchase Agreement re: "Drag Heist" | Laurel Kittrell and Kitten's Cove LLC | $0.00 |
| 98. | Village Roadshow Productions Inc. | Letter Agreement re: "Rafter" f/k/a "Remote Control" | Little Mongoose Productions, Inc. f/s/o Tony Peckham | $0.00 |
| 99. | Village Roadshow Pictures Entertainment Inc. | Local 40 Trust Acceptance re: "The Gutter" | Local Union 40 International Brotherhood of Electrical Workers | $0.00 |
| 100. | Village Roadshow Productions Inc. | Letter Agreement re: "Drag Heist" | Luscious Fish f/s/o Jonnah Speidel p/k/a Our Lady J | $0.00 |
| 101. | Village Roadshow Pictures Entertainment Inc. | Short Form Option Agreement re: "The House" | Marla Sokoloff | $0.00 |
| 102. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The House" | Melis Productions, Inc. f/s/o William Shatner | $0.00 |
| 103. | Village Roadshow Entertainment Group USA Inc. | Side Letter Agreement re: "The House" | Melis Productions, Inc. f/s/o William Shatner | $0.00 |
| 104. | Village Roadshow Pictures Entertainment Inc. | Producing Services Agreement re: "Night of the Living Dead" | Metro-Goldwyn-Mayer Pictures Inc. | $0.00 |
| 105. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The House" | Nat Bernstein Productions, Inc. f/s/o Nat Bernstein | $0.00 |
| 106. | Village Roadshow Entertainment Group USA Inc. | Side Letter Agreement re: "The House" | Nat Bernstein Productions, Inc. f/s/o Nat Bernstein | $0.00 |
| 107. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement dated January 10, 2024 re: "Mysterymoon" | Neal H. Moritz, Inc. d/b/a Original Film, Inc. and Neal H. Moritz | $0.00 |
| 108. | Village Roadshow Productions Inc. | Letter Agreement re: "Long Haul" | Queensbury Corp f/s/o Patrick Casey | $0.00 |
| 109. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Roadshow Films Pty Ltd | $0.00 |
| 110. | Village Roadshow Distribution (BVI) Limited | Deed of Novation (VRL to VRD) re: "December Boys" | Roadshow Films Pty Ltd | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 111. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Roadshow Films Pty Ltd | $0.00 |
| 112. | Village Roadshow Distribution (BVI) Limited<br><br>Village Roadshow Film Administration Management Pty Ltd. | Second Deed of Variation of Head Agreement and License Agreement re: "December Boys" | Roadshow Films Pty Ltd | $0.00 |
| 113. | Village Roadshow Film Administration Management Pty Ltd.<br><br>Village Roadshow Distribution (BVI) Limited | Head Agreement re: "December Boys" | Roadshow Films Pty Ltd | $0.00 |
| 114. | Village Roadshow Entertainment Group USA Inc. | Co-Production and Co-Financing Agreement re: "We May Regret This" (2023) | Roughcut Television (WMRT) Limited | $0.00 |
| 115. | Village Roadshow Entertainment Group USA Inc. | Joint Venture Agreement (2023) re: "We May Regret This" | Roughcut Television (WMRT) Limited | $0.00 |
| 116. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Broken Monsters" | Sarah Pinborough Limited f/s/o Sarah Pinborough | $0.00 |
| 117. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Cinnamon" | Screen Actors Guild-American Federation of Television and Radio Artist | $0.00 |
| 118. | Village Roadshow Pictures Entertainment Inc. | New Media Agreement re: "Cinnamon" | Screen Actors Guild-American Federation of Television and Radio Artist | $0.00 |
| 119. | Village Roadshow Pictures Entertainment Inc. | Custody Agreement re: "Cinnamon" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 120. | Village Roadshow Entertainment Group USA Inc. | Guaranty Agreement re: "Cinnamon" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 121. | Village Roadshow Pictures Entertainment Inc. | Guaranty Agreement re: "Cinnamon" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 122. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Murder City" | Screen Actors Guild-American Federation of Television and Radio Artist | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 123. | Village Roadshow Pictures Entertainment Inc. | New Media Agreement re: "Murder City" | Screen Actors Guild-American Federation of Television and Radio Artist | $0.00 |
| 124. | Village Roadshow Pictures Entertainment Inc. | Theatrical Motion Picture Letter of Adherence to Trust Agreement re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 125. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 126. | Village Roadshow Pictures Entertainment Inc. | Memorandum of Agreement re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 127. | Village Roadshow Pictures Entertainment Inc. | SAG-AFTRA Security Deposit Letter re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 128. | Village Roadshow Entertainment Group USA Inc. | Letter re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 129. | Village Roadshow Entertainment Group USA Inc. | Guaranty Agreement re: "The Gutter" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 130. | VREG Television Inc. | Television/New Media Letter of Adherence To Trust Agreement re: "College Bowl" | Screen Actors Guild-American Federation of Television and Radio Artists | $0.00 |
