IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) ) |
| Debtors. | ) (Jointly Administered) ) ) Ref. Docket Nos. 11 and 518 ) |

**NOTICE OF STATUS CONFERENCE
ON AUGUST 22, 2025, AT 11:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a virtual status conference (the "Status Conference") on **August 22, 2025, at 11:00 a.m. (ET)** regarding *Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 11] with respect to the sale of the derivative rights to Alcon and *Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement with Respect Thereto, and (III) the*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

*Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof* [D.I. 518]

        **PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted entirely over Zoom and all participants are required to register in advance of the Status Conference.  Please register using the eCourtAppearances tool on the Court's website at **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl** by not later than 9:00 a.m. (ET) on August 22, 2025.  An electronic invitation, with the relevant audio or video link, will be emailed to registered participants prior to the Status Conference.

Dated: August 20, 2025
Wilmington, Delaware

/s/ Joseph M. Mulvihill
_____

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:   jmulvihill@ycst.com<br>            bcarver@ycst.com<br>            bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, Illinois 60654<br>Telephone:   (312) 499-6300<br>Facsimile:   (312) 499-6301<br>Email:   jbernbrock@sheppardmullin.com<br>            mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:   (310) 228-3700<br>Facsimile:   (310) 228-3701<br>Email:   jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:   (212) 653-8700<br>Facsimile:   (212) 653-8701<br>Email:   apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |