# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>) |

## NOTICE OF MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCORDION PARTNERS, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [D.I. 209] (the "Retention Order"), Accordion Partners, LLC ("Accordion") has filed the attached staffing and compensation report for the period from July 1, 2025 through July 31, 2025 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before **September 18, 2025 at 4:00 p.m. (ET).**

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that in the event an objection is raised and not consensually resolved between the Debtors, Accordion, and the objecting party, the portion of the Staffing and Compensation Report that was objected to shall be subject to review by the Court. No payments shall be made to Accordion on account of the objected to portion of such Staffing and Compensation Report until such objection is resolved.

Dated: August 28, 2025
Wilmington, Delaware

/s/ Benjamin C. Carver

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, IL 60654 |
| 1000 North King Street | Telephone: (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile: (312) 499-6301 |
| Telephone: (302) 571-6600 | Email: jbernbrock@sheppardmullin.com |
| Facsimile: (302) 571-1253 | mbenz@sheppardmullin.com |
| Email: jmulvihill@ycst.com | |
| bcarver@ycst.com | -and- |
| bgaffney@ycst.com | |
| | Jennifer L. Nassiri (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 228-3700 |
| | Facsimile: (310) 228-3701 |
| | Email: jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone: (212) 653-8700 |
| | Facsimile: (212) 653-8701 |
| | Email: apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |

Accordion Partners, LLC
Summary of Hours and Fees by Professional
For the Period of July 1, 2025 to July 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Maib, Keith | Chief Restructuring Officer | $ 1,175.00 | 21.2 | $ 24,910.00 |
| Whitlow, Colby | Senior Director | $ 795.00 | 11.5 | $ 9,142.50 |
| **Total Fees** | | | **32.7** | **$ 34,052.50** |
| **Total Expenses** | | | | **$ 9,025.98** |
| **Total Due** | | | | **$ 43,078.48** |

Accordion Partners, LLC
Summary of Hours and Fees by Category
For the Period of July 1, 2025 to July 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Category | Hours | Fees |
|---|---|---|
| T&R – Chief Restructuring Officer Responsibilities | 21.2 | $ 24,910.00 |
| T&R - Asset Analysis, Recovery & Disposition | 0.6 | $ 477.00 |
| T&R - Ch 11 Case Management / Reporting | 2.8 | $ 2,226.00 |
| T&R - Claims Analysis / Objections | 0.6 | $ 477.00 |
| T&R - Fee / Employment Apps | 2.2 | $ 1,749.00 |
| T&R – Sales Process / Buyer Discussions | 2.8 | $ 2,226.00 |
| T&R - Cash Management / DIP Financing / Reporting | 2.5 | $ 1,987.50 |
| **Total** | **32.7** | **$ 34,052.50** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of July 1, 2025 to July 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

### T&R – Chief Restructuring Officer Responsibilities

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Maib, Keith | 7/10/2025 | Attend to various emails and administrative matters | $ 1,175.00 | 1.0 | $ 1,175.00 |
| Maib, Keith | 7/18/2025 | Review various filings in advance of mediation prep | $ 1,175.00 | 1.0 | $ 1,175.00 |
| Maib, Keith | 7/19/2025 | Review various filings in advance of mediation prep | $ 1,175.00 | 2.0 | $ 2,350.00 |
| Maib, Keith | 7/21/2025 | Call with counsel and Solic re library closing logistics | $ 1,175.00 | 0.6 | $ 705.00 |
| Maib, Keith | 7/21/2025 | Review various memorandum in preparation for mediation | $ 1,175.00 | 1.0 | $ 1,175.00 |
| Maib, Keith | 7/22/2025 | Review various memorandum in preparation for mediation and participation in call with Board of Directors | $ 1,175.00 | 1.8 | $ 2,115.00 |
| Maib, Keith | 7/23/2025 | Preparation for mediation, reviewing memorandum, discussions with various Board members and counsel | $ 1,175.00 | 6.0 | $ 7,050.00 |
| Maib, Keith | 7/24/2025 | Attendance at mediation | $ 1,175.00 | 6.0 | $ 7,050.00 |
| Maib, Keith | 7/28/2025 | Preparation for and participation with counsel re deriviative rights sale process | $ 1,175.00 | 1.2 | $ 1,410.00 |
| Maib, Keith | 7/30/2025 | Review weekly cash update and follow up questions with management | $ 1,175.00 | 0.6 | $ 705.00 |
| **Total** | | | | **21.2** | **$ 24,910.00** |

### T&R - Asset Analysis, Recovery & Disposition

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/1/2025 | Review waterfall analysis | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 7/7/2025 | Review revised waterfall analysis | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **0.6** | **$ 477.00** |

