IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP (BVI) LIMITED, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 215**<br>) |

## DECLARATION OF DAVID A. HAMMERMAN REGARDING APPEARANCE OF LATHAM & WATKINS LLP AS COUNSEL TO CP VENTURA LLC

I, David A. Hammerman, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner in the law firm of Latham & Watkins LLP ("**Latham & Watkins**"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of New York, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein. Latham & Watkins represents CP Ventura LLC in its capacity as a creditor in these chapter 11 cases.

2. Hayden Cresson is an attorney who joined the New York office of Latham & Watkins as an associate on September 8, 2025. Ms. Cresson previously served as a Judicial Law Clerk to the Honorable Judge Horan, who is presiding over the Debtors' chapter 11 cases. During

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases (the "**Debtors**"), which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

RLF1 33747588v.1

her clerkship, Ms. Cresson worked personally and substantially on the above-captioned matter. Ms. Cressen's admission to practice in New York is pending.

3. As required by Rule 1.12 of the Rules of Professional Conduct of New York and Rule 1.12 of the ABA Model Rules of Professional Conduct, I am writing to notify the Court and the parties in these cases that all lawyers affiliated with Latham & Watkins have been informed that Hayden Cresson has been screened from participating in or discussing this matter, and shall be apportioned no part of the fee earned in connection with our representation of CP Ventura LLC. Specifically, the following procedures have been taken to screen Hayden Cresson:

   a. The central file index to all files, documents, and records in this matter has been marked to indicate that Hayden Cresson is to be denied access thereto, and her access to any such electronic files, documents, or records has been electronically restricted in the document management software system;

   b. A memorandum has been circulated instructing all personnel that Hayden Cresson is not to have access to any of the files, documents, or records in this matter, and that Hayden Cresson is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter; and

   c. Hayden Cresson will not share in any of the fees for this matter.

4. To the extent that any information disclosed in this declaration requires amendment, a further supplemental declaration will be submitted to the Court and interested parties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed: September 8, 2025

                                            /s/ David A. Hammerman

                                            David A. Hammerman
                                            Partner
                                            Latham & Watkins LLP