# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 9, 2025, counsel to Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros.") caused copies of the following to be served via electronic mail upon Debtors' counsel listed below:

1. *Warner Bros. Entertainment Inc.'s Initial Requests for Production to the Debtors in Connection With Derivative Rights Sale Hearing*

2. *Warner Bros. Entertainment Inc.'s Initial Interrogatories to the Debtors in Connection With Derivative Rights Sale Hearing*

3. *Warner Bros. Entertainment Inc.'s Initial Requests for Admission to the Debtors in Connection With Derivative Rights Sale Hearing*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Joseph M. Mulvihill<br>Benjamin C. Carver<br>Brynna M. Gaffney<br>**Young Conaway Stargatt & Taylor, LLP**<br>1000 North King Street<br>Wilmington, DE 19801<br>Email:  jmulvihill@ycst.com<br>            bcarver@ycst.com<br>            bgaffney@ycst.com | Justin R. Bernbrock<br>Matthew T. Benz<br>**Sheppard, Mullin, Richter & Hampton LLP**<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Email:  jbernbrock@sheppardmullin.com<br>            mbenz@sheppardmullin.com<br><br>Jennifer L. Nassiri<br>**Sheppard, Mullin, Richter & Hampton LLP**<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Email:  jnassiri@sheppardmullin.com<br><br>Alyssa Paddock<br>**Sheppard, Mullin, Richter & Hampton LLP**<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Email:  apaddock@sheppardmullin.com |

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: September 9, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>/*/s/ Avery Jue Meng*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Avery Jue Meng (No. 7238)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         ameng@morrisnichols.com<br><br>-and-<br><br>**O'MELVENY & MYERS, LLP**<br>Scott P. Drake (*Admitted pro hac vice*)<br>Emma Jones (*Admitted pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>         eljones@omm.com<br><br>Steve Warren (*Admitted pro hac vice*)<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: swarren@omm.com<br><br>Daniel M. Petrocelli (*Admitted pro hac vice*)<br>Matt Kline (*Admitted pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br><br>*Counsel to Warner Bros. Entertainment Inc., and its Affiliates* |