# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) ) ) ) | Case No. 25-10475 (TMH) (Jointly Administered) |
| Debtors. | ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 9, 2025, counsel to Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros.") caused copies of the following to be served via electronic mail upon counsel for Alcon Media Group, LLC and Loompala Pictures, LLC listed below:

1. *Warner Bros. Entertainment Inc.'s Initial Requests for Production to Alcon in Connection With Derivative Rights Sale Hearing*

2. *Warner Bros. Entertainment Inc.'s Initial Interrogatories to Alcon in Connection With Derivative Rights Sale Hearing*

3. *Warner Bros. Entertainment Inc.'s Initial Requests for Admission to Alcon in Connection with Derivative Rights Sale Hearing*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

1

| | |
|---|---|
| Kimberly Brown<br>George A. Williams III<br>**Landis Rath & Cobb LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email:  brown@lrclaw.com<br>            williams@lrclaw.com | Vadim J. Rubinstein<br>Noah Weingarten<br>**Loeb & Loeb LLP**<br>345 Park Avenue<br>New York, NY 10154<br>Email:  vrubinstein@loeb.com<br>            nweingarten@loeb.com |

*[Remainder of page intentionally left blank.]*

|  |  |
|---|---|
| Dated: September 9, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Avery Jue Meng (No. 7238)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>        mharvey@morrisnichols.com<br>        ameng@morrisnichols.com<br><br>-and-<br><br>**O'MELVENY & MYERS, LLP**<br>Scott P. Drake (*Admitted pro hac vice*)<br>Emma Jones (*Admitted pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>        eljones@omm.com<br><br>Steve Warren (*Admitted pro hac vice*)<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: swarren@omm.com<br><br>Daniel M. Petrocelli (*Admitted pro hac vice*)<br>Matt Kline (*Admitted pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br><br>*Counsel to Warner Bros. Entertainment Inc., and its Affiliates* |