# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.,* [1] | ) ) ) | Case No. 25-10475 (TMH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 8, 2025, counsel to Regency Entertainment (USA), Inc. caused copies of the following to be served via electronic mail and Federal Express upon counsel listed below:

- *Regency Entertainment (USA), Inc's Requests for Production of Documents Directed to Debtors;* and

- *Regency Entertainment (USA), Inc.'s Interrogatories Directed to Debtors.*

| | |
|---|---|
| Joseph M. Mulvihill<br>jmulvihill@ycst.com<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>T: (302) 571-6600<br>F: (302) 571-1253 | Justin R. Bernbrock<br>jbernbrock@sheppardmullin.com<br>Matthew T. Benz<br>mbenz@sheppardmullin.com<br>Sheppard, Mullin, Richter & Hampton LLP<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>T: (312) 499-6300<br>F: (312) 499-6301 |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information is available on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Dated**:** September 9, 2025                          **CAROTHERS & HAUSWIRTH, LLP**

By:  /s/ Gregory W. Hauswirth
Gregory W. Hauswirth (Bar No. 5679)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.910.7510
ghauswirth@ch-legal.com

and

**LEECH TISHMAN NELSON HARDIMAN, INC.**
Sandford L. Frey (CA I.D. # 117058)
*Admitted Pro Hac Vice*
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: 424.738.4400
Facsimile: 424.738.5080
sfrey@leechtishman.com

**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
John M. Steiner (PA I.D. #79390)
Michael Kruszewski (PA I.D. # 91239)
Kristin Anders Lawson (PA I.D. #74497)
*Admitted Pro Hac Vice*
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone:  412.261.1600
Facsimile:   412.227.5551
jsteiner@leechtishman.com
mkruszewski@leechtishman.com
klawson@leechtishman.com

*Counsel for Regency Entertainment (USA), Inc.*