# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | Case No. 25-10475 (TMH) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 9, 2025, counsel to Alcon Media Group, LLC served (i) *Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc.* and (ii) *Alcon Media Group, LLC's First Set of Requests for Production of Documents to Regency Entertainment (USA), Inc.* on the following counsel of record for Regency Entertainment (USA), Inc., via electronic mail:

Gregory W. Hauswirth
**Carothers & Hauswirth, LLP**
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Email: ghauswirth@ch-legal.com

Sandford L. Frey
**Leech Tishman Nelson Hardiman, Inc.**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Email: sfrey@leechtishman.com

John M. Steiner
Michael Kruszewski
Kristin Anders Lawson
**Leech Tishman Fuscaldo & Lampl, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Email: jsteiner@leechtishman.com
        mkruszewski@leechtishman.com
        klawson@leechtishman.com

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Dated: September 10, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *George A. Williams III*<br>Kimberly Brown (No. 5138)<br>George A. Williams III (No. 6964)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>            williams@lrclaw.com<br><br>and<br><br>Vadim J. Rubinstein (admitted *pro hac vice*)<br>Noah Weingarten (admitted *pro hac vice*)<br>**LOEB & LOEB LLP**<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: vrubinstein@loeb.com<br>            nweingarten@loeb.com<br><br>and<br><br>Daniel S. Miller (pro hac vice forthcoming)<br>Colin H. Rolfs (pro hac vice forthcoming)<br>**MILLER BARONDESS LLP**<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California 90067<br>Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400<br>Email: dmiller@millerbarondess.com<br>            crolfs@millerbarondess.com<br><br>*Counsel to Alcon Media Group, LLC* |