# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 9, 2025, counsel to Alcon Media Group, LLC served (i) *Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc.* and (ii) *Alcon Media Group, LLC's First Set of Requests for Production of Documents to Warner Bros. Entertainment Inc.* on the following counsel of record for Warner Bros. Entertainment Inc. and its affiliates, via electronic mail:

| | |
|---|---|
| Curtis S. Miller<br>Matthew B. Harvey<br>Avery Meng<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Email: cmiller@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         ameng@morrisnichols.com | Steve Warren<br>Maria C. Benites Gutierrez<br>**O'Melveny & Meyers LLP**<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Email: swarren@omm.com<br>         mbenitesgutierrez@omm.com |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Daniel M. Petrocelli<br>Matt Kline<br>**O'Melveny & Meyers LLP**<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Email: mkline@omm.com<br>      dpetrocelli@omm.com | Scott Drake<br>Emma Jones<br>**O'Melveny & Meyers LLP**<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Email: sdrake@omm.com<br>      eljones@omm.com |

Dated:   September 10, 2025
           Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *George A. Williams III*
Kimberly Brown (No. 5138)
George A. Williams III (No. 6964)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
      williams@lrclaw.com

and

Vadim J. Rubinstein (admitted *pro hac vice*)
Noah Weingarten (admitted *pro hac vice*)
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Email: vrubinstein@loeb.com
      nweingarten@loeb.com

and

Daniel S. Miller (pro hac vice forthcoming)
Colin H. Rolfs (pro hac vice forthcoming)
**MILLER BARONDESS LLP**
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: dmiller@millerbarondess.com
      crolfs@millerbarondess.com

*Counsel to Alcon Media Group, LLC*