# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCORDION PARTNERS, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [D.I. 209] (the "Retention Order"), Accordion Partners, LLC ("Accordion") has filed the attached staffing and compensation report for the period from August 1, 2025 through August 31, 2025 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before **October 9, 2025 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that in the event an objection is raised and not consensually resolved between the Debtors, Accordion, and the objecting party, the portion of the

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Staffing Report that was objected to shall be subject to review by the Court. No payments shall be made to Accordion on account of the objected to portion of such Staffing Report until such objection is resolved.

Dated: September 18, 2025
Wilmington, Delaware

/s/ Benjamin C. Carver

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jmulvihill@ycst.com<br>        bcarver@ycst.com<br>        bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone: (312) 499-6300<br>Facsimile: (312) 499-6301<br>Email: jbernbrock@sheppardmullin.com<br>        mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>Email: jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Email: apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

Accordion Partners, LLC
Summary of Hours and Fees by Professional
For the Period of August 1, 2025 to August 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Maib, Keith | Chief Restructuring Officer | $ 1,175.00 | 8.7 | $ 10,222.50 |
| Whitlow, Colby | Senior Director | $ 795.00 | 9.1 | $ 7,234.50 |
| **Total Fees** | | | **17.8** | **$ 17,457.00** |
| **Total Expenses** | | | | $ - |
| **Total Due** | | | | **$ 17,457.00** |

Accordion Partners, LLC
Summary of Hours and Fees by Category
For the Period of August 1, 2025 to August 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Category | Hours | Fees |
|---|---|---|
| T&R – Chief Restructuring Officer Responsibilities | 8.7 | $10,222.50 |
| T&R - Cash Management / DIP Financing / Reporting | 3.4 | $2,703.00 |
| T&R - Ch 11 Case Management / Reporting | 2.4 | $1,908.00 |
| T&R - Fee / Employment Apps | 2.5 | $1,987.50 |
| T&R – US Trustee and Reporting | 0.3 | $238.50 |
| T&R – Operational Matters | 0.5 | $397.50 |
| **Total** | **17.8** | **$17,457.00** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of August 1, 2025 to August 31, 2025
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

### &R – Chief Restructuring Officer Responsibilities

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Maib, Keith | 8/4/2025 | Call with management to review options for derivative rights sale | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 8/5/2025 | Call with professionals re derivative rights strategy and presentation to board | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 8/5/2025 | Preparation for and participation in Board call | $ 1,175.00 | 1.0 | $ 1,175.00 |
| Maib, Keith | 8/14/2025 | Attend to various emails and calls regarding derivative rights | $ 1,175.00 | 1.3 | $ 1,527.50 |
| Maib, Keith | 8/18/2025 | Preparation for and participation in meeting with counsel and SSN holders re various derivative rights issues | $ 1,175.00 | 1.4 | $ 1,645.00 |
| Maib, Keith | 8/21/2025 | Review and comment on various emails and documents related to derivative rights sale hearing | $ 1,175.00 | 1.3 | $ 1,527.50 |
| Maib, Keith | 8/26/2025 | Prepare for attendance at studio assets sale hearing | $ 1,175.00 | 0.3 | $ 352.50 |
| Maib, Keith | 8/26/2025 | Review counsel's memo | $ 1,175.00 | 1.2 | $ 1,410.00 |
| Maib, Keith | 8/26/2025 | Prepare for and attend VREG strategy call | $ 1,175.00 | 0.4 | $ 470.00 |
| Maib, Keith | 8/27/2025 | Call with counsel and management regarding derivative rights issues | $ 1,175.00 | 0.5 | $ 587.50 |
| Maib, Keith | 8/29/2025 | Review Alcon commitment letter | $ 1,175.00 | 0.3 | $ 352.50 |
| **Total** | | | | **8.7** | **$ 10,222.50** |

### &R - Cash Management / DIP Financing / Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 8/1/2025 | Develop proof of cash analysis | $ 795.00 | 2.2 | $ 1,749.00 |
| Whitlow, Colby | 8/4/2025 | Review ANZ cash flow related items | $ 795.00 | 0.9 | $ 715.50 |
| Whitlow, Colby | 8/6/2025 | Discuss ANZ funding questions with management | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **3.4** | **$ 2,703.00** |

### &R - Ch 11 Case Management / Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 8/4/2025 | Attend to case emails and communication | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 8/6/2025 | Attend to case emails and communication | $ 795.00 | 0.3 | $ 238.50 |
| Whitlow, Colby | 8/8/2025 | Attend to case emails and communication | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 8/14/2025 | Attend to case emails and communication | $ 795.00 | 0.4 | $ 318.00 |
| Whitlow, Colby | 8/21/2025 | Attend to case emails and communication | $ 795.00 | 0.5 | $ 397.50 |
| Whitlow, Colby | 8/28/2025 | Attend to case emails and communication | $ 795.00 | 0.4 | $ 318.00 |
| **Total** | | | | **2.4** | **$ 1,908.00** |

### &R – Operational Matters

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 8/29/2025 | Review payroll data questions from management | $ 795.00 | 0.5 | $ 397.50 |
| **Total** | | | | **0.5** | **$ 397.50** |

### &R - Fee / Employment Apps

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 8/14/2025 | Prepare July staffing report | $ 795.00 | 2.2 | $ 1,749.00 |
| Whitlow, Colby | 8/28/2025 | Update Staffing Report | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **2.5** | **$ 1,987.50** |

### &R – US Trustee and Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 8/21/2025 | Review UST fees calcs and communicate with counsel re same | $ 795.00 | 0.3 | $ 238.50 |
| **Total** | | | | **0.3** | **$ 238.50** |