**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT | ) |
| GROUP USA INC., *et al.*, [1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket No. 787** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 31, 2025* [D.I. 787] (the "Application"), filed on August 28, 2025.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on September 18, 2025.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [D.I. 188], the Debtors are now authorized to pay 80% ($25,206.80) of requested fees ($31,508.50) and 100% of the requested expenses $5,085.29) on an interim basis without further Court order.

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Dated: September 19, 2025
Wilmington, Delaware

*/s/ Benjamin C. Carver*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, IL 60654 |
| 1000 North King Street | Telephone:    (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:    (312) 499-6301 |
| Telephone:    (302) 571-6600 | Email:    jbernbrock@sheppardmullin.com |
| Facsimile:    (302) 571-1253 | mbenz@sheppardmullin.com |
| Email:    jmulvihill@ycst.com | |
| bcarver@ycst.com | -and- |
| bgaffney@ycst.com | |
| | Jennifer L. Nassiri (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone:    (310) 228-3700 |
| | Facsimile:    (310) 228-3701 |
| | Email:    jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone:    (212) 653-8700 |
| | Facsimile:    (212) 653-8701 |
| | Email:    apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |