# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Rule 7030 of the Federal Rules of Bankruptcy Procedure, and the *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* [Docket No. 518], the above-captioned debtors and debtors in possession (collectively "Debtors") hereby notice the deposition upon oral examination, to be recorded by video and stenographic means, of **Wayne Smith** on **September 29, 2025, at 9:00 a.m. PT**.

**PLEASE TAKE FURTHER NOTICE** that this deposition will be conducted remotely. The deposition shall be taken before a court reporter who is authorized to administer oaths, and may continue until completed or if not completed on the noticed date, it will be continued to a subsequent agreed upon date.

The deposition will be for the purposes of discovery, for use at any hearing or trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure, Federal

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Rules of Bankruptcy Procedure, and Local Rules or any other applicable law, rule, statue, or regulation. Further, the deposition transcript may be used for the purposes of discovery, or as evidence offered at any hearing or trial, or for any and all purposes allowed by law, rule, statue, or regulation.

Dated: September 19, 2025                                   Respectfully submitted:

|  |  |
|---|---|
| | */s/ Thomas V. Panoff* |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | Thomas V. Panoff (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Rodney Square | Sydney B. Hunemuller (admitted *pro hac vice*) |
| 1000 North King Street | 321 North Clark Street, 32nd Floor |
| Wilmington, DE 19801 | Chicago, Illinois 60654 |
| Telephone:     (302) 571-6600 | Telephone:     (312) 499-6300 |
| Facsimile:      (302) 571-1253 | Facsimile:      (312) 499-6301 |
| Email:            jmulvihill@ycst.com | Email: |
|                       cthompson@ycst.com |          jbernbrock@sheppardmullin.com |
|                       bcarver@ycst.com |          tpanoff@sheppardmullin.com |
| |          mbenz@sheppardmullin.com |
| *Co-Counsel for the Debtors and Debtors in Possession* |          shunemuller@sheppardmullin.com |

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:      (310) 228-3701
Email:            jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:      (212) 653-8701
Email:
          apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 19, 2025, a copy of the foregoing document was served by email on counsel for Warner Bros. Entertainment Inc.

By: */s/ Thomas V. Panoff*
    Thomas V. Panoff