# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |
|  | ) Ref. Docket No. 795 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Fourth Monthly Fee Application of GBH SOLIC Holdco, LLC and SOLIC Capital, LLC, as Investment Banker for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through July 31, 2025* [D.I. 795] (the "Application"), filed on August 29, 2025.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on September 19, 2025.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [D.I. 188] and the *Order Authorizing and Approving the Employment of SOLIC Capital Advisors, LLC and SOLIC Capital, LLC as Investment Banker to the Debtors Effective as of the Petition Date* [D.I 294] the

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Debtors are authorized to pay 100% of the requested fees ($100,000.00) and 100% of the requested expenses ($0.00) on an interim basis without further Court order.

Dated: September 22, 2025
Wilmington, Delaware

*/s/ Benjamin C. Carver*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:   jmulvihill@ycst.com<br>   bcarver@ycst.com<br>   bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone:   (312) 499-6300<br>Facsimile:   (312) 499-6301<br>Email:   jbernbrock@sheppardmullin.com<br>   mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:   (310) 228-3700<br>Facsimile:   (310) 228-3701<br>Email:   jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:   (212) 653-8700<br>Facsimile:   (212) 653-8701<br>Email:   apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |