# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF OBJECTION TO NOTICE OF RULE 30(b)(6) DEPOSITION OF WARNER BROS. ENTERTAINMENT INC.

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable to this Chapter 11 proceeding pursuant to Rule 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and in connection with the *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* [D.I. 800] (the "Agreed Scheduling Order"), the above-captioned debtors and debtors in possession (the "Debtors") served a *Notice of Rule 30(b)(6) Deposition of Warner Bros. Entertainment Inc*. (the "Deposition Notice") on September 19, 2025. *See* D.I. 832.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Agreed Scheduling Order, the deadline to object to the Deposition Notice is September 22, 2025, three (3) days after the date the deposition notices are served. *See* D.I. 800.

**PLEASE TAKE FURTHER NOTICE** that on September 22, 2025, Warner Bros. Entertainment Inc. served its objection to the Deposition Notice upon counsel to the Debtors.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

1

| | |
|---|---|
| Dated: September 22, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Avery Jue Meng (No. 7238)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         ameng@morrisnichols.com<br><br>-and-<br><br>**O'MELVENY & MYERS, LLP**<br>Scott P. Drake (*Admitted pro hac vice*)<br>Emma Jones (*Admitted pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>Email: eljones@omm.com<br><br>Steve Warren (*Admitted pro hac vice*)<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: swarren@omm.com<br><br>Daniel M. Petrocelli (*Admitted pro hac vice*)<br>Matt Kline (*Admitted pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br>Email: dpetrocelli@omm.com<br><br>*Counsel to Warner Bros. Entertainment Inc., and its Affiliates* |