# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 26, 2025, counsel to Warner Bros. Entertainment Inc. and its affiliates caused copies of the following to be served via electronic mail upon counsel for Alcon Media Group, LLC listed below:

1. *Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group LLC's Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6).*

2. *Warner Bros. Entertainment Inc.'s Notice of Objection to Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6).*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Kimberly A. Brown<br>George A. Williams III<br>**Landis Rath & Cobb LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email:  brown@lrclaw.com<br>              williams@lrclaw.com | Daniel S. Miller<br>Colin H. Rolfs<br>**Miller Barondess LLP**<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California 90067<br>Email:  crolfs@millerbarondess.com<br>              dmiller@millerbarondess.com |

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: September 26, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Avery Jue Meng (No. 7238)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>         mharvey@morrisnichols.com<br>         ameng@morrisnichols.com<br><br>-and-<br><br>**O'MELVENY & MYERS, LLP**<br>Scott P. Drake (*Admitted pro hac vice*)<br>Emma Jones (*Admitted pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>Email: eljones@omm.com<br><br>Steve Warren (*Admitted pro hac vice*)<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: swarren@omm.com<br><br>Daniel M. Petrocelli (*Admitted pro hac vice*)<br>Matt Kline (*Admitted pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br>Email: dpetrocelli@omm.com<br><br>*Counsel to Warner Bros. Entertainment Inc., and its Affiliates* |