# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) ) ) | Case No. 25-10475 (TMH) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 27, 2025, counsel to the Debtors caused copies of the following to be served via electronic mail upon counsel listed below:

- *Debtors' Answers and Objections to Warner Bros. Entertainment Inc.'s Initial Interrogatories*

- *Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests for Production*

- *Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests for Admission*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Curtis S. Miller<br>Matthew B. Harvey<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Email:  cmiller@morrisnichols.com<br>           mharvey@morrisnichols.com | Steve Warren<br>Maria C. Benites Gutierrez<br>O'Melveny & Meyers LLP<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Email:  swarren@omm.com<br>           mbenitesgutierrez@omm.com<br><br>Matt Kline<br>O'Melveny & Meyers LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Email:  mkline@omm.com<br><br>Scott Drake<br>Emma Jones<br>O'Melveny & Meyers LLP<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Email:  sdrake@omm.com<br>           eljones@omm.com |

**Date:** September 29, 2025
Wilmington, DE

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  jmulvihill@ycst.com
bcarver@ycst.com
bgaffney@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:  (312) 499-6300
Facsimile:  (312) 499-6301
Email:  jbernbrock@sheppardmullin.com
mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
Email:  jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701
Email:  apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*