# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

### AMENDED NOTICE OF DEPOSITION OF WARNER BROS. ENTERTAINMENT INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and the *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* (Dkt. No. 518), Alcon Media Group, LLC ("Propounding Party"), by and through its undersigned counsel, will take the deposition of the person(s) designated by Warner Bros. Entertainment Inc. ("Responding Party") to testify on its behalf about each of the topics of examination (collectively, the "Topics") as set forth in **Attachment A**.  The deposition will take place via videoconference and shall commence on **October 6, 2025, at 9:00 a.m. P.T. and continuing on October 8, 2025, at 9:00 a.m. P.T.**

**PLEASE TAKE FURTHER NOTICE THAT** the above referenced deposition will be taken before a court reporter who is authorized to administer oaths and will continue day to day, excluding Sundays and holidays, until completed.

**PLEASE TAKE FURTHER NOTICE** that said reporter will record the testimony by stenographic means and may utilize instant visual display of the testimony of deponent.  Notice of the possible use of instant visual display of the testimony is being provided pursuant to Federal Rule of Civil Procedure 30.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that, under Federal Rule of Civil Procedure 30, the deposition may be recorded by videotape, and that, under Federal Rule of Civil Procedure 30, the videotape record of this deposition may be used at any hearing or trial.

**PLEASE TAKE FURTHER NOTICE**, in accordance with the applicable rules, that Responding Party shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf as to each of the topics set forth in **Attachment A** attached hereto. Responding Party is requested to provide Propounding Party with the identity of the individual(s) who will testify regarding each topic at least three business days in advance of the deposition.

| | |
|---|---|
| Dated: September 30, 2025 | **LANDIS RATH & COBB LLP** |

*/s/ Kimberly A. Brown*
Kimberly A. Brown (No. 5138)
George A. Williams III (No. 6964)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
      williams@lrclaw.com

and

Daniel S. Miller (Admitted *pro hac vice*)
Colin H. Rolfs (Admitted *pro hac vice*)
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: dmiller@millerbarondess.com
      crolfs@millerbarondess.com

*Attorneys for Alcon Media Group, LLC*