# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.,* [1] | ) ) ) | Case No. 25-10475 (TMH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2025, counsel to Regency Entertainment (USA), Inc. caused copies of the following to be served via electronic mail upon counsel for Alcon Media Group, LLC listed below:

- *Objections and Answers to Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc.;* and
- *Objections and Responses to Alcon Media Group, LLC's First Set of Requests for Production of Documents to Regency Entertainment (USA), Inc.*
.

| | |
|---|---|
| Kimberly Brown<br>brown@lrclaw.com<br>George A. Williams III<br>williams@lrclaw.com<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>T: (302) 467-4400<br>F: (302) 467-4450 | Vadim J. Rubinstein<br>vrubinstein@loeb.com<br>Noah Weingarten<br>nweingarten@loeb.com<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154 |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information is available on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Dated**:**  September 30, 2025 | **CAROTHERS & HAUSWIRTH, LLP** |

        By:  /s/ Gregory W. Hauswirth
        Gregory W. Hauswirth (Bar No. 5679)
        1007 N. Orange Street, 4th Floor
        Wilmington, DE 19801
        Telephone: 302.332.7181
        Facsimile: 412.910.7510
        ghauswirth@ch-legal.com

        and

        **LEECH TISHMAN NELSON HARDIMAN, INC.**
        Sandford L. Frey (CA I.D. # 117058)
        *Admitted Pro Hac Vice*
        1100 Glendon Avenue, 14th Floor
        Los Angeles, CA 90024
        Telephone: 424.738.4400
        Facsimile: 424.738.5080
        sfrey@leechtishman.com

        **LEECH TISHMAN FUSCALDO & LAMPL, LLC**
        John M. Steiner (PA I.D. #79390)
        Michael Kruszewski (PA I.D. # 91239)
        Kristin Anders Lawson (PA I.D. #74497)
        *Admitted Pro Hac Vice*
        525 William Penn Place, 28th Floor
        Pittsburgh, PA  15219
        Telephone:  412.261.1600
        Facsimile:   412.227.5551
        jsteiner@leechtishman.com
        mkruszewski@leechtishman.com
        klawson@leechtishman.com

        *Counsel for Regency Entertainment (USA), Inc.*