**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| VILLAGE ROADSHOW | ) | Case No. 25-10475 (TMH) |
| ENTERTAINMENT GROUP USA INC., *et* | ) | |
| *al.*, [1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2025, counsel to Regency

Entertainment (USA), Inc. caused copies of the following to be served via electronic mail upon

counsel for the Debtors listed below:

- *Objections and Answers to Debtors' First Set of Interrogatories to Regency Entertainment (USA), Inc's;* and

- *Objections and Responses to Debtors' First Set of Requests for Production of Documents to Regency Entertainment (USA), Inc.'s..*

| | |
|---|---|
| Joseph M. Mulvihill | Alyssa Paddock |
| jmulvihill@ycst.com | apaddock@sheppardmullin.com |
| Young Conaway Stargatt & Taylor, LLP | 30 Rockefeller Plaza |
| Rodney Square | New York, NY 10112 |
| 1000 North King Street | T: (212) 896-0692 |
| Wilmington, DE 19801 | F: (917) 438-6217 |
| T: (302) 571-6600 | |
| F: (302) 571-1253 | |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information is available on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

|  |  |
|---|---|
| Justin R. Bernbrock<br>jbernbrock@sheppardmullin.com<br>Thomas V. Panoff<br>tpanoff@shappardmullin.com<br>Matthew T. Benz<br>mbenz@sheppardmullin.com<br>Sydney Hunemuller<br>shunemuller@sheppardmullin.com<br>Sheppard, Mullin, Richter & Hampton LLP<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>T: (312) 499-6300<br>F: (312) 499-6301 | Jennifer L. Nassiri<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>jnassiri@sheppardmullin.com<br>T: (424) 288-5316<br>F: (213) 443-2739 |

Dated**:**  September 30, 2025

**CAROTHERS & HAUSWIRTH, LLP**

By:  /s/ Gregory W. Hauswirth
Gregory W. Hauswirth (Bar No. 5679)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.910.7510
ghauswirth@ch-legal.com

and

**LEECH TISHMAN NELSON
HARDIMAN, INC.**
Sandford L. Frey (CA I.D. # 117058)
*Admitted Pro Hac Vice*
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: 424.738.4400
Facsimile: 424.738.5080
sfrey@leechtishman.com

**LEECH TISHMAN FUSCALDO &
LAMPL, LLC**
John M. Steiner (PA I.D. #79390)
Michael Kruszewski (PA I.D. # 91239)
Kristin Anders Lawson (PA I.D. #74497)
*Admitted Pro Hac Vice*
525 William Penn Place, 28th Floor

Pittsburgh, PA  15219
Telephone:  412.261.1600
Facsimile:  412.227.5551
jsteiner@leechtishman.com
mkruszewski@leechtishman.com
klawson@leechtishman.com

*Counsel for Regency Entertainment (USA), Inc.*