# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) ) ) (Jointly Administered) |
| Debtors. | ) ) |

## FIFTH SUPPLEMENTAL NOTICE OF POSSIBLE
## ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on March 17, 2025 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 17, 2025, the Debtors filed a motion [Docket No. 11] (the "Bid Procedures and Sale Motion") seeking entry of (a) an order, (the "Bid Procedures Order"), (i) authorizing and approving bid procedures (the "Bid Procedures"),[2] in connection with one or more sales or dispositions (collectively, the "Sale") of the Debtors' Assets, (ii) authorizing and approving the Debtors' entry into and performance under an asset purchase agreement (the "CP Stalking Horse APA"), in connection with a potential sale of the Debtors' Library Assets to CP Ventura LLC (the "CP"), subject to higher or otherwise better bids submitted in accordance with the Bid Procedures, (iii) authorizing and approving certain stalking horse bid protections provided to CP in accordance with the terms and conditions set forth in the CP Stalking Horse APA and the Bid Procedures, (iv) establishing certain dates and deadlines in connection with the sale process for the Assets, including scheduling an auction (the "Auction"), if necessary, in accordance with the Bid Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (v) approving the form and manner of notice of the Auction, if any, the Sale, and the Sale Hearing, (vi) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale (the "Assumption and Assignment Procedures") and solely with respect to Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros."), the Warner Bros. Assumption and Assignment

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bid Procedures or the Bid Procedures Order, as applicable.

-1-

Procedures, and approving the form and manner of notice thereof, and (vii) granting related relief; and (b) one or more orders (each, a "Sale Order"), (i) authorizing and approving the Sale of the Debtors' Assets to the Stalking Horse Bidder or otherwise Successful Bidder(s), as applicable, free and clear of all liens, claims, interests, and encumbrances to the extent set forth in the Stalking Horse APA or the asset purchase agreement with the otherwise Successful Bidder, as applicable (the "APA"), (ii) the assumption and assignment of the Assumed Contracts as set forth in the applicable APA, and (iii) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on April 16, 2025, the Debtors filed a motion [Docket No. 197] (the "Stalking Horse Supplement") seeking entry of an order (a) modifying the relief requested in the Bid Procedures and Sale Motion, (b) approving (i) the designation of Alcon Media Group, LLC ("Alcon") as the new stalking horse bidder for the Debtors' Library Assets (the "Alcon Stalking Horse Bidder"), (ii) the Debtors' entry into an asset purchase agreement with Alcon setting forth the terms of Alcon's bid for the Library Assets ("Alcon Stalking Horse APA"), and (iii) an expense reimbursement provided to the Alcon Stalking Horse Bidder pursuant to the terms of the Alcon Stalking Horse APA, and (c) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on April 23, 2025, the Court entered the Bid Procedures Order [Docket No. 240], and on April 24, 2025, the Court entered an amended Bid Procedures Order [Docket No. 276], approving, among other things, the Bid Procedures, which establish key dates and times relating to the Sale and the Auction, and granting the relief requested in the Stalking Horse Supplement. All interested bidders should carefully read the Bid Procedures Order and the Bid Procedures in their entirety.[3]

PLEASE TAKE FURTHER NOTICE that, on May 22, 2025, the Debtors filed the *Notice of Successful Bidder for Library Assets* [Docket No. 396], which named Alcon as the Successful Bidder for the Library Assets. On May 29, 2025, the Debtors filed the *Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights* [Docket No. 446], which named Alcon as the Successful Bidder for the Derivative Rights and the Studio Business, and Warner Bros. as the Back-Up Bidder for the Derivative Rights.

PLEASE TAKE FURTHER NOTICE that, upon the closing of the Sale, the Debtors may assume and assign to Alcon certain non-Warner Bros. executory contracts (the "Assumed Contracts").

PLEASE TAKE FURTHER NOTICE that, on April 28, 2025, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 293] (the "Original Assumption Notice"), which included a schedule listing certain non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Original Contracts Schedule").

PLEASE TAKE FURTHER NOTICE that, on April 30, 2025, the Debtors filed the *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts*

---

[3] To the extent of any inconsistencies between the Bid Procedures and the summary descriptions of the Bid Procedures in this notice, the terms of the Bid Procedures shall control in all respects.

