# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 908 & 909** |

### APPENDIX OF WARNER BROS. ENTERTAINMENT INC. AND ITS AFFILIATES TO WARNER BROS.' SUPPLEMENTAL OBJECTION IN CONNECTION WITH THE DERIVATIVE RIGHTS SALE HEARING

Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
Email: mharvey@morrisnichols.com

Steve Warren (*Admitted pro hac vice*)
**O'MELVENY & MYERS LLP**
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

Dan Petrocelli (*Admitted pro hac vice*)
Matt Kline (*Admitted pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
Email: mkline@omm.com

Scott Drake (*Admitted pro hac vice*)
Emma Jones (*Admitted pro hac vice*)
**O'MELVENY & MYERS LLP**
2801 North Hardwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Email: sdrake@omm.com
Email: eljones@omm.com

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**APPENDIX**

Listed below are the documents and excerpts of documents cited in *Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* and the *Supplemental Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements.*

| App'x Ex. No.[2] | Document | Bates Number |
|---|---|---|
| 26. | September 8, 2025 Revised Warner Bros. Bid | WB_0002791 |
| 27. | September 16, 2025 Warner Bros. Letter | WB_0002816 |
| 28. | October 10, 2024 email exchange between J. McIntosh and D. Adametz | (WB_0000697) (AEO) |
| 29. | October 10, 2024 email exchange between WB Clips and Stills Licensing Department and J. Hill | (WB_0000690) (AEO) |
| 30. | Alcon Complaint | WB_0001026 |
| 31. | October 21, 2024 email from W. Smith to Alcon COO S. Parish | (WB_0000703) (AEO) |
| 32. | Alcon's response to Initial MTDs 02/13/2025 | WB_0001247 |
| 33. | Alcon Amended Complaint 02/13/2025 | WB_0000943 |
| 34. | Alcon Lawsuit Tentative Ruling | WB_0001087 |
| 35. | Alcon Lawsuit Minute Order 04/07/2025 | WB_0001078 |
| 36. | Alcon Second Amended Complaint 06/16/2025 | WB_0001149 |
| 37. | Warner Bros.' Second MTD 07/30/2025 | WB_0001283 |
| 38. | Alcon's opposition to Second MTDs 08/21/2025 | WB_0001123 |
| 39. | Warner Bros., Musk and Tesla reply in support of Second MTDs 06/28/2025 | WB_0001257 |
| 40. | Alcon Lawsuit Second Tentative Ruling 09/09/2025 | WB_0001079 |
| 41. | Minute Order allowing Alcon leave to amend its complaint no later than October 2nd, 2025 (09/11/2025) | WB_0001256 |

---

[2] For ease of reference, the exhibits listed in this appendix continue the numbering scheme followed in <u>Exhibits 1-25</u> of *The Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* [D.I. 519], which is incorporated herein by reference.

| | | |
|---|---|---|
| 42. | Alcon Third Amended Complaint 10/02/25 | WB_0002795 |
| 43. | The ▮▮▮▮ Emails (Jan 19 – Feb 1, 2024) | (WB_0000687) (AEO) |
| 44. | ▮▮▮▮ email exchange 05/29/2025 | (WB_0000694) (AEO) |
| 45. | Practical Magic Assignment | WB_0002780 |
| 46. | 2009 MPRPA | WB_0000001 |
| 47. | 2012 MPRPA | WB_0002669 |
| 48. | 1998 QCSA | WB_0002489 |
| 49. | Practical Magic Derivative Rights Assignment 10/15/1998 | WB_0002658 |
| 50. | Great Gatsby Derivative Rights Assignment 05/09/2013 | WB_0002649 |
| 51. | Joker Assignment 10/01/2019 | WB_0002235 |
| 52. | Promissory Note Re: ▮▮▮▮ | WB_0000628 |
| 53. | May 26, 2010 Loan Agreement | WB_0000644 |
| 54. | ▮▮▮▮ (July 2020) | WB_0002924 |
| 55. | PM2 Project Notice Email (including attachment) | (WB_0002328) (AEO) |
| 56. | Village's Purported Acceptance Re: PM2 Project Notice | WB_0002656 |
| 57. | September 8, 2025 Warner Letter Re: Village Purported Acceptance of PM2 Project Notice | WB_0002824 |
| 58. | Excerpts from Transcript of Deposition of K. Berg 09/30/25 (Individual and 30(b)(6)) | N/A |
| 59. | ▮▮▮▮ 09/24/25 | ALCON000029 |
| 60. | ▮▮▮▮ 09/25/25 | ALCON000028 |
| 61. | Transcript of Status Conference 08/22/25 | WB_0002896 |
| 62. | ▮▮▮▮ Letter 09/25/25 | ALCON000030 |
| 63. | ▮▮▮▮ Letter 09/04/25 | VREG-WB-004778-80 |
| 64. | Redline of Alcon Derivative Rights APA | WB_0002828 |
| 65. | *Svenhard's Swedish Bakery v. Bakery (In re Svenhard's Swedish Bakery)*, No. 23-60045, 2025 LX 328143 (9th Cir. Sep. 12, 2025), | WB_0002918 |

| | |
|---|---|
| Dated: October 6, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>      mharvey@morrisnichols.com<br>      csawyer@morrisnichols.com<br><br>*-and-*<br><br>**O'MELVENY & MYERS LLP**<br>Steve Warren (admitted *pro hac vice*)<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: swarren@omm.com<br><br>Daniel M. Petrocelli (admitted *pro hac vice*)<br>Matt Kline (admitted *pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br>Email: dpetrocelli@omm.com<br><br>Scott Drake (admitted *pro hac vice*)<br>Emma Jones (admitted *pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>      eljones@omm.com<br><br>*Counsel to Warner Bros. Entertainment Inc. and its Affiliates* |