# Exhibits 27-29

[Filed Under Seal]