# Exhibit 37

1  Christopher S. Marchese (SBN 170239)
2  marchese@fr.com
   FISH & RICHARDSON P.C.
3  4695 MacArthur Court, Suite 1100
   Newport Beach, CA 92660
4  Tel: (213) 533-4240 / Fax: (858) 678-5099

5  John S. Goetz (*pro hac vice*)
6  goetz@fr.com
   Kristen McCallion (*pro hac vice*)
7  mccallion@fr.com
   Vivian Cheng (*pro hac vice*)
8  cheng@fr.com
   FISH & RICHARDSON P.C.
9  7 Times Square, 20th Floor
   New York, NY 10036
10 Tel: (212) 765-5070 / Fax: (212) 258-2291

11 *Additional counsel listed on signature page*
12
13 Attorneys for Defendant
   Warner Bros. Discovery, Inc.
14

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALCON ENTERTAINMENT, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas Corporation; ELON MUSK, an individual; WARNER BROS. DISCOVERY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:24-cv-09033-GW-RAO<br><br>**DEFENDANT WARNER BROS. DISCOVERY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date: September 11, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 11, 2025 at 8:30 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, Western Division, at 350 West 1st Street, Los Angeles, California 90012, Courtroom 9D, 9th Floor, before the Honorable George H. Wu, Defendant Warner Bros. Discovery, Inc. ("WBDI") will move, and hereby does move, to dismiss with prejudice the first (Direct Copyright Infringement), second (Vicarious Copyright Infringement), and third (Contributory Copyright Infringement) claims for relief in the Second Amended Complaint.

This motion is made pursuant to Fed. R. Civ. P. 8 and 41(b) and the Local Rules applicable thereto. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 23, 2025. Plaintiff confirmed it will oppose the motion.

| | | |
|---|---|---|
| 1 | Dated: July 30, 2025 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | /s/ Kristen McCallion |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | FISH & RICHARDSON P.C. |
| 5 | | 4695 MacArthur Court, Suite 1100 |
| | | Newport Beach, CA 92660 |
| 6 | | Tel: (213) 533-4240 |
| | | Fax: (858) 678-5099 |
| 7 | | |
| 8 | | John S. Goetz (*pro hac vice*) |
| | | goetz@fr.com |
| 9 | | Kristen McCallion (*pro hac vice*) |
| | | mccallion@fr.com |
| 10 | | Vivian Cheng (*pro hac vice*) |
| | | cheng@fr.com |
| 11 | | FISH & RICHARDSON P.C. |
| | | 7 Times Square, 20th Floor |
| 12 | | New York, NY 10036 |
| 13 | | Tel: (212) 765-5070 |
| | | Fax: (212) 258-2291 |
| 14 | | |
| 15 | | Matthew A. Colvin (*pro hac vice*) |
| | | colvin@fr.com |
| 16 | | FISH & RICHARDSON P.C. |
| | | 1717 Main Street, Suite 5000 |
| 17 | | Dallas, TX 75201 |
| | | Tel: (214) 747-5070 |
| 18 | | Fax: (214) 747-2091 |
| 19 | | |
| | | Kayleigh E. McGlynn (*pro hac vice*) |
| 20 | | mcglynn@fr.com |
| | | FISH & RICHARDSON P.C. |
| 21 | | One Marina Park Drive, Suite 1700 |
| | | Boston, MA 02210 |
| 22 | | Tel: (617) 542-5070 |
| | | Fax: (617) 542-8096 |
| 23 | | |
| 24 | | Attorneys for Defendant |
| | | Warner Bros. Discovery, Inc. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |