# Exhibit 41

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 24-9033-GW-RAOx | Date | September 11, 2025 |
|---|---|---|---|
| Title | *Alcon Entertainment, LLC v. Tesla, Inc., et al.,* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Edward M. Anderson  
Regina Yeh

Attorneys Present for Defendants:  
A. Louis Dorny  
Terry W. Ahearn  
Kristen McCallion  
Vivian C. Cheng

**PROCEEDINGS:** DEFENDANTS TESLA, INC. AND ELON MUSK'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [73]; and DEFENDANT WARNER BROS. DISCOVERY, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [74]

The Court's Tentative Rulings on Defendants' Motions [73, 74], was issued on September 9, 2025 [78]. Court and counsel confer. Based on the Tentative Ruling, and for reasons stated on the record, Defendants' Motions are GRANTED with leave to amend. Plaintiff will have until October 2, 2025 to file a Third Amended Complaint. Defendants' responses are due by no later than October 23, 2025.

: 03

Initials of Preparer  JG

WB_0001256