# Exhibits 43-60

[Filed Under Seal]