# Exhibits 62-64

[Filed Under Seal]