**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>                          Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 25-10475 (TMH)<br>)<br>)  (Jointly Administered)<br>)<br>**Related Docket No.  822** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING FOURTH MONTHLY FEE APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**JULY 1, 2025 THROUGH JULY 31, 2025**

The undersigned hereby certifies that:

1.　　On September 12, 2025, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel for the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From July 1, 2025 Through July 31, 2025*  [Docket No. 822] (the "Application").

2.　　Objections to the Application were to be filed and served no later than October 3, 2025 by 4:00 p.m. (prevailing Eastern Time).  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1]　The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4938-2864-2417.1 90346.00002

3.      Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief entered on April 15, 2025* [Docket No. 188], the Debtors are authorized to pay PSZJ $148,096.00, which represents 80% of the fees ($185,120.00), and $4,063.85 which represents 100% of the expenses, for a total payment of $152,159.85 for the period from July 1, 2025 through July 31, 2025, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: October 8, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
          scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4938-2864-2417.1 90346.00002                    2