IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Timothy B. Heafner of O'Melveny & Myers LLP to represent Warner Bros. Entertainment Inc. and its affiliates in the above-captioned chapter 11 cases.

Dated: October 13, 2025         */s/ Casey B. Sawyer*
                                              Casey B. Sawyer (No. 7260)
                                              **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                              1201 North Market Street, 16th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 658-9200
                                              Email: csawyer@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: October 13, 2025         */s/ Timothy B. Heafner*
                                              Timothy B. Heafner
                                              **O'MELVENY & MYERS LLP**
                                              1999 Avenue of the Stars, 8th Floor
                                              Los Angeles, CA 90067
                                              Telephone: (310) 553-6700
                                              Email: theafner@omm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                                                     *Thomas M. Horan*

**Dated: October 14th, 2025**                       **THOMAS M. HORAN**
**Wilmington, Delaware**                              **UNITED STATES BANKRUPTCY JUDGE**