**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*, [1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

<u>**JOINT WITNESS AND EXHIBIT LIST**</u>

     **PLEASE TAKE NOTICE** that, pursuant to the *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* [D.I. 800], the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), Warner Bros. Entertainment Inc. and its affiliates (collectively, "<u>Warner Bros.</u>"), Alcon Media Group, LLC and Loompala Pictures, LLC (collectively, "<u>Alcon</u>"), and Regency Entertainment (USA), Inc. ("<u>Regency</u>" and together with the Debtors, Warner Bros., and Alcon, the "<u>Parties</u>"), hereby submit this joint list of witness and exhibits (the "<u>Witness and Exhibit List</u>") in connection with the sale hearing scheduled for October 20, 2025, at 10:00 a.m. (ET) (the "<u>Hearing</u>").

---

[1]    The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

33653647.6

## WITNESSES

1. Kevin Berg, the Debtors' General Counsel. Mr. Berg's testimony will concern his declaration filed at Docket No. 937, any declarations subsequently filed, his deposition testimony on September 30, 2025, and the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same.

2. Keith Maib, the Debtors' Chief Restructuring Officer. Mr. Maib's testimony will concern his declarations filed at Docket Nos. 2, 14, and 936, any declarations subsequently filed, his deposition testimony on October 3, 2025, and the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same.

3. Reid Snellenbarger, Co-Head and Managing Partner of SOLIC Capital Advisors, LLC, the Debtors' investment banker. Mr. Snellenbarger's testimony will concern his declarations filed at Docket Nos. 198 and 935.

4. Wayne Smith, Executive Vice President (Legal) for Warner Bros. Studios. Mr. Smith's testimony will concern his declarations filed at Docket Nos. 519, 909, and 933, any declarations subsequently filed, his deposition testimony on October 8, 2025, and the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same.

5. Steve Spira, President of Worldwide Business Affairs for Warner Bros. Studios. Mr. Spira's testimony will concern his deposition testimony on October 6, 2025, the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same, and any declarations subsequently filed.[2]

---

[2] Warner Bros. wants to inform the Court that it has conferred with counsel for the Debtors on several occasions regarding their listing of Mr. Spira as a witness to inform the Debtors and other Parties that Mr. Spira will not be present for the upcoming Oct. 20 hearing and that Warner Bros. does not intend to call Mr. Spira as a witness. Warner Bros. has also informed Debtors' counsel that they may otherwise use Mr. Spira's deposition testimony

6. David Friedman, Executive Vice President and General Counsel of New Regency Productions, Inc. Mr. Friedman's testimony will concern his declarations filed at Docket Nos. 479 and 917, any declarations subsequently filed, his deposition testimony on October 1, 2025, and the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same.

7. Broderick Johnson, Co-Chief Executive Officer and Co-Founder of Alcon Entertainment. Mr. Johnson's testimony will concern his declaration filed at Docket No. 941, his deposition testimony on October 7, 2025, the topics for which he was designated on contained in the noticed 30(b)(6) deposition topics for the same, and any declarations subsequently filed.

8. Molly Smith, Black Label Media and board member, Alcon. Ms. Smith's testimony will concern the September 25, 2025-Letter from Black Label Media and the matters stated therein re financial and other support to Alcon Media Group from the Smith Family, bates labeled Alcon000030 and listed on this Witness and Exhibit List at Ex. No. 374 and in further support of Alcon's pleadings filed on October 15, 2025.

9. The Parties reserve the rights to call necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 1. | [Sealed] Purchase and Distribution Agreement Re: December Boys | D.I. 519-1 | N/A |
| 2. | [Sealed] 2014 MPRPA | D.I. 519-2 | WB_0000116 |
| 3. | [Sealed] 2020 MPRPA | D.I. 519-3 | WB_0000322 |
| 4. | [Sealed] Matrix Co-Ownership Agreement | D.I. 519-4 | WB_0000515 |
| 5. | [Sealed] 2017 Omnibus Amendment to Co-Ownership Agreements | D.I. 519-5 | WB_0000297 |

---

at the upcoming hearing in accordance with the Federal Rules of Civil Procedure. The Parties are continuing to meet and confer.

