IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF AGENDA FOR HEARING OF MATTERS
### SCHEDULED FOR OCTOBER 20, 2025 AT 10:00 A.M. (ET)

> **THE HEARING WILL BE HELD IN COURTROOM NO. 7.**
>
> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://ECF.DEB.USCOURTS.GOV/CGI-BIN/NYSBAPPEARANCES.PL) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**RESOLVED MATTER**

1. Motion to Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 823, 9/12/25]

    Objection Deadline:    September 26, 2025 at 4:00 p.m. (ET)

    Related Documents:

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

    A. Certificate of No Objection [D.I. 896, 9/30/25]
    B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors may Remove Actions [D.I. 899, 9/30/25]

Objections Filed:    None

Status: An order has been entered.

## UNCONTESTED MATTERS GOING FORWARD

2. Motion of Regency Entertainment (USA), Inc. for Authority to File Under Seal its Objection to Seal of Debtors' Assets, Objection to Assumption and Assignment of Co-Ownership Agreement, and Declaration of David C. Friedman in Support [D.I. 480, 6/5/25]

    Objection Deadline:    At the hearing

    Related Documents:    None.

    Objections Filed:    None to date

    Status: This matter is going forward on an uncontested basis.

3. Warner Bros. Entertainment Inc.'s Motion to File Under Seal (A) Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) the Assumption and Assignment of Certain Warner Bros. Agreements; (B) the Supplemental Declaration of Wayne M. Smith in Support Thereof; and (C) the Appendix [D.I. 911, 10/6/25]

    Objection Deadline:    At the hearing

    Related Documents:    None.

    Objections Filed:    None to date

    Status: This matter is going forward on an uncontested basis.

4. Warner Bros. Entertainment Inc.'s Motion to File Under Seal the Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Initial Omnibus Objection and Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements [D.I. 938, 10/15/25]

    Objection Deadline:    At the hearing

    Related Documents:    None.

    Objections Filed:    None to date

Status: This matter is going forward on an uncontested basis.

**CONSTESTED MATTER GOING FORWARD**

5. Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 11, 3/17/25]

   Objection Deadline: May 12, 2025 at 4:00 p.m. (ET), extended to October 6, 2025 per the Scheduling Order [D.I. 800]

   Related Documents:

   A. Declaration of Reid Snellenbarger in Support of Debtors' Motion For Entry Of Orders (I)(A) Approving Bid Procedures For The Sale Of The Debtors Assets, (B) Authorizing The Debtors' Entry Into The Stalking Horse APA And Approving Bid Protections Thereunder, (C) Scheduling An Auction For, And Hearing To Approve, Sale Of The Debtors' Assets, (D) Approving Form And Manner Of Notices Of Sale, Auction, And Sale Hearing, And (E) Approving Assumption And Assignment Procedures; (II)(A) Approving The Sale Of The Debtors' Assets Free And Clear Of All Liens, Claims, Interests, And Encumbrances, And (B) Approving Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (III) Granting Related Relief [D.I. 198, 4/16/25]

   B. Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections There under, (III) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 276, 4/24/25]

   C. Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 293, 4/28/25]

   D. Affidavit of Publication of the Notice of Sale, Bid Procedures, Potential Auction, and Sale Hearing in the Wall Street Journal and Lost Angeles Times [D.I. 295, 4/30/25]

   E. Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 297, 4/30/25]

F. Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 345, 5/16/25]

G. Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights [D.I. 446, 5/28/25]

H. [SEALED] Declaration in Support Declaration of David C. Friedman in Support of Objections by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement [SEALED D.I. 479, 6/5/25, Redacted D.I. 483, 6/5/25]

I. Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 510, 6/13/25]

J. [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements; and (B) the Declaration of Wayne M. Smith in Support Thereof [SEALED D.I. 519, 6/13/25, Redacted D.I. 522, 6/13/25]

K. Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Limited Response to Warner Bros. Entertainment Inc.'s Objection [D.I. 528, 6/16/25]

L. Fourth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 722, 8/14/25]

M. Notice of Filing of Revised Proposed Sale Order and Asset Purchase Agreement for the Derivative Rights [D.I. 824, 9/15/25]

N. Fifth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 903, 10/1/25]

O. Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts with Warner Bros. [D.I. 904, 10/3/25]

P. [SEALED] Supplemental Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements [D.I. 909, 10/6/25, Redacted D.I. 913, 10/6/25]

Q. [SEALED] Appendix of Warner Bros. Entertainment Inc. and its Affiliates to Warner Bros.' Supplemental Objection in Connection with Derivative Rights Sale Hearing [SEALED D.I. 910, 10/6/24, Redacted D.I. 914, 10/6/25]

33510766.3

R. [SEALED] Amended Declaration of David C. Friedman in Support of Objections by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement [SEALED D.I. 917, 10/7/25, Redacted D.I. 918, 10/7/25]

S. [SEALED] Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Initial Omnibus Objection and Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements [D.I. 933, 10/15/25, Redacted D.I. 939, 10/15/25]

T. [SEALED] Debtors' Reply in Support of the Derivative Rights Sale [D.I. 934, 10/15/25, Redacted D.I. 946, 10/15/25]

U. Declaration of Reid Snellenbarger in Support of Debtors' Reply in Support of the Debtors Derivative Rights Sale [D.I. 935, 10/15/25]

V. Declaration of Keith Maib in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale [D.I. 936, 10/15/25]

W. Declaration of Kevin Berg in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale [D.I. 937, 10/15/25]

X. [SEALED] Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc's Objection [D.I. 940, 10/15/15]

Y. [SEALED]Declaration of Broderick Johnson in Support of Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc's Objection [D.I. 941, 10/15/25]

Z. Joint Exhibit and Witness List [D.I. 948, 10/16/25]

Objections Filed:

A. [SEALED] Objection by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets [SEALED D.I. 477, 6/5/25, Redacted D.I. 481, 6/5/25]

B. [SEALED] Objection by Regency Entertainment (USA), Inc. to Assumption and Assignment of Co-Ownership Agreement [SEALED D.I. 478, 6/5/25, Redacted D.I. 482, 6/5/25]

C. [SEALED] Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, (II) the Debtors' Sale Supplement with Respect Thereto, and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements [SEALED D.I. 518, 6/13/25, Redacted D.I. 521, 6/13/25]

D. [SEALED] Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements [D.I. 908, 10/6/25, Redacted D.I. 912, 10/6/25]

E. Supplemental Objection by Regency Entertainment (USA, Inc. to Sale of Debtors' Derivative Rights Assets and Assumption and Assignment of Co-Ownership Agreement [D.I. 915, 10/6/25]

Status: This matter is going forward with respect to the sale of the Derivative Assets.

Dated: October 16, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, IL 60654 |
| 1000 North King Street | Telephone:  (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:  (312) 499-6301 |
| Telephone:  (302) 571-6600 | Email:  jbernbrock@sheppardmullin.com |
| Facsimile:  (302) 571-1253 |         mbenz@sheppardmullin.com |
| Email:  jmulvihill@ycst.com | |
|         bcarver@ycst.com | -and- |
|         bgaffney@ycst.com | |
| | Jennifer L. Nassiri (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone:  (310) 228-3700 |
| | Facsimile:  (310) 228-3701 |
| | Email:  jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone:  (212) 653-8700 |
| | Facsimile:  (212) 653-8701 |
| | Email:  apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |

33510766.3