**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al*.,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Objections Due:  November 6, 2025 at 4:00 P.M. (ET)**
**Hearing Date:  To be scheduled if necessary**

**SIXTH MONTHLY FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
SEPTEMBER  1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of April 1, 2025 by order signed May 22, 2025 [Docket No. 392] |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2025 through August 31, 2025[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $31,060.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $278.90 |

This is a:        ☒ monthly        ☐ interim        ☐ final application.

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2]   The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

4925-2255-1666.1 90346.00002

The total time expended for fee application preparation is approximately 5.0 hours and the corresponding compensation requested is approximately $5,000.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 7/16/25 | 4/1/25-5/31/25 (First Interim Fee Period) | $850,971.50 | $2,971.63 | $850,971.50 | $2,971.63 |
| 7/30/25 | 6/1/25-6/30/25 | $250,029.00 | $7,395.98 | $200,023.20 | $7,395.98 |
| 9/12/25 | 7/1/25-7/31/25 | $185,120.00 | $4,063.85 | Pending | Pending |
| 9/17/25 | 8/1/25-8/31/25 | $41,199.00 | $584.09 | Pending | Pending |

## PSZJ PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sandler, Bradford | Partner, 1996 | $1,895.00 | 1.90 | $3,600.50 |
| Litvak, Maxim B. | Partner, 1997 | $1,725.00 | 0.90 | $1,552.50 |
| Feinstein, Robert J. | Partner, 1982 | $1,950.00 | 4.10 | $7,995.00 |
| Cho, Shirley S. | Partner, 1997 | $1,525.00 | 2.70 | $4,117.50 |
| Keane, Peter J. | Counsel, 2010 | $1,295.00 | 1.80 | $2,331.00 |
| Gruber, Richard J. | Counsel, 1982 | $1,850.00 | 3.50 | $6,475.00 |
| Bates, Andrea T. | Paralegal | $650.00 | 6.00 | $3,900.00 |
| Paul, Andrea R. | Case Management Assistant | $495.00 | 1.70 | $841.50 |
| Bouzoukis, Charles J. | Case Management Assistant | $495.00 | 0.50 | $247.50 |
| **Grand Total** | | | **23.10** | **$31,060.50** |

**Grand Total:** $31,060.50
**Total Hours:** 23.10
**Blended Rate:** $1,344.61

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 5.30 | $9,495.50 |
| Case Administration | 3.90 | $2,581.00 |
| Claims Administration | 1.00 | $1,950.00 |
| PSZJ Compensation | 7.10 | $6,526.50 |
| Other Professional Compensation | 0.70 | $916.00 |
| Financing/Cash Collateral/Cash Management | 2.10 | $3,892.50 |
| Plan and Disclosure Statement | 3.00 | $5,699.00 |
| **Grand Total** | **23.10** | **$31,060.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[1] (if applicable) | Total Expenses |
|---|---|---|
| Federal Express | | $60.20 |
| Lexis/Nexis - Legal Research | | $46.40 |
| PACER - Court Research | | $59.30 |
| Reproduction Expense | | $113.00 |
| **Total** | | **$278.90** |

---

[1]   PSZJ may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

4925-2255-1666.1 90346.00002

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

Objections Due:  November 6, 2025 at 4:00 P.M. (ET)
Hearing Date:  To be scheduled if necessary

**SIXTH MONTHLY FEE APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief entered on May 22, 2025* [Docket No. 188] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Sixth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From September 1, 2025 Through September 30, 2025* (the "Application").

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4925-2255-1666.1 90346.00002

1

**Relief Requested**

1.      By this Application PSZJ seeks a monthly allowance of compensation in the amount of $31,060.50 and actual and necessary expenses in the amount of $278.90 for a total allowance of $31,339.40 and (ii) payment of $24,848.40 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $278.90 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $25,127.30 for the period September 1, 2025 through September 30, 2025 (the "Fee Period").

**Background**

2.      On March 17, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

3.      On March 27, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee, which consists of the following members:  (i) 10100 Santa Monica, Inc.; (ii) McGuffin Entertainment Media Inc.; and (iii) Vanessa McCarthy. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket. No. 123] was filed on March 27, 2025, and amended on April 1, 2025.

4.      On April 1, 2025, the Committee selected Pachulski Stang Ziehl & Jones, LLP ("PSZJ") as its counsel and Dundon Advisors LLC ("Dundon") as its financial advisor.

4925-2255-1666.1 90346.00002

2

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

6.      On April 15, 2025, the Court entered the Administrative Order, authorizing estate professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.  The initial monthly fee Application will cover the period from the Petition Date through March 31, 2025.  Beginning with the period ending May 31, 2025, and at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee Application for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

7.      The retention of PSZJ, as counsel to the Committee, was approved effective as of April 1, 2025 by this Court's *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of April 1, 2025* [Docket No. 392] (the "Retention Order").  The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4925-2255-1666.1 90346.00002

3

**PSZJ's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

8.     All services for which PSZJ requests compensation were performed for or on behalf of the Committee.  PSZJ has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZJ and any other person other than the partners of PSZJ for the sharing of compensation to be received for services rendered in this case.  PSZJ has not received a retainer in this case.

**Fee Applications**

9.     The invoice for the Fee Period is attached hereto as **Exhibit A**.  This Application contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZJ's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZJ's time reports are initially handwritten or directly entered in the billing system by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZJ is particularly sensitive to issues of "lumping" and, unless time was spent on a variety of different matters for a particular client within a single time frame, separate time entries are set forth in the time reports.  PSZJ's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  To the extent it is feasible, PSZJ professionals attempt to work during travel.

