**<u>Exhibit A</u>**

**September 1, 2025 through September 30, 2025 Invoice**

4925-2255-1666.1 90346.00002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

September 30, 2025
Invoice   149813
Client     90346.00002

RE:   Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2025**

| | |
|---|---|
| FEES | $31,060.50 |
| EXPENSES | $278.90 |
| **TOTAL CURRENT CHARGES** | **$31,339.40** |
| **BALANCE FORWARD** | **$280,972.74** |
| **TOTAL BALANCE DUE** | **$312,312.14** |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    2

Invoice 149813

September 30, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 1.90 | $3,600.50 |
| MBL | Litvak, Maxim B. | Partner | 1,725.00 | 0.90 | $1,552.50 |
| RJF | Feinstein, Robert J. | Partner | 1,950.00 | 4.10 | $7,995.00 |
| SSC | Cho, Shirley S. | Partner | 1,525.00 | 2.70 | $4,117.50 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 1.80 | $2,331.00 |
| RJG | Gruber, Richard J. | Counsel | 1,850.00 | 3.50 | $6,475.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 6.00 | $3,900.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 1.70 | $841.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 495.00 | 0.50 | $247.50 |
| | | | | 23.10 | $31,060.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   3

Invoice 149813

September 30, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 5.30 | $9,495.50 |
| CA | Case Administration | 3.90 | $2,581.00 |
| CO | Claims Administration and Objections | 1.00 | $1,950.00 |
| CP | PSZJ Compensation | 7.10 | $6,526.50 |
| CPO | Other Professional Compensation | 0.70 | $916.00 |
| FN | Financing/Cash Collateral/Cash Management | 2.10 | $3,892.50 |
| PD | Plan and Disclosure Statement | 3.00 | $5,699.00 |
| | | 23.10 | $31,060.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   4

Village Roadshow Entertainment Group USA O.C.C.

Invoice 149813

Client 90346.00002

September 30, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express | $60.20 |
| Lexis/Nexis- Legal Research | $46.40 |
| Pacer - Court Research | $59.30 |
| Reproduction Expense | $113.00 |
| | $278.90 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   5
Invoice 149813
September 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 09/02/2025 | BJS | AD | Various email with A.Bates regarding derivative sale motion scheduling order | 0.10 | 1,895.00 | $189.50 |
| 09/02/2025 | SSC | AD | Review schedule order derivate sale hearing dates. | 0.10 | 1,525.00 | $152.50 |
| 09/09/2025 | BJS | AD | Attention to WB discovery | 0.30 | 1,895.00 | $568.50 |
| 09/09/2025 | RJF | AD | Review discovery requests regarding derivative sale. | 0.30 | 1,950.00 | $585.00 |
| 09/17/2025 | SSC | AD | Review derivate sale order/ apa. | 0.10 | 1,525.00 | $152.50 |
| 09/18/2025 | RJG | AD | Review revised Derivative Rights Asset Purchase Agreement. . | 0.90 | 1,850.00 | $1,665.00 |
| 09/18/2025 | RJG | AD | Exchange messages with S. Cho regarding review of Derivative Rights Asset Purchase Agreement. | 0.20 | 1,850.00 | $370.00 |
| 09/18/2025 | SSC | AD | Preliminary review of derivative rights sale order. | 0.20 | 1,525.00 | $305.00 |
| 09/18/2025 | SSC | AD | Correspond with R. Feinstein re derivative rights sale order. | 0.20 | 1,525.00 | $305.00 |
| 09/18/2025 | SSC | AD | Correspond with R. Gruber re derivative rights APA. | 0.10 | 1,525.00 | $152.50 |
| 09/18/2025 | SSC | AD | Review and analysis re J. Nassiri email re redline. | 0.10 | 1,525.00 | $152.50 |
| 09/18/2025 | SSC | AD | Review revised derivative rights APA redline. | 0.20 | 1,525.00 | $305.00 |
| 09/19/2025 | RJG | AD | Review and analyze revised draft of Derivative Rights Asset Purchase Agreement. | 1.80 | 1,850.00 | $3,330.00 |
| 09/22/2025 | RJG | AD | Message to team regarding revised Derivative Rights Asset Purchase Agreement. | 0.60 | 1,850.00 | $1,110.00 |
| 09/29/2025 | SSC | AD | Correspond with J. Rosell re revised sale order. | 0.10 | 1,525.00 | $152.50 |
|  |  |  |  | **5.30** |  | **$9,495.50** |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    6
Invoice 149813
September 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| 09/02/2025 | ATB | CA | Review docket; update critical dates memo re: discovery schedule; correspond with team re: same. | 0.40 | 650.00 | $260.00 |
| 09/03/2025 | ATB | CA | Review docket; update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 09/03/2025 | CJB | CA | Maintain document control. | 0.50 | 495.00 | $247.50 |
| 09/05/2025 | ARP | CA | Maintain document control. | 0.20 | 495.00 | $99.00 |
| 09/11/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |
| 09/16/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 09/19/2025 | PJK | CA | Review docket re recent filings (.4), review critical dates memo (.2) | 0.60 | 1,295.00 | $777.00 |
| 09/24/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |
| 09/25/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 09/29/2025 | ATB | CA | Review docket; update critical dates memo. | 0.30 | 650.00 | $195.00 |
| 09/30/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| | | | | **3.90** | | **$2,581.00** |
| **Claims Administration and Objections** | | | | | | |
| 09/10/2025 | RJF | CO | Call with WB's counsel regarding settlement discussions. | 0.30 | 1,950.00 | $585.00 |
| 09/18/2025 | RJF | CO | Emails S. Cho, Hurwitz regarding settlement proposal to WB. | 0.20 | 1,950.00 | $390.00 |
| 09/23/2025 | RJF | CO | Telephone conference with Warren regarding WB issues, arbitration rulings. | 0.50 | 1,950.00 | $975.00 |
| | | | | **1.00** | | **$1,950.00** |
| **PSZJ Compensation** | | | | | | |
| 09/09/2025 | SSC | CP | Meet and confer with N. Dernhardt re fee review. | 0.10 | 1,525.00 | $152.50 |
| 09/10/2025 | SSC | CP | Review and revise PSZJ August fee statement exhibit. | 0.20 | 1,525.00 | $305.00 |
| 09/11/2025 | ATB | CP | Review exhibit to July fee application; revise application; correspond with S. Cho regarding same. | 2.20 | 650.00 | $1,430.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    7

