**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| VILLAGE ROADSHOW | ) | Case No. 25-10475 (TMH) |
| ENTERTAINMENT GROUP USA INC., *et* | ) | |
| *al.,* [1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF ASSOCIATION OF COUNSEL AND CHANGE OF ADDRESS FOR SANDFORD L. FREY

**PLEASE TAKE NOTICE** that, effective immediately, the law firm and address for

Sandford L. Frey, lead counsel for Regency Entertainment (USA), Inc. ("**Regency**") in the

above-captioned matter, has changed to the following:

> Sandford L. Frey
> Stinson LLP
> 1901 Avenue of the Stars, Suite 450
> Los Angeles, CA 90067-6006
> Direct: 310-730-7044
> Email: sandford.frey@stinson.com

**PLEASE TAKE FURTHER NOTICE** that Attorneys Gregory Hauswirth of the firm

Carothers & Hauswirth, LLP and Attorneys Kristin Lawson of the law firm of Leech Tishman

Fuscaldo & Lampl, LLC all remain co-counsel to Regency in this matter, and Mr. Frey and

Stinson LLP will continue to serve as lead counsel going forward.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information is available on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

PLEASE TAKE FURTHER NOTICE that Mr. Frey requests that the Clerk of this Court or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Mr. Frey's new firm and office address.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence, and other documents served upon Mr. Frey should be directed to the new address.

DATED:  October 19, 2025

Respectfully submitted

**CAROTHERS & HAUSWIRTH, LLP**
Gregory W. Hauswirth (Bar No. 5679)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.910.7510
ghauswirth@ch-legal.com

**STINSON LLP**

 /s/  Sandford L. Frey
Sandford L. Frey (CA I.D. # 117058)
*Admitted Pro Hac Vice*
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone: 310.730.7044
Facsimile: 310.730.7064
sandford.frey@stinson.com

**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Kristin Anders Lawson (PA I.D. #74497)
*Admitted Pro Hac Vice*
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone:  412.261.1600
Facsimile:   412.227.5551
jsteiner@leechtishman.com
mkruszewski@leechtishman.com
klawson@leechtishman.com

*Counsel for Regency Entertainment (USA), Inc.*