# SIGN-IN SHEET

**CASE NAME:** Village Roadshow
**CASE NO:** 25-10475

**COURTROOM LOCATION:** 7
**DATE:** 10/21/2025 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Bernbrock | SMRH | Debtors |
| Thomas Panoff | SMRH | '' |
| Joseph Mulvihill | YCST | '' |
| Sandford Frey | Stinson | Regency Entertainment |
| Brett Haywood | Potter Anderson | Senior Secured Notes |
| Shannon Forshay | Potter Anderson | Senior Secured Notes |
| Scott Drake | OMM | Warner Bros |
| Timothy Healai | OMM | Warner Bros |
| Emma Jones | OMM | Warner Bros |
| Curtis Miller | MNAT | Warner Bros |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**CASE NAME:** *Village Roadshow Entertainment Group USA, Inc., et. al.*
**CASE NO: 25-10475 (TMH)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 3rd Floor, #7**
**DATE: October 21, 2025 at 10:00 a.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Dan Miller | Miller Barondess, LLP | Alcon Media Group, LLC |
| Colin Rolfs | Miller Barondess, LLP | Alcon Media Group, LLC |
| Kimberly A. Brown | Landis Rath & Cobb LLP | Alcon Media Group, LLC |
| Colin R. Robinson | Landis Rath & Cobb LLP | Alcon Media Group, LLC |
| Katherine S. Dute | Landis Rath & Cobb LLP | Alcon Media Group, LLC |
| Soumya P. Venkateswaran | Landis Rath & Cobb LLP | Alcon Media Group, LLC |

Village Roadshow 25-10475

Octobr 21, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Lauren | Eastburn | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Ilayna | Guevrekian | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Andrew | Kissner | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| James | Newton | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Miranda | Russell | Morrison & Foerster LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | 1397225 Ontario Limited and Falcon Strategic | Video and Audio |
| Brandon | Cherry | Loeb & Loeb LLP | Alcon Media Group | Video and Audio |
| Kimberly | Brown | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Katherine | Dute | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Colin | Robinson | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Vadim | Rubinstein | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| Soumya | Venkateswaran | Landis Rath & Cobb LLP | Alcon Media Group, LLC | Video and Audio |
| Noah | Weingarten | Loeb & Loeb LLP | Alcon Media Group, LLC | Video and Audio |
| Molly | Smith | Black Label Media | Black Label Media | Video and Audio |
| Deniz | Irgi | Latham & Watkins LLP | CP Ventura LLC | Video and Audio |
| Davis | Klabo | Latham & Watkins LLP | CP Ventura LLC | Video and Audio |
| David | Ahdoot | Bush Gottlieb, a Law Corporation | Guilds, affiliated Funds and MPIPHP | Video and Audio |
| Angelica | Serrano-Roman | Bloomberg Law | Media | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Robert | Feinstein | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| George | Williams | Landis Rath & Cobb LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Michael | Kruszewski | Leech Tishman Fuscaldo & Lampl, LLC | Regency Entertainment (USA) Inc. | Video and Audio |
| Kristin | Lawson | Leech Tishman Fuscaldo & Lampl, LLC | Regency Entertainment (USA), Inc. | Video and Audio |
| John | Steiner | Leech Tishman Fuscaldo & Lampl, LLC | Regency Entertainment (USA), Inc. | Video and Audio |
| Arielle | Ambra-Juarez | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Amanda | Lindner | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Samuel | Rabuck | Cooley LLP | Vine Alternative Investments | Video and Audio |

| | | | | |
|---|---|---|---|---|
| Daniel | Shamah | Cooley LLP | Vine Alternative Investments | Video and Audio |
| Wayne | Smith | Warner Bros. | Warner Bros. | Video and Audio |
| Maria | Benites Gutierrez | OMelveny & Myers LLP | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| Matt | Kline | OMelveny & Myers LLP | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| Casey | Sawyer | Morris Nichols Arsht and Tunnell | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| Steve | Warren | OMelveny & Myers LLP | Warner Bros. Entertainment Inc., and its affiliate | Video and Audio |
| John | Ashmead | Seward & Kissel LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Jason | Levin | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Catherine | LoTempio | Sewar | Wilmington Savings Fund Society, FSB, as agent | Video and Audio |
| Carlos | Abadi | | | Video and Audio |
| Matt | Benz | Sheppard Mullin | | Video and Audio |
| Cicely | Berzack | Morris, Nichols, Arsht & Tunnell LLP | | Video and Audio |
| Benjamin | Carver | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Chad | Casas | SOLIC Capital Advisors LLC | | Audio Only |
| Lauren | Eber | Warner Bros. Entertainment Inc. | | Video and Audio |
| David | Friedman | | | Video and Audio |
| Brynna | Gaffney | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Chad | Husnick | Kirkland & Ellis | | Video and Audio |
| Joseph | Ireland | Sheppard Mullin | | Video and Audio |
| George | Koutsonicolis | | | Video and Audio |
| Ashleigh | Landis | Warner Bros. Entertainment Inc. | | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | Video and Audio |
| Keith | Maib | Accordion | | Video and Audio |
| Reid | Milkens | | | Video and Audio |
| James | Moore | Vai LLC | | Video and Audio |
| Alyssa | Paddock | Sheppard Mullin | | Video and Audio |
| Stacey | Rosenberg | Sheppard Mullin | | Video and Audio |
| Louis | Santor | | | Video and Audio |
| Andy | Serbe | Media | | Video and Audio |

Village Roadshow 25-10475

Octobr 21, 2025

| | | | | |
|---|---|---|---|---|
| Lee | Sienna | | | Video and Audio |
| Reid | Snellenbarger | | | Video and Audio |
| Aerin | Snow | Sheppard Mullin | | Video and Audio |
| Harvey | Tepner | | | Video and Audio |
| Morris Nichols | Video Conferencing | Morris, Nichols, Arsht & Tunnell LLP | | Video and Audio |
| Matt | White | Falcon Investments | | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |