# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 964 & 966** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to *Alcon Media Group, LLC's Motion to File Under Seal (A) Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection; and (B) Declaration of Broderick Johnson in Support Thereof* [D.I. 964] filed on October 20, 2025.  The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses, if any, to the relief requested in the Motion were to be filed and served on or before November 3, 2025, at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | |
|---|---|
| Dated: November 5, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Soumya P. Venkateswaran*<br>Kimberly Brown (No. 5138)<br>Colin R. Robinson (No. 5524)<br>Katherine S. Dute (No. 6788)<br>Soumya P. Venkateswaran (No. 7278)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Email:  brown@lrclaw.com<br>          robinson@lrclaw.com<br>          dute@lrclaw.com<br>          venkateswaran@lrclaw.com<br><br>-and-<br><br>**MILLER BARONDESS LLP**<br>Daniel S. Miller (admitted pro hac vice)<br>Colin H. Rolfs (admitted pro hac vice)<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California 90067<br>Telephone: (310) 552-4400<br>Email:  dmiller@millerbarondess.com<br>          crolfs@millerbarondess.com<br><br>*Counsel to Alcon Media Group, LLC* |