# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 6, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 11/06/2025 | 1029 | Order Approving Motion to File Under Seal (A) Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection and (B) the Declaration of Broderick Johnson in Support Thereof (related document(s)964, 1028) Order Signed on 11/6/2025. (DRG) (Entered: 11/06/2025) |

Dated: November 7, 2025

/s/ Jesse Blevins
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>DLA Piper LLP (US)<br>Aaron Applebaum, Roxanne M. Eastes<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>aaron.applebaum@us.dlapiper.com;<br>roxanne.eastes@us.dlapiper.com | **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Aaron Gavant, Kenneth P. Kansa<br>One N. Wacker Drive Suite 4400<br>Chicago, IL 60606-2833<br>agavant@btlaw.com;<br>KKansa@btlaw.com |
| **VIA ELECTRONIC MAIL**<br>Three Rivers Entertainment f/s/o David Hollander<br>c/o Hansen, Jacobson, Teller, Hoberman<br>Attn: Adam Kaller and Duncan Hedges<br>450 North Roxbury Drive, Suite 800<br>Beverly Hills, CA 90210<br>ak@hjth.com | **VIA ELECTRONIC MAIL**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>Andrew N. Goldman, Benjamin W. Loveland<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com |
| **VIA ELECTRONIC MAIL**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Alyssa Paddock<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>apaddock@sheppardmullin.com | **VIA ELECTRONIC MAIL**<br>Blackbird Films f/s/o Adam Small<br>c/o Brechen Feldman Breimer Silver & Thompson, LLP<br>Attn: Ariela Moskowitz<br>1875 Century Park East, Suite 1770<br>Los Angeles, CA 90067<br>ariela@bfbst.com |
| **VIA ELECTRONIC MAIL**<br>Seward & Kissel LLP<br>John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio<br>One Battery Park Plaza<br>New York, NY 10004<br>ashmead@sewkis.com;<br>bateman@sewkis.com;<br>lotempio@sewkis.com | **VIA ELECTRONIC MAIL**<br>Delaware Attorney General<br>Attn Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us |
| **VIA ELECTRONIC MAIL**<br>Delaware Dept of Justice<br>Attorney General<br>Attn Bankruptcy Department<br>Carvel State Building<br>820 N French St<br>Wilmington, DE 19801<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov | **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>NY Regional Office<br>Regional Director<br>100 Pearl St., Suite 20-100<br>New York, NY 10004-2616<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov |

**VIA ELECTRONIC MAIL**
Seward & Kissell LLP
Gregg Bateman, Sagar Patel
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com;
patel@sewkis.com

**VIA ELECTRONIC MAIL**
Landis Rath & Cobb LLP
Kimberly A. Brown, George A. Williams III
919 Market Street, Suite 1800
Wilmington, DE 19801
brown@lrclaw.com;
williams@lrclaw.com

**VIA ELECTRONIC MAIL**
Moonshot Entertainment Inc. f/s/o Bryan Cranston
c/o UTA
Attn: Matt Rice
9336 Civic Center Drive
Beverly Hills, CA 90210
bryan@moonshot.tv

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Bradford J. Sandler, Peter J. Keane
919 North Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com;
pkeane@pszjlaw.com

**VIA ELECTRONIC MAIL**
10100 Santa Monica Blvd.
Attn: Chase Anderson and Eric Lyons, Hines
10100 Santa Monica Blvd, Suite 180
Los Angeles, CA 90067
chase.anderson@hines.com;
eric.lyon@hines.com

**VIA ELECTRONIC MAIL**
Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr.
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com

**VIA ELECTRONIC MAIL**
Morris, Nichols, Arsht & Tunnell LLP
Curtis S. Miller, Matthew B. Harvey
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
cmiller@morrisnichols.com;
mharvey@morrisnichols.com

**VIA ELECTRONIC MAIL**
Potter Anderson & Corroon LLP
Christopher M. Samis, R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
csamis@potteranderson.com;
rmcneill@potteranderson.com;
bhaywood@potteranderson.com;
sforshay@potteranderson.com

**VIA ELECTRONIC MAIL**
Bush Gottlieb, a Law Corporation
David E. Ahdoot, Kirk Prestegard
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
dahdoot@bushgottlieb.com;
kprestegard@bushgottlieb.com

