# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Village Roadshow Entertainment Group USA Inc. | **Case No.:** 25−10475−TMH<br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

Stephen L Grant, Clerk of Court

Date: 11/19/25
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:  
Village Roadshow Entertainment Group USA  
    Debtor

Case No. 25-10475-TMH  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: van440 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Benjamin C. Carver, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801-3335 |
| aty | + | Brynna Gaffney, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801-3335 |
| aty | + | Jennifer Nassiri, Sheppard, Mullin, Richter & Hampton LLP, 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055 |
| aty | + | Timothy Jay Fox, Jr., Office of the United States Trustee, U. S. Department of Justice, 844 King Street, Suite 2207, Lockbox #35 Wilmington, DE 19801-3519 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Nov 19 2025 20:06:08 | Joseph M Mulvihill, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801-3335 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Interested Party Magnum Films SPC aaron.applebaum@us.dlapiper.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 7 |
| Date Rcvd: Nov 19, 2025 | Form ID: van440 | Total Noticed: 5 |

    carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Albert Kass

    on behalf of Claims Agent Kurtzman Carson Consultants  LLC dba Verita Global ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Alexander R. Steiger

    on behalf of Interested Party CP Ventura LLC steiger@rlf.com
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Alexis R. Gambale

    on behalf of Creditor Ad Hoc Group of ABS Noteholders agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Amanda R. Steele

    on behalf of Interested Party CP Ventura LLC steele@rlf.com
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amy Tryon

    on behalf of Interested Party U.S. Bank National Association amy.tryon@btlaw.com  kathleen.lytle@btlaw.com

Andrew N. Goldman

    on behalf of Creditor 20th Century Studios  Inc. andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com

Benjamin C. Carver

    on behalf of Debtor Village Roadshow Entertainment Group USA Inc. bcarver@ycst.com

Bradford J. Sandler

    on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler

    on behalf of Creditor Committee Committee of Unsecured Creditors bsandler@pszjlaw.com  abates@pszjlaw.com

Brett Michael Haywood

    on behalf of Interested Party 1397225 Ontario Limited bhaywood@potteranderson.com
    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Brett Michael Haywood

    on behalf of Interested Party Falcon Strategic Partners IV  LP bhaywood@potteranderson.com,
    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Brynna Gaffney

    on behalf of Debtor Village Roadshow Entertainment Group USA Inc. bgaffney@ycst.com  bankfilings@ycst.com

Carol E Thompson

    on behalf of Debtor VREG Funding LLC cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VREG Production Services Inc. cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor Village Roadshow Pictures North America Inc. cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VREG MM2 IP Global LLC cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VREG Wonka IP Global LLC cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor Village Roadshow Films Global Inc. cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VREG OP Global LLC cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VREG WW IP Global LLC cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor Village Roadshow Distribution USA Inc. cthompson@ycst.com
    pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Carol E Thompson

    on behalf of Debtor VR Zoo Productions Ltd cthompson@ycst.com

District/off: 0311-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 3 of 7
Date Rcvd: Nov 19, 2025　　　　　　　　　　　　Form ID: van440　　　　　　　　　　　　Total Noticed: 5

| | |
|---|---|
| | pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Carol E Thompson | on behalf of Debtor Village Roadshow Films North America Inc. cthompson@ycst.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Carol E Thompson | on behalf of Debtor VREG J2 Global LLC cthompson@ycst.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Carol E Thompson | on behalf of Debtor Village Roadshow Pictures Entertainment Inc. cthompson@ycst.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Carol E Thompson | on behalf of Debtor VREG Television Inc. cthompson@ycst.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Carol E Thompson | on behalf of Debtor VREG IP Global LLC cthompson@ycst.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com |
| Casey Sawyer | on behalf of Creditor Warner Bros. Entertainment Inc. and its Affiliates csawyer@morrisnichols.com, casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Christopher M. Samis | on behalf of Interested Party Falcon Strategic Partners IV LP leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Christopher M. Samis | on behalf of Interested Party 1397225 Ontario Limited leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Colin R. Robinson | on behalf of Creditor Alcon Media Group LLC robinson@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com |
| Curtis S. Miller | on behalf of Creditor Warner Bros. Entertainment Inc. and its Affiliates cmiller@morrisnichols.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| David Ahdoot | on behalf of Interested Party SAG-AFTRA Health Plan dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Screen Actors Guild-Producers Pension Plan dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Writers Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Directors Guild of America-Producer Pension and Health Plans dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Writers Guild of America West, Inc. dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Directors Guild of America Inc. dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Motion Picture Industry Pension and Health Plans dahdoot@bushgottlieb.com |
| David Ahdoot | on behalf of Interested Party Screen Actors Guild - American Federation of Television & Radio Artists dahdoot@bushgottlieb.com |
| David B. Stratton | on behalf of Creditor Ad Hoc Group of ABS Noteholders dstratton@pashmanstein.com |
| Douglas J. Harris | on behalf of Creditor Sony Pictures Entertainment Inc., Columbia Pictures Industries, Inc. and affiliates douglas.harris@alston.com |
| Emma L. Jones | on behalf of Creditor Warner Bros. Entertainment Inc. and its Affiliates eljones@omm.com, emma-persson-2606@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Nov 19, 2025 | Form ID: van440 | Total Noticed: 5 |

