# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTERS SCHEDULED FOR NOVEMBER 24, 2025 AT 2:00 P.M. (ET)

> **THE HEARING WILL BE HELD IN COURTROOM NO. 5.**
>
> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**MATTER GOING FORWARD**

1. Warner Bros. Entertainment Inc.'s Emergency Motion to Stay Pending Appeal [D.I. 1048, 11/18/25]

   Objection Deadline:   November 21, 2025

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] **Amendments appear in bold.**

Related Documents:

    A. Order Granting Warner Bros. Entertainment Inc.'s Emergency Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Warner Bros. Entertainment Inc.'s Emergency Motion to Stay Pending Appeal [D.I. 1056, 11/19/25]

    B. Notice of Warner Bros. Entertainment Inc.'s Emergency Motion to Stay Pending Appeal [D.I. 1057, 11/20/25]

Objections Filed:

    **A. Debtors' Objection to Warner's Motion for a Stay of the Derivative Rights Sale Order Pending Appeal [D.I. 1065, 11/21/25]**

    **B. [SEALED] Alcon Media Group, LLC's (I) Joinder to Debtors' Objection to Warner Bros.' Motion for a Stay of the Derivative Rights Sale Order Pending Appeal and (II) Objection to Warner Bros.' Motion for Stay Pending Appeal [D.I. 1100, 11/21/25]**

Status: This matter is going forward.

Dated: November 24, 2025
Wilmington, Delaware

/s/ Joseph M. Mulvihill

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
|---|---|
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, IL 60654 |
| 1000 North King Street | Telephone: (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile: (312) 499-6301 |
| Telephone: (302) 571-6600 | Email: jbernbrock@sheppardmullin.com |
| Facsimile: (302) 571-1253 | mbenz@sheppardmullin.com |
| Email: jmulvihill@ycst.com | |
| bcarver@ycst.com | -and- |
| bgaffney@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*