IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Village Roadshow Entertainment Group USA, Inc et al.

| | | |
|---|---|---|
| Regency Entertainment USA, Inc, | ) ) | |
| | ) | Civil Action No. 25-cv-1444-UNA |
| Appellant, | ) ) | |
| v. | ) ) ) | |
| Village Roadshow Entertainment Group USA, Inc, | ) ) | Bankruptcy Case No. 20-10475 (TMH) Bankruptcy BAP No. 25-60 |
| Alcon Media Group, LLC, | | |
| Appellee(s). | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Orders of the Bankruptcy Court dated 11/12/2025 and 11/5/2025 was docketed in the District Court on 11/26/2025:

## ORDER (I) APPROVING THE SALE OF THE DERIVATIVE RIGHTS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH, AND (III) GRANTING RELATED RELIEF; AND MEMORANDUM OPINION

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 12/1/2025
CC.    U.S. Bankruptcy Court
        Counsel via CM/ECF