## Exhibit A

## October 1, 2025 through October 31, 2025 Invoice

4919-0250-6876.2 90346.00002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

November 14, 2025
Invoice   150497
Client    90346.00002

RE:  Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2025**

| | |
|---|---|
| FEES | $146,577.00 |
| EXPENSES | $693.37 |
| **TOTAL CURRENT CHARGES** | **$147,270.37** |
| **BALANCE FORWARD** | **$312,312.14** |
| **LAST PAYMENT** | **-$210,830.44** |
| **TOTAL BALANCE DUE** | **$248,752.07** |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    2

Invoice 150497

November 14, 2025

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|-----:|------:|-------:|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 24.20 | $45,859.00 |
| BJS | Sandler, Bradford J. | Partner | 947.50 | 5.00 | $4,737.50 |
| JHR | Rosell, Jason H. | Partner | 1,250.00 | 7.80 | $9,750.00 |
| MBL | Litvak, Maxim B. | Partner | 1,725.00 | 2.00 | $3,450.00 |
| RJF | Feinstein, Robert J. | Partner | 1,950.00 | 15.10 | $29,445.00 |
| RJF | Feinstein, Robert J. | Partner | 975.00 | 4.00 | $3,900.00 |
| SSC | Cho, Shirley S. | Partner | 1,525.00 | 8.30 | $12,657.50 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 15.20 | $19,684.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 7.50 | $4,875.00 |
| ND | Natalie Denhardt | Paralegal | 595.00 | 1.30 | $773.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 0.80 | $500.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 10.00 | $4,950.00 |
| DC | David Crosby Jr | Case Management Assistant | 495.00 | 1.40 | $693.00 |
| CS | Strelow, Caledonia | Law Clerk | 525.00 | 10.10 | $5,302.50 |
| | | | | 112.70 | $146,577.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    3
Invoice 150497
November 14, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 21.70 | $39,083.50 |
| BL | Bankruptcy Litigation | 5.80 | $4,141.00 |
| CA | Case Administration | 13.70 | $19,633.00 |
| CO | Claims Administration and Objections | 1.50 | $2,849.50 |
| CP | PSZJ Compensation | 4.80 | $4,491.00 |
| CPO | Other Professional Compensation | 2.40 | $2,749.50 |
| FN | Financing/Cash Collateral/Cash Management | 4.50 | $8,174.00 |
| GC | General Creditors' Committee | 5.50 | $3,435.50 |
| HE | Hearings | 23.90 | $22,839.00 |
| OP | Operations | 0.50 | $947.50 |
| PD | Plan and Disclosure Statement | 16.90 | $27,971.00 |
| RP | PSZJ Retention | 1.30 | $845.00 |
| RPO | Other Professional Retention | 1.20 | $780.00 |
| TR | Travel | 9.00 | $8,637.50 |
| | | 112.70 | $146,577.00 |

Pachulski Stang Ziehl & Jones LLP                                Page:   4
Village Roadshow Entertainment Group USA O.C.C.                  Invoice 150497
Client 90346.00002                                              November 14, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Working Meals | $50.60 |
| Delivery/Courier Service | $7.50 |
| Federal Express | $30.07 |
| Pacer - Court Research | $41.10 |
| Reproduction Expense | $175.10 |
| Travel Expense | $389.00 |
| | $693.37 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition**

