**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 25-10475 (TMH) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA, INC., et al.,[1] | (Jointly Administered) |
| Debtors. | |

**REGENCY ENTERTAINMENT (USA), INC.'S STATEMENT OF ISSUES AND
DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL
PURSUANT TO FED. R. BANKR. P. 8009**

Regency Entertainment (USA), Inc. ("**Appellant**" or "**Regency**"), by and through its undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and as supplemented by Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware ("**Bankruptcy Court**"), respectfully submits the following: (i) statement of issues to be included on appeal from the decision of the Bankruptcy Court's *Order (I) Approving the Sale of the Derivative Rights Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* [D.I. 1043] ("**Order**")[2] entered on November 12, 2025, that adopts by reference the Bankruptcy Court's *Memorandum Opinion* [D.I. 1027] published on November 5, 2025; and

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] All initial capitalized terms not herein defined shall have the meaning ascribed to them in the Order.

(ii) designation of items to be included in the record on appeal (collectively with the statement of issues, the "**Statement of Issues and Designation of Record on Appeal**"). In support of this Statement of Issues and Designation of Record on Appeal, Regency submits the following:

## I.   STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.    Whether the Bankruptcy Court erred in concluding that the Regency Derivative Rights Agreement is not an unassignable personal services contract under 11 U.S.C. § 365(c)(2).

2.    Whether the Bankruptcy Court erred in concluding that the Derivative Rights Agreement along with the Co-ownership Agreement does not create a personal services contract.

3.    Whether the Bankruptcy Court erred in concluding that the Derivative Rights Agreement along with the Co-ownership Agreement is not an unassignable contract under California law and 11 U.S.C. § 365(c)(1) notwithstanding the uncontroverted evidence that shows they were founded on personal trust and confidence.

4.    Whether the Bankruptcy Court erred in determining the personal services nature of the Derivative Rights Agreement and Co-ownership Agreement based on events occurring subsequent to formation of such contracts rather than based on the intention of the parties at the time they entered into such contracts.

5.    Whether the Bankruptcy Court erred in analyzing the issue of whether the Derivative Rights Agreement in conjunction with the Co-ownership Agreement is a personal services contract as of the time of the hearing rather than on the date that the Derivative Rights Agreement and Co-ownership Agreement were executed.

## II.   DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellant submits the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

A.   <u>**Trial Exhibit Designations**</u>

At the Sale Hearing on October 20-21, 2025, with the Bankruptcy Court's permission, Appellant and the Appellees agreed to admit all exhibits on the *Joint Witness and Exhibit List* [D.I. 948] into evidence, and one additional exhibit not on the list was admitted into evidence at the hearing (Ex. 403). Attached as **Exhibit A** hereto is the list of exhibits admitted into evidence at the Sale Hearing that Appellant designates for the appellate record.

B.   **Additional Designations**

Appellant also submits the following designation of items to be included in the record on appeal ("**Additional Designations**"):

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| 1. | Transcript Regarding Hearing Held April 22, 2025 Re: Omnibus Hearing | 289 |
| 2. | *Notice of Successful Bidder for Library Assets* | 396 |
| 3. | [SEALED] *Reply Re: Warner Bros. Entertainment Inc.'s Reply in Support of its Motion (I) for an Order, Granting Limited Relief from the Automatic Stay to Obtain its Damages Award and Judgment and (II) to Enforce Arbitration Provisions in the Matrix Agreements with the Debtors* | 525 |
| 4. | [SEALED] *Debtors' Reply in Support of the Sale of the Library Assets to the Successful Bidder and in Response to Warner Bros.' Objection* | 526 |
| 5. | *Notice of Amended Agenda for Hearing of Matters scheduled for June 18, 2025 at 11:00 A.M. (ET)* | 544 |
| 6. | *Order Approving Stipulation* | 545 |
| 7. | Transcript Regarding Hearing Held June 18, 2025 Re: Sale Hearing | 563 |

---

[3] Documents listed herein without a Bankr. Dkt. Index No. include Item Nos. 66-69 (which were provided to the Bankruptcy Court or read into the record, as applicable, during the Sale Hearing on Oct. 20, 2025) and Item No. 70 (shown before the Bankruptcy Court on Oct. 20, 2025) and Item Nos. 71-72 (shown before the Bankruptcy Court on Oct. 21, 2025).

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| 8. | *Order Approving Confidentiality Agreement and Stipulated Protective Order* | 643 |
| 9. | *Notice of Library Assets Sale Closing* | 689 |
| 10. | Transcript Regarding Hearing Held August 26, 2025 Re: Sale/Bidding Procedures | 805 |
| 11. | *Notice of Service of Avery Jue Meng re: 1) Warner Bros. Entertainment Inc.'s Initial Requests for Production to the Debtors in Connection with Derivative Rights Sale Hearing; 2) Warner Bros. Entertainment Inc.'s Initial Interrogatories to the Debtors in Connection with Derivative Rights Sale Hearing; and 3) Warner Bros. Entertainment Inc.'s Initial Requests for Admission to the Debtors in Connection with Derivative Rights Sale Hearing (Filed by Warner Bros. Entertainment Inc., and its Affiliates)* | 811 |
| 12. | *Notice of Service of Avery Jue Meng re: 1) Warner Bros. Entertainment Inc.'s Initial Requests for Production to Alcon in Connection with Derivative Rights Sale Hearing; 2) Warner Bros. Entertainment Inc.'s Initial Interrogatories to Alcon in Connection with Derivative Rights Sale Hearing; and 3) Warner Bros. Entertainment Inc.'s Initial Requests for Admission to Alcon in Connection with Derivative Rights Sale Hearing (Filed by Warner Bros. Entertainment Inc., and its Affiliates)* | 812 |
| 13. | *Notice of Service of Gregory W. Hauswirth re: 1) Regency Entertainment (USA), Inc's Requests for Production of Documents Directed to Debtors; and 2) Regency Entertainment (USA), Inc.'s Interrogatories Directed to Debtors* | 813 |
| 14. | *Notice of Service of Gregory W. Hauswirth re: Regency Entertainment (USA), Inc's Interrogatories Directed to Alcon Media Group, LLC and Loompala Pictures, LLC* | 814 |
| 15. | *Notice of Service of George A. Williams III re: 1) Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc. and; 2) Alcon Media Group, LLC's First Set of Requests for Production of Documents to Regency Entertainment (USA), Inc.* | 815 |
| 16. | *Notice of Service of George A. Williams III re: 1) Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc. and; 2) Alcon Media Group, LLC's First Set* | 816 |

