IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] <br><br>   Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 25-10475 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR DECEMBER 18, 2025 AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE HELD
> IN COURTROOM NO. 7.**
>
> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**RESOLVED MATTER**

1. Debtors' Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1039, 11/11/25]

   Objection Deadline:   November 26, 2025 at 4:00 p.m. (ET)

   Related Documents:

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

    A. Certificate of No Objection [D.I. 1132, 12/1/25]

    B. Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1137, 12/3/25]

<u>Objections Filed</u>:    None

<u>Status</u>:  An order has been entered.

## UNCONTESTED MATTER GOING FORWARD

2. Alcon Media Group, LLC's Motion to File Under Seal Alcon Media Group, LLC's (I) Joinder to the Debtors' Objection to Warner Bros.' Motion for a Stay of the Derivative Rights Sale Order Pending Appeal and (II) Objection to Warner Bros' Motion for Stay Pending Appeal [D.I. 1122, 11/26.25]

    <u>Objection Deadline</u>:    December 11, 2025 at 4:00 p.m. (ET)

    <u>Related Documents</u>:  None

    <u>Objections Filed</u>:    None

    <u>Status</u>:  This matter is going forward.

Dated: December 16, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Benjamin C. Carver (Del. Bar No. 7176)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:          jmulvihill@ycst.com<br>                     bcarver@ycst.com<br>                     bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone:  (312) 499-6300<br>Facsimile:    (312) 499-6301<br>Email:          jbernbrock@sheppardmullin.com<br>                     mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:  (310) 228-3700<br>Facsimile:    (310) 228-3701<br>Email:          jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:  (212) 653-8700<br>Facsimile:    (212) 653-8701<br>Email:          apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |