## Exhibit A

**November 1, 2025 through November 30, 2025 Invoice**

4913-4199-2066.1 90346.00002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

December 4, 2025
Invoice   151104
Client     90346.00002

RE:   Committee Representation

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2025

| | |
|---|---|
| FEES | $80,669.50 |
| EXPENSES | $1,170.64 |
| **TOTAL CURRENT CHARGES** | **$81,840.14** |
| **BALANCE FORWARD** | **$248,752.07** |
| **LAST PAYMENT** | **-$95,269.60** |
| **TOTAL BALANCE DUE** | **$235,322.61** |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    2
Invoice 151104
December 4, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 16.70 | $31,646.50 |
| BJS | Sandler, Bradford J. | Partner | 947.50 | 16.00 | $15,160.00 |
| JHR | Rosell, Jason H. | Partner | 1,250.00 | 7.70 | $9,625.00 |
| MBL | Litvak, Maxim B. | Partner | 1,725.00 | 0.30 | $517.50 |
| RJF | Feinstein, Robert J. | Partner | 1,950.00 | 6.20 | $12,090.00 |
| SSC | Cho, Shirley S. | Partner | 1,525.00 | 2.70 | $4,117.50 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 2.60 | $3,367.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 5.00 | $3,250.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 0.80 | $500.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 0.80 | $396.00 |
| | | | | 58.80 | $80,669.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   3
Invoice 151104
December 4, 2025

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 1.90 | $3,182.00 |
| AP | Appeals | 3.70 | $6,010.00 |
| BL | Bankruptcy Litigation | 13.70 | $24,196.50 |
| CA | Case Administration | 11.50 | $10,685.00 |
| CO | Claims Administration and Objections | 3.60 | $5,872.50 |
| CP | PSZJ Compensation | 6.40 | $6,113.00 |
| EC | Contract and Lease Matters | 0.10 | $125.00 |
| FE | Fee/Employment Application | 0.30 | $568.50 |
| FN | Financing/Cash Collateral/Cash Management | 1.80 | $3,488.00 |
| HE | Hearings | 1.80 | $2,395.00 |
| PD | Plan and Disclosure Statement | 6.00 | $10,454.00 |
| TR | Travel | 8.00 | $7,580.00 |
| | | 58.80 | $80,669.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    4
Invoice 151104
December 4, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express | $62.89 |
| Pacer - Court Research | $63.60 |
| Reproduction Expense | $169.10 |
| Travel Expense | $369.00 |
| Transcript | $506.05 |
| | $1,170.64 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   5
Invoice 151104
December 4, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 07/19/2025 | BJS | AD | Attention to library sale and various email with J Bernbrock regarding same | 0.30 | 1,895.00 | $568.50 |
| 07/28/2025 | BJS | AD | Attention to sale process | 0.30 | 1,895.00 | $568.50 |
| 11/05/2025 | RJF | AD | Review opinion overruling WB objection to Derivative Assets sale. | 0.40 | 1,950.00 | $780.00 |
| 11/06/2025 | JHR | AD | Analyze opinion re: derivative rights sale. | 0.40 | 1,250.00 | $500.00 |
| 11/13/2025 | JHR | AD | Review derivative rights sale order | 0.30 | 1,250.00 | $375.00 |
| 11/20/2025 | RJF | AD | Telephone conference with B. Sandler regarding WB issues. | 0.20 | 1,950.00 | $390.00 |
| | | | | **1.90** | | **$3,182.00** |
| **Appeals** | | | | | | |
| 11/18/2025 | JHR | AP | Analyze motion for stay pending appeal on derivative rights sale order | 0.70 | 1,250.00 | $875.00 |
| 11/18/2025 | RJF | AP | Review notice of appeal and stay motion. | 0.30 | 1,950.00 | $585.00 |
| 11/18/2025 | RJF | AP | Telephone conference with B. Sandler regarding stay pending appeal. | 0.10 | 1,950.00 | $195.00 |
| 11/18/2025 | SSC | AP | Review WB appeal. | 0.10 | 1,525.00 | $152.50 |
| 11/18/2025 | SSC | AP | Correspond with B. Sandler re WB appeal. | 0.10 | 1,525.00 | $152.50 |
| 11/20/2025 | RJF | AP | Review WB motion for stay pending appeal. | 0.30 | 1,950.00 | $585.00 |
| 11/23/2025 | JHR | AP | Review WB stay pleadings. | 0.90 | 1,250.00 | $1,125.00 |
| 11/24/2025 | RJF | AP | Review Debtors' opposition to WB stay motion. | 0.20 | 1,950.00 | $390.00 |
| 11/24/2025 | RJF | AP | Attend argument on WB's motion for stay pending appeal. | 1.00 | 1,950.00 | $1,950.00 |
| | | | | **3.70** | | **$6,010.00** |
| **Bankruptcy Litigation** | | | | | | |
| 07/17/2025 | BJS | BL | Attention to Warner litigation | 0.50 | 1,895.00 | $947.50 |
| 07/21/2025 | BJS | BL | Prepare for mediation and various email with Debtors regarding same | 1.50 | 1,895.00 | $2,842.50 |
| 07/21/2025 | BJS | BL | Various email with PSZJ regarding discovery | 0.40 | 1,895.00 | $758.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   6
Invoice 151104
December 4, 2025

