**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*, [1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. __** |
| | ) |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the objection (the "Objection")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to

section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

1, disallowing the Disputed Claims identified on **Exhibit 1** hereto; and upon consideration of all

pleadings related thereto; and due and proper notice of the Objection having been given; and it

appearing that no other or further notice of the Objection is required; and it appearing that the

Court has jurisdiction to consider the Objection in accordance with 28 U.S.C. §§ 157 and 1334

and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Objection is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection

---

[1]    The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

and provided for herein is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is sustained to the extent provided herein.

2.      The No Liability Claims identified on the attached **Exhibit 1** are hereby disallowed as set forth on Exhibit 1.

3.      The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

4.      Nothing in the Objection or this Order constitutes a waiver of the Debtors' rights to object to any claims not previously disallowed or to assert any claims, counterclaims, rights of offset or recoupment, or any other claims against the claimants listed on **Exhibit 1** hereto, all of which rights are expressly preserved.

5.      Nothing in the Objection or this Order, including the resolution of the Objection as to any particular claim that is the subject of the Objection, shall have any effect on any additional proceedings, including but not limited to proceedings under Bankruptcy Code sections 502(d), 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, and 553, that have been, or will be, commenced with respect to the proofs of claim that are subject to the Objection.

6.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

33770485.5

**<u>EXHIBIT 1</u>**

**No Liability Claims**

| Name of Claimant | Claim Number | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Franchise Tax Board | 52 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 53 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 54 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 55 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 56 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 57 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |

| Franchise Tax Board | 58 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
|---|---|---|---|
| Franchise Tax Board | 59 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 60 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 61 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 62 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Kendall Milton | 3 | $138,272.15 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| Keyon E. Tehrani | 14 | $2,773.82 | Claim was resolved and paid pursuant to that certain *Settlement and Release Agreement* dated October 15, 2024. |
| Lily Drew | 93 | $3,666.50 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| Lions Gate Films Inc. | 18 | $85,641.00 | Claim relates to amounts owed under co-distribution agreements for which the Debtors are not liable. |

| | | | |
|---|---|---|---|
| Mediabrat Productions, Inc. | 12 | $10,653.00 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| Moonshot Entertainment f/s/o Bryan Cranston | 31 | $797,420.50 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| The G.O.A.T. Media, LLC | 16 | Unliquidated | The Debtors have reviewed their books and records and determined that they do not have a contract or agreement with the claimant and do not have any development materials related to the projects in this claim.  Further, Debtors have not and do not intend to assert any claims to properties that were listed. |
| The G.O.A.T. Media, LLC | 17 | Unliquidated | The Debtors have reviewed their books and records and determined that they do not have a contract or agreement with the claimant and do not have any development materials related to the projects in this claim.  Further, Debtors have not and do not intend to assert any claims to properties that were listed. |
| William Morris Endeavor Entertainment, LLC | 5 | Unliquidated | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| William Morris Endeavor Entertainment, LLC | 6 | Unliquidated | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| William Morris Endeavor Entertainment, LLC | 7 | $23,340 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |

33770485.5