# EXHIBIT B

**Berg Declaration**

33770485.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>) |

**DECLARATION OF KEVIN BERG IN SUPPORT OF DEBTORS' FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Kevin Berg, pursuant to 28 U.S.C. § 1746, declare:

1. I am the general counsel of the above-captioned debtors and debtors in possession (the "Debtors").

2. In my capacity as general counsel, I am one of the persons responsible for overseeing the claims-reconciliation and objection process in these chapter 11 cases. I have read and participated in the preparation of the *Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection"),[2] and am directly, or by and through other personnel or representatives of the Debtors, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibit attached thereto.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Objection.

33770485.5

3. Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including the Debtors' claims agent, Verita. These efforts resulted in the identification of the Disputed Claims.

4. The information contained in Exhibit 1 to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

5. The Debtors and their professionals reviewed the Debtors' books and records and determined that the Debtors do not have any liability for the No Liability Claims as set forth on Exhibit 1 to the Proposed Order for the reasons set forth therein. As set forth more fully in the Objection and on Exhibit 1 to the Proposed Order, certain of the No Liability Claims are asserted by individual members of the WGA. However, these claims are also included in a master proof of claim filed by the WGA [Claim No. 82]. In addition, certain of the No Liability Claims relate to agreements that have been assumed and assigned to Alcon Media Group LLC.

6. Accordingly, to prevent the applicable claimants from receiving an unwarranted recovery, the Debtors seek to disallow the No Liability Claims as set forth on Exhibit 1 to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2025

                                                */s/ Kevin Berg*
                                                Kevin Berg