IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,
Debtors.

RECEIVED

2026 JAN -9 P 2: 46

US BANKRUPTCY
DISTRICT OF DELAWARE

Case No. 25-10475 (TMH)

**PRO SE RESPONSE TO DEBTORS' FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIM**

Claimant THE G.O.A.T. MEDIA, LLC, appearing pro se, hereby submits this Response to the Debtors'
First Omnibus (Substantive) Objection to Claims [D.I. 1167], as it relates to Claim No. 16, without
limitation and to the extent the Objection is deemed to apply to Claim No. 17, and states as follows:

1. Claimant opposes the Objection as it relates to Claimant's Proof of Claim.
2. On January 6, 2026 at 1:24 PM PT, Claimant delivered to the Claims Processing Center (c/o KCC
   dba Verita) a Supplemental Evidentiary Compendium and Record Clarification in connection
   with its Proof of Claim. The submission consists of approximately 349 pages of documentary
   materials relevant to adjudication of the claim.
3. The supplemental materials were submitted to preserve, clarify, and complete the factual record,
   including contemporaneous communications, access history, intellectual property materials, use
   of VREG-related infrastructure, and rights-related documentation referenced in the Proof of
   Claim.
4. Claimant submits this Response to ensure the Court is aware that the evidentiary record
   supporting the claim has been timely delivered and is available for consideration in connection
   with the Objection.
5. Claimant expressly reserves all rights to supplement, amend, or further respond as appropriate as
   these proceedings continue.
6. Nothing herein shall be deemed a waiver of any rights, arguments, or remedies available to
   Claimant under the Bankruptcy Code, Bankruptcy Rules, or applicable law.

WHEREFORE, Claimant respectfully requests that the Court consider this Response and the
accompanying evidentiary record in connection with the Debtors' Objection and all further proceedings.

Dated: January 9, 2026

Respectfully,

THE G.O.A.T. MEDIA, LLC
/s/ John Pautsch
John Pautsch, Authorized Representative
Claimant — Pro Se
legal@thegoat.com