**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) ) ) | Case No. 25-10475 (TMH) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**CERTIFICATE OF SERVICE**

I, Josephine A. Dimanche, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On January 7, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Eighth Monthly Fee Application of GBH SOLIC Holdco, LLC and SOLIC Capital, LLC, as Investment Banker for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through November 30, 2025** [Docket No. 1237]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

- **Notice of Monthly Staffing Report for Compensation and Reimbursement of Expenses of Accordion Partners, LLC for Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors, for the Period from December 1, 2025 Through December 31, 2025** [Docket No. 1239]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: January 12, 2026

/s/ *Josephine A. Dimanche*
Josephine A. Dimanche
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | agavant@btlaw.com; KKansa@btlaw.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | Christopher M. Samis, R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | csamis@potteranderson.com; rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Co-Counsel for the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Justin Bernbrock and Matthew T. Benz | jbernbrock@sheppardmullin.com; mbenz@sheppardmullin.com |
| Debtor | Village Roadshow Entertainment Group USA Inc. | Kevin Berg and Keith Maib | Email on File |
| Co-Counsel for the Debtors and Debtors in Possession | Young, Conaway, Stargatt & Taylor LLP | Joseph M. Mulvihill, Rebecca L. Lamb, Lauren McCrery, Benjamin C. Carver, and Brynna M. Gaffney | jmulvihill@ycst.com; sborovinskaya@ycst.com; kmcelroy@ycst.com; bcarver@ycst.com; bgaffney@ycst.com |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 1