| 131. | Village Roadshow Entertainment Group USA Inc. | Coproduction Binding Term Sheet, dated September 30, 2022 re: "Underworld" | Sony Pictures Television Inc. | $0.00 |
| 132. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | South Australian Film Corporation | $0.00 |
| 133. | Village Roadshow Productions Inc. | Letter Agreement re: "Sputnik" | Stick! Pictures, Inc. f/s/o Jared Moshe | $0.00 |
| 134. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The House" | Stubborn Twin Productions f/s/o Tom Bergeron | $0.00 |
| 135. | Village Roadshow Entertainment Group USA Inc. | Side Letter Agreement re: "The House" | Stubborn Twin Productions f/s/o Tom Bergeron | $0.00 |
| 136. | Village Roadshow Pictures Entertainment Inc. | Memorandum Agreement re: "Cinnamon" | Studio Transportation Drivers Local 399, International Brotherhood of Teamsters | $0.00 |
| 137. | Village Roadshow Pictures Entertainment Inc. | Memorandum of Agreement re: "The Gutter" | Studio Transportation Drivers Local 399, International Brotherhood of Teamsters | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 138. | Village Roadshow Pictures Entertainment Inc. | Studio Transportation Drivers, Local 399 Trust Acceptance re: "The Gutter" | Studio Transportation Drivers, Local Union 399 International Brotherhood of Teamster | $0.00 |
| 139. | Village Roadshow Pictures Entertainment Inc. | Memorandum of Agreement re: "The Gutter" | Studio Utility Employees, Local 724 | $0.00 |
| 140. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Swarm" f/k/a "Dust" | Submarine Screen Door Corporation f/s/o Robert Olsen | $0.00 |
| 141. | Village Roadshow Entertainment Group Asia Limited | Film Investment and Co-production Contract re: "Man of Tai Chi" | Tai Chi Man, LLC | $0.00 |
| 142. | Village Roadshow Entertainment Group Asia Limited | Letter of Clarification to Film Investment and Co-production Contract re: "Man of Tai Chi" | Tai Chi Man, LLC | $0.00 |
| 143. | Village Roadshow Pictures Entertainment Inc. | Area Standard Agreement re: "Cinnamon" | Teamster Local 728 | $0.00 |
| 144. | Village Roadshow Pictures Entertainment Inc. | Area Standard Location Manager Agreement re: "Cinnamon" | Teamsters Local 728 | $0.00 |
| 145. | Village Roadshow Pictures Entertainment Inc. | Memorandum of Agreement re: "The Gutter" | The International Brotherhood of Electrical Workers Local 40 | $0.00 |
| 146. | VREG Television Inc. | Working Agreement re: "Nash Bridges" | Theatrical Wardrobe Union Local 784, | $0.00 |
| 147. | Village Roadshow Productions Inc. | Letter Agreement re: "Myst" | Too Much Coffee Man, Inc. f/s/o Ashley Miller | $0.00 |
| 148. | Village Roadshow Entertainment Group USA Inc. | Universal TV Networks Deal Terms, dated June 23, 2021 re: "Walking Tall" and "HERC" | Universal Content Productions LLC | $0.00 |
| 149. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Village Roadshow Australian Films Pty Ltd | $0.00 |
| 150. | Village Roadshow Film Administration Management Pty Ltd. | Deed of Novation (VRAF to VRPG-DB) re: "December Boys" | Village Roadshow Limited | $0.00 |
| 151. | Village Roadshow Distribution (BVI) Limited | Deed of Novation (VRL to VRD) re: "December Boys" | Village Roadshow Limited | $0.00 |
| 152. | Village Roadshow Productions Inc. | Assignment Agreement re: "Monkey Selfie" | Village Roadshow Pictures Entertainment Inc. | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 153. | Village Roadshow Distribution (BVI) Limited | Deed of Novation (VRL to VRD) re: "December Boys" | VRPG-DB Pty Ltd | $0.00 |
| 154. | Village Roadshow Film Administration Management Pty Ltd | Deed of Assignment, dated May 3, 2021 re: "December Boys" | VRPG-DB Pty Ltd | $0.00 |
| 155. | Village Roadshow Productions Inc. | Letter Agreement re: "Long Haul" | Wormworks Ltd f/s/o Josh Miller | $0.00 |
| 156. | Village Roadshow Entertainment Group USA Inc. | Literary Material Assumption Agreement re: "Nash Bridges" | Writers Guild of America, East, Inc. | $0.00 |
| 157. | Village Roadshow Productions Inc. | Literary Material Assumption Agreement re: "Nash Bridges" | Writers Guild of America, East, Inc. | $0.00 |
| 158. | Village Roadshow Entertainment Group USA Inc. | Security Agreement re: "Nash Bridges" | Writers Guild of America, East, Inc. | $0.00 |
| 159. | Village Roadshow Entertainment Group USA Inc. | Literary Material Assumption Agreement re: "Nash Bridges" | Writers Guild of America, West, Inc. | $0.00 |
| 160. | Village Roadshow Productions Inc. | Literary Material Assumption Agreement re: "Nash Bridges" | Writers Guild of America, West, Inc. | $0.00 |
| 161. | Village Roadshow Entertainment Group USA Inc. | Security Agreement re: "Nash Bridges" | Writers Guild of America, West, Inc. | $0.00 |