### T&R - Ch 11 Case Management / Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/1/2025 | Attend to case emails and communication | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 7/2/2025 | Attend to case emails and communication | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 7/15/2025 | Attend to case emails and communication | $ 795.00 | 0.7 | $ 556.50 |
| Whitlow, Colby | 7/16/2025 | Attend to case emails and communication | $ 795.00 | 0.8 | $ 636.00 |
| Whitlow, Colby | 7/23/2025 | Attend to case emails and communication | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 7/31/2025 | Attend to case emails and communication | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **2.8** | **$ 2,226.00** |

### T&R - Claims Analysis / Objections

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/1/2025 | Discuss cure estimates with counsel | $ 795.00 | 0.2 | $ 159.00 |
| Whitlow, Colby | 7/2/2025 | Discuss cure estimates with L Santor | $ 795.00 | 0.4 | $ 318.00 |
| **Total** | | | | **0.6** | **$ 477.00** |

### T&R - Fee / Employment Apps

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/15/2025 | Prepare June staffing report | $ 795.00 | 2.2 | $ 1,749.00 |
| **Total** | | | | **2.2** | **$ 1,749.00** |

### T&R – Sales Process / Buyer Discussions

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/15/2025 | Review closing statement and funds flow | $ 795.00 | 0.9 | $ 715.50 |
| Whitlow, Colby | 7/16/2025 | Review revised funds flow and DIP letter | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 7/18/2025 | Attend funds flow call with Solic and Sheppard Mullin | $ 795.00 | 0.7 | $ 556.50 |
| Whitlow, Colby | 7/21/2025 | Attend funds flow call with Management, Solic and Sheppard Mullin | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 7/23/2025 | Attend closing call | $ 795.00 | 0.5 | $ 397.50 |
| **Total** | | | | **2.8** | **$ 2,226.00** |

### T&R - Cash Management / DIP Financing / Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 7/14/2025 | Respond to / provide support on cash forecast question from Company | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 7/31/2025 | Develop proof of cash analysis | $ 795.00 | 2.1 | $ 1,669.50 |
| **Total** | | | | **2.5** | **$ 1,987.50** |

Accordion Partners, LLC
Itemized Detailed Expense Record
For the Period of March 16, 2025 to July 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---:|
| Maib, Keith | 3/16/2025 | Ground Transportation | UBER PHL to Wilmington | $ 105.20 |
| Maib, Keith | 4/17/2025 | Ground Transportation | Train NYC to Wilmington for VREG hearings. | $ 454.00 |
| Maib, Keith | 4/21/2025 | Ground Transportation | UBER Wilmington train station to YCST | $ 11.77 |
| Maib, Keith | 4/21/2025 | Ground Transportation | Train, NYP to Wilmington | $ 370.00 |
| Maib, Keith | 4/22/2025 | Ground Transportation | UBER PHL to Wilmington | $ 137.33 |
| Maib, Keith | 4/24/2025 | Ground Transportation | UBER DFW to home | $ 120.85 |
| Maib, Keith | 5/19/2025 | Air Transportation | AA flight DFW to LAX | $ 980.97 |
| Maib, Keith | 5/26/2025 | Ground Transportation | UBER LAX to hotel | $ 113.49 |
| Maib, Keith | 5/26/2025 | Telephone | In flight internet DFW to LAX | $ 25.00 |
| Maib, Keith | 5/28/2025 | Ground Transportation | UBER hotel to Shepherd Mullin offices | $ 166.20 |
| Maib, Keith | 5/28/2025 | Ground Transportation | UBER Downtown LA to hotel following sale auction | $ 153.85 |
| Maib, Keith | 5/28/2025 | Ground Transportation | Parking DFW 2 days | $ 95.30 |
| Maib, Keith | 5/29/2025 | Lodging | Hotel Santa Monica Proper 3 nights | $ 1,980.45 |
| Maib, Keith | 6/17/2025 | Air Transportation | AA Flight DFW to PHL | $ 1,186.97 |
| Maib, Keith | 6/18/2025 | Ground Transportation | UBER PHL to Wilmington | $ 156.52 |
| Maib, Keith | 6/18/2025 | Lodging | Sheraton Wilmington 1 night | $ 257.40 |
| Maib, Keith | 7/23/2025 | Air Transportation | AA Flight DFW to LAX | $ 396.28 |
| Maib, Keith | 7/23/2025 | Air Transportation | Flight change fee due to completion of mediation early | $ 683.00 |
| Maib, Keith | 7/23/2025 | Ground Transportation | UBER LAX to hotel | $ 135.57 |
| Maib, Keith | 7/23/2025 | Ground Transportation | UBER Jams offices to LAX | $ 120.69 |
| Maib, Keith | 7/23/2025 | Ground Transportation | UBER DFW to home | $ 127.26 |
| Maib, Keith | 7/23/2025 | Lodging | Beverly Hilton 2 nights | $ 1,212.88 |
| Maib, Keith | 7/23/2025 | Telephone | In flight internet PHL to ATH | $ 35.00 |
| **Total** | | | | $ **9,025.98** |