[Docket No. 297] (the "First Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "First Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2025, the Debtors filed the *Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 345] (the "Second Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Second Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2025, the Debtors filed the *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 510] (the "Third Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Third Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2025, the Debtors filed the *Fourth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 722] (the "Fourth Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Fourth Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have identified the additional non-Warner Bros. contracts listed on **Exhibit 1** attached hereto as additional contracts that may potentially be assumed and assigned as part of the Sale (the "Fifth Supplemental Contracts Schedule," and together with the Original Contracts Schedule, the First Supplemental Contracts Schedule, the Second Supplemental Contracts Schedule, the Third Supplemental Contracts Schedule, and the Fourth Supplemental Contracts Schedule, the "Contracts Schedules"). The Contracts Schedules may also be viewed free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that Cure Costs, if any, for the assumption and assignment of such contracts are also set forth on the Fifth Supplemental Contracts Schedule. Each Cure Cost listed on the Fifth Supplemental Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract. For the avoidance of doubt, none of the foregoing applies to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE.** Under the terms of the Assumption and Assignment Procedures, unless otherwise provided in the applicable APA, at any time prior to the date of closing of the Sale, the Debtors may (a) remove a contract from the Contracts Schedules

or (b) modify the previously-stated Cure Costs associated with any contract.  **The presence of a contract listed on <u>Exhibit 1</u> attached hereto does not constitute an admission that such contract is an executory contract or that such contract will be assumed and assigned as part of the Sale.  The Debtors reserve all of their rights, claims and causes of action with respect to the contracts listed on <u>Exhibit 1</u> attached hereto.**

### <u>Filing Objections</u>

Pursuant to the Assumption and Assignment Procedures, and except with respect to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order, objections to the proposed assumption and assignment of a contract listed on the Fifth Supplemental Contracts Schedule, on any basis, including any objection relating to Cure Costs or adequate assurance of Alcon's future ability to perform, must (1)(a) be in writing; (b) state the basis for such objection; and (c) if such objection is to the Cure Cost, state with specificity what Cure Cost the counterparty believes is required (in all cases, with appropriate documentation in support thereof) and (2) be filed with the Court and served no later than **October 15, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Fifth Supplemental Contract Objection Deadline</u>") on the following parties (collectively, the "<u>Notice Parties</u>"): (1) co-counsel to the Debtors, (i) Sheppard, Mullin, Richter & Hampton LLP, 321 North Clark Street, 32nd Floor, Chicago, IL 60654, Attn.: Justin R. Bernbrock (jbernbrock@sheppardmullin.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn.: Joseph M. Mulvihill (jmulvihill@ycst.com); (2) counsel to the ABS Trustee, Barnes & Thornburg LLP, One North Wacker Drive Suite 4400, Chicago, IL 60606, Attn.: Aaron Gavant (agavant@btlaw.com) (3) counsel to the DIP Lenders, Morrison Foerster, 250 West 55th Street, New York, NY 10019, Attn.: James Newton (jnewton@mofo.com); (4) counsel to Vine Alternative Investments Group, LLC, Cooley LLP, 55 Hudson Yards, New York, NY 10001 Attn.: Daniel Shamah (dshamah@cooley.com); (5) Magnum Films SPC, DLA Piper LLP, 121 Avenue of the Americas, New York, New York, 10020, Attn: Dennis C. O'Donnell (dennis.odonnell@dlapiper.com); (6) counsel to the ad hoc group of ABS Noteholders, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Joel Simwinga (jmsimwinga@wlrk.com);  (7) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue 34th Floor, New York, NY 10017, Attn: Robert Feinstein (rfeinstein@pszjlaw.com) and Bradford Sandler (bsandler@pszjlaw.com); (8) counsel to Warner Bros., (i) O'Melveny & Myers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071, Attn.: Steve Warren (swarren@omm.com), and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn.: Curtis S. Miller (cmiller@morrisnichols.com), (9) the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>"), 844 N. King Street, Room 2207, Wilmington, DE 19801, Attn.: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov); and (10) Alcon.

The Court will hear and determine any objections, which cannot otherwise be resolved by the parties, to the assumption and assignment to the Buyer of any Assumed Contracts listed on the Fifth Supplemental Contracts Schedule at a hearing (the "<u>Supplemental Assumption and Assignment Hearing</u>") to be held on such date and time as determined by the Court, at 824 Market ST N, 3rd Floor, Wilmington, Delaware 19801.