33653647.6

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 6. | [Sealed] Omnibus Amendment No. 2 to Co-Ownership Agreements | D.I. 519-6 | WB_0000504 |
| 7. | [Sealed] Second Amended and Restated Output Distribution Agreement (Domestic) dated November 10, 2020 | D.I. 519-7 | N/A |
| 8. | [Sealed] Amended and Restated Output Distribution Agreement (Domestic) dated October 30, 2015 | D.I. 519-8 | N/A |
| 9. | [Sealed] Second Amended and Restated Output Distribution Agreement (Foreign) dated November 10, 2020 | D.I. 519-9 | N/A |
| 10. | [Sealed] Amended and Restated Output Distribution Agreement (Foreign) dated as of October 30, 2015 | D.I. 519-10 | N/A |
| 11. | [Sealed] Amended and Restated Consolidated Output Distribution Agreement (Foreign) dated November 10, 2020 | D.I. 519-11 | N/A |
| 12. | [Sealed] Security Agreement, Mortgage and Assignment of Copyright (Domestic) dated November 22, 2019 | D.I. 519-12 | N/A |
| 13. | [Sealed] Copyright Mortgage and Assignment (Domestic) dated November 22, 2019 | D.I. 519-13 | N/A |
| 14. | [Sealed] Security Agreement, Mortgage and Assignment of Copyright (Foreign) dated November 22, 2019 | D.I. 519-14 | N/A |
| 15. | [Sealed] Copyright Mortgage and Assignment (Foreign) dated November 22, 2019 | D.I. 519-15 | N/A |
| 16. | [Sealed] UCC-1 financing statement A | D.I. 519-16 | N/A |
| 17. | [Sealed] UCC-1 financing statement B | D.I. 519-17 | N/A |
| 18. | [Sealed] Consolidated Intercreditor Agreement | D.I. 519-18 | N/A |
| 19. | [Sealed] Virtual Intercreditor Agreement | D.I. 519-19 | N/A |
| 20. | [Sealed] Wonka Intercreditor Agreement | D.I. 519-20 | WB_0002048 |
| 21. | [Sealed] Superior Court's May 27, 2022 Minute Order | D.I. 519-21 | N/A |
| 22. | [Sealed] Final Award issued by the Arbitrator on July 21, 2023 | D.I. 519-22 | N/A |
| 23. | [Sealed] Order Granting Post-Hearing Relief | D.I. 519-23 | N/A |
| 24. | [Sealed] Assignments of Derivative Rights | D.I. 519-24 | N/A |
| 25. | [Sealed] Appeal Panel Interim Decision and Award dated September 19, 2024 | D.I. 519-25 | N/A |
| 26. | [Sealed] September 8, 2025 Revised Warner Bros. Bid | D.I. 910-1 | WB_0002791 |
| 27. | [Sealed] September 26, 2025 Warner Bros. Letter | D.I. 910-2 | WB_0002816 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 28. | [Sealed] October 10, 2024 email exchange between J. McIntosh and D. Adametz | D.I. 910-3 | WB_0000697 (AEO) |
| 29. | [Sealed] October 10, 2024 email exchange between WB Clips and Stills Licensing Department and J. Hill | D.I. 910-4 | WB_0000690 (AEO) |
| 30. | [Sealed] Alcon Complaint | D.I. 910-5 | WB_0001026 |
| 31. | [Omitted] | | |
| 32. | [Sealed] Alcon's response to Initial MTDs 02/13/2025 | D.I. 910-8 | WB_0001247 |
| 33. | [Sealed] Alcon Amended Complaint 02/13/2025 | D.I. 910-9 | WB_0000943 |
| 34. | [Sealed] Alcon Lawsuit Tentative Ruling | D.I. 910-11 | WB_0001087 |
| 35. | [Sealed] Alcon Lawsuit Minute Order 04/07/2025 | D.I. 910-13 | WB_0001078 |
| 36. | [Sealed] Alcon Second Amended Complaint 06/16/2025 | D.I. 910-14 | WB_0001149 |
| 37. | [Sealed] Warner Bros.' Second MTD 07/30/2025 | D.I. 910-18 | WB_0001283 |
| 38. | [Sealed] Alcon's opposition to Second MTDs 08/21/2025 | D.I. 910-19 | WB_0001123 |
| 39. | [Sealed] Warner Bros., Musk and Tesla reply in support of Second MTDs 06/28/2025 | D.I. 910-20 | WB_0001257 |
| 40. | [Sealed] Alcon Lawsuit Second Tentative Ruling 09/09/2025 | D.I. 910-21 | WB_0001079 |
| 41. | [Sealed] Minute Order allowing Alcon leave to amend its complaint no later than October 2nd, 2025 (09/11/2025) | D.I. 910-22 | WB_0001256 |
| 42. | [Sealed] Alcon Third Amended Complaint 10/02/25 | D.I. 910-23 | WB_0002795 |
| 43. | [Sealed] The Blind Side Emails (Jan 19 – Feb 1, 2024) | D.I. 910-24 | WB_0000687 (AEO) |
| 44. | [Sealed] *Sisterhood of the Travelling Pants* email exchange 05/29/2025 | D.I. 910-25 | WB_0000694 (AEO) |
| 45. | [Sealed] Practical Magic Assignment | D.I. 910-26 | WB_0002780 |
| 46. | [Sealed] 2009 MPRPA | D.I. 910-27 | WB_0000001 |
| 47. | [Sealed] 2012 MPRPA | D.I. 910-28 | WB_0002669 |
| 48. | [Sealed] 1998 QCSA | D.I. 910-29 | WB_0002489 |
| 49. | [Sealed] Practical Magic Derivative Rights Assignment 10/15/1998 | D.I. 910-30 | WB_0002658 |
| 50. | [Sealed] Great Gatsby Derivative Rights Assignment 05/09/2013 | D.I. 910-31 | WB_0002649 |
| 51. | [Sealed] Joker Assignment 10/01/2019 | D.I. 910-32 | WB_0002235 |
| 52. | [Sealed] Promissory Note Re: American Sniper | D.I. 910-33 | WB_0000628 |
| 53. | [Sealed] May 26, 2010 Loan Agreement | D.I. 910-34 | WB_0000644 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 54. | [Sealed] Summary of Deal Terms (July 2020) | D.I. 910-35 | WB_0002924 |
| 55. | [Sealed] PM2 Project Notice Email (including attachment) | D.I. 910-36 | WB_0002328 (AEO) |
| 56. | [Sealed] Village's Purported Acceptance Re: PM2 Project Notice | D.I. 910-37 | WB_0002656 |
| 57. | [Sealed] September 8, 2025 Warner Letter Re: Village Purported Acceptance of PM2 Project Notice | D.I. 910-38 | WB_0002824 |
| 58. | [Sealed] Excerpts from Transcript of Deposition of K. Berg 09/30/25 (Individual and 30(b)(6)) | D.I. 910-39 | N/A |
| 59. | [Sealed] Bank of America Letter 09/24/25 | D.I. 910-40 | ALCON000029 |
| 60. | [Sealed] JPMorgan Letter 09/25/25 | D.I. 910-41 | ALCON000028 |
| 61. | [Sealed] Transcript of Status Conference 08/22/25 | D.I. 910-42 | WB_0002896 |
| 62. | *Yes Man* Promissory Note | N/A | WB_0002962 |
| 63. | [Sealed] Alcon Commitment Letter 09/04/25 | D.I. 910-44 | VREG-WB-004778-80 |
| 64. | [Sealed] Redline of Alcon Derivative Rights APA | D.I. 910-45 | WB_0002828 |
| 65. | [Sealed] *Svenhard's Swedish Bakery v. Bakery (In re Svenhard's Swedish Bakery)*, No. 23-60045, 2025 LX 328143 (9th Cir. Sep. 12, 2025) | D.I. 910-48 | WB_0002918 |
| 66. | [Sealed] *Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* ("Initial Smith Declaration")[3] | D.I. 519 | N/A |
| 67. | [Sealed] *Supplemental Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* ("Supplemental Smith Declaration")[4] | D.I. 909 | N/A |
| 68. | Warner Bros.' Proof of Claim | POC # 30 | N/A |
| 69. | First Day Hearing Transcript | D.I. 93 | N/A |