**Actual and Necessary Expenses**

10.     A summary of the actual and necessary expenses incurred by PSZJ for the Fee Period is attached hereto as part of **Exhibit A**.  PSZJ customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZJ's photocopying

4925-2255-1666.1 90346.00002

machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis.

11. PSZJ charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZJ does not charge the Debtor for the receipt of faxes in this case.

12. With respect to providers of online legal research services (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client.

13. PSZJ believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

14. The names of the timekeepers of PSZJ who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A**. PSZJ, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' cases, and performed all necessary professional services which are described and narrated in detail below.

4925-2255-1666.1 90346.00002

5

**<u>Summary of Services by Project</u>**

15.    The services rendered by PSZJ during the Fee Period can be grouped into the categories set forth below.  PSZJ attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may be included in another category.   These services performed, by categories, are generally described below with a more detailed identification of the actual services provided set forth on the attached **<u>Exhibit A</u>**.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.    <u>Asset Disposition</u>**

16.    During the Fee Period, the Firm (i) reviewed and analyzed the discovery regarding the derivative sale; (ii) reviewed the derivative sale order; (iii) corresponded internally regarding the sale order; and (iv) reviewed the revised derivative rights APA redline.

Fees:  $9,495.50          Hours:  5.30

**B.    <u>Case Administration</u>**

17.    During the Fee Period, the Firm, among other things, (i) reviewed correspondence and pleadings and forwarded them to appropriate parties; and  (ii) maintained a calendar of critical dates and deadlines.

Fees:  $2,581.00          Hours:  3.90

**C.    <u>Claims Administration</u>**

18.    During the Fee Period, the Firm, among other things, (i) corresponded with Warner Brothers' counsel regarding settlement discussions and arbitration rulings.

Fees:  $1,950.00          Hours:  1.00

**D.      PSZJ Compensation**

19.      During the Fee Period, the Firm (i) reviewed PSZJ's July and August exhibits to monthly fee statements; (ii) drafted and filed July and August monthly fee statements.

Fees:  $6,526.50                    Hours:  7.10

**E.      Other Professional Compensation**

20.      During the Fee Period, the Firm drafted and filed a certification of no objection to Dundon's combined May-June fee application.

Fees:  $916.00                    Hours:  0.70

**F.      Financing/Cash Collateral/Cash Management**

21.      During the Fee Period, the Firm, among other things, (i) corresponded with lenders' counsel regarding extending the Committee's challenge period and (ii) drafted a further challenge extension stipulation; and (iii) reviewed and coordinated the filing of the stipulation.

Fees:  $3,892.50                    Hours:  2.10

**G.      Plan and Disclosure Statement**

22.      During the Fee Period, the Firm (i) conferred with Debtors' counsel regarding settlement and plan status; and (ii) corresponded internally regarding plan.

Fees:  $5,699.00                    Hours:  3.00

**H.      Other Professional Retention**

23.      During the Fee Period, the Firm (i) drafted an amended notice of retention for FTI's retention application, filed and served the same; and (ii) drafted a certification of counsel regarding FTI's retention order.

Fees:  $910.00          Hours:  1.40

4925-2255-1666.1 90346.00002

7

**Valuation of Services**

24.     Attorneys and paraprofessionals of PSZJ expended a total of 23.10 hours in connection with their representation of the Committee during the Fee Period, as follows:

**PSZJ PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sandler, Bradford | Partner, 1996 | $1,895.00 | 1.90 | $3,600.50 |
| Litvak, Maxim B. | Partner, 1997 | $1,725.00 | 0.90 | $1,552.50 |
| Feinstein, Robert J. | Partner, 1982 | $1,950.00 | 4.10 | $7,995.00 |
| Cho, Shirley S. | Partner, 1997 | $1,525.00 | 2.70 | $4,117.50 |
| Keane, Peter J. | Counsel, 2010 | $1,295.00 | 1.80 | $2,331.00 |
| Gruber, Richard J. | Counsel, 1982 | $1,850.00 | 3.50 | $6,475.00 |
| Bates, Andrea T. | Paralegal | $650.00 | 6.00 | $3,900.00 |
| Paul, Andrea R. | Case Management Assistant | $495.00 | 1.70 | $841.50 |
| Bouzoukis, Charles J. | Case Management Assistant | $495.00 | 0.50 | $247.50 |
| **Grand Total** | | | **23.10** | **$31,060.50** |

**Grand Total:**  $31,060.50
**Total Hours:**     23.10
**Blended Rate:**  $1,344.61

25.     The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto.  These are PSZJ's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZJ for the Committee during the Fee Period is $31,060.50.

26.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr. LR 2016-2

and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZJ respectfully requests that, for the period of September 1, 2025 through September 30, 2025, (i) a monthly allowance be made to PSZJ for compensation in the amount $31,060.50 and actual and necessary expenses in the amount of $278.90 for a total allowance of $31,339.40 and (ii) payment of $24,848.40 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $278.90 (100% of the allowed expenses pursuant to the Administrative Order) for a total payment of $25,127.30, and for such other and further relief as this Court may deem just and proper.

Dated: October 16, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
         scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4925-2255-1666.1 90346.00002

9

## DECLARATION

STATE OF DELAWARE      :
                              :

COUNTY OF NEW CASTLE   :

Peter J. Keane, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)      I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about April 15, 2025 and submit that the Application substantially complies with such rule and orders.

*/s/ Peter J. Keane*
    Peter J. Keane

4925-2255-1666.1 90346.00002