Invoice 149813

September 30, 2025

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 09/11/2025 | ATB | CP | Review exhibit to August fee application; draft application and correspond with S. Cho regarding same. | 1.20 | 650.00 | $780.00 |
| 09/11/2025 | PJK | CP | Review PSZJ July fee app (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/11/2025 | SSC | CP | Correspond with A. Bates re PSZJ fee statements. | 0.20 | 1,525.00 | $305.00 |
| 09/11/2025 | SSC | CP | Review and revise PSZJ July fee statement. | 0.30 | 1,525.00 | $457.50 |
| 09/11/2025 | SSC | CP | Correspond re PSZJ August fee statement. | 0.10 | 1,525.00 | $152.50 |
| 09/11/2025 | SSC | CP | Review August fee statement exhibit. | 0.30 | 1,525.00 | $457.50 |
| 09/12/2025 | ATB | CP | Finalize, file and serve July monthly fee application. | 0.60 | 650.00 | $390.00 |
| 09/12/2025 | PJK | CP | Review PSZJ August fee app (.2), emails with A Bates and S Cho re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/12/2025 | SSC | CP | Correspond with P. Keane re PSZJ fee statement. | 0.10 | 1,525.00 | $152.50 |
| 09/16/2025 | PJK | CP | Review PSZJ Aug fee app (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/17/2025 | ATB | CP | Finalize, file and serve August monthly fee application. | 0.60 | 650.00 | $390.00 |
| | | | | **7.10** | | **$6,526.50** |

**Other Professional Compensation**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 09/11/2025 | ATB | CPO | Draft and file certificate of no objection regarding Dundon's combined May-June monthly fee application. | 0.30 | 650.00 | $195.00 |
| 09/11/2025 | SSC | CPO | Review emails from A. Bates re Dundon. | 0.10 | 1,525.00 | $152.50 |
| 09/12/2025 | BJS | CPO | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| | | | | **0.70** | | **$916.00** |

**Financing/Cash Collateral/Cash Management**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 09/19/2025 | RJF | FN | Emails regarding request for challenge extension. | 0.10 | 1,950.00 | $195.00 |
| 09/22/2025 | MBL | FN | Draft further challenge extension stipulation (0.3); emails with opposing counsel and team re same (0.1). | 0.40 | 1,725.00 | $690.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   8