**VIA ELECTRONIC MAIL**
Latham & Watkins LLP
David Hammerman
1271 Avenue of the Americas
New York, NY 10020
David.Hammerman@lw.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Deniz Irgi, Davis A. Klabo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Deniz.Irgi@lw.com;<br>davis.klabo@lw.com | **VIA ELECTRONIC MAIL**<br>DLA Piper LLP (US)<br>Dennis O'Donnell<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>dennis.odonnell@us.dlapiper.com |
| **VIA ELECTRONIC MAIL**<br>Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>PO Box 898<br>Dover, DE 19903<br>dosdoc_bankruptcy@state.de.us | **VIA ELECTRONIC MAIL**<br>Cooley LLP<br>Attn.: Daniel Shamah<br>55 Hudson Yards<br>New York, NY 10001<br>dshamah@cooley.com |
| **VIA ELECTRONIC MAIL**<br>McGuffin Entertainment Media, Inc. c/o UTA<br>c/o Glaser Weil Fink Howard Jordan & Shapiro LLP<br>Attn: Douglas Stone and James Scura<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>dstone@glaserweil.com | **VIA ELECTRONIC MAIL**<br>Pashman Stein Walder Hayden, P.C.<br>David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>dstratton@pashmanstein.com;<br>jbarsalona@pashmanstein.com;<br>agambale@pashmanstein.com |
| **VIA ELECTRONIC MAIL**<br>O'Melveny & Myers LLP<br>Scott Drake, Emma Jones<br>2801 North Hardwood Street, Suite 1600<br>Dallas, TX 75201<br>eljones@omm.com | **VIA ELECTRONIC MAIL**<br>Morris James LLP<br>Eric J. Monzo, Jason S. Levin<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>emonzo@morrisjames.com;<br>jlevin@morrisjames.com |
| **VIA ELECTRONIC MAIL**<br>SawSee Films, Inc. f/s/o Fax Bahr<br>c/o Surpin, Mayersohn & Coghill, LLP<br>1880 Century Park East, Suite 404<br>Los Angeles, CA 90067<br>faxbahr@gmail.com | **VIA ELECTRONIC MAIL**<br>Weil Gotshal & Manges LLP<br>Kevin Bostel<br>767 Fifth Avenue<br>New York, NY 10153<br>frank.nocco@weil.com;<br>Kevin.Bostel@weil.com |

**VIA ELECTRONIC MAIL**
Carothers & Hauswirth LLP
Gregory W. Hauswirth
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
ghauswirth@ch-legal.com

**VIA ELECTRONIC MAIL**
Moore & Van Allen PLLC
Glenn E. Siegel, William D. Curtis
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
glennsiegel@mvalaw.com;
williamcurtis@mvalaw.com

**VIA ELECTRONIC MAIL**
Wachtell, Lipton, Rosen & Katz
Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock
51 West 52nd Street
New York, NY 10019
JAFeltman@wlrk.com;
MSBenn@wlrk.com;
JMSimwinga@wlrk.com;
KPWaldock@wlrk.com

**VIA ELECTRONIC MAIL**
Sheppard, Mullin, Richter & Hampton LLP
Justin Bernbrock and Matthew T. Benz
321 North Clark Street, 32nd Floor
Chicago, IL 60654
jbernbrock@sheppardmullin.com;
mbenz@sheppardmullin.com

**VIA ELECTRONIC MAIL**
Robinson & Cole LLP
Jamie L. Edmonson, Rachel Jaffe Mauceri
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
jedmonson@rc.com;
rmauceri@rc.com

**VIA ELECTRONIC MAIL**
Young, Conaway, Stargatt & Taylor LLP
Joseph M. Mulvihill, Rebecca L. Lamb, Lauren McCrery, Benjamin C. Carver, and Brynna M. Gaffney
Rodney Square
1000 North King Street
Wilmington, DE 19801
jmulvihill@ycst.com;
sborovinskaya@ycst.com;
kmcelroy@ycst.com;

**VIA ELECTRONIC MAIL**
Sheppard, Mullin, Richter & Hampton LLP
Jennifer L. Nassiri
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
jnassiri@sheppardmullin.com

**VIA ELECTRONIC MAIL**
Morrison & Foerster LLP
James Newton, Geoff Peck, Miranda Russell, Will Winsett
250 West 55th Street
New York, NY 10019-9601
jnewton@mofo.com;
gpeck@mofo.com;
mrussell@mofo.com;
wwinsett@mofo.com