Eric J. Monzo
    on behalf of Interested Party Wilmington Savings Fund Society FSB emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

George A Williams, III
    on behalf of Creditor Loompala Pictures LLC williams@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

George A Williams, III
    on behalf of Creditor Alcon Media Group LLC williams@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Gregory W. Hauswirth
    on behalf of Creditor Regency Entertainment (USA) Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Jamie Lynne Edmonson
    on behalf of Interested Party Clover Ivy Purchaser LLC jedmonson@rc.com, lshaw@rc.com

Jason S. Levin
    on behalf of Interested Party Wilmington Savings Fund Society FSB jlevin@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jody C. Barillare
    on behalf of Interested Party Paramount Global jody.barillare@morganlewis.com lori.gibson@morganlewis.com

John D. Demmy
    on behalf of Creditor Moonshot Entertainment Inc. john.demmy@saul.com, robyn.warren@saul.com

John R. Ashmead
    on behalf of Interested Party Wilmington Savings Fund Society FSB ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com

Joseph C. Barsalona II
    on behalf of Creditor Ad Hoc Group of ABS Noteholders jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H. Huston, Jr.
    on behalf of Creditor VINE ALTERNATIVE INVESTMENTS GROUP LLC jhh@stevenslee.com, rita.christopher@stevenslee.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Productions (BVI) Ltd jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Distribution Pty Ltd jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Distribution (BVI) Limited jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Pictures Entertainment Inc. jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Pictures North America Inc. jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Films Global Inc. jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow VS Films LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor VREG Wonka IP Global LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Distribution USA Inc. jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Crescent Film Holdings Limited jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor VREG OP Global LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor VR Zoo Distribution USA Inc. jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Village Roadshow Entertainment Group (BVI) Limited jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor VREG IP Global LLC jmulvihill@ycst.com bankfilings@ycst.com

District/off: 0311-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 5 of 7
Date Rcvd: Nov 19, 2025　　　　　　　　　Form ID: van440　　　　　　　　　　Total Noticed: 5

| | |
|---|---|
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Holdings USA Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG MM2 IP Global LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VR Zoo Productions Ltd jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Film Administration Management Pty Ltd jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Films North America Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VR DTE Distribution USA Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG Funding LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VR DTE Productions Limited jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG J2 Global LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG Films Ltd jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Productions Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Entertainment Group USA Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VR Films Holdings (BVI) Limited jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Distribution UK Limited jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VR Funding LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Entertainment Group Asia Limited jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Village Roadshow Films (BVI) Limited jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG Production Services Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG Television Inc. jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor VREG WW IP Global LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Katherine S. Dute | on behalf of Creditor Alcon Media Group  LLC dute@lrclaw.com, huynh@lrclaw.com;ramirez@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com |
| Kimberly A. Brown | on behalf of Creditor Alcon Media Group  LLC brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com |
| Kimberly A. Brown | on behalf of Creditor Loompala Pictures  LLC brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com |
| Kirk Prestegard | on behalf of Interested Party Writers Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan kprestegard@bushgottlieb.com |
| Kirk Prestegard | on behalf of Interested Party Motion Picture Industry Pension and Health Plans kprestegard@bushgottlieb.com |
| Kirk Prestegard | on behalf of Interested Party Directors Guild of America-Producer Pension and Health Plans kprestegard@bushgottlieb.com |
| Kirk Prestegard | |