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/15/2025 | BJS | AD | Telephone conference with P Hurwitz regarding update | 0.30 | 1,895.00 | $568.50 |
| 09/26/2025 | BJS | AD | Attention to discovery and Warner | 0.30 | 1,895.00 | $568.50 |
| 10/06/2025 | JHR | AD | Analyze draft derivative rights sale order | 0.80 | 1,250.00 | $1,000.00 |
| 10/06/2025 | JHR | AD | Call with S. Cho re: derivative rights sale order | 0.20 | 1,250.00 | $250.00 |
| 10/06/2025 | JHR | AD | Analyze revised derivative rights purchase agreement | 1.10 | 1,250.00 | $1,375.00 |
| 10/07/2025 | SSC | AD | Correspond with J. Rosell re derivate sale filings. | 0.10 | 1,525.00 | $152.50 |
| 10/10/2025 | JHR | AD | Analyze Warner derivative rights sale objection | 0.70 | 1,250.00 | $875.00 |
| 10/10/2025 | RJF | AD | Telephone conference with Warren regarding Derivative Rights sale. | 0.30 | 1,950.00 | $585.00 |
| 10/15/2025 | BJS | AD | Attention to WB sale objection and review related pleadings | 1.50 | 1,895.00 | $2,842.50 |
| 10/16/2025 | BJS | AD | Telephone conference with P. Keane regarding sale hearing | 0.20 | 1,895.00 | $379.00 |
| 10/16/2025 | SSC | AD | Correspond with R. Feinstein, B. Sandler re hearing coverage. | 0.10 | 1,525.00 | $152.50 |
| 10/17/2025 | BJS | AD | Attention to sale hearing prep and plan issues; various email with Debtors regarding same; telephone conference with J Bernbrock regarding same; various email with PSZJ regarding same and telephone conference with R. Feinstein regarding same | 2.50 | 1,895.00 | $4,737.50 |
| 10/17/2025 | RJF | AD | Telephone conference with Drake regarding derivative rights sale. | 0.30 | 1,950.00 | $585.00 |
| 10/19/2025 | BJS | AD | Telephone conference with C Miller regarding sale hearing | 0.40 | 1,895.00 | $758.00 |
| 10/19/2025 | BJS | AD | Various email with R. Feinstein regarding Warner's bid | 0.10 | 1,895.00 | $189.50 |
| 10/19/2025 | BJS | AD | Prepare for sale hearing | 1.00 | 1,895.00 | $1,895.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   6
Invoice 150497
November 14, 2025

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2025 | RJF | AD | Prepare for hearing on derivative rights sale, including debtors' reply brief, declarations. | 1.50 | 1,950.00 | $2,925.00 |
| 10/20/2025 | JHR | AD | Analyze revised derivative rights APA. | 0.40 | 1,250.00 | $500.00 |
| 10/20/2025 | RJF | AD | Attend hearing on derivative assets sale. | 6.00 | 1,950.00 | $11,700.00 |
| 10/21/2025 | RJF | AD | Attend continued hearing on sale of derivative rights. | 2.80 | 1,950.00 | $5,460.00 |
| 10/22/2025 | RJF | AD | Telephone conference with B. Sandler regarding case status. | 0.30 | 1,950.00 | $585.00 |
| 10/31/2025 | JHR | AD | Analyze WB pleadings | 0.80 | 1,250.00 | $1,000.00 |
| | | | | **21.70** | | **$39,083.50** |

**Bankruptcy Litigation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2025 | CS | BL | Internal call on RFP items. | 0.30 | 525.00 | $157.50 |
| 04/09/2025 | CS | BL | Confer with C. Mackle on RFP drafting. | 0.10 | 525.00 | $52.50 |
| 04/09/2025 | CS | BL | Draft RFP directed to debtors. | 4.60 | 525.00 | $2,415.00 |
| 09/16/2025 | BJS | BL | Review Settlement Proposal from Debtors to WB | 0.10 | 1,895.00 | $189.50 |
| 09/24/2025 | BJS | BL | Attention to Warner litigation/discovery disputes | 0.40 | 1,895.00 | $758.00 |
| 09/30/2025 | BJS | BL | Attention to Warner bros litigation | 0.30 | 1,895.00 | $568.50 |
| | | | | **5.80** | | **$4,141.00** |

**Case Administration**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 10/01/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 10/02/2025 | PJK | CA | Review docket re recent filings (.4), review critical dates memo (.2) | 0.60 | 1,295.00 | $777.00 |
| 10/03/2025 | PJK | CA | Review critical dates memo and docket re recent filings | 0.40 | 1,295.00 | $518.00 |
| 10/07/2025 | ARP | CA | Maintain document control. | 0.20 | 495.00 | $99.00 |
| 10/08/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 10/08/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 10/13/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   7