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| | *of Requests for Production of Documents to Warner Bros. Entertainment Inc.* | |
| 17. | *Notice of Rule 30(b)(6) Deposition of Warner Bros. Entertainment Inc.* | 832 |
| 18. | *Notice of Deposition of Wayne Smith* | 834 |
| 19. | *Notice of Deposition of Steve Spira* | 835 |
| 20. | *Warner Bros. Entertainment Inc.'s Notice of 30(b)(6) Deposition to Alcon Media Group, LLC* | 873 |
| 21. | *Warner Bros. Entertainment Inc.'s Notice of 30(b)(6) Deposition to Debtors-in-Possession* | 874 |
| 22. | *Warner Bros. Entertainment Inc.'s Notice of Deposition to Kevin P. Berg* | 875 |
| 23. | *Warner Bros. Entertainment Inc.'s Notice of Objection to Notice of Rule 30(b)(6) Deposition of Warner Bros. Entertainment Inc.* | 876 |
| 24. | *Notice of Service of Avery Jue Meng re: 1) Warner Bros. Entertainment Inc.'s Responses and Objections to the Debtors' Notice of Rule 30(b)(6) Deposition of Warner Bros. Entertainment Inc.; and 2) Warner Bros. Entertainment Inc.'s Notice of Objection to Notice of Rule 30(b)(6) Deposition of Warner Bros. Entertainment Inc.* | 877 |
| 25. | *Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* | 878 |
| 26. | *Notice of Deposition of Regency Entertainment (USA), Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* | 881 |
| 27. | *Notice of Service of Katherine S. Dute re: 1) Alcon Media Group, LLC's Responses to Regency Entertainment (USA), Inc.'s Interrogatories; and (2) Verification to Alcon Media Group, LLC Responses to Regency Entertainment (USA), Inc.'s Interrogatories* | 883 |
| 28. | *Notice of Service of Avery Jue Meng re: 1) Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group LLC's Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure* | 886 |

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| | *30(b)(6); and 2) Warner Bros. Entertainment Inc.'s Notice of Objection to Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* | |
| 29. | *Notice of Warner Bros. Entertainment Inc.'s Responses and Objections to Debtors' First Set of Requests for Production to Warner Bros. Entertainment Inc.* | 887 |
| 30. | *Notice of Warner Bros. Entertainment Inc.'s Responses and Objections to Debtors' First Set of Requests for Admission to Warner Bros. Entertainment Inc.* | 888 |
| 31. | *Notice of Warner Bros. Entertainment Inc.'s Responses and Objections to Debtors' First Set of Interrogatories to Warner Bros. Entertainment Inc.* | 889 |
| 32. | *Notice of Service of Avery Jue Meng re: Documents Served on September 26, 2025* | 890 |
| 33. | *Notice of Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Requests for Production to Warner Bros. Entertainment Inc.* | 891 |
| 34. | *Notice of Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc.* | 892 |
| 35. | *Notice of Service of Joseph M. Mulvihill re: 1) Debtors' Answers and Objections to Warner Bros. Entertainment Inc.'s Initial Interrogatories; 2) Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests for Production; and 3) Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests for Admission* | 894 |
| 36. | *Amended Notice of Deposition of Regency Entertainment (USA), Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* | 897 |
| 37. | *Amended Notice of Deposition of Warner Bros. Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* | 898 |
| 38. | *Notice of Service of Gregory W. Hauswirth re: 1) Objections and Answers to Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc.; and 2) Objections and Responses to Alcon Media Group, LLC's First Set of Requests for Production of Documents to Regency* | 900 |

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| | *Entertainment (USA), Inc.* | |
| 39. | *Notice of Service of Gregory W. Hauswirth re: 1) Objections and Answers to Debtors' First Set of Interrogatories to Regency Entertainment (USA), Inc's; and 2) Objections and Responses to Debtors' First Set of Requests for Production of Documents to Regency Entertainment (USA), Inc.* | 901 |
| 40. | *Joint Notice of Lodging of Deposition Transcripts* | 928 |
| 41. | *Regency Entertainment (USA), Inc.'s Designation of Declaration of Written Direct Examination for Hearing on October 20, 2025* which was previously been filed with the Bankruptcy Court under seal at Docket No. 719. | 932 |
| 42. | *Joint Witness and Exhibit List[4]* | 948 |
| 43. | *Notice of Agenda for Hearing of Matters Scheduled for October 20, 2025 at 10:00 A.M. (ET)* | 949 |
| 44. | *Notice of Filing of Revised Asset Purchase Agreement for the Derivative Rights* | 954 |
| 45. | *Order Granting Warner Bros. Entertainment Inc.'s Motion to File Under Seal (a) Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) The Assumption and Assignment of Certain Warner Bros. Agreements; (B) the Supplemental Declaration of Wayne M. Smith in Support Thereof; and (C) the Appendix* | 960 |
| 46. | *Order Granting Warner Bros. Entertainment Inc.'s Motion to File Under Seal the Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Initial Omnibus Objection and Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | 961 |
| 47. | October 20, 2025 Hearing Transcript | 971 |
| 48. | October 21, 2025 Hearing Transcript | 1007 |
| 49. | [SEALED] *Motion for Leave Warner Bros.' Motion for an Order* | 1018 |

[4] Appellant designates this as the list only given the exhibits separately listed in Ex. A hereto

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| | *Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: The Derivative Rights Transferees* | |
| 50. | *Order Authorizing the Filing Under Seal of the Debtors' Reply in Support of the Derivative Rights Sale* | 1025 |
| 51. | *Memorandum Opinion Regarding Motion to Approve Derivative Rights Sale* | 1027 |
| 52. | *Order Authorizing the Filing Under Seal of (A) Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection and (B) Declaration of Broderick Johnson in Support Thereof* | 1029 |
| 53. | *Certification of Counsel Regarding Derivative Rights Sale Order* | 1041 |
| 54. | *Order (I) Approving the Sale of the Derivative Rights Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | 1043 |
| 55. | *Warner Bros. Entertainment Inc.'s Notice of Appeal* | 1047 |
| 56. | *Warner Bros. Entertainment Inc.'s Emergency Motion to Stay Pending Appeal* | 1048 |
| 57. | [SEALED] *Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims* | 1058 |
| 58. | [SEALED] *Declaration of Kevin Berg in Support of the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims* | 1059 |
| 59. | *Debtors' Objection to Warner's Motion for a Stay of the Derivative Rights Sale Order Pending Appeal* | 1065 |
| 60. | *Monthly Operating Report for Village Roadshow Films (BVI) Limited for the Period Ending October 31, 2025* | 1097 |
| 61. | [SEALED] *Alcon Media Group, LLC's (I) Joinder to the Debtors'* | 1100 |

| Item No. | Description | Bankr. Dkt. Index No.[3] |
|---|---|---|
| | *Objection to Warner Bros.' Motion for a Stay of the Derivative Rights Sale Order Pending Appeal and (II) Objection to Warner Bros.' Motion for Stay Pending Appeal* | |
| 62. | *Notice of Amended Agenda for Hearing of Matters Scheduled for November 24, 2025 at 2:00 P.M. (ET)* | 1104 |
| 63. | *Notice of Appeal (Filed by Regency Entertainment (USA), Inc.* | 1115 |
| 64. | *Order Denying Warner Bros. Entertainment Inc.'s Emergency Motion to Stay Pending Appeal* | 1118 |
| 65. | November 24, 2025 Hearing Transcript | 1120 |
| 66. | Oct. 6, 2025 S. Spira Deposition Transcript (Designated & Cross-Designated) | N/A |
| 67. | Oct. 3, 2025 K. Maib Deposition Transcript Excerpts (Designated by Warner Bros. during Sale Hearing) | N/A |
| 68. | Sept. 30, 2025 K. Berg Deposition Transcript Excerpts (Designated by Warner Bros. during Sale Hearing) | N/A |
| 69. | Oct. 7, 2025 B. Johnson Deposition Transcript Excerpts (Designated by Warner Bros. during Sale Hearing) | N/A |
| 70. | Sale Hearing Opening Demonstrative (Warner Bros.) | N/A |
| 71. | Sale Hearing Closing Demonstrative (Warner Bros.) | N/A |
| 72. | Sale Hearing Closing Demonstrative (Village) | N/A |

In accordance with the instructions of the Court, designated items that have not been docketed in the Bankruptcy Court will be submitted in accordance with the Court's direction. Designated items which are available on the Bankruptcy Court's docket have been so designated in **Exhibit A** and the Additional Designations by the inclusion of a docket index number in the document description.