| Date | Tmkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/23/2025 | BJS | BL | Review draft complaint and various email with PSZJ regarding standing issue/common interest and WB | 0.80 | 1,895.00 | $1,516.00 |
| 07/23/2025 | BJS | BL | Prepare for mediation | 1.50 | 1,895.00 | $2,842.50 |
| 07/24/2025 | BJS | BL | Mediation | 4.00 | 1,895.00 | $7,580.00 |
| 07/24/2025 | BJS | BL | Meeting with P Hurwitz regarding WB | 1.50 | 1,895.00 | $2,842.50 |
| 07/26/2025 | BJS | BL | Attention to WB litigation and telephone conference with R. Feinstein regarding same | 0.50 | 1,895.00 | $947.50 |
| 11/02/2025 | JHR | BL | Analyze WB standing motion. | 1.40 | 1,250.00 | $1,750.00 |
| 11/03/2025 | MBL | BL | Review WB motion for standing and challenge complaint. | 0.30 | 1,725.00 | $517.50 |
| 11/14/2025 | SSC | BL | Review hearing transcript re Committee settlement. | 0.10 | 1,525.00 | $152.50 |
| 11/23/2025 | JHR | BL | Review standing pleadings. | 1.20 | 1,250.00 | $1,500.00 |
| | | | | **13.70** | | **$24,196.50** |

**Case Administration**

| Date | Tmkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/25/2025 | BJS | CA | Return travel from mediation  (Billed t 1/2 rate) | 8.00 | 947.50 | $7,580.00 |
| 11/03/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 11/04/2025 | ATB | CA | Update critical dates memo. | 0.50 | 650.00 | $325.00 |
| 11/05/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,295.00 | $518.00 |
| 11/10/2025 | JHR | CA | Analyze critical dates memorandum. | 0.10 | 1,250.00 | $125.00 |
| 11/10/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,295.00 | $518.00 |
| 11/14/2025 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,295.00 | $518.00 |
| 11/17/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |
| 11/18/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 11/18/2025 | JHR | CA | Review critical dates memorandum. | 0.20 | 1,250.00 | $250.00 |
| 11/19/2025 | ARP | CA | Maintain document control. | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   7
Invoice 151104
December 4, 2025

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2025 | ATB | CA | Update critical dates; circulate pleadings and book court lines for 11/24 hearing. | 0.70 | 650.00 | $455.00 |
| | | | | 11.50 | | $10,685.00 |

**Claims Administration and Objections**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/18/2025 | BJS | CO | Telephone conference with PSZJ regarding Warner litigation | 0.50 | 1,895.00 | $947.50 |
| 07/21/2025 | BJS | CO | Attention to TGM's claim | 1.50 | 1,895.00 | $2,842.50 |
| 11/05/2025 | SSC | CO | Correspond with J. Rosell re claims analysis. | 0.10 | 1,525.00 | $152.50 |
| 11/06/2025 | JHR | CO | Analyze claims report for non-library debtors. | 0.40 | 1,250.00 | $500.00 |
| 11/10/2025 | JHR | CO | Call with Dundon re: claims reconciliation. | 0.10 | 1,250.00 | $125.00 |
| 11/10/2025 | JHR | CO | Analyze claims register. | 0.40 | 1,250.00 | $500.00 |
| 11/10/2025 | SSC | CO | Review claims analysis. | 0.10 | 1,525.00 | $152.50 |
| 11/10/2025 | SSC | CO | Telephone conference with J. Rosell re claims analysis. | 0.10 | 1,525.00 | $152.50 |
| 11/19/2025 | JHR | CO | Conference call with debtors re: claims reconciliation | 0.20 | 1,250.00 | $250.00 |
| 11/19/2025 | JHR | CO | Conference call with Dundon re: claims reconciliation | 0.20 | 1,250.00 | $250.00 |
| | | | | 3.60 | | $5,872.50 |