-5-

**Consequences of Failing to Timely File an Objection**

**Except with respect to Warner Bros., who instead is subject to the Warner Bros. Assumption and Assignment Procedures, Warner Bros. Contract Objection Deadline, Warner Bros. Sale Objection Deadline, and Warner Bros. Post-Auction Objection Deadline, as set forth in the Bid Procedures Order, if any party fails to timely file with the Court and serve an objection by the Fifth Supplemental Contract Objection Deadline or other applicable objection deadline, or otherwise abide by the procedures set forth in the Bid Procedures regarding an objection to the Sale, such party shall be barred from asserting, at the Supplemental Assumption and Assignment Hearing or otherwise, any objection to the relief requested in the Motion or to the consummation and performance of the Sale, including (i) assumption and assignment of Assumed Contracts as set forth in the applicable APA and (ii) the transfer of the applicable Asset(s) to the applicable Successful Bidder(s) free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, and shall be deemed to "consent" to the Sale for purposes of section 363(f) of the Bankruptcy Code.**

**Obtaining Additional Information**

Copies of the Bid Procedures Motion, the Stalking Horse Supplement, the Bid Procedures, the Bid Procedures Order, the Alcon Stalking Horse APA, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 1, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:   (302) 571-1253<br>Email:         jmulvihill@ycst.com<br>                   bcarver@ycst.com<br>                   bgaffney@ycst.com<br><br>Co-Counsel for the Debtors and<br>Debtors in Possession | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone:  (312) 499-6300<br>Facsimile:   (312) 499-6301<br>Email:         jbernbrock@sheppardmullin.com<br>                   mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:  (310) 228-3700<br>Facsimile:   (310) 228-3701<br>Email:         jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:  (212) 653-8700<br>Facsimile:   (212) 653-8701<br>Email:         apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and<br>Debtors in Possession* |