33653647.6

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 70. | *Village Roadshow Distribution USA Inc.'s Voluntary Petition for Relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1552* | D.I. 1 | N/A |
| 71. | [Sealed] *Declaration of Keith Maib in Support of First Day Relief* | D.I. 14 | N/A |
| 72. | *Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granted Related Relief* | D.I. 11 | N/A |
| 73. | [Sealed] *Warner Bros. Entertainment Inc.'s Objection to the Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* | D.I. 145 | N/A |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 74. | *Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement and (III) the Bid Protections and (B) Granting Related Relief* | D.I. 197 | N/A |
| 75. | *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Asses, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for and Hearing to Approve, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* | D.I. 276 | N/A |
| 76. | *Final Order (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) D.I. 280Granting Liens and Superiority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* | D.I. 280 | N/A |
| 77. | *Notice of Possible Assumption and Assignment of Certain Executory Contracts With Warner Bros.* | D.I. 284 | N/A |
| 78. | *Order (I) Approving the Sale of Library Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 562 | N/A |
| 79. | *Order (I) Approving the Sale of the Studio Business Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 782 | N/A |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 80. | *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts With Warner Bros.* | D.I. 904 | N/A |
| 81. | *Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights* | D.I. 446 | N/A |
| 82. | [Sealed] *Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | D.I. 518 | N/A |
| 83. | [Sealed] *Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | D.I. 908 | N/A |
| 84. | *Nights In Rodanthe* Promissory Note | N/A | WB_0002957 |
| 85. | *Declaration of Reid Snellenbarger in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and € Approving Assumption and Assignment Procedures; (II) (A) Approving the Sale of the Debtors' Assets Free and Clera of all Liens, Claims, Interests, and Encumbrances and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* | D.I. 198 | N/A |
| 86. | [Sealed] *Objection by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets* | D.I. 477 | WB_0003577 |
| 87. | *Notice of Adjournment of Sale Hearing With Respect to Derivative Rights Only* | D.I. 511 | N/A |

33653647.6

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 88. | *Supplemental Objection by Regency entertainment (USA), Inc. to Sale of Debtors' Derivative Rights Assets and Assumption and Assignment of Co-Ownership Agreement* | D.I. 915 | N/A |
| 89. | [Sealed] *Amended Declaration of David C. Friedman in Support of Objections by regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement* | D.I. 917 | WB_0003572 |
| 90. | *Notice of Filing of Revised Proposed Sale Order and Asset Purchase Agreement for the Derivative Rights* | D.I. 824 | N/A |
| 91. | November 20-29, 2023 email exchange between Warner Bros., Sidley, Village, and Sheppard Mullin | N/A | WB_0002939 |
| 92. | Warner Bros.' Bid Package Submission & Adequate Assurance Information | N/A | WB_0003323 |
| 93. | May 28, 2025 Auction Transcript | N/A | WB_0000715 |
| 94. | *Alcon Media Group, LLC's Responses to Warner Bros. Entertainment Inc.'s Initial Interrogatories in Connection with Derivative Rights Sale Hearing* | N/A | WB_0003273 |
| 95. | *Alcon Media Group, LLC's Responses to Warner Bros. Entertainment Inc.'s Initial Requests for Admission in Connection with Derivative Rights Sale Hearing* | N/A | WB_0003278 |
| 96. | *Schedules of Assets and Liabilities for Village Roadshow Films (BVI) Limited (Case No. 25-10506)* | D.I. 434 | N/A |
| 97. | *Verifications to Alcon Media Group, LLC Responses to Warner Bros. Entertainment Inc. Discovery Requests* | N/A | WB_0003299 |
| 98. | *Debtors' Answers and Objections to Warner Bros. Entertainment Inc.'s Initial Interrogatories* | N/A | WB_0003282 |
| 99. | *Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests For Admission* | N/A | WB_0003292 |
| 100. | *Schedules of Assets and Liabilities for VREG OP Global LLC (Case No. 25-10483)* | D.I. 411 | N/A |
| 101. | Alcon Adequate Assurance Letter | N/A | VREG-B-000074 |
| 102. | *J. Bernbrock Letter re. Status Conference Regarding Derivative Rights Sale* | D.I. 729 | N/A |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 103. | *S. Drake Letter re. Status Conference Regarding Derivative Rights Sale* | D.I. 730 | N/A |
| 104. | Email exchange between Warner and Regency re. *Don't Say A Word* | N/A | WB_00002931 |
| 105. | Letter sent by OMM dated as of February 8, 2024 to Village's counsel re. *Furiosa* | N/A | WB_0000710 |
| 106. | Letter sent by OMM dated as of March 6, 2024 to Village's counsel re. *Joker* | N/A | WB_0000712 |
| 107. | Letter sent by OMM dated as of December 26, 2023  to Village's counsel re. Notice of Breach and Demand for Reasonable Assurances | N/A | WB_0000706 |
| 108. | Letter sent by OMM dated as of January 4, 2024 to Village's counsel re. Response to January 3, 2024 and Continued Demand for Reasonable Assurances | N/A | WB_0000704 |
| 109. | *Guardians* Promissory Note | N/A | WB_0002953 |
| 110. | QCSA I | N/A | WB_0002999 |
| 111. | QCSA II | N/A | WB_0003129 |
| 112. | QCSA III | N/A | WB_0003173 |
| 113. | QCSA IV | N/A | WB_0003225 |
| 114. | *Practical Magic* Co-Ownership Agreement | N/A | VREG-WB-000224 |
| 115. | *Analyze This* Co-Ownership Agreement | N/A | VREG-WB-000240 |
| 116. | *Deep Blue Sea* Co-Ownership Agreement | N/A | WB_0002967 |
| 117. | *Three Kings* Co-Ownership Agreement | N/A | VREG-WB-000287 |
| 118. | *Three To Tango* Co-Ownership Agreement | N/A | VREG-WB-000303 |
| 119. | *Gossip* Co-Ownership Agreement | N/A | VREG-WB-000319 |
| 120. | *Space Cowboys* Co-Ownership Agreement | N/A | VREG-WB-000335 |
| 121. | *Red Planet* Co-Ownership Agreement | N/A | VREG-WB-000352 |
| 122. | *Valentine* Co-Ownership Agreement | N/A | VREG-WB-000367 |
| 123. | *See Spot Run* Co-Ownership Agreement | N/A | VREG-WB-000383 |
| 124. | *Exit Wounds* Co-Ownership Agreement | N/A | VREG-WB-000400 |
| 125. | *Swordfish* Co-Ownership Agreement | N/A | VREG-WB-000416 |