Invoice 149813

September 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2025 | RJF | FN | Emails regarding further challenge extension. | 0.10 | 1,950.00 | $195.00 |
| 09/23/2025 | MBL | FN | Emails with lender counsel and team re challenge extension stipulation. | 0.10 | 1,725.00 | $172.50 |
| 09/23/2025 | RJF | FN | Numerous emails lenders' counsel regarding challenge extension. | 0.30 | 1,950.00 | $585.00 |
| 09/24/2025 | MBL | FN | Emails with debtor counsel and team re challenge and plan status. | 0.10 | 1,725.00 | $172.50 |
| 09/25/2025 | MBL | FN | Emails with team re challenge extension. | 0.10 | 1,725.00 | $172.50 |
| 09/25/2025 | RJF | FN | Call with Bernbrock, B. Sandler regarding challenge extension, plan. | 0.40 | 1,950.00 | $780.00 |
| 09/26/2025 | MBL | FN | Follow-up with opposing counsel re challenge extension. | 0.10 | 1,725.00 | $172.50 |
| 09/26/2025 | RJF | FN | Telephone conference with Warren regarding challenge extension. | 0.30 | 1,950.00 | $585.00 |
| 09/29/2025 | MBL | FN | Emails with opposing counsel re challenge extension and filing. | 0.10 | 1,725.00 | $172.50 |
| | | | | **2.10** | | **$3,892.50** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2025 | BJS | PD | Attention to global settlement | 0.10 | 1,895.00 | $189.50 |
| 09/10/2025 | BJS | PD | Telephone conference with J Bernbrock regarding settlement | 0.50 | 1,895.00 | $947.50 |
| 09/10/2025 | BJS | PD | Telephone conference with S Warren regarding settlement | 0.40 | 1,895.00 | $758.00 |
| 09/10/2025 | BJS | PD | Review WB term sheet | 0.20 | 1,895.00 | $379.00 |
| 09/10/2025 | RJF | PD | Telephone conference with B. Sandler regarding plan status. | 0.20 | 1,950.00 | $390.00 |
| 09/10/2025 | RJF | PD | Call with Debtors' counsel regarding WB, plan. | 0.50 | 1,950.00 | $975.00 |
| 09/16/2025 | RJF | PD | Review Debtor counterproposal. | 0.10 | 1,950.00 | $195.00 |
| 09/16/2025 | RJF | PD | Telephone conference with Warren regarding settlement proposal. | 0.30 | 1,950.00 | $585.00 |
| 09/18/2025 | SSC | PD | Review global settlement status. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    9
Village Roadshow Entertainment Group USA O.C.C.                        Invoice 149813
Client 90346.00002                                                     September 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/24/2025 | RJF | PD | Telephone conference with B. Sandler regarding WB, plan status. | 0.20 | 1,950.00 | $390.00 |
| 09/24/2025 | RJF | PD | Email Bernbrock regarding plan. | 0.10 | 1,950.00 | $195.00 |
| 09/29/2025 | RJF | PD | Emails S. Cho regarding Plan of Reorganization. | 0.20 | 1,950.00 | $390.00 |
| 09/29/2025 | SSC | PD | Correspond with R. Feinstein re plan. | 0.10 | 1,525.00 | $152.50 |
| | | | | **3.00** | | **$5,699.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$31,060.50**

Pachulski Stang Ziehl & Jones LLP                                      Page:    10
Village Roadshow Entertainment Group USA O.C.C.                        Invoice 149813
Client 90346.00002                                                     September 30, 2025

---

**Expenses**

| | | | |
|---|---|---|---:|
| 09/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/02/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 09/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/02/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/02/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 09/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/02/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 09/03/2025 | LN | 90346.00002 Lexis Charges for 09-03-25 | 32.18 |
| 09/03/2025 | LN | 90346.00002 Lexis Charges for 09-03-25 | 14.22 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/03/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/08/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/08/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/08/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/08/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

| Date | | Description | Amount |
|---|---|---|---|
| 09/08/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/08/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/08/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/08/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/09/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/10/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/10/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/11/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    12
Village Roadshow Entertainment Group USA O.C.C.                            Invoice 149813
Client 90346.00002                                                         September 30, 2025

| Date | | Description | Amount |
|---|---|---|---|
| 09/12/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/12/2025 | FE | 90346.00002 FedEx Charges for 09-12-25 | 30.07 |
| 09/12/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/12/2025 | RE | SCAN/COPY ( 83 @0.10 PER PG) | 8.30 |
| 09/15/2025 | RE | SCAN/COPY ( 110 @0.10 PER PG) | 11.00 |
| 09/17/2025 | FE | 90346.00002 FedEx Charges for 09-17-25 | 30.13 |
| 09/17/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/17/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/17/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 09/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    13

Invoice 149813

September 30, 2025

| | | | |
|---|---|---|---|
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/23/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/23/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    14

Invoice 149813

September 30, 2025

| | | | |
|---|---|---|---:|
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/24/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 09/26/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/26/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    15
Invoice 149813
September 30, 2025

| Date | | Description | Amount |
|---|---|---|---|
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/29/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/29/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/29/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/30/2025 | PAC | Pacer - Court Research | 59.30 |

**Total Expenses for this Matter**                    **$278.90**

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    16
Invoice 149813
September 30, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 09/30/2025**     **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147882 | 06/30/2025 | $50,005.80 | $0.00 | $50,005.80 |
| 148477 | 07/31/2025 | $185,120.00 | $4,063.85 | $189,183.85 |
| 149467 | 08/31/2025 | $41,199.00 | $584.09 | $41,783.09 |

**Total Amount Due on Current and Prior Invoices:**                                                  **$312,312.14**