**VIA ELECTRONIC MAIL**
Morgan, Lewis & Bockius LLP
Jody C. Barillare
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

**VIA ELECTRONIC MAIL**
Upper Press, LLC f/s/o Patrick Cunnane
c/o CAA
Attn: Jon Cassir
2000 Avenue of the Stars
Los Angeles, CA 90067
jon.cassir@caa.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Stevens & Lee, P.C.<br>Joseph H. Huston, Jr.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>joseph.huston@stevenslee.com | **VIA ELECTRONIC MAIL**<br>Leech Tishman Fuscaldo & Lampl, LLC<br>John M. Steiner, Kristin A. Lawson<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219<br>jsteiner@leechtishman.com;<br>klawson@leechtishman.com |
| **VIA ELECTRONIC MAIL**<br>PWGA Pension Fund<br>Dept. LA 25083<br>Pasadena, CA 91185-5085<br>kchristovich@wga.org | **VIA ELECTRONIC MAIL**<br>WGA Health Fund Contribtuion<br>Dept. LA 25102<br>Pasadena, CA 91185-5102<br>kchristovich@wga.org |
| **VIA ELECTRONIC MAIL**<br>Writers Guild of America West<br>Kristy Christovich<br>7000 West Third Street<br>Los Angeles, CA 90048<br>kchristovich@wga.org | **VIA ELECTRONIC MAIL**<br>Village Roadshow Entertainment Group USA Inc.<br>Kevin Berg and Keith Maib<br>750 N. San Vicente Blvd., Suite 800 West<br>West Hollywood, CA 90069<br>kevin.berg@vreg.com;<br>kmaib@accordion.com |
| **VIA ELECTRONIC MAIL**<br>Alston & Bird LLP<br>Leib M. Lerner, Douglas J. Harris<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>leib.lerner@alston.com;<br>douglas.harris@alston.com | **VIA ELECTRONIC MAIL**<br>Signpost Up Ahead, Inc. f/s/o Jill Blotevogel<br>f/s/o Jill Blotevogel<br>c/o Agency for the Performing Arts<br>10585 Santa Monica Blvd.<br>Los Angeles, CA 90025<br>lhoward@independentartistgroup.com |
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Liliana Ranger, Djenab Conde, Sam Lehman<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Liliana.Ranger@lw.com;<br>Djenab.Conde@lw.com;<br>Sam.Lehman@lw.com | **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Leah O'Farrell<br>One Marina Park Drive Suite 1530<br>Boston, MA 02210<br>lofarrell@btlaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Mark C. Holscher, P.C.<br>555 Flower Street Suite 3700<br>Los Angeles, CA 90071<br>mark.holscher@kirkland.com | **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Mark R. Owens, Amy E. Tryon<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>mark.owens@btlaw.com;<br>amy.tryon@btlaw.com |
| **VIA ELECTRONIC MAIL**<br>EP Abso LLC<br>c/o Sloane, Offer, Weber, and Dern LLP<br>Attn: Mark Wetzstein<br>10100 Santa Monica Blvd., Suite 750<br>Los Angeles, CA 90067<br>mark@sowdllp.com | **VIA ELECTRONIC MAIL**<br>Richards, Layton & Finger, P.A.<br>Michael J. Merchant, Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>merchant@rlf.com;<br>steele@rlf.com |
| **VIA ELECTRONIC MAIL**<br>O'Melveny & Myers LLP<br>Matt Kline and Timothy Heafner<br>1999 Avenue of the Stars 8th Floor<br>Los Angeles, CA 90067<br>mkline@omm.com;<br>theafner@omm.com | **VIA ELECTRONIC MAIL**<br>Leech Tishman Fuscaldo & Lampl, LLC<br>Michael P. Kruszewski<br>1001 State Street, Suite 1400<br>Erie, PA 16501<br>mkruszewski@leechtishman.com |
| **VIA ELECTRONIC MAIL**<br>Milbank LLP<br>Nelly Almeida, Sean McMillon, Kamal Nesfield, Nicholas Connolly, Ari Tuchman<br>55 Hudson Yards<br>New York, NY 10001-2163<br>nalmeida@milbank.com;<br>smcmillon@milbank.com;<br>knesfield@milbank.com;<br>nconnolly@milbank.com; | **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>PA Regional Office<br>Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103<br>philadelphia@sec.gov |