| | |
|---|---|
| | on behalf of Interested Party Writers Guild of America West, Inc. kprestegard@bushgottlieb.com |
| Kirk Prestegard | |
| | on behalf of Interested Party SAG-AFTRA Health Plan kprestegard@bushgottlieb.com |
| Kirk Prestegard | |
| | on behalf of Interested Party Screen Actors Guild - American Federation of Television & Radio Artists kprestegard@bushgottlieb.com |
| Kirk Prestegard | |
| | on behalf of Interested Party Directors Guild of America Inc. kprestegard@bushgottlieb.com |
| Kirk Prestegard | |
| | on behalf of Interested Party Screen Actors Guild-Producers Pension Plan kprestegard@bushgottlieb.com |
| Leib M Lerner | |
| | on behalf of Creditor Sony Pictures Entertainment Inc., Columbia Pictures Industries, Inc. and affiliates leib.lerner@alston.com |
| Matthew B. Harvey | |
| | on behalf of Creditor Warner Bros. Entertainment Inc. and its Affiliates mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com |
| Maxim B. Litvak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors mlitvak@pszjlaw.com |
| Michael Joseph Merchant | |
| | on behalf of Interested Party CP Ventura LLC merchant@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |
| Noah Weingarten | |
| | on behalf of Creditor Loompala Pictures LLC nweingarten@loeb.com, nydocket@loeb.com |
| Noah Weingarten | |
| | on behalf of Creditor Alcon Media Group LLC nweingarten@loeb.com, nydocket@loeb.com |
| Peter J Keane | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors pkeane@pszjlaw.com |
| R. Stephen McNeill | |
| | on behalf of Interested Party 1397225 Ontario Limited rmcneill@potteranderson.com bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com |
| R. Stephen McNeill | |
| | on behalf of Interested Party Falcon Strategic Partners IV LP rmcneill@potteranderson.com, bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com |
| Rachel Jaffe Mauceri | |
| | on behalf of Interested Party Clover Ivy Purchaser LLC rmauceri@rc.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Robert J. Feinstein | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Scott P Drake | |
| | on behalf of Creditor Warner Bros. Entertainment Inc. and its Affiliates sdrake@omm.com, scott-drake-6281@ecf.pacerpro.com;nalonso@omm.com |
| Shannon Forshay | |
| | on behalf of Interested Party 1397225 Ontario Limited sforshay@potteranderson.com bankruptcy@potteranderson.com |
| Shannon Forshay | |
| | on behalf of Interested Party Falcon Strategic Partners IV LP sforshay@potteranderson.com, bankruptcy@potteranderson.com |
| Soumya Parvathi Venkateswaran | |
| | on behalf of Creditor Alcon Media Group LLC venkateswaran@lrclaw.com, ramirez@lrclaw.com;kittinger@lrclaw.com;ford@lrclaw.com;huynh@lrclaw.com |
| Stephan E. Hornung | |
| | on behalf of Interested Party Paramount Global stephan.hornung@morganlewis.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party SAG-AFTRA Health Plan skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Writers Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |

District/off: 0311-1 | User: admin | Page 7 of 7
Date Rcvd: Nov 19, 2025 | Form ID: van440 | Total Noticed: 5

| | |
|---|---|
| Susan E. Kaufman | on behalf of Interested Party Writers Guild of America West, Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Motion Picture Industry Pension and Health Plans skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Screen Actors Guild - American Federation of Television & Radio Artists skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Directors Guild of America-Producer Pension and Health Plans skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Screen Actors Guild-Producers Pension Plan skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Directors Guild of America Inc. skaufman@skaufmanlaw.com |
| Timothy Jay Fox, Jr. | on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Vadim J. Rubinstein | on behalf of Creditor Loompala Pictures LLC vrubinstein@loeb.com |
| Vadim J. Rubinstein | on behalf of Creditor Alcon Media Group LLC vrubinstein@loeb.com |
| William E. Chipman, Jr. | on behalf of Creditor Sony Pictures Entertainment Inc., Columbia Pictures Industries, Inc. and affiliates chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |

TOTAL: 130