Invoice 150497

November 14, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2025 | ARP | CA | Maintain document control. | 0.20 | 495.00 | $99.00 |
| 10/14/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,295.00 | $518.00 |
| 10/16/2025 | BJS | CA | Review Agenda and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 10/16/2025 | PJK | CA | Review docket re recent filings and critical dates memo | 0.40 | 1,295.00 | $518.00 |
| 10/17/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 10/20/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |
| 10/20/2025 | BJS | CA | Attend Sale hearing | 6.00 | 1,895.00 | $11,370.00 |
| 10/21/2025 | ATB | CA | Review docket; update critical dates memo. | 0.70 | 650.00 | $455.00 |
| 10/21/2025 | BJS | CA | Review critical dates and discuss with A.Bates | 0.10 | 1,895.00 | $189.50 |
| 10/22/2025 | SSC | CA | Telephone conference with B. Sandler re case status. | 0.10 | 1,525.00 | $152.50 |
| 10/23/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.3) | 0.50 | 1,295.00 | $647.50 |
| 10/24/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,295.00 | $518.00 |
| 10/27/2025 | ARP | CA | Maintain document control. | 0.40 | 495.00 | $198.00 |
| 10/29/2025 | ARP | CA | Maintain document control. | 0.20 | 495.00 | $99.00 |
| 10/30/2025 | DC | CA | Maintain document control | 0.40 | 495.00 | $198.00 |
| 10/31/2025 | BJS | CA | Attention to claims | 0.30 | 1,895.00 | $568.50 |
| 10/31/2025 | BJS | CA | Attention to WB's standing motion | 0.40 | 1,895.00 | $758.00 |
| 10/31/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.3) | 0.50 | 1,295.00 | $647.50 |
| | | | | **13.70** | | **$19,633.00** |

## Claims Administration and Objections

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2025 | BJS | CO | Review COC regarding Moonshot | 0.10 | 1,895.00 | $189.50 |
| 10/03/2025 | BJS | CO | Attention to Warner mediation and sale issues | 0.40 | 1,895.00 | $758.00 |
| 10/06/2025 | RJF | CO | Telephone conference with Warren regarding status of Debtor/WB discussions. | 0.30 | 1,950.00 | $585.00 |
| 10/07/2025 | BJS | CO | Review Friedman declaration | 0.10 | 1,895.00 | $189.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   8
Invoice 150497
November 14, 2025

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2025 | RJF | CO | Review new arbitration rulings. | 0.50 | 1,950.00 | $975.00 |
| 10/10/2025 | SSC | CO | Review Dundon analysis re Library Debtors' claims. | 0.10 | 1,525.00 | $152.50 |
| | | | | **1.50** | | **$2,849.50** |

**PSZJ Compensation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/09/2025 | ND | CP | Meet with S S. Cho regarding review of July/August Bill (0.1); review and edit July/August bill (0.5) | 0.90 | 595.00 | $535.50 |
| 09/11/2025 | ND | CP | Review and additional edits to the August Bill and email to S S. Cho regarding the same | 0.40 | 595.00 | $238.00 |
| 10/08/2025 | ATB | CP | Draft CNOs re: PSZJ July and August monthlies; filed July CNO. | 0.50 | 650.00 | $325.00 |
| 10/08/2025 | SSC | CP | Correspond with A. Bates, P. Kane re PSZJ CNOs. | 0.10 | 1,525.00 | $152.50 |
| 10/09/2025 | ATB | CP | File CNO re: PSZJ August monthly; correspond with S. S. Cho re: outstanding fees. | 0.40 | 650.00 | $260.00 |
| 10/10/2025 | SSC | CP | Correspond with A. Paddock re PSZJ fee reimbursement. | 0.10 | 1,525.00 | $152.50 |
| 10/10/2025 | SSC | CP | Review PSZJ fee statement edits. | 0.10 | 1,525.00 | $152.50 |
| 10/13/2025 | ATB | CP | Revise September monthly; correspond with team re: same. | 0.40 | 650.00 | $260.00 |
| 10/16/2025 | ATB | CP | Revise, file and serve September monthly. | 0.70 | 650.00 | $455.00 |
| 10/16/2025 | BJS | CP | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| 10/16/2025 | PJK | CP | Review PSZJ Sept. fee app, emails with A Bates re same | 0.40 | 1,295.00 | $518.00 |
| 10/16/2025 | SSC | CP | Correspond with Village re outstanding PSZJ payments. | 0.20 | 1,525.00 | $305.00 |
| 10/29/2025 | BJS | CP | Various email with PSZJ regarding fee app | 0.30 | 1,895.00 | $568.50 |
| | | | | **4.80** | | **$4,491.00** |

**Other Professional Compensation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/2025 | BJS | CPO | Review YCST fee app | 0.10 | 1,895.00 | $189.50 |
| 10/09/2025 | ATB | CPO | Update fee chart. | 0.40 | 650.00 | $260.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    9
Invoice 150497
November 14, 2025