### III.    CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either: (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript. Pursuant to Bankruptcy Rule 8009(b), Regency certifies that all relevant transcripts of the proceedings are available on the Bankruptcy Court's docket and are included in these designations.

### IV.    RESERVATION OF RIGHTS

Regency expressly reserves the right to (i) withdraw, supplement, amend or modify this Statement of Issues and Designation of Record on Appeal and (ii) move to strike any items included by the Appellees in a designation of additional items. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.


Dated: December 12, 2025

CAROTHERS & HAUSWIRTH LLP
By: */s/ Gregory W. Hauswirth*
Gregory W. Hauswirth
(DE Bar No. 5679)
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302.332.7181
Facsimile: 412.227.5551
ghauswirth@ch-legal.com

STINSON, LLC
Sandford L. Frey (admitted pro hac vice)
1901 Avenue of the Stars,
Suite 450
Los Angeles, CA 90067
Phone: (310) 730-7020
sandford.frey@stinson.com

**EXHIBIT A**

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 1. | [Sealed] Purchase and Distribution Agreement Re: December Boys | D.I. 519-1 |
| 2. | [Sealed] 2014 MPRPA | D.I. 519-2 |
| 3. | [Sealed] 2020 MPRPA | D.I. 519-3 |
| 4. | [Sealed] Matrix Co-Ownership Agreement | D.I. 519-4 |
| 5. | [Sealed] 2017 Omnibus Amendment to Co-Ownership Agreements | D.I. 519-5 |
| 6. | [Sealed] Omnibus Amendment No. 2 to Co-Ownership Agreements | D.I. 519-6 |
| 7. | [Sealed] Second Amended and Restated Output Distribution Agreement (Domestic) dated November 10, 2020 | D.I. 519-7 |
| 8. | [Sealed] Amended and Restated Output Distribution Agreement (Domestic) dated October 30, 2015 | D.I. 519-8 |
| 9. | [Sealed] Second Amended and Restated Output Distribution Agreement (Foreign) dated November 10, 2020 | D.I. 519-9 |
| 10. | [Sealed] Amended and Restated Output Distribution Agreement (Foreign) dated as of October 30, 2015 | D.I. 519-10 |
| 11. | [Sealed] Amended and Restated Consolidated Output Distribution Agreement (Foreign) dated November 10, 2020 | D.I. 519-11 |
| 12. | [Sealed] Security Agreement, Mortgage and Assignment of Copyright (Domestic) dated November 22, 2019 | D.I. 519-12 |
| 13. | [Sealed] Copyright Mortgage and Assignment (Domestic) dated November 22, 2019 | D.I. 519-13 |
| 14. | [Sealed] Security Agreement, Mortgage and Assignment of Copyright (Foreign) dated November 22, 2019 | D.I. 519-14 |
| 15. | [Sealed] Copyright Mortgage and Assignment (Foreign) dated November 22, 2019 | D.I. 519-15 |
| 16. | [Sealed] UCC-1 financing statement A | D.I. 519-16 |
| 17. | [Sealed] UCC-1 financing statement B | D.I. 519-17 |
| 18. | [Sealed] Consolidated Intercreditor Agreement | D.I. 519-18 |
| 19. | [Sealed] Virtual Intercreditor Agreement | D.I. 519-19 |
| 20. | [Sealed] Wonka Intercreditor Agreement | D.I. 519-20 |
| 21. | [Sealed] Superior Court's May 27, 2022 Minute Order | D.I. 519-21 |
| 22. | [Sealed] Final Award issued by the Arbitrator on July 21, 2023 | D.I. 519-22 |
| 23. | [Sealed] Order Granting Post-Hearing Relief | D.I. 519-23 |
| 24. | [Sealed] Assignments of Derivative Rights | D.I. 519-24 |
| 25. | [Sealed] Appeal Panel Interim Decision and Award dated September 19, 2024 | D.I. 519-25 |

[5] Documents without a Bankr. Dkt. Index No. include additional exhibits admitted during the Sale Hearing on October 20, 2025.