**PSZJ Compensation**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2025 | SSC | CP | Correspond with A. Bates re final fee application. | 0.10 | 1,525.00 | $152.50 |
| 11/04/2025 | ATB | CP | Draft second interim fee application. | 1.40 | 650.00 | $910.00 |
| 11/04/2025 | SSC | CP | Correspond with A. Bates re interim fee app. | 0.10 | 1,525.00 | $152.50 |
| 11/05/2025 | SSC | CP | Correspond with P. Keane re PSZJ fee application. | 0.10 | 1,525.00 | $152.50 |
| 11/06/2025 | ATB | CP | Revise second interim fee application; file and serve same. | 1.00 | 650.00 | $650.00 |
| 11/06/2025 | PJK | CP | Review interim fee app issues (.2), review docket (.2), emails with S. Cho re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 11/06/2025 | PJK | CP | Review PSZJ 2nd interim fee app (.3), emails with A Bates re same (.1) | 0.40 | 1,295.00 | $518.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   8

Invoice 151104

December 4, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2025 | ATB | CP | Draft CNO September monthly. | 0.30 | 650.00 | $195.00 |
| 11/10/2025 | PJK | CP | Review PSZJ Sept. fee app and CNO, emails with A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 11/10/2025 | SSC | CP | Review and revise October fee statement exhibit. | 0.20 | 1,525.00 | $305.00 |
| 11/11/2025 | PJK | CP | Review CNO re PSZJ fee app, emails with A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 11/11/2025 | SSC | CP | Correspond with A. Bates re PSZJ September fee application. | 0.10 | 1,525.00 | $152.50 |
| 11/11/2025 | SSC | CP | Correspond with A. Paddock re PSZJ September fee application. | 0.10 | 1,525.00 | $152.50 |
| 11/13/2025 | SSC | CP | Review hearing agenda. | 0.10 | 1,525.00 | $152.50 |
| 11/13/2025 | SSC | CP | Revise PSZJ October fee statement. | 0.10 | 1,525.00 | $152.50 |
| 11/25/2025 | ATB | CP | Draft October monthly. | 1.10 | 650.00 | $715.00 |
| 11/26/2025 | SSC | CP | Review and revise October fee statement. | 0.30 | 1,525.00 | $457.50 |
| | | | | **6.40** | | **$6,113.00** |

**Contract and Lease Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2025 | JHR | EC | Review amended list of assumed WB contracts. | 0.10 | 1,250.00 | $125.00 |
| | | | | **0.10** | | **$125.00** |

**Fee/Employment Application**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/16/2025 | BJS | FE | Review and revise fee app | 0.30 | 1,895.00 | $568.50 |
| | | | | **0.30** | | **$568.50** |

**Financing/Cash Collateral/Cash Management**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/25/2025 | BJS | FN | Various email with Debtors/Lenders and WB regarding challenge period | 0.20 | 1,895.00 | $379.00 |
| 07/29/2025 | BJS | FN | Attention to challenge extension | 0.20 | 1,895.00 | $379.00 |
| 11/03/2025 | RJF | FN | Review WB motion for standing and complaint. | 0.40 | 1,950.00 | $780.00 |
| 11/19/2025 | RJF | FN | Review objections to WB standing motion. | 1.00 | 1,950.00 | $1,950.00 |
| | | | | **1.80** | | **$3,488.00** |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   9
Invoice 151104
December 4, 2025

### Hearings

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/21/2025 | BJS | HE | Prepare for and attend hearing | 1.00 | 1,895.00 | $1,895.00 |
| 11/20/2025 | PEC | HE | Review Notice of Agenda for 11/24/25 Hearing and coordinate binder preparation | 0.20 | 625.00 | $125.00 |
| 11/20/2025 | PEC | HE | Review 11/24/25 Hearing Binders | 0.30 | 625.00 | $187.50 |
| 11/21/2025 | PEC | HE | Review 11/24/25 virtual hearing binder | 0.20 | 625.00 | $125.00 |
| 11/24/2025 | PEC | HE | Review and circulate Amended Agenda Canceling 11/24/25 Hearing | 0.10 | 625.00 | $62.50 |
| | | | | **1.80** | | **$2,395.00** |