# **EXHIBIT 1**

**Fifth Supplemental Contracts Schedule**

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 1. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Chicken Devil" | Aftershock Comics, LLC | $0.00 |
| 2. | Village Roadshow Entertainment Group USA Inc. | Letter of Direction | American Society of Composers, Authors & Publishers | $0.00 |
| 3. | Village Roadshow Entertainment Group USA Inc. | First Amendment dated June 2, 2021 to the Exclusive Development Agreement re: "Friday Beers" a/k/a "Almost Friday" a/k/a "Untitled Barstool Sports Scripted Series" | Barstool Sports, Inc. | $0.00 |
| 4. | VREG Television Inc. | Letter Agreement re: "Nash Bridges" | Beeman/Sullivan Productions LLC f/s/o Gregory Beeman | $0.00 |
| 5. | Village Roadshow Entertainment Group USA Inc. | Reversion Agreement and Mutual Release re: "Untitled Greenland Project" | Brandon Smith | $0.00 |
| 6. | Village Roadshow Entertainment Group USA Inc. | Publisher Affiliate Agreement | Broadcast Music, Inc. | $0.00 |
| 7. | Village Roadshow Entertainment Group USA Inc. | Letter of Direction | Broadcast Music, Inc. | $0.00 |
| 8. | Village Roadshow Entertainment Group USA Inc | Turnaround Agreement re: "Christmas" a/k/a "On The First Day of Christmas" | Brillstein Entertainment Partners, LLC | $0.00 |
| 9. | Village Roadshow Entertainment Group USA Inc | Turnaround Agreement re: "Zero Feet Away" | Brillstein Entertainment Partners, LLC | $0.00 |
| 10. | Village Roadshow Pictures Entertainment Inc. | Screenplay Option Purchase Agreement re: "The House" | Butterfly Wings Inc. f/s/o Marla Sokoloff | $0.00 |
| 11. | Village Roadshow Pictures Entertainment Inc. | Amendment to Option Purchase Agreement re: "Christmas" a/k/a "On The First Day of Christmas" | Casey Giltner | $0.00 |
| 12. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Night of the Living Dead" | Christine Romero and Sanibel Films, Inc. | $0.00 |
| 13. | Village Roadshow Entertainment Group USA Inc. | Co-Publishing and Administration Agreement | Cutting Edge Music Publishing Limited | $0.00 |
| 14. | Village Roadshow Entertainment Group USA Inc. | Quitclaim Agreement re: "Hoffa" | David Hoffa | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 15. | Village Roadshow Entertainment Group USA Inc. | Turnaround Agreement re: "Debutante" f/k/a "Lady Emily" | December Films Inc. | $0.00 |
| 16. | Village Roadshow Entertainment Group USA Inc. | Turnaround Agreement re: "Rivals" a/k/a "Alpine Rivals" | December Films Inc. | $0.00 |
| 17. | Village Roadshow Entertainment Group USA Inc. | Turnaround Agreement re: "Swarm" f/k/a "Dust" | December Films Inc., f/s/o Todd Berger and Jillian Apfelbaum | $0.00 |
| 18. | Village Roadshow Entertainment Group USA Inc. | Reversion Agreement and Mutual Release re: "Untitled Greenland Project" | Derek Smith | $0.00 |
| 19. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Letter Agreement and Closed Deal Terms re: "Look What You Made Me Do" | Elaine Murphy c/o Sandra Dijkstra Literary Agency | $0.00 |
| 20. | Village Roadshow Entertainment Group USA Inc. | Servicing and Sales Agency Agreement re: "The Gutter" | Film & TV House Limited | $0.00 |
| 21. | Village Roadshow Entertainment Group USA Inc | Second Amendment to the Letter Agreement re: "Untitled Barstool Sports Project" | Francis Ellis | $0.00 |
| 22. | Village Roadshow Entertainment Group USA Inc. | Turnaround Agreement re: "Mirror Man" | Gaspin Media, Inc. f/s/o Max Gaspin and Adam Fratto | $0.00 |
| 23. | Village Roadshow Entertainment Group USA Inc. | Music Performance Rights License Agreement | Global Music Rights, LLC | $0.00 |
| 24. | Village Roadshow Productions Inc. | Turnaround Agreement re: "The Tunnel" | Grapeman Productions, Inc. f/s/o Robert Kamen | $0.00 |
| 25. | Village Roadshow Productions Inc. | Screenplay Option Purchase Agreement re: "Appetite" | J.T. Petty | $0.00 |
| 26. | Village Roadshow Productions Inc. | Amendment to Screenplay Option Purchase Agreement re: "Appetite" | J.T. Petty | $0.00 |
| 27. | Village Roadshow Entertainment Group USA Inc. | Quitclaim Agreement re: "Hoffa" | James P. Hoffa | $0.00 |
| 28. | Village Roadshow Pictures Entertainment Inc. | Screenplay Option Purchase Agreement re: "The House" | Katie Kuehn aka Katie Amanda Keane | $0.00 |
| 29. | Village Roadshow Pictures Entertainment Inc. | Email Closed Terms re: "Everyone Gets Fired" dated October 6, 2022 | Kendall Milton & Lily Drew Detweiler | $33, 197.04 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 30. | Village Roadshow Entertainment Group USA Inc. | Amendment, dated as of May 2, 2023, to Exclusive Attachment/Development Agreement re: "Untitled Jonathan Mark Project" | Limit Media, LLC f/s/o Jonathan Mark | $0.00 |
| 31. | Village Roadshow Productions Inc. | Settlement and Release Agreement re: "Untitled NBA Haunted Hotel Project" | Magic Giraffe, Inc. f/s/o Matt Roller | $0.00 |
| 32. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Epiphany" | Mary Productions, Inc. f/s/o Joseph Pesci | $0.00 |