33653647.6

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 126. | *Cats & Dogs* Co-Ownership Agreement | N/A | VREG-WB-000432 |
| 127. | *Hearts In Atlantis* Co-Ownership Agreement | N/A | VREG-WB-000448 |
| 128. | *Training Day* Co-Ownership Agreement | N/A | VREG-WB-000463 |
| 129. | *Ocean's Eleven* Co-Ownership Agreement | N/A | VREG-WB-000479 |
| 130. | *The Majestic* Co-Ownership Agreement | N/A | VREG-WB-000495 |
| 131. | *Queen Of The Damned* Co-Ownership Agreement | N/A | WB_0003256 |
| 132. | *Showtime* Co-Ownership Agreement | N/A | VREG-WB-000527 |
| 133. | *Eight Legged Freaks* Co-Ownership Agreement | N/A | VREG-WB-000543 |
| 134. | *Pluto Nash* Co-Ownership Agreement | N/A | VREG-WB-000559 |
| 135. | *Ghost Ship* Co-Ownership Agreement | N/A | VREG-WB-000575 |
| 136. | *Analyze That* Co-Ownership Agreement | N/A | VREG-WB-000591 |
| 137. | *Two Weeks Notice* Co-Ownership Agreement | N/A | VREG-WB-000607 |
| 138. | *Dreamcatcher* Co-Ownership Agreement | N/A | VREG-WB-000623 |
| 139. | *Mystic River* Co-Ownership Agreement | N/A | VREG-WB-000656 |
| 140. | *Torque* Co-Ownership Agreement | N/A | VREG-WB-000689 |
| 141. | *Taking Lives* Co-Ownership Agreement | N/A | VREG-WB-000704 |
| 142. | *Catwoman* Co-Ownership Agreement | N/A | VREG-WB-000719 |
| 143. | *Ocean's Twelve* Co-Ownership Agreement | N/A | VREG-WB-000734 |
| 144. | *Constantine* Co-Ownership Agreement | N/A | VREG-WB-000749 |
| 145. | *Miss Congeniality 2* Co-Ownership Agreement | N/A | VREG-WB-000764 |
| 146. | *Miss Congeniality* Co-Ownership Agreement | N/A | WB_0002984 |
| 147. | *House Of Wax* Co-Ownership Agreement | N/A | VREG-WB-000781 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 148. | *Charlie And The Chocolate Factory* Co-Ownership Agreement | N/A | VREG-WB-000796 |
| 149. | *Dukes Of Hazzard* Co-Ownership Agreement | N/A | VREG-WB-000811 |
| 150. | *Rumor Has It* Co-Ownership Agreement | N/A | VREG-WB-000826 |
| 151. | *Firewall* Co-Ownership Agreement | N/A | VREG-WB-000841 |
| 152. | *The Lake House* Co-Ownership Agreement | N/A | VREG-WB-000856 |
| 153. | *Happy Feet* Co-Ownership Agreement | N/A | VREG-WB-000871 |
| 154. | *Unaccompanied Minors* Co-Ownership Agreement | N/A | VREG-WB-000886 |
| 155. | *Music And Lyrics* Co-Ownership Agreement | N/A | VREG-WB-000901 |
| 156. | *The Reaping* Co-Ownership Agreement | N/A | VREG-WB-000916 |
| 157. | *Lucky You* Co-Ownership Agreement | N/A | VREG-WB-000931 |
| 158. | *Ocean's Thirteen* Co-Ownership Agreement | N/A | VREG-WB-000946 |
| 159. | *License To Wed* Co-Ownership Agreement | N/A | VREG-WB-000961 |
| 160. | *No Reservations* Co-Ownership Agreement | N/A | VREG-WB-000976 |
| 161. | *The Invasion* Co-Ownership Agreement | N/A | VREG-WB-000991 |
| 162. | *The Brave One* Co-Ownership Agreement | N/A | VREG-WB-001006 |
| 163. | *I Am Legend* Co-Ownership Agreement | N/A | VREG-WB-001021 |
| 164. | *Speed Racer* Co-Ownership Agreement | N/A | VREG-WB-001036 |
| 165. | *Get Smart* Co-Ownership Agreement | N/A | VREG-WB-001051 |
| 166. | *Nights In Rodanthe* Co-Ownership Agreement | N/A | VREG-WB-001066 |
| 167. | *Yes Man* Co-Ownership Agreement | N/A | VREG-WB-001081 |
| 168. | *Gran Torino* Co-Ownership Agreement | N/A | VREG-WB-001096 |
| 169. | *Where The Wild Things Are* Co-Ownership Agreement | N/A | VREG-WB-001111 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---------|----------|------------|---------------------|
| 170. | *Sherlock Holmes* Co-Ownership Agreement | N/A | VREG-WB-001126 |
| 171. | *Cats & Dogs 2* Co-Ownership Agreement | N/A | VREG-WB-001141 |
| 172. | *Guardians Of Ga'hoole* Co-Ownership Agreement | N/A | VREG-WB-001156 |
| 173. | *Life As We Know It* Co-Ownership Agreement | N/A | VREG-WB-001171 |
| 174. | *Happy Feet 2* Co-Ownership Agreement | N/A | VREG-WB-001186 |
| 175. | *Sherlock Holmes 2* Co-Ownership Agreement | N/A | VREG-WB-001201 |
| 176. | *The Lucky One* Co-Ownership Agreement | N/A | VREG-WB-001216 |
| 177. | *Dark Shadows* Co-Ownership Agreement | N/A | VREG-WB-001231 |
| 178. | *Gangster Squad* Co-Ownership Agreement | N/A | VREG-WB-001246 |
| 179. | *The Great Gatsby* Co-Ownership Agreement | N/A | VREG-WB-001262 |
| 180. | *Winter's Tale* Co-Ownership Agreement | N/A | VREG-WB-001278 |
| 181. | *Edge Of Tomorrow* Co-Ownership Agreement | N/A | VREG-WB-001293 |
| 182. | *Into the Storm* Amended and Restated Co-Ownership Agreement | N/A | VREG-WB-001309 |
| 183. | *The Judge* Amended and Restated Co-Ownership Agreement | N/A | VREG-WB-001329 |
| 184. | *American Sniper* Co-Ownership Agreement | N/A | VREG-WB-001349 |
| 185. | *Jupiter Ascending* Co-Ownership Agreement | N/A | VREG-WB-001368 |
| 186. | *Mad Max: Fury Road* Co-Ownership Agreement | N/A | VREG-WB-001387 |
| 187. | *San Andreas* Co-Ownership Agreement | N/A | VREG-WB-001391 |
| 188. | *In The Heart Of The Sea* Co-Ownership Agreement | N/A | VREG-WB-001410 |
| 189. | *The Legend Of Tarzan* Co-Ownership Agreement | N/A | VREG-WB-001429 |
| 190. | *Sully* Co-Ownership Agreement | N/A | VREG-WB-001448 |
| 191. | *Collateral Beauty* Co-Ownership Agreement | N/A | VREG-WB-001467 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 192. | *Fist Fight* Co-Ownership Agreement | N/A | VREG-WB-001486 |
| 193. | *Going In Style* Co-Ownership Agreement | N/A | VREG-WB-001505 |
| 194. | *King Arthur* Co-Ownership Agreement | N/A | VREG-WB-001524 |
| 195. | *The House* Co-Ownership Agreement | N/A | VREG-WB-001543 |
| 196. | *The 15:17 To Paris* Co-Ownership Agreement | N/A | VREG-WB-001562 |
| 197. | *Ready Player One* Co-Ownership Agreement | N/A | VREG-WB-001581 |
| 198. | *Ocean's Eight* Co-Ownership Agreement | N/A | VREG-WB-001600 |
| 199. | *Joker* Co-Ownership Agreement | N/A | VREG-WB-001619 |
| 200. | *Wonka Co-Ownership* Agreement | N/A | WB_0002085 |
| 201. | *American Sniper* Derivative Rights Assignment | N/A | VREG-WB-001690 |
| 202. | *Analyze That* Derivative Rights Assignment | N/A | VREG-WB-001705 |
| 203. | *Analyze This* Derivative Rights Assignment | N/A | VREG-WB-001712 |
| 204. | *Cats & Dogs* Derivative Rights Assignment | N/A | VREG-WB-001722 |
| 205. | *Cats & Dogs 2* Derivative Rights Assignment | N/A | VREG-WB-001731 |