| **VIA ELECTRONIC MAIL**<br>Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein, Shirley S. Cho<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>rfeinstein@pszjlaw.com;<br>scho@pszjlaw.com | **VIA ELECTRONIC MAIL**<br>Katzner Pictures f/s/o Oren Moverman<br>Oren Moverman<br>16 West 16th Street, Apt. 12AN<br>New York, NY 10011<br>rmarcus@mindspring.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Content Cartel LLC<br>c/o Ryan Powers, Attorney at Law<br>5807 Fayette Street<br>Los Angeles, CA 90042<br>ryan@ryanpowerslaw.com | **VIA ELECTRONIC MAIL**<br>Internal Revenue Service<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201<br>SBSE.Insolvency.Balt@irs.gov |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549<br>SECBankruptcy-OGC-ADO@SEC.GOV;<br>secbankruptcy@sec.gov | **VIA ELECTRONIC MAIL**<br>Leech Tishman Nelson Hardiman, Inc.<br>Sandford L. Frey<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>sfrey@leechtishman.com |
| **VIA ELECTRONIC MAIL**<br>Law Office of Susan E. Kaufman, LLC<br>Susan E. Kaufman<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com | **VIA ELECTRONIC MAIL**<br>Milbank<br>Sean McMillon<br>55 Hudson Yards<br>New York, NY 10001-2163<br>smcmillon@milbank.com |
| **VIA ELECTRONIC MAIL**<br>Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904<br>statetreasurer@state.de.us | **VIA ELECTRONIC MAIL**<br>Morgan, Lewis & Bockius LLP<br>Stephan E. Hornung<br>101 Park Avenue<br>New York, NY 10178-0060<br>stephan.hornung@morganlewis.com |
| **VIA ELECTRONIC MAIL**<br>Alston & Bird LLP<br>Stephen M. Blank<br>90 Park Avenue<br>New York, NY 10016<br>stephen.blank@alston.com | **VIA ELECTRONIC MAIL**<br>Paul Hastings LLP<br>Susan Williams, Paul Sagan<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>susanwilliams@paulhastings.com;<br>paulsagan@paulhastings.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>O'Melveny & Myers LLP<br>Steve Warren<br>400 South Hope Street Suite 1900<br>Los Angeles, CA 90071<br>swarren@omm.com | **VIA ELECTRONIC MAIL**<br>Office of the United States Trustee Delaware<br>Attn Timothy Jay Fox, Jr.<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>Weil, Gotshal & Manges LLP<br>Tom Ara<br>1999 Avenue of the Stars, Suite 1800<br>Los Angeles, CA 90067<br>Tom.Ara@weil.com | **VIA ELECTRONIC MAIL**<br>Vanessa McCarthy<br>c/o: William Morris Endeavor Entertainment, LLC<br>Attn: Trina Shek Rizzo<br>9601 Wilshire Blvd.<br>Beverly Hills, CA 90210<br>TRizzo@endeavorco.com |
| **VIA ELECTRONIC MAIL**<br>US Attorney for District of Delaware<br>US Attorney for Delaware<br>1313 N Market Street<br>Hercules Building<br>Wilmington, DE 19801<br>usade.ecfbankruptcy@usdoj.gov | **VIA ELECTRONIC MAIL**<br>KCC dba Verita<br>222 N. Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245<br>vreginfo@veritaglobal.com |
| **VIA ELECTRONIC MAIL**<br>Loeb & Loeb LLP<br>Vadim J. Rubinstein, Noah Weingarten<br>345 Park Avenue<br>New York, NY 10154<br>vrubinstein@loeb.com;<br>nweingarten@loeb.com | **VIA ELECTRONIC MAIL**<br>Warner Bros. Entertainment Inc.<br>Attn Wayne Smith<br>4000 Warner Blvd<br>Burbank, CA 91522<br>wayne.smith@warnerbros.com |
| **VIA FIRST CLASS MAIL**<br>California Attorney General<br>Attn Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 | **VIA FIRST CLASS MAIL**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **VIA FIRST CLASS MAIL**<br>Kubier Entertainment f/s/o Karen Croner<br>Attn: Jeff Okin<br>1131 Maple Street<br>Santa Monica, CA 90405 |

**VIA FIRST CLASS MAIL**
Sony Pictures Television Inc.
Matthew Bickell
10202 West Washington Blvd.
Norman Lear Building, 3rd Floor
Culver City, CA 90232