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2025 | BJS | CPO | Review SMRH fee app | 0.10 | 1,895.00 | $189.50 |
| 10/14/2025 | BJS | CPO | Review K&E fee app | 0.10 | 1,895.00 | $189.50 |
| 10/24/2025 | BJS | CPO | Review WSFS fee statement | 0.10 | 1,895.00 | $189.50 |
| 10/30/2025 | BJS | CPO | Review Solic fee app | 0.10 | 1,895.00 | $189.50 |
| 10/30/2025 | BJS | CPO | Review SMR fee app | 0.20 | 1,895.00 | $379.00 |
| 10/30/2025 | BJS | CPO | Review YCST fee app | 0.10 | 1,895.00 | $189.50 |
| 10/31/2025 | ATB | CPO | Revise notice of Dundon combined monthly; file and serve same. | 0.90 | 650.00 | $585.00 |
| 10/31/2025 | PJK | CPO | Review Dundon 3rd fee app (.2), emails with A Bates re same (.1) | 0.30 | 1,295.00 | $388.50 |
| | | | | **2.40** | | **$2,749.50** |

**Financing/Cash Collateral/Cash Management**

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/16/2025 | BJS | FN | Review S&K fee statement | 0.10 | 1,895.00 | $189.50 |
| 09/17/2025 | BJS | FN | Various email with I Guevrekian regarding fees | 0.10 | 1,895.00 | $189.50 |
| 09/25/2025 | BJS | FN | Attention to challenge period | 0.30 | 1,895.00 | $568.50 |
| 10/06/2025 | MBL | FN | Emails with J. Rosell re challenge and case status. | 0.10 | 1,725.00 | $172.50 |
| 10/21/2025 | BJS | FN | Various email with M. Litvak regarding challenge | 0.10 | 1,895.00 | $189.50 |
| 10/21/2025 | MBL | FN | Emails with team re challenge deadline (0.1); review hearing transcript from 10/20 and case updates (0.3). | 0.40 | 1,725.00 | $690.00 |
| 10/21/2025 | MBL | FN | Draft challenge extension stipulation (0.3); coordinate same with debtor and lender counsel re same (0.1). | 0.40 | 1,725.00 | $690.00 |
| 10/23/2025 | BJS | FN | Attention to challenge extension | 0.10 | 1,895.00 | $189.50 |
| 10/23/2025 | MBL | FN | Call with noteholder counsel re challenge extension (0.1); revise extension stipulation (0.3) and emails with lender counsel re same (0.1). | 0.50 | 1,725.00 | $862.50 |
| 10/27/2025 | BJS | FN | Attention to challenge period and extension | 0.20 | 1,895.00 | $379.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:     10
Invoice 150497
November 14, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2025 | MBL | FN | Emails with team and lender counsel re challenge extension. | 0.10 | 1,725.00 | $172.50 |
| 10/27/2025 | RJF | FN | Emails M. Litvak regarding challenge extension. | 0.10 | 1,950.00 | $195.00 |
| 10/28/2025 | BJS | FN | Various email with PSZJ regarding challenge extension | 0.10 | 1,895.00 | $189.50 |
| 10/28/2025 | MBL | FN | Emails with team and lender counsel re challenge extension and plan status. | 0.10 | 1,725.00 | $172.50 |
| 10/28/2025 | RJF | FN | Emails regarding challenge extension, Plan of Reorganization status with debtors' and lenders' counsel. | 0.30 | 1,950.00 | $585.00 |
| 10/29/2025 | BJS | FN | Various email with Lenders regarding WB and challenge rights | 0.10 | 1,895.00 | $189.50 |
| 10/29/2025 | MBL | FN | Emails with team and lender counsel re challenge extension and plan status (0.1); call with J. Newton re same (0.1). | 0.20 | 1,725.00 | $345.00 |
| 10/29/2025 | RJF | FN | Emails about challenge extension, Plan of Reorganization with Mofo. | 0.30 | 1,950.00 | $585.00 |
| 10/29/2025 | SSC | FN | Review emails re challenge extension deadline. | 0.10 | 1,525.00 | $152.50 |
| 10/30/2025 | BJS | FN | Various email with Lenders regarding challenge extension | 0.10 | 1,895.00 | $189.50 |
| 10/30/2025 | MBL | FN | Emails with team and lender counsel re challenge extension, finalize stipulation, and coordinate filing. | 0.20 | 1,725.00 | $345.00 |
| 10/30/2025 | RJF | FN | Telephone conference with Warren regarding challenge extension. | 0.30 | 1,950.00 | $585.00 |
| 10/30/2025 | RJF | FN | Emails regarding challenge extension stipulation. | 0.10 | 1,950.00 | $195.00 |
| 10/30/2025 | SSC | FN | Review status of challenge deadline. | 0.10 | 1,525.00 | $152.50 |
|  |  |  |  | **4.50** |  | **$8,174.00** |