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 26. | [Sealed] September 8, 2025 Revised Warner Bros. Bid | D.I. 910-1 |
| 27. | [Sealed] September 26, 2025 Warner Bros. Letter | D.I. 910-2 |
| 28. | [Sealed] October 10, 2024 email exchange between J. McIntosh and D. Adametz | D.I. 910-3 |
| 29. | [Sealed] October 10, 2024 email exchange between WB Clips and Stills Licensing Department and J. Hill | D.I. 910-4 |
| 30. | [Sealed] Alcon Complaint | D.I. 910-5 |
| 31. | [Omitted] | |
| 32. | [Sealed] Alcon's response to Initial MTDs 02/13/2025 | D.I. 910-8 |
| 33. | [Sealed] Alcon Amended Complaint 02/13/2025 | D.I. 910-9 |
| 34. | [Sealed] Alcon Lawsuit Tentative Ruling | D.I. 910-11 |
| 35. | [Sealed] Alcon Lawsuit Minute Order 04/07/2025 | D.I. 910-13 |
| 36. | [Sealed] Alcon Second Amended Complaint 06/16/2025 | D.I. 910-14 |
| 37. | [Sealed] Warner Bros.' Second MTD 07/30/2025 | D.I. 910-18 |
| 38. | [Sealed] Alcon's opposition to Second MTDs 08/21/2025 | D.I. 910-19 |
| 39. | [Sealed] Warner Bros., Musk and Tesla reply in support of Second MTDs 06/28/2025 | D.I. 910-20 |
| 40. | [Sealed] Alcon Lawsuit Second Tentative Ruling 09/09/2025 | D.I. 910-21 |
| 41. | [Sealed] Minute Order allowing Alcon leave to amend its complaint no later than October 2nd, 2025 (09/11/2025) | D.I. 910-22 |
| 42. | [Sealed] Alcon Third Amended Complaint 10/02/25 | D.I. 910-23 |
| 43. | [Sealed] The Blind Side Emails (Jan 19 – Feb 1, 2024) | D.I. 910-24 |
| 44. | [Sealed] *Sisterhood of the Travelling Pants email exchange 05/29/2025* | D.I. 910-25 |
| 45. | [Sealed] Practical Magic Assignment | D.I. 910-26 |
| 46. | [Sealed] 2009 MPRPA | D.I. 910-27 |
| 47. | [Sealed] 2012 MPRPA | D.I. 910-28 |
| 48. | [Sealed] 1998 QCSA | D.I. 910-29 |
| 49. | [Sealed] Practical Magic Derivative Rights Assignment 10/15/1998 | D.I. 910-30 |
| 50. | [Sealed] Great Gatsby Derivative Rights Assignment 05/09/2013 | D.I. 910-31 |
| 51. | [Sealed] Joker Assignment 10/01/2019 | D.I. 910-32 |
| 52. | [Sealed] Promissory Note Re: American Sniper | D.I. 910-33 |
| 53. | [Sealed] May 26, 2010 Loan Agreement | D.I. 910-34 |
| 54. | [Sealed] Summary of Deal Terms (July 2020) | D.I. 910-35 |
| 55. | [Sealed] PM2 Project Notice Email (including attachment) | D.I. 910-36 |
| 56. | [Sealed] Village's Purported Acceptance Re: PM2 Project Notice | D.I. 910-37 |
| 57. | [Sealed] September 8, 2025 Warner Letter Re: Village Purported Acceptance of PM2 Project Notice | D.I. 910-38 |
| 58. | [Sealed] Excerpts from Transcript of Deposition of K. Berg 09/30/25 (Individual and 30(b)(6)) | D.I. 910-39 |
| 59. | [Sealed] Bank of America Letter 09/24/25 | D.I. 910-40 |
| 60. | [Sealed] JPMorgan Letter 09/25/25 | D.I. 910-41 |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 61. | Transcript of Status Conference 08/22/25 | D.I. 910-42 |
| 62. | Yes Man Promissory Note | N/A |
| 63. | [Sealed] Alcon Commitment Letter 09/04/25 | D.I. 910-44 |
| 64. | [Sealed] Redline of Alcon Derivative Rights APA | D.I. 910-45 |
| 65. | [Sealed] *Svenhard's Swedish Bakery v. Bakery (In re Svenhard's Swedish Bakery), No. 23- 60045, 2025 LX 328143 (9th Cir. Sep. 12, 2025)* | D.I. 910-48 |
| 66. | [Sealed] *Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements ("Initial Smith Declaration")* | D.I. 519 |
| 67. | [Sealed] *Supplemental Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements ("Supplemental Smith Declaration")* | D.I. 909 |
| 68. | Warner Bros.' Proof of Claim | POC # 30 |
| 69. | First Day Hearing Transcript | D.I. 93 |
| 70. | *Village Roadshow Distribution USA Inc.'s Voluntary Petition for Relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1552* | D.I. 1 |
| 71. | [Sealed] *Declaration of Keith Maib in Support of First Day Relief* | D.I. 14 |
| 72. | *Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granted Related Relief* | D.I. 11 |
| 73. | [Sealed] *Warner Bros. Entertainment Inc.'s Objection to the Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures;* | D.I. 145 |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| | *(II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* | |
| 74. | *Debtors' Supplemental Motion for Entry of an Order (A) Approving (I) the Debtors' Designation of the New Stalking Horse Bidder for the Library Assets as set Forth in the Stalking Horse Agreement, (II) the Debtors' Entry Into the Stalking Horse Agreement and (III) the Bid Protections and (B) Granting Related Relief* | D.I. 197 |
| 75. | *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Asses, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for and Hearing to Approve, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* | D.I. 276 |
| 76. | *Final Order (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) D.I. 280Granting Liens and Superiority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* | D.I. 280 |
| 77. | *Notice of Possible Assumption and Assignment of Certain Executory Contracts With Warner Bros.* | D.I. 284 |
| 78. | *Order (I) Approving the Sale of Library Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 562 |
| 79. | *Order (I) Approving the Sale of the Studio Business Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 782 |
| 80. | *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts With Warner Bros.* | D.I. 904 |
| 81. | *Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights* | D.I. 446 |
| 82. | [Sealed] *Warner Bros. Entertainment Inc.'s Omnibus Objection to (I) the Debtors' Motion For an Order Approving the Sale Of the Debtors' Assets, (II) the Debtors' Sale Supplement With Respect Thereto and (III) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | D.I. 518 |
| 83. | [Sealed] *Warner Bros. Entertainment Inc.'s Supplemental* | D.I. 908 |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| | *Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets, and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | |
| 84. | *Nights In Rodanthe Promissory Note* | N/A |
| 85. | *Declaration of Reid Snellenbarger in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures; (II) (A) Approving the Sale of the Debtors' Assets Free and Clera of all Liens, Claims, Interests, and Encumbrances and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* | D.I. 198 |
| 86. | [Sealed] *Objection by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets* | D.I. 477 |
| 87. | *Notice of Adjournment of Sale Hearing With Respect to Derivative Rights Only* | D.I. 511 |
| 88. | *Supplemental Objection by Regency entertainment (USA), Inc. to Sale of Debtors' Derivative Rights Assets and Assumption and Assignment of Co-Ownership Agreement* | D.I. 915 |
| 89. | *[Sealed] Amended Declaration of David C. Friedman in Support of Objections by Regency Entertainment (USA), Inc. to Sale of Debtors' Assets and Assumption and Assignment of Co-Ownership Agreement* | D.I. 917 |
| 90. | *Notice of Filing of Revised Proposed Sale Order and Asset Purchase Agreement for the Derivative Rights* | D.I. 824 |
| 91. | November 20-29, 2023 email exchange between Warner Bros., Sidley, Village, and Sheppard Mullin | N/A |
| 92. | Warner Bros.' Bid Package Submission & Adequate Assurance Information | N/A |
| 93. | May 28, 2025 Auction Transcript | N/A |
| 94. | *Alcon Media Group, LLC's Responses to Warner Bros. Entertainment Inc.'s Initial Interrogatories in Connection with Derivative Rights Sale Hearing* | N/A |
| 95. | *Alcon Media Group, LLC's Responses to Warner Bros. Entertainment Inc.'s Initial Requests for Admission in Connection with Derivative Rights Sale Hearing* | N/A |
| 96. | *Schedules of Assets and Liabilities for Village Roadshow Films (BVI) Limited (Case No. 25- 10506)* | D.I. 434 |
| 97. | *Verifications to Alcon Media Group, LLC Responses to Warner Bros. Entertainment Inc. Discovery Requests* | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 98. | *Debtors' Answers and Objections to Warner Bros. Entertainment Inc.'s Initial Interrogatories* | N/A |
| 99. | *Debtors' Responses and Objections to Warner Bros. Entertainment Inc.'s Initial Requests For Admission* | N/A |
| 100. | *Schedules of Assets and Liabilities for VREG OP Global LLC (Case No. 25-10483)* | D.I. 411 |
| 101. | Alcon Adequate Assurance Letter | N/A |
| 102. | *J. Bernbrock Letter re. Status Conference Regarding Derivative Rights Sale* | D.I. 729 |
| 103. | *S. Drake Letter re. Status Conference Regarding Derivative Rights Sale* | D.I. 730 |
| 104. | Email exchange between Warner and Regency re. *Don't Say A Word* | N/A |
| 105. | Letter sent by OMM dated as of February 8, 2024 to Village's counsel re. *Furiosa* | N/A |
| 106. | Letter sent by OMM dated as of March 6, 2024 to Village's counsel re. *Joker* | N/A |
| 107. | Letter sent by OMM dated as of December 26, 2023 to Village's counsel re. Notice of Breach and Demand for Reasonable Assurances | N/A |
| 108. | Letter sent by OMM dated as of January 4, 2024 to Village's counsel re. Response to January 3, 2024 and Continued Demand for Reasonable Assurances | N/A |
| 109. | *Guardians Promissory Note* | N/A |
| 110. | QCSA I | N/A |
| 111. | QCSA II | N/A |
| 112. | QCSA III | N/A |
| 113. | QCSA IV | N/A |
| 114. | *Practical Magic* Co-Ownership Agreement | N/A |
| 115. | *Analyze This* Co-Ownership Agreement | N/A |
| 116. | *Deep Blue Sea* Co-Ownership Agreement | N/A |
| 117. | *Three Kings* Co-Ownership Agreement | N/A |
| 118. | *Three To Tango* Co-Ownership Agreement | N/A |
| 119. | *Gossip* Co-Ownership Agreement | N/A |
| 120. | *Space Cowboys* Co-Ownership Agreement | N/A |
| 121. | *Red Planet* Co-Ownership Agreement | N/A |
| 122. | *Valentine* Co-Ownership Agreement | N/A |
| 123. | *See Spot Run* Co-Ownership Agreement | N/A |
| 124. | *Exit Wounds* Co-Ownership Agreement | N/A |
| 125. | *Swordfish* Co-Ownership Agreement | N/A |