### Plan and Disclosure Statement

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2025 | BJS | PD | Various email with Debtors regarding settlement | 0.20 | 1,895.00 | $379.00 |
| 07/31/2025 | BJS | PD | Attention to Settlement; various email with R. Feinstein regarding same; review and revise term sheet and various email with Justin B regarding same | 1.50 | 1,895.00 | $2,842.50 |
| 11/01/2025 | SSC | PD | New emails re solicitation motion open issues from J Rosell and J Mulvihill. | 0.10 | 1,525.00 | $152.50 |
| 11/04/2025 | RJF | PD | Conference with B. Sandler regarding plan issues. | 0.20 | 1,950.00 | $390.00 |
| 11/05/2025 | JHR | PD | Conference call with noteholders and debtors re: plan issues | 0.40 | 1,250.00 | $500.00 |
| 11/05/2025 | JHR | PD | Prepare for call to discuss plan issues | 0.20 | 1,250.00 | $250.00 |
| 11/05/2025 | RJF | PD | Call with Debtors and noteholders' counsel regarding plan issues. | 0.40 | 1,950.00 | $780.00 |
| 11/05/2025 | SSC | PD | Correspond re plan open issues with R. Feinstein, B. Sandler. | 0.10 | 1,525.00 | $152.50 |
| 11/05/2025 | SSC | PD | Plan open issues call with Sheppard Mullin. | 0.40 | 1,525.00 | $610.00 |
| 11/10/2025 | JHR | PD | Correspondence with debtors and noteholders re: plan settlement. | 0.10 | 1,250.00 | $125.00 |
| 11/10/2025 | RJF | PD | Telephone conference with B. Sandler regarding plan. | 0.10 | 1,950.00 | $195.00 |
| 11/10/2025 | RJF | PD | Email to Shepard and MoFo regarding plan. | 0.10 | 1,950.00 | $195.00 |
| 11/10/2025 | SSC | PD | Review R. Feinstein email re Committee settlement. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:     10

Invoice 151104

December 4, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2025 | RJF | PD | Review motion to extend exclusivity. | 0.10 | 1,950.00 | $195.00 |
| 11/12/2025 | RJF | PD | Telephone conference with BR regarding plan discussions with Newton. | 0.30 | 1,950.00 | $585.00 |
| 11/13/2025 | JHR | PD | Review motion to extend exclusivity | 0.20 | 1,250.00 | $250.00 |
| 11/13/2025 | RJF | PD | Emails J. Rosell regarding exclusivity motion. | 0.40 | 1,950.00 | $780.00 |
| 11/13/2025 | SSC | PD | Review emails re case status and exclusivity motion. | 0.20 | 1,525.00 | $305.00 |
| 11/14/2025 | JHR | PD | Review transcript re: plan settlement | 0.20 | 1,250.00 | $250.00 |
| 11/14/2025 | RJF | PD | Emails J. Rosell regarding opposition to exclusivity motion. | 0.10 | 1,950.00 | $195.00 |
| 11/17/2025 | RJF | PD | Telephone conference with B. Sandler regarding plan issues. | 0.30 | 1,950.00 | $585.00 |
| 11/18/2025 | RJF | PD | Telephone conferences with B. Sandler regarding revised plan settlement structure. | 0.30 | 1,950.00 | $585.00 |
| | | | | **6.00** | | **$10,454.00** |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/23/2025 | BJS | TR | Travel to mediation (Billed t 1/2 rate) | 8.00 | 947.50 | $7,580.00 |
| | | | | **8.00** | | **$7,580.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                            **$80,669.50**

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    11
Invoice 151104
December 4, 2025

**Expenses**

| | | | |
|---|---|---|---:|
| 10/18/2025 | TE | Amtrak TKT:2900637520437 From NY to Wilmigton, DE Regarding Travel to contested sale Hearing BJS | 369.00 |
| 10/31/2025 | FE | 90346.00002 FedEx Charges for 10-31-25 | 31.38 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 275 @0.10 PER PG) | 27.50 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/03/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/03/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/05/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/05/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/06/2025 | TR | Reliable - transcripts 10.20.25 and 10.21.25 LDJ | 506.05 |
| 11/06/2025 | FE | 90346.00002 FedEx Charges for 11-06-25 | 31.51 |
| 11/06/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/06/2025 | RE | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 11/06/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| Date | | Description | Amount |
|---|---|---|---|
| 11/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/10/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/10/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2025 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/11/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 111 @0.10 PER PG) | 11.10 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    14
Invoice 151104
December 4, 2025

| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:    15

Village Roadshow Entertainment Group USA O.C.C.

Invoice 151104

Client 90346.00002

December 4, 2025

| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
|---|---|---|---|
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/24/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/25/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/25/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/25/2025 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/30/2025 | PAC | Pacer - Court Research | 63.60 |

**Total Expenses for this Matter**                              **$1,170.64**

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    16

Invoice 151104

December 4, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  11/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 149813 | 09/30/2025 | $6,212.10 | $0.00 | $6,212.10 |
| 150497 | 10/31/2025 | $146,577.00 | $693.37 | $147,270.37 |

**Total Amount Due on Current and Prior Invoices:**          **$235,322.61**