| 33. | Village Roadshow Entertainment Group USA Inc. | Amendment, dated as of May 2, 2023, to Exclusive Attachment/Development Agreement re: "Untitled Jonathan Mark Project" | Mortar Media, Inc. f/s/o Antranig Balian | $0.00 |
| 34. | Village Roadshow Pictures Entertainment Inc. | Turnaround Agreement re: "L" | Nostromo Pictures S.L. | $0.00 |
| 35. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Untitled Panama Documentary" | Pana Films Ltd. f/s/o Jamie Crawford | $0.00 |
| 36. | Village Roadshow Pictures Entertainment Inc. | Quitclaim Agreement re: "The Great Emu War" | Robyn Kershaw Productions Pty Ltd. | $0.00 |
| 37. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "Epiphany" | Royal Street Holdings, Inc. f/s/o Jamil Stefan | $0.00 |
| 38. | Village Roadshow Entertainment Group USA Inc. | Reversion Agreement and Mutual Release re: "Untitled Greenland Project" | Scott Sorensen | $0.00 |
| 39. | Village Roadshow Entertainment Group Asia Limited | Agreement on Feature Film Co-Production re: "Zhong Kui: Snow Girl and the Dark Crystal" | Shenzhen Desen International Media Co. Ltd | $0.00 |
| 40. | Village Roadshow Entertainment Group Asia Limited | Amendment dated April 29, 2014 to Agreement on Feature Film Co-Production re: "Zhong Kui: Snow Girl and the Dark Crystal" | Shenzhen Desen International Media Co. Ltd | $0.00 |
| 41. | Village Roadshow Entertainment Group Asia Limited | Amendment undated to Agreement on Feature Film Co-Production re: "Zhong Kui: Snow Girl and the Dark Crystal" | Shenzhen Desen International Media Co. Ltd | $0.00 |
| 42. | Village Roadshow Entertainment Group Asia Limited | Supplementary Agreement to Co-Production Agreement re: "Zhong Kui: Snow Girl and the Dark Crystal" | Shenzhen Desen International Media Co. Ltd | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 43. | Village Roadshow Entertainment Group USA Inc. | Production Services Deal Memo re: "Goliath" f/k/a "Untitled Wilt Chamberlain Project" | Showtime Networks Inc. | $0.00 |
| 44. | Village Roadshow Entertainment Group USA Inc. | Settlement Agreement and General Release re: "Goliath" f/k/a "Untitled Wilt Chamberlain Project" | Showtime Networks Inc. | $0.00 |
| 45. | Village Roadshow Entertainment Group USA Inc. | Quitclaim Agreement re: "Emissary" | Skybound Galactic, LLC | $0.00 |
| 46. | Village Roadshow Entertainment Group USA Inc. | Letter Option Agreement re: "The Girl Who Loved Tom Gordon" | Stephen King | $0.00 |
| 47. | Village Roadshow Pictures Entertainment Inc. | Quitclaim Release Letter re: "Young Hook" | Sustainable Imagination | $0.00 |
| 48. | Village Roadshow Entertainment Group USA Inc | Quitclaim Release Letter re: "Young Hook" | Sustainable Imagination | $0.00 |
| 49. | Village Roadshow Productions Inc. | Quitclaim Release Letter re: "Young Hook" | Sustainable Imagination | $0.00 |
| 50. | Village Roadshow Entertainment Group USA Inc | Letter Agreement re: "American Dream Karaoke" f/k/a "Indian Karaoke" | Thabo Productions Inc. f/s/o Geeta Gandbhir | $0.00 |
| 51. | Village Roadshow Productions, Inc. | Letter Agreement re: "Appetite" | The Crisis Group f/s/o J.T. Petty | $0.00 |
| 52. | Village Roadshow Productions, Inc. | Amendment to Letter Agreement re: "Appetite" | The Crisis Group f/s/o J.T. Petty | $0.00 |
| 53. | Village Roadshow Productions Inc. | Certificate of Engagement re: "The Girl Who Loved Tom Gordon" | Thomas Townend | $0.00 |
| 54. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Walking Tall" and "Herc" | Universal Content Productions LLC | $0.00 |
| 55. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Walking Tall" and "Herc" | Universal Television Networks | $0.00 |
| 56. | VREG Television Inc. | Deed (Residual Assets Agreement) dated March 14, 2023 | Village NB Productions LLC | $0.00 |
| 57. | Village Roadshow Entertainment Group USA Inc. | Production Services Agreement re: "Nash Bridges" | Village NB Productions LLC | $0.00 |

| #   | Debtor                                         | Contract Description                                    | Counterparty Name                              | Cure Amount |
|-----|------------------------------------------------|---------------------------------------------------------|------------------------------------------------|-------------|
| 58. | Village Roadshow Productions Inc.              | Short Form Assignment re: "Nash Bridges"                | Village Roadshow Entertainment Group USA Inc.  | $0.00       |
| 59. | Village Roadshow Productions Inc.              | Assignment of Noah Pink Agreement re: "Monkey Selfie"   | Village Roadshow Productions Inc.              | $0.00       |
| 60. | Village Roadshow Entertainment Group USA Inc.  | Security Agreement re: "The Gutter"                     | Writers Guild of America, West, Inc.           | $0.00       |
| 61. | Village Roadshow Entertainment Group USA Inc.  | Security Agreement re: "The Gutter"                     | Writers Guild of America, East, Inc.           | $0.00       |