| 206. | *Catwoman* Derivative Rights Assignment | N/A | VREG-WB-001738 |
| 207. | *Charlie And The Chocolate Factory* Derivative Rights Assignment | N/A | VREG-WB-001746 |
| 208. | *Collateral Beauty* Derivative Rights Assignment | N/A | VREG-WB-001754 |
| 209. | *Constantine* Derivative Rights Assignment | N/A | VREG-WB-001769 |
| 210. | *Dark Shadows* Derivative Rights Assignment | N/A | VREG-WB-001777 |
| 211. | *Deep Blue Sea* Derivative Rights Assignment | N/A | VREG-WB-001784 |
| 212. | *Dreamcatcher* Derivative Rights Assignment | N/A | VREG-WB-001800 |
| 213. | *Edge Of Tomorrow* Derivative Rights Assignment | N/A | VREG-WB-001808 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---------|----------|------------|----------------------|
| 214. | *Eight Legged Freaks* Derivative Rights Assignment | N/A | VREG-WB-001815 |
| 215. | *Exit Wounds* Derivative Rights Assignment | N/A | VREG-WB-001823 |
| 216. | *Firewall* Derivative Rights Assignment | N/A | VREG-WB-001832 |
| 217. | *Fist Fight* Derivative Rights Assignment | N/A | VREG-WB-001840 |
| 218. | *Gangster Squad* Derivative Rights Assignment | N/A | VREG-WB-001855 |
| 219. | *Get Smart* Derivative Rights Assignment | N/A | VREG-WB-001862 |
| 220. | *Ghost Ship* Derivative Rights Assignment | N/A | VREG-WB-001870 |
| 221. | *Going In Style* Derivative Rights Assignment | N/A | VREG-WB-001878 |
| 222. | *Gossip* Derivative Rights Assignment | N/A | VREG-WB-001893 |
| 223. | *Gran Torino* Derivative Rights Assignment | N/A | VREG-WB-001911 |
| 224. | *Happy Feet* Derivative Rights Assignment | N/A | VREG-WB-001919 |
| 225. | *Happy Feet 2* Derivative Rights Assignment | N/A | VREG-WB-001927 |
| 226. | *Heart In Atlantis* Derivative Rights Assignment | N/A | VREG-WB-001934 |
| 227. | *House Of Wax* Derivative Rights Assignment | N/A | VREG-WB-001942 |
| 228. | *I Am Legend* Derivative Rights Assignment | N/A | VREG-WB-001950 |
| 229. | *In The Heart Of The Sea* Derivative Rights Assignment | N/A | VREG-WB-001958 |
| 230. | *Into The Storm* Derivative Rights Assignment | N/A | VREG-WB-001973 |
| 231. | *Jupiter Ascending* Derivative Rights Assignment | N/A | VREG-WB-001994 |
| 232. | *King Arthur* Derivative Rights Assignment | N/A | VREG-WB-002009 |
| 233. | *Guardians Of Ga'hoole* Derivative Rights Assignment | N/A | VREG-WB-002024 |
| 234. | *License To Wed* Derivative Rights Assignment | N/A | VREG-WB-002031 |
| 235. | *Life As We Know It* Derivative Rights Assignment | N/A | VREG-WB-002039 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---------|----------|------------|----------------------|
| 236. | *Lucky You* Derivative Rights Assignment | N/A | VREG-WB-002046 |
| 237. | *Mad Max: Fury Road* Derivative Rights Assignment | N/A | VREG-WB-002054 |
| 238. | *Matrix Reloaded* Derivative Rights Assignment | N/A | VREG-WB-002068 |
| 239. | *Matrix Revolutions* Derivative Rights Assignment | N/A | VREG-WB-002076 |
| 240. | *Miss Congeniality* Derivative Rights Assignment | N/A | VREG-WB-002084 |
| 241. | *Miss Congeniality 2* Derivative Rights Assignment | N/A | VREG-WB-002092 |
| 242. | *Music And Lyrics* Derivative Rights Assignment | N/A | VREG-WB-002100 |
| 243. | *Mystic River* Derivative Rights Assignment | N/A | VREG-WB-002108 |
| 244. | *Nights In Rodanthe* Derivative Rights Assignment | N/A | VREG-WB-002116 |
| 245. | *No Reservations* Derivative Rights Assignment | N/A | VREG-WB-002124 |
| 246. | *Ocean's Eight* Derivative Rights Assignment | N/A | VREG-WB-002132 |
| 247. | *Ocean's Eleven* Derivative Rights Assignment | N/A | VREG-WB-002147 |
| 248. | *Ocean's Twelve* Derivative Rights Assignment | N/A | VREG-WB-002155 |
| 249. | *Ocean's Thirteen* Derivative Rights Assignment | N/A | VREG-WB-002163 |
| 250. | *Queen Of The Damned* Derivative Rights Assignment | N/A | VREG-WB-002180 |
| 251. | *Ready Player One* Derivative Rights Assignment | N/A | VREG-WB-002188 |
| 252. | *Red Planet* Derivative Rights Assignment | N/A | VREG-WB-002203 |
| 253. | *Rumor Has It* Derivative Rights Assignment | N/A | VREG-WB-002212 |
| 254. | *San Andreas* Derivative Rights Assignment | N/A | VREG-WB-002220 |
| 255. | *See Spot Run* Derivative Rights Assignment | N/A | VREG-WB-002235 |
| 256. | *Sherlock Holmes* Derivative Rights Assignment | N/A | VREG-WB-002244 |
| 257. | *Sherlock Holmes 2* Derivative Rights Assignment | N/A | VREG-WB-002252 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 258. | *Showtime* Derivative Rights Assignment | N/A | VREG-WB-002259 |
| 259. | *Space Cowboys* Derivative Rights Assignment | N/A | VREG-WB-002267 |
| 260. | *Speed Racer* Derivative Rights Assignment | N/A | VREG-WB-002276 |
| 261. | *Sully* Derivative Rights Assignment | N/A | VREG-WB-002284 |
| 262. | *Swordfish* Derivative Rights Assignment | N/A | VREG-WB-002299 |
| 263. | *Taking Lives* Derivative Rights Assignment | N/A | VREG-WB-002307 |
| 264. | *The 15:17 To Paris* Derivative Rights Assignment | N/A | VREG-WB-002315 |
| 265. | *Pluto Nash* Derivative Rights Assignment | N/A | VREG-WB-002330 |
| 266. | *The Brave One* Derivative Rights Assignment | N/A | VREG-WB-002339 |
| 267. | *The Dukes Of Hazzard* Derivative Rights Assignment | N/A | VREG-WB-002347 |
| 268. | *The Great Gatsby* Derivative Rights Assignment | N/A | VREG-WB-002355 |
| 269. | *The House* Derivative Rights Assignment | N/A | VREG-WB-002362 |
| 270. | *The Invasion* Derivative Rights Assignment | N/A | VREG-WB-002377 |
| 271. | *The Judge* Derivative Rights Assignment | N/A | VREG-WB-002385 |
| 272. | *The Lake House* Derivative Rights Assignment | N/A | VREG-WB-002392 |
| 273. | *The Legend Of Tarzan* Derivative Rights Assignment | N/A | VREG-WB-002400 |
| 274. | *The Lucky One* Derivative Rights Assignment | N/A | VREG-WB-002415 |
| 275. | *The Majestic* Derivative Rights Assignment | N/A | VREG-WB-002422 |
| 276. | *The Matrix* Derivative Rights Assignment | N/A | VREG-WB-002430 |
| 277. | *The Reaping* Derivative Rights Assignment | N/A | VREG-WB-002440 |
| 278. | *Three Kings* Derivative Rights Assignment | N/A | VREG-WB-002448 |
| 279. | *Three To Tango* Derivative Rights Assignment | N/A | VREG-WB-002457 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---------|----------|------------|----------------------|