## General Creditors' Committee

| 04/03/2025 | CS | GC | Review and proofread proposed committee bylaws. | 2.30 | 525.00 | $1,207.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   11
Invoice 150497
November 14, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2025 | CS | GC | Review and summarize key pleadings for committee memo. | 2.50 | 525.00 | $1,312.50 |
| 04/03/2025 | CS | GC | Update proposed committee bylaws for co-chair modification. | 0.30 | 525.00 | $157.50 |
| 10/31/2025 | BJS | GC | Telephone conference with S Balasiano regarding settlement | 0.40 | 1,895.00 | $758.00 |
| | | | | **5.50** | | **$3,435.50** |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2025 | ARP | HE | Prepare hearing notebook for hearing on 10-20-25. | 5.10 | 495.00 | $2,524.50 |
| 10/16/2025 | ATB | HE | Draft and file and serve witness and exhibit list re: 10/20 hearing; prepare for hearing. | 0.80 | 650.00 | $520.00 |
| 10/16/2025 | DC | HE | Downloading documents via PACER for future hearing | 0.50 | 495.00 | $247.50 |
| 10/16/2025 | PEC | HE | Review Agenda for 10/20/25 Hearing and coordinate binder preparation | 0.20 | 625.00 | $125.00 |
| 10/16/2025 | PJK | HE | Discuss 10/20 hearing issues with BJS | 0.20 | 1,295.00 | $259.00 |
| 10/16/2025 | PJK | HE | Review 10/20 agenda (.2) and matters scheduled for hearing (.6) | 0.80 | 1,295.00 | $1,036.00 |
| 10/16/2025 | PJK | HE | Review draft w/e list, emails with A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 10/16/2025 | SSC | HE | Review hearing agenda. | 0.10 | 1,525.00 | $152.50 |
| 10/16/2025 | SSC | HE | Review and reply to A. Bates re witness and exhibit list. | 0.10 | 1,525.00 | $152.50 |
| 10/17/2025 | ARP | HE | Prepare hearing notebook for hearing on 10-20-25. | 2.80 | 495.00 | $1,386.00 |
| 10/17/2025 | DC | HE | Printing sealed documents for future hearing | 0.50 | 495.00 | $247.50 |
| 10/17/2025 | PEC | HE | Review 10/20/25 Hearing Binder | 0.40 | 625.00 | $250.00 |
| 10/17/2025 | PEC | HE | Review 10/20/25 virtual hearing binder | 0.20 | 625.00 | $125.00 |
| 10/17/2025 | PJK | HE | Review matters set for 10/20 hearing (.6), emails with PC re prepare for same (.2), emails with A Paul re sealed docs (.2) | 1.00 | 1,295.00 | $1,295.00 |
| 10/20/2025 | ATB | HE | Book court lines for continued hearing for team. | 0.20 | 650.00 | $130.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    12
Invoice 150497
November 14, 2025

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2025 | JHR | HE | Attend 10/20 hearing (partial) | 0.90 | 1,250.00 | $1,125.00 |
| 10/20/2025 | PJK | HE | Attend hearing via Zoom (morning session) | 2.00 | 1,295.00 | $2,590.00 |
| 10/20/2025 | PJK | HE | Attend hearing via Zoom (afternoon session) | 3.80 | 1,295.00 | $4,921.00 |
| 10/20/2025 | PJK | HE | Prepare for hearing | 0.30 | 1,295.00 | $388.50 |
| 10/20/2025 | PJK | HE | Emails with B. Sandler re continued hearing on 10/21 | 0.20 | 1,295.00 | $259.00 |
| 10/20/2025 | PJK | HE | Emails with PSZJ team re Zoom hrg on 10/21, emails with A Bates and coordinate logistics re same | 0.30 | 1,295.00 | $388.50 |
| 10/21/2025 | PJK | HE | Attend hearing via Zoom | 2.50 | 1,295.00 | $3,237.50 |
| 10/22/2025 | SSC | HE | Review hearing transcripts. | 0.80 | 1,525.00 | $1,220.00 |
| | | | | **23.90** | | **$22,839.00** |