| 126. | *Cats & Dogs* Co-Ownership Agreement | N/A |
| 127. | *Hearts In Atlantis* Co-Ownership Agreement | N/A |
| 128. | *Training Day* Co-Ownership Agreement | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 129. | *Ocean's Eleven* Co-Ownership Agreement | N/A |
| 130. | *The Majestic* Co-Ownership Agreement | N/A |
| 131. | *Queen Of The Damned* Co-Ownership Agreement | N/A |
| 132. | *Showtime* Co-Ownership Agreement | N/A |
| 133. | *Eight Legged Freaks* Co-Ownership Agreement | N/A |
| 134. | *Pluto Nash* Co-Ownership Agreement | N/A |
| 135. | *Ghost Ship* Co-Ownership Agreement | N/A |
| 136. | *Analyze That* Co-Ownership Agreement | N/A |
| 137. | *Two Weeks Notice* Co-Ownership Agreement | N/A |
| 138. | *Dreamcatcher* Co-Ownership Agreement | N/A |
| 139. | *Mystic River* Co-Ownership Agreement | N/A |
| 140. | *Torque* Co-Ownership Agreement | N/A |
| 141. | *Taking Lives* Co-Ownership Agreement | N/A |
| 142. | *Catwoman* Co-Ownership Agreement | N/A |
| 143. | *Ocean's Twelve* Co-Ownership Agreement | N/A |
| 144. | *Constantine* Co-Ownership Agreement | N/A |
| 145. | *Miss Congeniality 2* Co-Ownership Agreement | N/A |
| 146. | *Miss Congeniality* Co-Ownership Agreement | N/A |
| 147. | *House Of Wax* Co-Ownership Agreement | N/A |
| 148. | *Charlie And The Chocolate Factory* Co- Ownership Agreement | N/A |
| 149. | *Dukes Of Hazzard* Co-Ownership Agreement | N/A |
| 150. | *Rumor Has It* Co-Ownership Agreement | N/A |
| 151. | *Firewall* Co-Ownership Agreement | N/A |
| 152. | *The Lake House* Co-Ownership Agreement | N/A |
| 153. | *Happy Feet* Co-Ownership Agreement | N/A |
| 154. | *Unaccompanied Minors* Co-Ownership Agreement | N/A |
| 155. | *Music And Lyrics* Co-Ownership Agreement | N/A |
| 156. | *The Reaping* Co-Ownership Agreement | N/A |
| 157. | *Lucky You* Co-Ownership Agreement | N/A |
| 158. | *Ocean's Thirteen* Co-Ownership Agreement | N/A |
| 159. | *License To Wed* Co-Ownership Agreement | N/A |
| 160. | *No Reservations* Co-Ownership Agreement | N/A |
| 161. | *The Invasion* Co-Ownership Agreement | N/A |
| 162. | *The Brave One* Co-Ownership Agreement | N/A |
| 163. | *I Am Legend* Co-Ownership Agreement | N/A |
| 164. | *Speed Racer* Co-Ownership Agreement | N/A |
| 165. | *Get Smart* Co-Ownership Agreement | N/A |
| 166. | *Nights In Rodanthe* Co-Ownership Agreement | N/A |
| 167. | *Yes Man* Co-Ownership Agreement | N/A |
| 168. | *Gran Torino* Co-Ownership Agreement | N/A |
| 169. | *Where The Wild Things Are Co-Ownership* Agreement | N/A |
| 170. | *Sherlock Holmes* Co-Ownership Agreement | N/A |
| 171. | *Cats & Dogs 2* Co-Ownership Agreement | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 172. | *Guardians Of Ga'hoole* Co-Ownership Agreement | N/A |
| 173. | *Life As We Know It* Co-Ownership Agreement | N/A |
| 174. | *Happy Feet 2* Co-Ownership Agreement | N/A |
| 175. | *Sherlock Holmes 2* Co-Ownership Agreement | N/A |
| 176. | *The Lucky One* Co-Ownership Agreement | N/A |
| 177. | *Dark Shadows* Co-Ownership Agreement | N/A |
| 178. | *Gangster Squad* Co-Ownership Agreement | N/A |
| 179. | *The Great Gatsby* Co-Ownership Agreement | N/A |
| 180. | *Winter's Tale* Co-Ownership Agreement | N/A |
| 181. | *Edge Of Tomorrow* Co-Ownership Agreement | N/A |
| 182. | *Into the Storm* Amended and Restated Co- Ownership Agreement | N/A |
| 183. | *The Judge* Amended and Restated Co- Ownership Agreement | N/A |
| 184. | *American Sniper* Co-Ownership Agreement | N/A |
| 185. | *Jupiter Ascending* Co-Ownership Agreement | N/A |
| 186. | *Mad Max: Fury Road* Co-Ownership Agreement | N/A |
| 187. | *San Andreas* Co-Ownership Agreement | N/A |
| 188. | *In The Heart Of The Sea* Co-Ownership Agreement | N/A |
| 189. | *The Legend Of Tarzan* Co-Ownership Agreement | N/A |
| 190. | *Sully* Co-Ownership Agreement | N/A |
| 191. | *Collateral Beauty* Co-Ownership Agreement | N/A |
| 192. | *Fist Fight* Co-Ownership Agreement | N/A |
| 193. | *Going In Style* Co-Ownership Agreement | N/A |
| 194. | *King Arthur* Co-Ownership Agreement | N/A |
| 195. | *The House* Co-Ownership Agreement | N/A |
| 196. | *The 15:17 To Paris* Co-Ownership Agreement | N/A |
| 197. | *Ready Player One* Co-Ownership Agreement | N/A |
| 198. | *Ocean's Eight* Co-Ownership Agreement | N/A |
| 199. | *Joker* Co-Ownership Agreement | N/A |
| 200. | *Wonka* Co-Ownership Agreement | N/A |
| 201. | *American Sniper* Derivative Rights Assignment | N/A |
| 202. | *Analyze That* Derivative Rights Assignment | N/A |
| 203. | *Analyze This* Derivative Rights Assignment | N/A |
| 204. | *Cats & Dogs* Derivative Rights Assignment | N/A |
| 205. | *Cats & Dogs 2* Derivative Rights Assignment | N/A |
| 206. | *Catwoman* Derivative Rights Assignment | N/A |
| 207. | *Charlie And The Chocolate Factory* Derivative Rights Assignment | N/A |
| 208. | *Collateral Beauty* Derivative Rights Assignment | N/A |
| 209. | *Constantine* Derivative Rights Assignment | N/A |
| 210. | *Dark Shadows* Derivative Rights Assignment | N/A |
| 211. | *Deep Blue Sea* Derivative Rights Assignment | N/A |
| 212. | *Dreamcatcher* Derivative Rights Assignment | N/A |
| 213. | *Edge Of Tomorrow* Derivative Rights Assignment | N/A |
| 214. | *Eight Legged Freaks* Derivative Rights Assignment | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 215. | *Exit Wounds* Derivative Rights Assignment | N/A |
| 216. | *Firewall* Derivative Rights Assignment | N/A |
| 217. | *Fist Fight* Derivative Rights Assignment | N/A |
| 218. | *Gangster Squad* Derivative Rights Assignment | N/A |
| 219. | *Get Smart* Derivative Rights Assignment | N/A |
| 220. | *Ghost Ship* Derivative Rights Assignment | N/A |
| 221. | *Going In Style* Derivative Rights Assignment | N/A |
| 222. | *Gossip* Derivative Rights Assignment | N/A |
| 223. | *Gran Torino* Derivative Rights Assignment | N/A |
| 224. | *Happy Feet* Derivative Rights Assignment | N/A |
| 225. | *Happy Feet 2* Derivative Rights Assignment | N/A |
| 226. | *Heart In Atlantis* Derivative Rights Assignment | N/A |
| 227. | *House Of Wax* Derivative Rights Assignment | N/A |
| 228. | *I Am Legend* Derivative Rights Assignment | N/A |
| 229. | *In The Heart Of The Sea* Derivative Rights Assignment | N/A |
| 230. | *Into The Storm* Derivative Rights Assignment | N/A |
| 231. | *Jupiter Ascending* Derivative Rights Assignment | N/A |
| 232. | *King Arthur* Derivative Rights Assignment | N/A |
| 233. | *Guardians Of Ga'hoole* Derivative Rights Assignment | N/A |
| 234. | *License To Wed* Derivative Rights Assignment | N/A |
| 235. | *Life As We Know It* Derivative Rights Assignment | N/A |
| 236. | *Lucky You* Derivative Rights Assignment | N/A |
| 237. | *Mad Max: Fury Road* Derivative Rights Assignment | N/A |
| 238. | *Matrix Reloaded* Derivative Rights Assignment | N/A |
| 239. | *Matrix Revolutions* Derivative Rights Assignment | N/A |
| 240. | *Miss Congeniality* Derivative Rights Assignment | N/A |
| 241. | *Miss Congeniality 2* Derivative Rights Assignment | N/A |
| 242. | *Music And Lyrics* Derivative Rights Assignment | N/A |
| 243. | *Mystic River* Derivative Rights Assignment | N/A |
| 244. | *Nights In Rodanthe* Derivative Rights Assignment | N/A |
| 245. | *No Reservations* Derivative Rights Assignment | N/A |
| 246. | *Ocean's Eight* Derivative Rights Assignment | N/A |
| 247. | *Ocean's Eleven* Derivative Rights Assignment | N/A |
| 248. | *Ocean's Twelve* Derivative Rights Assignment | N/A |
| 249. | *Ocean's Thirteen* Derivative Rights Assignment | N/A |
| 250. | *Queen Of The Damned* Derivative Rights Assignment | N/A |
| 251. | *Ready Player One* Derivative Rights Assignment | N/A |
| 252. | *Red Planet* Derivative Rights Assignment | N/A |
| 253. | *Rumor Has It* Derivative Rights Assignment | N/A |
| 254. | *San Andreas* Derivative Rights Assignment | N/A |
| 255. | *See Spot Run* Derivative Rights Assignment | N/A |
| 256. | *Sherlock Holmes* Derivative Rights Assignment | N/A |
| 257. | *Sherlock Holmes 2* Derivative Rights Assignment | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 258. | *Showtime* Derivative Rights Assignment | N/A |
| 259. | *Space Cowboys* Derivative Rights Assignment | N/A |
| 260. | *Speed Racer* Derivative Rights Assignment | N/A |
| 261. | *Sully* Derivative Rights Assignment | N/A |
| 262. | *Swordfish* Derivative Rights Assignment | N/A |
| 263. | *Taking Lives* Derivative Rights Assignment | N/A |
| 264. | *The 15:17 To Paris* Derivative Rights Assignment | N/A |
| 265. | *Pluto Nash* Derivative Rights Assignment | N/A |
| 266. | *The Brave One* Derivative Rights Assignment | N/A |
| 267. | *The Dukes Of Hazzard* Derivative Rights Assignment | N/A |
| 268. | *The Great Gatsby* Derivative Rights Assignment | N/A |
| 269. | *The House* Derivative Rights Assignment | N/A |
| 270. | *The Invasion* Derivative Rights Assignment | N/A |
| 271. | *The Judge* Derivative Rights Assignment | N/A |
| 272. | *The Lake House* Derivative Rights Assignment | N/A |
| 273. | *The Legend Of Tarzan* Derivative Rights Assignment | N/A |
| 274. | *The Lucky One* Derivative Rights Assignment | N/A |
| 275. | *The Majestic* Derivative Rights Assignment | N/A |
| 276. | *The Matrix* Derivative Rights Assignment | N/A |
| 277. | *The Reaping* Derivative Rights Assignment | N/A |
| 278. | *Three Kings* Derivative Rights Assignment | N/A |
| 279. | *Three To Tango* Derivative Rights Assignment | N/A |
| 280. | *Torque* Derivative Rights Assignment | N/A |
| 281. | *Training Day* Derivative Rights Assignment | N/A |
| 282. | *Two Weeks Notice* Derivative Rights Assignment | N/A |
| 283. | *Unaccompanied Minors* Derivative Rights Assignment | N/A |
| 284. | *Valentine* Derivative Rights Assignment | N/A |
| 285. | *Where The Wild Things Are* Derivative Rights Assignment | N/A |
| 286. | *Winter's Tale* Derivative Rights Assignment | N/A |