| 280. | *Torque* Derivative Rights Assignment | N/A | VREG-WB-002466 |
| 281. | *Training Day* Derivative Rights Assignment | N/A | VREG-WB-002474 |
| 282. | *Two Weeks Notice* Derivative Rights Assignment | N/A | VREG-WB-002483 |
| 283. | *Unaccompanied Minors* Derivative Rights Assignment | N/A | VREG-WB-002491 |
| 284. | *Valentine* Derivative Rights Assignment | N/A | VREG-WB-002499 |
| 285. | *Where The Wild Things Are* Derivative Rights Assignment | N/A | VREG-WB-002507 |
| 286. | *Winter's Tale* Derivative Rights Assignment | N/A | VREG-WB-002515 |
| 287. | *Yes Man* Derivative Rights Assignment | N/A | VREG-WB-002522 |
| 288. | *Wonka* MPRPA | N/A | WB_0000767 |
| 289. | *Wonka* License Agreement | N/A | WB_0000897 |
| 290. | *Wonka* Global Memorandum of Distribution Agreement | N/A | WB_0000924 |
| 291. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright | N/A | WB_0000926 |
| 292. | *Wonka* Copyright Mortgage | N/A | WB_0000940 |
| 293. | *Wonka* RPA | N/A | WB_0001287 |
| 294. | *Wonka* Output Distribution Agreement | N/A | WB_0001870 |
| 295. | *Wonka* WB Guaranty | N/A | WB_0001953 |
| 296. | *Wonka* VREG Undertaking and Indemnity | N/A | WB_0001972 |
| 297. | *Wonka* VREG - Second AR Consolidated Undertaking and Indemnity | N/A | WB_0001991 |
| 298. | *Wonka* Second A&R Undertaking and Indemnity - Foreign and Domestic Rights | N/A | WB_0002022 |
| 299. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright (VRW) | N/A | WB_0002066 |
| 300. | *Wonka* Copyright Mortgage and Assignment (VRW - WAV) | N/A | WB_0002080 |
| 301. | *Wonka* Assignment (WB – VREG Wonka) | N/A | WB_0000673 |
| 302. | *Wonka* VREG Wonka IP Global LLC UCC-1 financing statement | N/A | WB_0002083 |
| 303. | *Wonka* Alcon Purchase Agreement | N/A | WB_0002101 |
| 304. | *Wonka* Individual Picture Purchase Agreement | N/A | WB_0002156 |
| 305. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright (Loompala Pictures) | N/A | WB_0002168 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 306. | *Wonka* Loompala Pictures LLC - DE UCC-1 financing statement | N/A | WB_0002182 |
| 307. | *Wonka* Copyright Mortgage and Assignment (Loompala to WAV) | N/A | WB_0002184 |
| 308. | *Wonka* Consulting Agreement | N/A | WB_0002187 |
| 309. | *Wonka* Assignment of Derivative Rights (VRF to VREG WW) | N/A | WB_0002198 |
| 310. | *Wonka* Assignment of Derivative Rights (VRFNA to VREG WW) | N/A | WB_0002210 |
| 311. | *Wonka* Contribution by Assignment of Derivative Rights | N/A | WB_0002221 |
| 312. | Memorandum of *Wonka* Specific Derivative Rights Assignment | N/A | WB_0002233 |
| 313. | *Wonka* Memorandum of Motion Picture Assignment | N/A | WB_0002234 |
| 314. | *Joker* RPA | N/A | WB_0002249 |
| 315. | *Joker* Security Agreement re. Promissory Note | N/A | WB_0002311 |
| 316. | *Joker* Promissory Note | N/A | WB_0000622 |
| 317. | *Ready Player One* Promissory Note | N/A | WB_0000534 |
| 318. | *Fist Fight* Promissory Note | N/A | WB_0000537 |
| 319. | *Into The Storm* Promissory Note (Foreign) | N/A | WB_0000541 |
| 320. | *Into The Storm* Promissory Note (Domestic) | N/A | WB_0000670 |
| 321. | *The Judge* Promissory Note (Foreign) | N/A | WB_0000600 |
| 322. | *The Judge* Promissory Note (Domestic) | N/A | WB_0000625 |
| 323. | *The 15:17 to Paris* Promissory Note | N/A | WB_0000607 |
| 324. | *Going In Style* Promissory Note | N/A | WB_0000610 |
| 325. | *Collateral Beauty* Promissory Note | N/A | WB_0000613 |
| 326. | *Sully* Promissory Note | N/A | WB_0000616 |
| 327. | *Ocean's Eight* Promissory Note | N/A | WB_0000619 |
| 328. | *American Sniper* Promissory Note | N/A | WB_0000628 |
| 329. | *Jupiter Ascending* Promissory Note | N/A | WB_0000631 |
| 330. | *Legend of Tarzan* Promissory Note | N/A | WB_0000634 |
| 331. | *Mad Max: Fury Road* Promissory Note | N/A | WB_0000638 |
| 332. | *San Andreas* Promissory Note | N/A | WB_0000641 |
| 333. | General Promissory Note dated as of May 27, 2010 | N/A | WB_0000667 |
| 334. | *Sully* RPA | N/A | WB_0000544 |
| 335. | Omnibus Amendment No. 3 to RPA and Promissory Note re. *The Legend Of Tarzan* | N/A | WB_0000603 |
| 336. | Amended Warner Bros. Notice of 30(b)(6) Deposition to Alcon Media Group LLC | N/A | WB_0003311 |
| 337. | Amended Warner Bros. Notice of 30(b)(6) Deposition to Debtors | N/A | WB_0003301 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 338. | Amended Warner Bros. Notice of Deposition to K. Berg | N/A | WB_0003319 |
| 339. | Warner-Alcon Ultimates | N/A | CONFIDENT IAL_ALCON 000031-00039 |
| 340. | June 13, 2024 to October 21, 2024 Email exchange between Warner and Alcon | N/A | CONFIDENT IAL_ALCON 000041 |
| 341. | Amendment to Distribution Agreements by and between Warner and Alcon dated as of March 12, 2025 | N/A | CONFIDENT IAL_ALCON 000047 – ALCO N 000055 |
| 342. | Village Copyright Filings | N/A | VREG-WB-002523 |
| 343. | Village Reconciliation of Film Rights | N/A | VREG-WB-000001 |
| 344. | Letter Re: Village's Purchase Price and Total Payoff Amount for *Ocean's 8* | N/A | VREG-WB-000076 |
| 345. | *Ocean's 8* RPA | N/A | VREG-WB-000084 |
| 346. | Letter Re: Village's Deferred Purchase Price and Pick Up Amount for *Sherlock Holmes* | N/A | VREG-WB-000178 |
| 347. | *Sherlock Holmes* RPA | N/A | VREG-WB-000185 |
| 348. | *Get Smart* Promissory Note | N/A | WB_0002943 |
| 349. | *Gran Torino* Promissory Note | N/A | WB_0002948 |
| 350. | [SEALED] Objection by Regency Entertainment (USA), Inc. to Assumption and Assignment of Co-Ownership Agreement | D.I. 478 | N/A |
| 351. | [SEALED] Declaration of David C. Friedman in Support of Regency's Objections | D.I. 479 | N/A |
| 352. | [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Motion (I) for an Order, Granting Limited Relief From the Automatic Stay to Obtain its Damages Award and Judgment and (II) to Enforce Arbitration Provisions in the Matrix Agreements With the Debtors | D.I. 325 | N/A |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 353. | [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Motion (I) for an Order, Granting Limited Relief From the Automatic Stay to Obtain its Damages Award and Judgment and (II) to Enforce Arbitration Provisions in the Matrix Agreements With the Debtors | D.I. 147 | N/A |