**Operations**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2025 | BJS | OP | Review MORs | 0.30 | 1,895.00 | $568.50 |
| 10/21/2025 | BJS | OP | Review MORs | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.50** | | **$947.50** |

**Plan and Disclosure Statement**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2025 | SSC | PD | Preliminary review and analysis re plan. | 0.70 | 1,525.00 | $1,067.50 |
| 10/02/2025 | SSC | PD | Correspond with B. Sandler, R. Feinstein re plan issues. | 0.30 | 1,525.00 | $457.50 |
| 10/03/2025 | RJF | PD | Review S. Cho comments to draft Plan of Reorganization. | 0.30 | 1,950.00 | $585.00 |
| 10/06/2025 | RJF | PD | Emails S. Cho regarding plan issues. | 0.30 | 1,950.00 | $585.00 |
| 10/08/2025 | BJS | PD | Attention to plan issues | 0.40 | 1,895.00 | $758.00 |
| 10/08/2025 | RJF | PD | Numerous emails S. Cho regarding comments to draft plan. | 0.50 | 1,950.00 | $975.00 |
| 10/08/2025 | SSC | PD | Review and revise plan. | 2.50 | 1,525.00 | $3,812.50 |
| 10/09/2025 | BJS | PD | Attention to confirmation and plan issues | 0.80 | 1,895.00 | $1,516.00 |
| 10/09/2025 | RJF | PD | Numerous emails S. Cho regarding debtor's initial plan draft. | 0.50 | 1,950.00 | $975.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    13

Invoice 150497

November 14, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2025 | SSC | PD | Correspond with R. Feinstein re plan term sheet. | 0.10 | 1,525.00 | $152.50 |
| 10/09/2025 | SSC | PD | Telephone conference with P. Hurwitz re plan questions. | 0.10 | 1,525.00 | $152.50 |
| 10/09/2025 | SSC | PD | Review and revise plan. | 1.50 | 1,525.00 | $2,287.50 |
| 10/10/2025 | RJF | PD | Review S. Cho markup of Plan of Reorganization. | 0.40 | 1,950.00 | $780.00 |
| 10/10/2025 | SSC | PD | Correspond with R. Feinstein re plan edits. | 0.10 | 1,525.00 | $152.50 |
| 10/10/2025 | SSC | PD | Correspond with Sheppard Mullin re plan edits. | 0.10 | 1,525.00 | $152.50 |
| 10/11/2025 | BJS | PD | Attention to plan issues | 0.40 | 1,895.00 | $758.00 |
| 10/11/2025 | JHR | PD | Analyze draft plan. | 1.10 | 1,250.00 | $1,375.00 |
| 10/15/2025 | BJS | PD | Attention to plan issues; telephone conference with Justin B regarding same; various conferences with R. Feinstein regarding same and various email with Debtors regarding same | 0.60 | 1,895.00 | $1,137.00 |
| 10/15/2025 | SSC | PD | Review emails re plan edits. | 0.10 | 1,525.00 | $152.50 |
| 10/16/2025 | JHR | PD | Correspondence with debtors re: plan issues | 0.20 | 1,250.00 | $250.00 |
| 10/28/2025 | BJS | PD | Various email with Debtors regarding plan issues | 0.30 | 1,895.00 | $568.50 |
| 10/29/2025 | BJS | PD | Telephone conference with P Hurwitz regarding plan issues | 0.20 | 1,895.00 | $379.00 |
| 10/29/2025 | BJS | PD | Review Motion to approve Disclosure Statement and exhibits there | 0.80 | 1,895.00 | $1,516.00 |
| 10/29/2025 | JHR | PD | Analyze plan issues | 0.90 | 1,250.00 | $1,125.00 |
| 10/29/2025 | SSC | PD | Review emails re plan revision status. | 0.10 | 1,525.00 | $152.50 |
| 10/30/2025 | BJS | PD | Review revised (draft) plan; review committee letter in support and various email with PSZJ regarding same | 0.80 | 1,895.00 | $1,516.00 |
| 10/30/2025 | JHR | PD | Draft Committee plan support letter. | 0.70 | 1,250.00 | $875.00 |
| 10/30/2025 | SSC | PD | Correspond with J. Rosell re Village plan edits. | 0.10 | 1,525.00 | $152.50 |
| 10/30/2025 | SSC | PD | Research re plan support letter. | 0.20 | 1,525.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   14
Invoice 150497
November 14, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2025 | SSC | PD | Review and correspond with J. Rosell re plan support letter. | 0.10 | 1,525.00 | $152.50 |
| 10/31/2025 | BJS | PD | Attention to plan issues and review solicitation motion | 1.50 | 1,895.00 | $2,842.50 |
| 10/31/2025 | SSC | PD | Review motion to approve DS and correspond with J. Rosell re same. | 0.20 | 1,525.00 | $305.00 |
| | | | | **16.90** | | **$27,971.00** |