| 287. | *Yes Man* Derivative Rights Assignment | N/A |
| 288. | *Wonka* MPRPA | N/A |
| 289. | *Wonka* License Agreement | N/A |
| 290. | *Wonka* Global Memorandum of Distribution Agreement | N/A |
| 291. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright | N/A |
| 292. | *Wonka* Copyright Mortgage | N/A |
| 293. | *Wonka* RPA | N/A |
| 294. | *Wonka* Output Distribution Agreement | N/A |
| 295. | *Wonka* WB Guaranty | N/A |
| 296. | *Wonka* VREG Undertaking and Indemnity | N/A |
| 297. | *Wonka* VREG - Second AR Consolidated Undertaking and Indemnity | N/A |
| 298. | *Wonka* Second A&R Undertaking and Indemnity - Foreign and | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| | Domestic Rights | |
| 299. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright (VRW) | N/A |
| 300. | *Wonka* Copyright Mortgage and Assignment (VRW - WAV) | N/A |
| 301. | *Wonka* Assignment (WB – VREG Wonka) | N/A |
| 302. | *Wonka* VREG Wonka IP Global LLC UCC-1 financing statement | N/A |
| 303. | *Wonka* Alcon Purchase Agreement | N/A |
| 304. | *Wonka* Individual Picture Purchase Agreement | N/A |
| 305. | *Wonka* Security Agreement, Mortgage and Assignment of Copyright (Loompala Pictures) | N/A |
| 306. | *Wonka* Loompala Pictures LLC - DE UCC-1 financing statement | N/A |
| 307. | *Wonka* Copyright Mortgage and Assignment (Loompala to WAV) | N/A |
| 308. | *Wonka* Consulting Agreement | N/A |
| 309. | *Wonka* Assignment of Derivative Rights (VRF to VREG WW) | N/A |
| 310. | *Wonka* Assignment of Derivative Rights (VRFNA to VREG WW) | N/A |
| 311. | *Wonka* Contribution by Assignment of Derivative Rights | N/A |
| 312. | Memorandum of *Wonka* Specific Derivative Rights Assignment | N/A |
| 313. | *Wonka* Memorandum of Motion Picture Assignment | N/A |
| 314. | *Joker* RPA | N/A |
| 315. | *Joker* Security Agreement re. Promissory Note | N/A |
| 316. | *Joker* Promissory Note | N/A |
| 317. | *Ready Player One* Promissory Note | N/A |
| 318. | *Fist Fight* Promissory Note | N/A |
| 319. | *Into The Storm* Promissory Note (Foreign) | N/A |
| 320. | *Into The Storm* Promissory Note (Domestic) | N/A |
| 321. | *The Judge* Promissory Note (Foreign) | N/A |
| 322. | *The Judge* Promissory Note (Domestic) | N/A |
| 323. | *The 15:17 to Paris* Promissory Note | N/A |
| 324. | *Going In Style* Promissory Note | N/A |
| 325. | *Collateral Beauty* Promissory Note | N/A |
| 326. | *Sully* Promissory Note | N/A |
| 327. | *Ocean's Eight* Promissory Note | N/A |
| 328. | *American Sniper* Promissory Note | N/A |
| 329. | *Jupiter Ascending* Promissory Note | N/A |
| 330. | *Legend of Tarzan* Promissory Note | N/A |
| 331. | *Mad Max: Fury Road* Promissory Note | N/A |
| 332. | *San Andreas* Promissory Note | N/A |
| 333. | General Promissory Note dated as of May 27, 2010 | N/A |
| 334. | *Sully* RPA | N/A |
| 335. | Omnibus Amendment No. 3 to RPA and Promissory Note re. *The Legend Of Tarzan* | N/A |
| 336. | Amended Warner Bros. Notice of 30(b)(6) Deposition to Alcon Media Group LLC | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 337. | Amended Warner Bros. Notice of 30(b)(6) Deposition to Debtors | N/A |
| 338. | Amended Warner Bros. Notice of Deposition to K. Berg | N/A |
| 339. | Warner-Alcon Ultimates | N/A |
| 340. | June 13, 2024 to October 21, 2024 Email exchange between Warner and Alcon | N/A |
| 341. | Amendment to Distribution Agreements by and between Warner and Alcon dated as of March 12, 2025 | N/A |
| 342. | Village Copyright Filings | N/A |
| 343. | Village Reconciliation of Film Rights | N/A |
| 344. | Letter Re: Village's Purchase Price and Total Payoff Amount for *Ocean's 8* | N/A |
| 345. | *Ocean's 8* RPA | N/A |
| 346. | Letter Re: Village's Deferred Purchase Price and Pick Up Amount for *Sherlock Holmes* | N/A |
| 347. | *Sherlock Holmes* RPA | N/A |
| 348. | *Get Smart* Promissory Note | N/A |
| 349. | *Gran Torino* Promissory Note | N/A |
| 350. | [SEALED] *Objection by Regency Entertainment (USA), Inc. to Assumption and Assignment of Co- Ownership Agreement* | D.I. 478 |
| 351. | [SEALED] *Declaration of David C. Friedman in Support of Regency's Objections* | D.I. 479 |
| 352. | [SEALED] *Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Motion (I) for an Order, Granting Limited Relief From the Automatic Stay to Obtain its Damages Award and Judgment and (II) to Enforce Arbitration Provisions in the Matrix Agreements With the Debtors* | D.I. 325 |
| 353. | [SEALED] *Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Objections to (X) the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief, and (Y) the Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of the Debtors' Assets, (B) Authorizing the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections Thereunder, (C) Scheduling an Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, ad (E) Approving Assumption and Assignment Procedures; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting* | D.I. 147 |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| | *Related Relief* | |
| 354. | [SEALED] *Debtors' Reply in Support of the Debtors' Derivative Rights Sale* | D.I. 934 |
| 355. | *Declaration of Kevin Berg in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale* | D.I. 937 |
| 356. | *Declaration of Keith Maib in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale* | D.I. 936 |
| 357. | *Declaration of Reid Snellenbarger in Support of Debtors' Reply in Support of the Debtors' Derivative Rights Sale* | D.I. 935 |
| 360. | Village September 16, 2025, Response and Counteroffer to Warner's Revised Bid | N/A |
| 361. | *Ocean's 8* Rights Purchase Agreement | N/A |
| 362. | September 25, 2008 – The Variety: Alcon steadily supplies solid titles | N/A |
| 363. | July 30, 2010 – The Screen Daily: Warner's world-wide web | N/A |
| 364. | May 14, 2011 – The Variety: Alcon renews pact with Warners | N/A |
| 365. | September 22, 2013 – The Variety: Hugh Jackman Thriller 'Prisoners' Surges at Saturday Box Office for $21M Weekend | N/A |
| 366. | November 5, 2015 – The Deadline: Alcon Entertainment, Warner Bros. Extend Deal to 2019, Arranges $200M In New Financing | N/A |
| 367. | September 28, 2017 – The Hollywood Reporter: 'Blade Runner' Sequel a Make-Or-Break Moment for Producer Alcon | N/A |
| 368. | August 9, 2023 – The Screen Rant: Christopher Nolan's Breakout Movie was Almost Rejected By Warner Bros. But One Director Saved It | N/A |
| 369. | September 25, 2025 – Letter from Black Label Media re financial and other support to Alcon Media Group | N/A |
| 370. | Alcon Entertainment LLC's Promotion Video | N/A |
| 371. | October 21, 2024 – Email thread between Wanye Smith and Scott Parish re Wonka ICA | N/A |
| 372. | February 12, 2025 – Email from Gabrielle Davis to Brandon Cherry re Alcon – extension | N/A |
| 373. | March 12, 2025 – Email thread between Gabrielle Davis and Brandon Cherry re Alcon – extension | N/A |
| 374. | September 26, 2025 – Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc. | N/A |
| 375. | September 26, 2025 – Regency Entertainment (USA), Inc.'s Objections and Answers to Alcon Media Group, LLC's First Set of Interrogatories to Regency Entertainment (USA), Inc. | N/A |
| 376. | September 30, 2025 – Executed Verification by Wayne M. Smith for Warner Bros. Entertainment Inc.'s Responses and Objections to Alcon Media Group, LLC's First Set of Interrogatories to Warner Bros. Entertainment Inc. | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 377. | December 19, 2024 – Email thread between Elizabeth Elliott and Ryan Bocskay, cc: Louis Santor and Kevin P. Berg RE: "Don't Say a Word" / New Regency-Village Roadshow – | N/A |
| 378. | September 4, 2025 – Complaint filed in Warner Bros. Entertainment Inc., et al. v. Midjourney, Inc., Case No.: 2:25-cv-08376 in Central District of California | N/A |
| 379. | September 16, 2025 – Complaint filed in Disney Enterprises, Inc., et al. v. Minimax, et al., Case No.: 2:25-cv-08768 in Central District of California | N/A |
| 380. | *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* | D.I. 800 |
| 381. | June 16, 2025 – *Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Limited Response to Warner Bros. Entertainment Inc.'s Objection* | D.I. 528 |
| 382. | Amended and Restated Qualified Cost Sharing Agreement for "Don't Say a Word" between DSAW Films LLC and DSAW Film Partners L.P., dated as of December 19, 2019 | N/A |
| 383. | "Don't Say a Word" Distribution Agreement (Foreign) dated as of October 2, 2000 between Monarchy Enterprises S.A.R.L. and DSAW Film Partners L.P. | N/A |
| 384. | Interoffice Memo, dated May 24, 2000, from Angie Rosen to Simon Bax | N/A |
| 385. | Memorandum, dated July 27, 2001, from John Mendez and Connie Chang to Bill Weiner and Louis Santor | N/A |
| 386. | Email, dated August 22, 2001, from Connie Chang to Jeanette Hill-Yonis | N/A |
| 387. | Email, dated September 12, 2001, from Connie Chang to Bill Weiner and Louis Santor re: DSAW – proposed agenda for Friday meeting | N/A |
| 388. | Email, dated August 9, 2001, from David Matalon to Bill Weiner and Louis Santor re: "Don't Say a Word" | N/A |
| 389. | Facsimile Transmission, dated August 10, 2001, from Graham Burke to Arnon Milchan re: Don't Say a Word | N/A |
| 390. | Facsimile Transmission, dated December 8, 2000, from Greg Basser to David Matalon re: Don't Say a Word | N/A |
| 391. | Memo, dated August 7, 2001, from Kevin P. Berg to Colleen Keane re: "Don't Say a Word" – International Credits | N/A |
| 392. | Miscellaneous notes and "Don't Say a Word" Principal Agreements Status List as of 8/7/01 | N/A |
| 393. | "Don't Say a Word" Principal Agreements Status List as of 8/10/01 | N/A |
| 394. | Emails, dated February, 2025, between Louis Santor and Ryan Bocskay re: "Don't Say a Word"/Co-Production | N/A |