| 354. | Debtors' Reply in Support of the Debtors' Derivative Rights Sale | D.I. 934 | N/A |
| 355. | Declaration of Kevin Berg in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale | D.I. 937 | N/A |
| 356. | Declaration of Keith Maib in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale | D.I. 936 | N/A |
| 357. | Declaration of Reid Snellenbarger in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale | D.I. 935 | N/A |
| 360. | Village September 16, 2025, Response and Counteroffer to Warner's Revised Bid | | VREG-WB-005568 |
| 361. | *Ocean's 8* Rights Purchase Agreement | N/A | VREG-WB-005501-5563 |
| 362. | September 25, 2008 – The Variety: Alcon steadily supplies solid titles | N/A | ALCON000001 – ALCON000007 |
| 363. | July 30, 2010 – The Screen Daily: Warner's world-wide web | N/A | ALCON000008 – ALCON000011 |
| 364. | May 14, 2011 – The Variety: Alcon renews pact with Warners | N/A | ALCON000012 – ALCON000014 |
| 365. | September 22, 2013 – The Variety: Hugh Jackman Thriller 'Prisoners' Surges at Saturday Box Office for $21M Weekend | N/A | ALCON000015 – ALCON000017 |
| 366. | November 5, 2015 – The Deadline: Alcon Entertainment, Warner Bros. Extend Deal to 2019, Arranges $200M In New Financing | N/A | ALCON000018 – ALCON000020 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 367. | September 28, 2017 – The Hollywood Reporter: 'Blade Runner' Sequel a Make-Or-Break Moment for Producer Alcon | N/A | ALCON000021 – ALCON000024 |
| 368. | August 9, 2023 – The Screen Rant: Christopher Nolan's Breakout Movie was Almost Rejected By Warner Bros. But One Director Saved It | N/A | ALCON000025 – ALCON000027 |
| 369. | September 25, 2025 – Letter from Black Label Media re financial and other support to Alcon Media Group | N/A | ALCON000030 |
| 370. | Alcon Entertainment LLC's Promotion Video | N/A | ALCON000040 |
| 371. | October 21, 2024 – Email thread between Wanye Smith and Scott Parish re Wonka ICA | N/A | ALCON000041 – ALCON000046 |
| 372. | February 12, 2025 – Email from Gabrielle Davis to Brandon Cherry re Alcon – extension | N/A | ALCON000056 |
| 373. | March 12, 2025 – Email thread between Gabrielle Davis and Brandon Cherry re Alcon – extension | N/A | ALCON_000057 – ALCON_000059 |
| 374. | September 26, 2025 – Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc. | N/A | N/A |
| 375. | September 26, 2025 – Regency Entertainment (USA), Inc.'s Objections and Answers to Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc. | N/A | N/A |
| 376. | September 30, 2025 – Executed Verification by Wayne M. Smith for Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc. | N/A | N/A |
| 377. | December 19, 2024 – Email thread between Elizabeth Elliott and Ryan Bocskay, cc: Louis Santor and Kevin P. Berg RE: "Don't Say a Word" / New Regency-Village Roadshow – | N/A | REG00281 – REG00283 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---------|----------|------------|----------------------|
| 378. | September 4, 2025 – Complaint filed in Warner Bros. Entertainment Inc., et al. v. Midjourney, Inc., Case No.: 2:25-cv- 08376 in Central District of California | N/A | ALCON000060 – ALCON000146 |
| 379. | September 16, 2025 – Complaint filed in Disney Enterprises, Inc., et al. v. Minimax, et al., Case No.: 2:25-cv-08768 in Central District of California | N/A | ALCON000147 – ALCON000265 |
| 380. | Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets | D.I. 800 | N/A |
| 381. | June 16, 2025 – Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s  Objection to Entry of Derivative Rights Sale Order and (II) Limited Response to Warner Bros. Entertainment Inc.'s Objection | D.I. 528 | N/A |
| 382. | Amended and Restated Qualified Cost Sharing Agreement for "Don't Say a Word" between DSAW Films LLC and DSAW Film Partners L.P., dated as of December 19, 2019 | N/A | REG00001-REG00030 |
| 383. | "Don't Say a Word" Distribution Agreement (Foreign) dated as of October 2, 2000 between Monarchy Enterprises S.A.R.L. and DSAW Film Partners L.P. | N/A | REG00193-REG00253 |
| 384. | Interoffice Memo, dated May 24, 2000, from Angie Rosen to Simon Bax | N/A | REG00178-REG00185 |
| 385. | Memorandum, dated July 27, 2001, from John Mendez and Connie Chang to Bill Weiner and Louis Santor | N/A | REG00254-REG00255 |
| 386. | Email, dated August 22, 2001, from Connie Chang to Jeanette Hill-Yonis | N/A | REG00256 |
| 387. | Email, dated September 12, 2001, from Connie Chang to Bill Weiner and Louis Santor re: DSAW – proposed agenda for Friday meeting | N/A | REG00257-REG00260 |
| 388. | Email, dated August 9, 2001, from David Matalon to Bill Weiner and Louis Santor re: "Don't Say a Word" | N/A | REG00261 |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 389. | Facsimile Transmission, dated August 10, 2001, from Graham Burke to Arnon Milchan re: Don't Say a Word | N/A | REG00262 |
| 390. | Facsimile Transmission, dated December 8, 2000, from Greg Basser to David Matalon re: Don't Say a Word | N/A | REG00268-REG00269 |
| 391. | Memo, dated August 7, 2001, from Kevin P. Berg to Colleen Keane re: "Don't Say a Word" – International Credits | N/A | REG00270-REG00273 |
| 392. | Miscellaneous notes and "Don't Say a Word" Principal Agreements Status List as of 8/7/01 | N/A | REG00274-REG00278 |
| 393. | "Don't Say a Word" Principal Agreements Status List as of 8/10/01 | N/A | REG00279-REG00280 |
| 394. | Emails, dated February, 2025, between Louis Santor and Ryan Bocskay re: "Don't Say a Word"/Co-Production | N/A | REG00284 |
| 395. | Co-Ownership Agreement December 14, 2001, between Regency Entertainment (USA), Inc. and Village Roadshow Films (BVI) Limited re: "Don't Say a Word" | N/A | REG00285-REG00303 |
| 396. | Facsimile Transmission, dated August 7, 2001, from Graham W. Burke to David Matalon | N/A | REG00263 |
| 397. | Facsimile Transmission, dated August 10, 2001, from Graham Burke to David Matalon re: Don't Say a Word | N/A | REG00264-REG00266 |
| 398. | Facsimile Transmission, dated August 10, 2001, from Graham Burke to David Matalon re: Don't Say a Word | N/A | REG00267 |
| 399. | [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Initial Omnibus Objection and Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements | D.I. 933 | N/A |