**PSZJ Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2025 | ATB | RP | Coordinate finalizing PSZJ retention application (.3); finalize interested party list (.5); file and serve retention application (.5). | 1.30 | 650.00 | $845.00 |
| | | | | **1.30** | | **$845.00** |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2025 | ATB | RPO | Coordinate re: Dundon retention application filing(.3); finalize interested party list (.4); file and serve Dundon retention application (.5). | 1.20 | 650.00 | $780.00 |
| | | | | **1.20** | | **$780.00** |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2025 | BJS | TR | Travel to sale hearing (billed at 1/2 rate) | 2.50 | 947.50 | $2,368.75 |
| 10/20/2025 | BJS | TR | Return travel from sale hearing  (billed at 1/2 rate) | 2.50 | 947.50 | $2,368.75 |
| 10/20/2025 | RJF | TR | Non-working travel time to and from Delaware (billed at 1/2 rate) | 4.00 | 975.00 | $3,900.00 |
| | | | | **9.00** | | **$8,637.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$146,577.00**

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    15

Invoice 150497

November 14, 2025

**<u>Expenses</u>**

| | | | |
|---|---|---|---:|
| 10/01/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/01/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/01/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/02/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/03/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/03/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/03/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   16

Invoice 150497

November 14, 2025

| | | | |
|---|---|---|---|
| 10/06/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/06/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/08/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/08/2025 | RE | SCAN/COPY ( 129 @0.10 PER PG) | 12.90 |
| 10/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/09/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/09/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/13/2025 | RE | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    17

Invoice 150497

November 14, 2025

| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 10/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/14/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2025 | FE | 90346.00002 FedEx Charges for 10-16-25 | 30.07 |
| 10/16/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/16/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/16/2025 | RE | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/16/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/16/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2025 | RE | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 10/16/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/16/2025 | RE | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   18
Invoice 150497
November 14, 2025

| Date | | Description | Amount |
|---|---|---|---|
| 10/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/16/2025 | RE | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 10/16/2025 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/16/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/17/2025 | RE | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 10/17/2025 | RE | SCAN/COPY ( 276 @0.10 PER PG) | 27.60 |
| 10/17/2025 | RE | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 10/17/2025 | RE | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 10/17/2025 | RE | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 10/19/2025 | TE | Amtrak:  Delaware hearing - VillageRoadshaw RJF | 389.00 |
| 10/20/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/20/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/20/2025 | DC | 90346.00002 Advita Charges for 10-20-25 | 7.50 |
| 10/21/2025 | BM | Meal:  Delaware - VillageRoadshaw RJF | 50.60 |
| 10/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                  Page:    19
Village Roadshow Entertainment Group USA O.C.C.                    Invoice 150497
Client 90346.00002                                                November 14, 2025

| | | | |
|---|---|---|---|
| 10/21/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/21/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/21/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/22/2025 | RE | SCAN/COPY ( 93 @0.10 PER PG) | 9.30 |
| 10/23/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/27/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/31/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/31/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/31/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/31/2025 | RE | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 10/31/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/31/2025 | PAC | Pacer - Court Research | 41.10 |

**Total Expenses for this Matter**                                **$693.37**

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    20

Invoice 150497

November 14, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  10/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 147882 | 06/30/2025 | $50,005.80 | $0.00 | $50,005.80 |
| 148477 | 07/31/2025 | $37,024.00 | $0.00 | $37,024.00 |
| 149467 | 08/31/2025 | $8,239.80 | $0.00 | $8,239.80 |
| 149813 | 09/30/2025 | $6,212.10 | $0.00 | $6,212.10 |

**Total Amount Due on Current and Prior Invoices:**                    **$248,752.07**