| Ex. No. | Description | Bankr. Dkt. Index No.[5] |
|---|---|---|
| 395. | Co-Ownership Agreement December 14, 2001, between Regency Entertainment (USA), Inc. and Village Roadshow Films (BVI) Limited re: "Don't Say a Word" | N/A |
| 396. | Facsimile Transmission, dated August 7, 2001, from Graham W. Burke to David Matalon | N/A |
| 397 | Facsimile Transmission, dated August 10, 2001, from Graham Burke to David Matalon re: Don't Say a Word | N/A |
| 398 | Facsimile Transmission, dated August 10, 2001, from Graham Burke to David Matalon re: Don't Say a Word | N/A |
| 399. | [SEALED] *Declaration of Wayne M. Smith in Support of Warner Bros. Entertainment Inc.'s Initial Omnibus Objection and Supplemental Objection to (I) the Debtors' Motion for an Order Approving the Sale of the Debtors' Assets and (II) the Debtors' Assumption and Assignment of Certain Warner Bros. Agreements* | D.I. 933 |
| 400. | Letter Agreement between Warner Bros. Entertainment, Inc. and Alcon Media Group, LLC | N/A |
| 401. | [SEALED] Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of the Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection | D.I. 940 |
| 402. | [SEALED] *Declaration of Broderick Johnson in Support of Alcon Media Group, LLC's (I) Joinder to the Debtors' Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection to Entry of Derivative Rights Sale Order and (II) Response to Warner Bros. Entertainment Inc.'s and Regency Entertainment (USA), Inc.'s Objection* | D.I. 941 |
| 403. | Ex. 403 – October 19, 2025 Email from S. Drake to J. Bernbrock Re: Warner's Oct. 19, 2025 Bid | N/A |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document and any corresponding attachments were served this 12th day of December, 2025 by using the Court's electronic filing system and notice of this filing will be sent to all counsel of record receiving electronic notice by such system, and via email on counsel for the Appellees and interested party listed below.