| Ex. No. | Document | ECF Number | Initial Bates Number |
|---|---|---|---|
| 400. | Letter Agreement between Warner Bros. Entertainment, Inc. and Alcon Media Group, LLC | | ALCON000266-ALCON000271 |
| 401. | [SEALED] Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection | D.I. 940 | N/A |
| 402. | [SEALED] Declaration of Broderick Johnson in Support of Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection | D.I. 941 | N/A |

The Parties reserve the right to introduce any exhibit necessary for impeachment or rebuttal purposes.

The Parties reserve the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court.

*[Remainder of page left intentionally blank]*

33653647.6

Dated: October 16, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Brynna M. Gaffney*
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jmulvihill@ycst.com
        bcarver@ycst.com
        bgaffney@ycst.com

*Co-Counsel for the Debtors and
Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted pro hac vice)
Matthew T. Benz (admitted pro hac vice)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone: (312) 499-6300
Facsimile: (312) 499-6301
Email: jbernbrock@sheppardmullin.com
mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted pro hac vice)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted pro hac vice)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and
Debtors in Possession*

33653647.6

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
          mharvey@morrisnichols.com
          csawyer@morrisnichols.com

-and-

**O'MELVENY & MYERS, LLP**
Scott P. Drake (*Admitted pro hac vice*)
Emma Jones (*Admitted pro hac vice*)
2801 North Hardwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Email: sdrake@omm.com
Email: eljones@omm.com

Steve Warren (*Admitted pro hac vice*)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

Daniel M. Petrocelli (*Admitted pro hac vice*)
Matt Kline (*Admitted pro hac vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: mkline@omm.com
Email: dpetrocelli@omm.com

*Counsel to Warner Bros. Entertainment Inc., and its Affiliates*

**LANDIS RATH & COBB LLP**
*/s/ Colin R. Robinson*
Kimberly A. Brown (No. 5138)
Colin R. Robinson (No. 5524)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
      robinson@lrclaw.com
      dute@lrclaw.com
      venkateswaran@lrclaw.com

and

Daniel S. Miller (Admitted pro hac vice)
Colin H. Rolfs (Admitted pro hac vice)
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: dmiller@millerbarondess.com
crolfs@millerbarondess.com

*Attorneys for Alcon Media Group, LLC*

**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
*/s/  Kristin Anders Lawson*
John M. Steiner (PA I.D. #79390)
Michael Kruszewski (PA I.D. # 91239)
Kristin Anders Lawson (PA I.D. #74497)
Admitted Pro Hac Vice
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
jsteiner@leechtishman.com
mkruszewski@leechtishman.com
klawson@leechtishman.com

**STINSON LLP**
Sandford L. Frey (CA I.D. # 117058)
Admitted Pro Hac Vice
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone: 310.730.7044
Facsimile: 310.730.7064
sandford.frey@stinson.com
Proposed Substituate Co-Counsel
Counsel for Regency Entertainment (USA), Inc

*Counsel for Regency Entertainment (USA), Inc.*