/s/ Sandford L. Frey
Sandford L. Frey (CA I.D. #117058)

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square,
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jmulvihill@ycst.com
bcarver@ycst.com
bgaffney@ycst.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (Admitted pro hac vice)5
Matthew T. Benz (Admitted pro hac vice) 321
North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone: (312) 499-6300
Facsimile: (312) 499-6301
Email: jbernbrock@sheppardmullin.com
mbenz@sheppardmullin.com

Jennifer L. Nassiri (Admitted pro hac vice)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

Alyssa Paddock (Admitted pro hac vice)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Attorneys for Debtors, Village Roadshow Entertainment Group USA, Inc., et al.*

**LANDIS RATH & COBB LLP**
Kimberly A. Brown (No. 5138)
Colin R. Robinson (No. 5524)
George A. Williams III (No. 6964)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
robinson@lrclaw.com
williams@lrclaw.com

**MILLER BARONDESS LLP**
Daniel S. Miller (Admitted pro hac vice)
Colin H. Rolfs (Admitted pro hac vice)
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: dmiller@millerbarondess.com
crolfs@millerbarondess.com

*Attorneys for Alcon Media Group, LLC*

Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
mharvey@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

**O'MELVENY & MYERS LLP**
Steve Warren (admitted *pro hac vice*)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

Daniel M. Petrocelli (admitted *pro hac vice*)
Matt Kline (admitted *pro hac vice*)

| | |
|---|---|
| | Tim Heafner (admitted *pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Email: mkline@omm.com<br>　　　dpetrocelli@omm.com<br>　　　theafner@omm.com<br><br>Scott Drake (admitted *pro hac vice*)<br>Emma Jones (admitted *pro hac vice*)<br>2801 North Hardwood Street, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (972) 360-1900<br>Email: sdrake@omm.com<br>　　　eljones@omm.com<br><br>***Counsel to Warner Bros. Entertainment Inc. and its Affiliates*** |