**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT | ) | Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**SIXTH SUPPLEMENTAL NOTICE OF POSSIBLE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE** that, on March 17, 2025 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 17, 2025, the Debtors filed a motion [Docket No. 11] (the "Bid Procedures and Sale Motion") seeking entry of (a) an order, (the "Bid Procedures Order"), (i) authorizing and approving bid procedures (the "Bid Procedures"),[2] in connection with one or more sales or dispositions (collectively, the "Sale") of the Debtors' Assets, (ii) authorizing and approving the Debtors' entry into and performance under an asset purchase agreement (the "CP Stalking Horse APA"), in connection with a potential sale of the Debtors' Library Assets to CP Ventura LLC (the "CP"), subject to higher or otherwise better bids submitted in accordance with the Bid Procedures, (iii) authorizing and approving certain stalking horse bid protections provided to CP in accordance with the terms and conditions set forth in the CP Stalking Horse APA and the Bid Procedures, (iv) establishing certain dates and deadlines in connection with the sale process for the Assets, including scheduling an auction (the "Auction"), if necessary, in accordance with the Bid Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (v) approving the form and manner of notice of the Auction, if any, the Sale, and the Sale Hearing, (vi) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale (the "Assumption and Assignment Procedures") and solely with respect to Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros."), the Warner Bros. Assumption and Assignment

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bid Procedures or the Bid Procedures Order, as applicable.

Procedures, and approving the form and manner of notice thereof, and (vii) granting related relief; and (b) one or more orders (each, a "<u>Sale Order</u>"), (i) authorizing and approving the Sale of the Debtors' Assets to the Stalking Horse Bidder or otherwise Successful Bidder(s), as applicable, free and clear of all liens, claims, interests, and encumbrances to the extent set forth in the Stalking Horse APA or the asset purchase agreement with the otherwise Successful Bidder, as applicable (the "<u>APA</u>"), (ii) the assumption and assignment of the Assumed Contracts as set forth in the applicable APA, and (iii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on April 16, 2025, the Debtors filed a motion [Docket No. 197] (the "<u>Stalking Horse Supplement</u>") seeking entry of an order (a) modifying the relief requested in the Bid Procedures and Sale Motion, (b) approving (i) the designation of Alcon Media Group, LLC ("<u>Alcon</u>") as the new stalking horse bidder for the Debtors' Library Assets (the "<u>Alcon Stalking Horse Bidder</u>"), (ii) the Debtors' entry into an asset purchase agreement with Alcon setting forth the terms of Alcon's bid for the Library Assets ("<u>Alcon Stalking Horse APA</u>"), and (iii) an expense reimbursement provided to the Alcon Stalking Horse Bidder pursuant to the terms of the Alcon Stalking Horse APA, and (c) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on April 23, 2025, the Court entered the Bid Procedures Order [Docket No. 240], and on April 24, 2025, the Court entered an amended Bid Procedures Order [Docket No. 276], approving, among other things, the Bid Procedures, which establish key dates and times relating to the Sale and the Auction, and granting the relief requested in the Stalking Horse Supplement.  All interested bidders should carefully read the Bid Procedures Order and the Bid Procedures in their entirety.[3]

**PLEASE TAKE FURTHER NOTICE** that, on May 22, 2025, the Debtors filed the *Notice of Successful Bidder for Library Assets* [Docket No. 396], which named Alcon as the Successful Bidder for the Library Assets.  On May 29, 2025, the Debtors filed the *Notice of (I) Successful Bidder for Derivative Rights and Studio Business and (II) Back-Up Bidder for Derivative Rights* [Docket No. 446], which named Alcon as the Successful Bidder for the Derivative Rights and the Studio Business, and Warner Bros. as the Back-Up Bidder for the Derivative Rights.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale, the Debtors may assume and assign to Alcon certain non-Warner Bros. executory contracts (the "<u>Assumed Contracts</u>").

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2025, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 293] (the "<u>Original Assumption Notice</u>"), which included a schedule listing certain non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "<u>Original Contracts Schedule</u>").

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2025, the Debtors filed the *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts*

---

[3]   To the extent of any inconsistencies between the Bid Procedures and the summary descriptions of the Bid Procedures in this notice, the terms of the Bid Procedures shall control in all respects.

[Docket No. 297] (the "First Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "First Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2025, the Debtors filed the *Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 345] (the "Second Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Second Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2025, the Debtors filed the *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 510] (the "Third Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Third Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2025, the Debtors filed the *Fourth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 722] (the "Fourth Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Fourth Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2025, the Debtors filed the *Fifth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts* [Docket No. 903] (the "Fifth Supplemental Assumption Notice"), which included a schedule listing certain additional non-Warner Bros. contracts that may potentially be assumed and assigned as part of the Sale (the "Fifth Supplemental Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have identified the additional non-Warner Bros. contracts listed on **Exhibit 1** attached hereto as additional contracts that may potentially be assumed and assigned as part of the Sale (the "Sixth Supplemental Contracts Schedule," and together with the Original Contracts Schedule, the First Supplemental Contracts Schedule, the Second Supplemental Contracts Schedule, the Third Supplemental Contracts Schedule, the Fourth Supplemental Contracts Schedule, and the Fifth Supplemental Contracts Schedule the "Contracts Schedules"). The Contracts Schedules may also be viewed free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that Cure Costs, if any, for the assumption and assignment of such contracts are also set forth on the Sixth Supplemental Contracts Schedule. Each Cure Cost listed on the Sixth Supplemental Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract. For the avoidance of doubt, none of the foregoing applies to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE.** Under the terms of the Assumption and Assignment Procedures, unless otherwise provided in the applicable APA, at any time prior to the date of closing of the Sale, the Debtors may (a) remove a contract from the Contracts Schedules or (b) modify the previously-stated Cure Costs associated with any contract. **The presence of a contract listed on <u>Exhibit 1</u> attached hereto does not constitute an admission that such contract is an executory contract or that such contract will be assumed and assigned as part of the Sale. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts listed on <u>Exhibit 1</u> attached hereto.**

### <u>Filing Objections</u>

Pursuant to the Assumption and Assignment Procedures, and except with respect to Warner Bros., who is instead governed by the Warner Bros. Assumption and Assignment Procedures as set forth in the Bid Procedures Order, objections to the proposed assumption and assignment of a contract listed on the Sixth Supplemental Contracts Schedule, on any basis, including any objection relating to Cure Costs or adequate assurance of Alcon's future ability to perform, must (1)(a) be in writing; (b) state the basis for such objection; and (c) if such objection is to the Cure Cost, state with specificity what Cure Cost the counterparty believes is required (in all cases, with appropriate documentation in support thereof) and (2) be filed with the Court and served no later than **January 27, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Sixth Supplemental Contract Objection Deadline</u>") on the following parties (collectively, the "<u>Notice Parties</u>"): (1) co-counsel to the Debtors, (i) Sheppard, Mullin, Richter & Hampton LLP, 321 North Clark Street, 32nd Floor, Chicago, IL 60654, Attn.: Justin R. Bernbrock (jbernbrock@sheppardmullin.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn.: Joseph M. Mulvihill (jmulvihill@ycst.com); (2) counsel to the ABS Trustee, Barnes & Thornburg LLP, One North Wacker Drive Suite 4400, Chicago, IL 60606, Attn.: Aaron Gavant (agavant@btlaw.com) (3) counsel to the DIP Lenders, Morrison Foerster, 250 West 55th Street, New York, NY 10019, Attn.: James Newton (jnewton@mofo.com); (4) counsel to Vine Alternative Investments Group, LLC, Cooley LLP, 55 Hudson Yards, New York, NY 10001 Attn.: Daniel Shamah (dshamah@cooley.com); (5) Magnum Films SPC, DLA Piper LLP, 121 Avenue of the Americas, New York, New York, 10020, Attn: Dennis C. O'Donnell (dennis.odonnell@dlapiper.com); (6) counsel to the ad hoc group of ABS Noteholders, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Joel Simwinga (jmsimwinga@wlrk.com); (7) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue 34th Floor, New York, NY 10017, Attn: Robert Feinstein (rfeinstein@pszjlaw.com) and Bradford Sandler (bsandler@pszjlaw.com); (8) counsel to Warner Bros., (i) O'Melveny & Myers LLP, 400 South Hope Street, Suite 1900, Los Angeles, CA 90071, Attn.: Steve Warren (swarren@omm.com), and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn.: Curtis S. Miller (cmiller@morrisnichols.com), (9) the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>"), 844 N. King Street, Room 2207, Wilmington, DE 19801, Attn.: Timothy Fox (timothy.fox@usdoj.gov); and (10) Alcon.

The Court will hear and determine any objections, which cannot otherwise be resolved by the parties, to the assumption and assignment to the Buyer of any Assumed Contracts listed on the

Sixth Supplemental Contracts Schedule at a hearing (the "<u>Supplemental Assumption and Assignment Hearing</u>") to be held on such date and time as determined by the Court, at 824 Market ST N, 3rd Floor, Wilmington, Delaware 19801.

### Consequences of Failing to Timely File an Objection

**Except with respect to Warner Bros., who instead is subject to the Warner Bros. Assumption and Assignment Procedures, Warner Bros. Contract Objection Deadline, Warner Bros. Sale Objection Deadline, and Warner Bros. Post-Auction Objection Deadline, as set forth in the Bid Procedures Order, if any party fails to timely file with the Court and serve an objection by the Sixth Supplemental Contract Objection Deadline or other applicable objection deadline, or otherwise abide by the procedures set forth in the Bid Procedures regarding an objection to the Sale, such party shall be barred from asserting, at the Supplemental Assumption and Assignment Hearing or otherwise, any objection to the relief requested in the Motion or to the consummation and performance of the Sale, including (i) assumption and assignment of Assumed Contracts as set forth in the applicable APA and (ii) the transfer of the applicable Asset(s) to the applicable Successful Bidder(s) free and clear of all liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, and shall be deemed to "consent" to the Sale for purposes of section 363(f) of the Bankruptcy Code.**

### Obtaining Additional Information

Copies of the Bid Procedures Motion, the Stalking Horse Supplement, the Bid Procedures, the Bid Procedures Order, the Alcon Stalking Horse APA, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.veritaglobal.net/vreg.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 13, 2026
Wilmington, Delaware

/s/ Joseph M. Mulvihill

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:         jmulvihill@ycst.com
               bcarver@ycst.com
               bgaffney@ycst.com

*Co-Counsel for the Debtors and
Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:     (312) 499-6300
Facsimile:     (312) 499-6301
Email:         jbernbrock@sheppardmullin.com
               mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:         jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:     (212) 653-8701
Email:         apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and
Debtors in Possession*

# **EXHIBIT 1**

**Sixth Supplemental Contracts Schedule**

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 1. | Village Roadshow Entertainment Group USA Inc.<br><br>Village Roadshow Pictures Entertainment, Inc.<br><br>Village Roadshow Productions, Inc. | Letter Agreement/Release of Contractual Security Interest re: "Drag Heist" | 20th Century Studios, Inc. | $0.00 |
| 2. | Village Roadshow Entertainment Group USA Inc. | Vendor Agreement For Production Services re: "Greenland Project" | 3Studiosounds, LLC | $0.00 |
| 3. | Village Roadshow Productions Inc. | Letter Agreement re: "Treasures" | 8th In The State Productions Inc. f/s/o Katherine "Daisy" Gardner | $0.00 |
| 4. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Palm Beach Babylon" | Aaron Lubin | $0.00 |
| 5. | Village Roadshow Entertainment Group USA Inc. | Attachment Agreement re: "How Baseball United America" | Acta Non Verba Films LLC f/s/o Lucien Gollner and Jeff Broadway | $0.00 |
| 6. | Village Roadshow Pictures Entertainment, Inc. | Agreement for the Production and Commissioning of Original Music re: "Cinnamon" | Adrian Younge | $0.00 |
| 7. | Village Roadshow Pictures Entertainment, Inc. | Agreement Re Modification Of Writers' Share Re Interpolated Work re: "Cinnamon" | Adrian Younge | $0.00 |
| 8. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Forever War" | Aleks Cvetojevic | $0.00 |
| 9. | Village Roadshow Productions Inc. | Letter Agreement re: "Screamland" | Alexander Content f/s/o Rick Alexander | $0.00 |
| 10. | Village Roadshow Productions Inc. | Letter Agreement re: "Completion" | Alexander Jacobs | $0.00 |
| 11. | Village Roadshow Productions Inc. | Option/Purchase Agreement re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 12. | Village Roadshow Productions Inc. | First Amendment dated March 30, 2021 to Option/Purchase Agreement re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 13. | Village Roadshow Productions Inc. | Second Amendment dated January 5, 2022 to Option/Purchase Agreement re: "The Valley" | Alexandra Dreyfus | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 14. | Village Roadshow Productions Inc. | Third Amendment dated January 11, 2023 to Option/Purchase Agreement re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 15. | Village Roadshow Productions Inc. | Certificate of Engagement re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 16. | Village Roadshow Productions Inc. | Short Form Assignment re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 17. | Village Roadshow Productions Inc. | Short Form Option re: "The Valley" | Alexandra Dreyfus | $0.00 |
| 18. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Fresh" | Alison Mann | $0.00 |
| 19. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Alison Mann | $0.00 |
| 20. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Alison Mann | $0.00 |
| 21. | Village Roadshow Pictures Entertainment, Inc. | Letter Agreement re: "Cinnamon" | Alternative Horror, Inc. f/s/o Bryian Montgomery | $0.00 |
| 22. | Village Roadshow Pictures Entertainment, Inc. | Amendment to Letter Agreement dated March 11, 2022 re: "Cinnamon" | Alternative Horror, Inc. f/s/o Bryian Montgomery | $0.00 |
| 23. | Village Roadshow Pictures Entertainment, Inc. | Side Letter to Letter Agreement dated March 1, 2023 re: "Cinnamon" | Alternative Horror, Inc. f/s/o Bryian Montgomery | $0.00 |
| 24. | Village Roadshow Pictures Entertainment, Inc. | Agreement Re Modification Of Writers' Share Re Interpolated Work  re: "Cinnamon" | Alternative Horror, Inc. f/s/o Bryian Montgomery | $0.00 |
| 25. | Village Roadshow Entertainment Group USA Inc. | Amended and Restated Certificate of Engagement re: "Untitled Memory Man Series" | Amazon Studios LLC | $0.00 |
| 26. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Hoffa" | Amy Briamonte | $0.00 |
| 27. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: " Untitled Greenland Project" | Anders Bramsen | $0.00 |
| 28. | Village Roadshow Entertainment Group USA Inc. | Literary Option/Purchase Agreement re: "What Have We Done" | Anthony J. Franze p/k/a Alex Finlay | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 29. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "What Have We Done" | Anthony J. Franze p/k/a Alex Finlay | $0.00 |
| 30. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Dad Bod" | Antranig Balian | $0.00 |
| 31. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Dad Bod" | Antranig Balian | $0.00 |
| 32. | Village Roadshow Entertainment Group USA Inc. | Non-Theatrical Distribution Agreement re: "Heathers: The Musical" | Anuvu Operations LLC | $0.00 |
| 33. | Village Roadshow Pictures Entertainment Inc. | Option Purchase Agreement re: "Sputnik" | Art Pictures Studio, LLC | $0.00 |
| 34. | Village Roadshow Pictures Entertainment Inc. | Amendment to Option Purchase Agreement re: "Sputnik" | Art Pictures Studio, LLC | $0.00 |
| 35. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Forever War" | Baby Moon Pictures, Inc. f/s/o Crosby Selander | $0.00 |
| 36. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Charlie Parker" | Bad Dog Books Limited f/s/o John Connolly | $0.00 |
| 37. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "The Athena Protocol" | Bayahibe Films Ltd. f/s/o Mark Johnson | $0.00 |
| 38. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "The Warehouse" | Bayahibe Films Ltd. f/s/o Mark Johnson | $0.00 |
| 39. | VREG Television Inc. | Short Form Package re: "Untitled Nash Bridges TV Movie Project" | Beeman/Sullivan Productions f/s/o Gregory Beeman | $0.00 |
| 40. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Annie Gets Chlamydia" dated December 6, 2021 | Betsy Sullenger | $0.00 |
| 41. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Palm Beach Babylon" | Bill Hoffmann | $0.00 |
| 42. | Village Roadshow Pictures Entertainment, Inc. | Certificate of Authorship re: "Cinnamon" | Bill Snyder III | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 43. | Village Roadshow Entertainment Group USA Inc. | Side Letter re: "Untitled Derek Sanderson Project" | Bobby Orr | $0.00 |
| 44. | Village Roadshow Entertainment Group USA Inc. | Deal Memo re: "Memory", "Up The Line", "Screamland" | Brain J. Gilbert | $0.00 |
| 45. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Untitled Greenland Project" dated May 1, 2023 | Brandon Smith | $0.00 |
| 46. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Dad Bod" | Brendan Schaub | $0.00 |
| 47. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Dad Bod" | Brendan Schaub | $0.00 |
| 48. | Village Roadshow Entertainment Group USA Inc. | Termination of Non-Writing Executive Producer Deal re: "Buckets" | Brian Phillips | $0.00 |
| 49. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Eyes of a Killer" | Busted Shark Productions, Inc. f/s/o Sherryl Clark | $0.00 |
| 50. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Palm Beach Babylon" | Carolines Media, Inc. f/s/o Caroline Hirsch | $0.00 |
| 51. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | Charles "Shep" Harmon | $0.00 |
| 52. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The One That Got Away" | Charlotte Duckworth p/k/a Charlotte Rixon | $0.00 |
| 53. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms re: "And The Innocent Run Screaming" dated November 19, 2022 | Chelsea Stardust | $0.00 |
| 54. | Village Roadshow Entertainment Group USA Inc | Closed Deal Terms re: "And The Innocent Run Screaming" dated November 22, 2022 | Chelsea Stardust | $0.00 |
| 55. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms re: "Payback's a Witch" | Chris Alberghini | $0.00 |
| 56. | Village Roadshow Entertainment Group USA Inc. | Termination of Exclusive Shopping/Development Agreement re: "How Baseball United America" | Chris Wax | $0.00 |
| 57. | Village Roadshow Productions Inc. | Certificate of Authorship re: "Memory" | Cloud Shadow Inc. f/s/o Tony Mosher | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 58. | Village Roadshow Productions Inc. | Short Form Rights Option Agreement re: "Memory" | Cloud Shadow Inc. f/s/o Tony Mosher | $0.00 |
| 59. | Village Roadshow Entertainment Group USA Inc. | Assignment and Amended  re: "Untitled Memory Man Series" | Columbus Rose, LTD f.s.o David Baldacci | $0.00 |
| 60. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement re: "Dad Band" "Nerissa" and "Family Tree" | Conscious Contact Entertainment Inc. f/s/o David Goldblum | $0.00 |
| 61. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Brew Crew" | Considered, Inc. d/b/a Considered Media | $0.00 |
| 62. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "A Pretty Cool Hotel Tour" | Corey Bienert | $0.00 |
| 63. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Corey Bienert | $0.00 |
| 64. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Corey Bienert | $0.00 |
| 65. | Village Roadshow Productions Inc. | Settlement and Release re: "The Stuff" | Critical Hit f/s/o Peter Sattler | $0.00 |
| 66. | Village Roadshow Productions Inc. | Shopping Agreement re: "The Stuff" | Critical Hit f/s/o Peter Sattler | $0.00 |
| 67. | Village Roadshow Productions Inc. | Writer Agreement re: "The Stuff" | Critical Hit f/s/o Peter Sattler | $0.00 |
| 68. | Village Roadshow Entertainment Group USA, Inc. | Assignment of Copyright re:  "Bang, Bang, Bang", "Breathe" and "U Can't Catch What U Can't See" | Cutting Edge Music Publishing Limited | $0.00 |
| 69. | Village Roadshow Entertainment Group USA Inc. | Termination of Non-Writing Executive Producer Deal re: "Buckets" | Dan Forer | $0.00 |
| 70. | Village Roadshow Productions Inc. | Screenplay Option Purchase Agreement re: "Isle of Shoals" | Dan Hannon | $0.00 |
| 71. | Village Roadshow Pictures Entertainment, Inc. | Music Supervisor Agreement re: "Cinnamon" | Dan Wilcox | $0.00 |
| 72. | Village Roadshow Pictures Entertainment, Inc. | Agreement for the Production and Commissioning of Original Music re: "Cinnamon" | Daniel Ciurlizza | $0.00 |
| 73. | Village Roadshow Pictures Entertainment, Inc. | Agreement Re Modification Of Writers' Share Re Interpolated Work  re: "Cinnamon" | Daniel Ciurlizza | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 74. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Lifestyles of the Rich and Famous" | David Entertainment Television f/s/o John Davis and John Fox | $0.00 |
| 75. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Judge or Jury" | David Fried | $0.00 |
| 76. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Annie Gets Chlamydia" dated December 6, 2021 | Delancy Street Productions, Inc. f/s/o Judy Greer | $0.00 |
| 77. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Unt. 20,000 Leagues Under The Sea – Series Project" | Delve Films, Inc, | $0.00 |
| 78. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Daddy's Girls" | DeMira Pierre | $0.00 |
| 79. | Village Roadshow Entertainment Group USA Inc. | Amendment to Exclusive Attachment/Development Agreement re: "Daddy's Girls" | DeMira Pierre | $0.00 |
| 80. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The Smell" | Dennis Magee Fallon | $0.00 |
| 81. | Village Roadshow Entertainment Group USA Inc. | Side Letter re: "Untitled Derek Sanderson Project" | Derek Sanderson | $0.00 |
| 82. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | Derek Sanderson | $0.00 |
| 83. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Untitled Greenland Project" dated May 1, 2023 | Derek Smith | $0.00 |
| 84. | Village Roadshow Entertainment Group USA Inc. | Literary Rights Option Purchase Agreement re: "End of Loneliness" | Diogenes Verlag AG | $0.00 |
| 85. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Panama Documentary" | Don Winner | $0.00 |
| 86. | Village Roadshow Entertainment Group USA Inc. | Exclusive Shopping Agreement re: "Without Remorse" | Dorothy Kozak Snoke | $0.00 |
| 87. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Email re: "The Smell" | Doug Petrie | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 88. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Horrible Creatures" | Drew Fellman | $0.00 |
| 89. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Palm Beach Babylon" | Ed Burns | $0.00 |
| 90. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Hoffa" dated November 6, 2023 | Erik Nelson | $0.00 |
| 91. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement and Closed Deal Term re: "Walk With Me" | Everheart Productions, Inc. f/s/o Jenna Dewan and Kyle McNally | $0.00 |
| 92. | Village Roadshow Productions Inc. | Letter Agreement re: "Most Popular Girls In School" | Extra Credit Studios, Inc. f/s/o Mark Cope and Carlo Moss | $0.00 |
| 93. | Village Roadshow Productions Inc. | Letter Agreement and Closed Deal Terms Email re: "A Moveable Feast" | Farraday. Inc. f/s/o Burr Steers | $0.00 |
| 94. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Balls of Fury" | Fox Alternative Entertainment, LLC | $0.00 |
| 95. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Fox Creek Corporation f/s/o Mariel Hemingway | $0.00 |
| 96. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Women Who Do It Standing Up" and "The Dream" | Frances Dilorinzo-Van Norman | $0.00 |
| 97. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement Extension re: "Women Who Do It Standing Up" and "The Dream" | Frances Dilorinzo-Van Norman | $0.00 |
| 98. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Forever War" | Francis Lawrence | $0.00 |
| 99. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: Duel" | French TV SASU | $0.00 |
| 100. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Cash Trapped" | Game Theory Content f/s/o Joseph Ortega | $0.00 |
| 101. | Village Roadshow Entertainment Group USA Inc. | Amendment to Exclusive Attachment/Development Agreement re: "Cash Trapped" | Game Theory Content f/s/o Joseph Ortega | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 102. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Duel" | Game Theory Content f/s/o Joseph Ortega | $0.00 |
| 103. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Brew Crew" | Gary Bradhering | $0.00 |
| 104. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The Fitness Crazes that Shaped Us" | Gaspin Media | $0.00 |
| 105. | Village Roadshow Entertainment Group USA Inc. | Sales Agency Agreement re: "Fourty Pounds" | Get Lite Productions, LLC | $0.00 |
| 106. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Goldstone Pictures f/s/o John Goldstone | $0.00 |
| 107. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "The Warehouse" | Gran Via Entertainment. f/s/o Mark Johnson | $0.00 |
| 108. | Village Roadshow Entertainment Group USA Inc. | Side Letter re: "Friday Beers (a/k/a "Almost Friday") | Happy Madison Productions | $0.00 |
| 109. | Village Roadshow Entertainment Group USA Inc. | Development Confirmation Letter re: "Friday Beers (a/k/a "Almost Friday") | Happy Madison Productions | $0.00 |
| 110. | Village Roadshow Entertainment Group USA Inc. | Series Bonus Exhibit re: "Friday Beers (a/k/a "Almost Friday") | Happy Madison Productions | $0.00 |
| 111. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement and Deal Memo re: "Eyes of a Killer" | Hardscrabble Entertainment, Inc. f/s/o Howard Blum | $0.00 |
| 112. | Village Roadshow Entertainment Group USA Inc. | Short Form Option re: "Eyes of a Killer" | Hardscrabble Entertainment, Inc. f/s/o Howard Blum | $0.00 |
| 113. | Village Roadshow Entertainment Group USA Inc. | Amendment to Certificate of Engagement and Deal Memo re: "Eyes of a Killer" | Hardscrabble Entertainment, Inc. f/s/o Howard Blum | $0.00 |
| 114. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Making of Halloween" | Harold Goldberg | $0.00 |
| 115. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Screamland" | Harold Sipe | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 116. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Screamland" | Hector Casanova | $0.00 |
| 117. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Hemingway Copyrights, LLC | $0.00 |
| 118. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Hemingway Family Trust | $0.00 |
| 119. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Hemingway Foreign Rights Trust | $0.00 |
| 120. | Village Roadshow Productions Inc. | Script Option/Purchase Agreement re: "Pizza Bomber" | Hensleigh House Films, Inc. f/s/o Jonathan Hensleigh | $0.00 |
| 121. | Village Roadshow Productions Inc. | Letter Agreement re: "Second Sister" f/k/a "Jackie and Lee" | High-Maintenance, Inc. f/s/o Julie Rottenberg | $0.00 |
| 122. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Greenland Project" | House Post LLC | $0.00 |
| 123. | Village Roadshow Pictures Entertainment Inc. | Option Purchase Agreement re: "Sputnik" | Hype Film, LLC | $0.00 |
| 124. | Village Roadshow Pictures Entertainment Inc. | Amendment to Option Purchase Agreement re: "Sputnik" | Hype Film, LLC | $0.00 |
| 125. | Village Roadshow Entertainment Group USA Inc. <br><br> Village Roadshow Pictures Entertainment, Inc. <br><br> Village Roadshow Productions, Inc. | Letter Agreement/Release of Contractual Security Interest re: "Drag Heist" | Imagine Impact, LLC | $0.00 |
| 126. | Village Roadshow Pictures Entertainment Inc. | Quitclaim Agreement re: "Baby Teeth" | Imperative Productions, LLC | $0.00 |
| 127. | Village Roadshow Entertainment Group USA, Inc. | Quitclaim Agreement re: "Broken Monsters" | Imperative Productions, LLC | $0.00 |
| 128. | Village Roadshow Productions Inc. | Letter Agreement re: "Second Sister" f/k/a "Jackie and Lee" | Inappropriate Productions Ltd. f/s/o Elisa Zuritsky | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 129. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Second Sister" f/k/a "Jackie and Lee" | Intercap Merchant Partners, LLC f/s/o Carol Roth | $0.00 |
| 130. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Hoffa" | It's Raining Kats & Dolls Transcription Services f/s/o Kathleen Johnson | $0.00 |
| 131. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Daddy's Girls" | J. Shelton Productions Inc. f/s/o Jamail Shelton | $0.00 |
| 132. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/ Development Agreement re: "Untitled Jesse Jackson Project" | Jackson Foundation Inc. | $0.00 |
| 133. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Pizza Bomber" | Jerry Clark | $0.00 |
| 134. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Behold The Monster" | Jillian Lauren, LLC f/s/o Jillian Shriner p/k/a Jillian Lauren | $0.00 |
| 135. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "And The Innocent Run Screaming" dated October 24, 2022 | Jim Agnew | $0.00 |
| 136. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms re: "And The Innocent Run Screaming" dated November 19, 2022 | Jim Agnew | $0.00 |
| 137. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "The Hatman Project" | Jim Weber | $0.00 |
| 138. | Village Roadshow Entertainment Group USA Inc. | Amendment to Exclusive Attachment/Development Agreement re: "The Hatman Project" | Jim Weber | $0.00 |
| 139. | Village Roadshow Entertainment Group USA Inc. | Agreement For The Production and Commissioning of Original Music re: "Greenland Documentary" | Joe Bridges | $0.00 |
| 140. | Village Roadshow Entertainment Group USA Inc. | Exclusive Shopping/Development Agreement re: "The Occasionally Accurate Annals of Football" | Joel Cohen & Dan Patrick | $0.00 |
| 141. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Shopping/Development Agreement re: "The Occasionally Accurate Annals of Football" | Joel Cohen & Dan Patrick | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 142. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Sherlock in Shanghai" aka "Sherlock Holmes Shanghai Casebook" aka "Sherlock Shanghai" | Johnny Ma | $0.00 |
| 143. | Village Roadshow Entertainment Group USA Inc. | Exclusive Shopping Agreement re: "Without Remorse" | Josh Chesler | $0.00 |
| 144. | Village Roadshow Productions Inc. | Letter Agreement and Closed Deal Terms Email re: "Sherlock in Shanghai" aka "Sherlock Holmes Shanghai Casebook" aka "Sherlock Shanghai" | Just So, Inc. f/s/o Naren Shankar | $0.00 |
| 145. | Village Roadshow Entertainment Group USA Inc. | Vendor Agreement For Production Services re: "Greenland Project" | Katherine Reim | $0.00 |
| 146. | Village Roadshow Pictures Entertainment, Inc. | Agreement for the Production and Commissioning of Original Music re: "The Gutter" | Keegan DeWitt | $0.00 |
| 147. | Village Roadshow Entertainment Group USA Inc. | Exclusive Shopping Agreement re: "Without Remorse" | Keilie Madison | $0.00 |
| 148. | Village Roadshow Entertainment Group USA Inc. | Termination of Non-Writing Executive Producer Deal re: "Buckets" | Kevin McGuinness | $0.00 |
| 149. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Annie Gets Chlamydia" dated December 6, 2021 | Kids At Play, LLC f/s/o Amy Laslett and Jason Berger | $0.00 |
| 150. | Village Roadshow Entertainment Group USA Inc.<br><br>Village Roadshow Pictures Entertainment, Inc.<br><br>Village Roadshow Productions, Inc. | Letter Agreement/Release of Contractual Security Interest re: "Drag Heist" | Kittens Cove, LLC | $0.00 |
| 151. | Village Roadshow Pictures Entertainment, Inc. | Agreement for the Production and Commissioning of Original Music re: "Murder City" | Kurt Farquhar | $0.00 |
| 152. | Village Roadshow Pictures Entertainment, Inc. | Amendment to Agreement for the Production and Commissioning of Original Music re: "Murder City" | Kurt Farquhar | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|---|---|---|---|
| 153. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms Email re: "A Moveable Feast" | Laure De Clermont-Tonnerre | $0.00 |
| 154. | Village Roadshow Entertainment Group USA, Inc. | Literary Option/Purchase Agreement re: "Broken Monsters" | Lauren Beukes | $0.00 |
| 155. | Village Roadshow Entertainment Group USA, Inc. | First Amendment to Literary Option/Purchase Agreement re: "Broken Monsters" | Lauren Beukes Pty. Ltd f/s/o Lauren Beukes | $0.00 |
| 156. | Village Roadshow Entertainment Group USA, Inc. | Second Amendment to Literary Option/Purchase Agreement re: "Broken Monsters" | Lauren Beukes Pty. Ltd f/s/o Lauren Beukes | $0.00 |
| 157. | Village Roadshow Entertainment Group USA, Inc. | Third Amendment to Literary Option/Purchase Agreement re: "Broken Monsters" | Lauren Beukes Pty. Ltd f/s/o Lauren Beukes | $0.00 |
| 158. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement re: "The Girl Who Loved Tom Gordon" | Lee Madison | $0.00 |
| 159. | Village Roadshow Entertainment Group USA Inc. | Design Proposal re: "Screamland" | Legacy Effects | $0.00 |
| 160. | Village Roadshow Productions Inc. | Writer Agreement re: "Mysterymoon" | Lindsey Harbert | $0.00 |
| 161. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "The Girl Who Loved Tom Gordon" | Lucy Pardee | $0.00 |
| 162. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The Valley" | M Content Inc. f/s/o Stacie Passon | $0.00 |
| 163. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "The Game" | Maggie Levin | $0.00 |
| 164. | Village Roadshow Productions Inc. | Closed Deal Terms re: "Divine Secrets of the Ya-Ya Sisterhood" | Magic Crab Pictures f/s/o Liz Sczudlo | $0.00 |
| 165. | Village Roadshow Productions Inc. | Pilot Script Agreement re: "Divine Secrets of the Ya-Ya Sisterhood" | Magic Crab Pictures f/s/o Liz Sczudlo | $0.00 |
| 166. | Village Roadshow Productions Inc. | Certificate of Authorship re: "Divine Secrets of the Ya-Ya Sisterhood" | Magic Crab Pictures f/s/o Liz Sczudlo | $0.00 |
| 167. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Fresh" | Maia Glikman | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 168. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Maia Glikman | $0.00 |
| 169. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Maia Glikman | $0.00 |
| 170. | Village Roadshow Productions Inc. | Letter Agreement and Closed Deal Terms re: "Bored God" | Malonefilm, Inc. f/s/o Mark Malone | $0.00 |
| 171. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Hoffa" | Mango Arts And Entertainment, Inc. Paul Marengo | $0.00 |
| 172. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "A Pretty Cool Hotel Tour" | Margaret Bienert | $0.00 |
| 173. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Margaret Bienert | $0.00 |
| 174. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Margaret Bienert | $0.00 |
| 175. | Village Roadshow Entertainment Group USA Inc. | Termination of Exclusive Shopping/Development Agreement re: "How Baseball United America" | Mark Leinweaver | $0.00 |
| 176. | Village Roadshow Entertainment Group USA Inc. | Consulting Agreement re: "Heathers" | McGuffin Entertainment LLC | $0.00 |
| 177. | Village Roadshow Entertainment Group USA Inc.<br><br>Village Roadshow Pictures Entertainment, Inc.<br><br>Village Roadshow Productions, Inc. | Letter Agreement/Release of Contractual Security Interest re: "Drag Heist" | Meridian & Bigbee | $0.00 |
| 178. | Village Roadshow Entertainment Group USA Inc. | Agreement For The Production and Commissioning of Original Music re: "Greenland Documentary" | Michael Andrew Maclennan | $0.00 |
| 179. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | Michael Bassick | $0.00 |
| 180. | Village Roadshow Entertainment Group USA Inc. | Option/Purchase Agreement  re: "Underwood and Flinch" | Michael Bennett p/k/a Mike Bennett | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 181. | Village Roadshow Entertainment Group USA Inc. | First Amendment dated February 11, 2022 to Option/Purchase Agreement  re: "Underwood and Flinch" | Michael Bennett p/k/a Mike Bennett | $0.00 |
| 182. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement  re: "Underwood and Flinch" | Michael Bennett p/k/a Mike Bennett | $0.00 |
| 183. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Underwood and Flinch" | Michael Bennett p/k/a Mike Bennett | $0.00 |
| 184. | Village Roadshow Entertainment Group USA Inc. | Shopping Agreement Extension Amendment to Exclusive Attachment/Development Agreement re: "Underwood and Flinch" | Michael Bennett p/k/a Mike Bennett | $0.00 |
| 185. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Fresh" | Michael Iemma | $0.00 |
| 186. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Michael Iemma | $0.00 |
| 187. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Exclusive Attachment/Development Agreement re: "Fresh" | Michael Iemma | $0.00 |
| 188. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Drama Camp" | Michelle Visage | $0.00 |
| 189. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Exclusive Attachment/Development Agreement re: "Drama Camp" | Michelle Visage | $0.00 |
| 190. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Exclusive Attachment/Development Agreement re: "Drama Camp" | Michelle Visage | $0.00 |
| 191. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms re: "Payback's a Witch" | Mike Chessler | $0.00 |
| 192. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "A Man Named Dora" | Mike Heffernan | $0.00 |
| 193. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Luna" "Amara & Ry'Shauna" and "Mackenzie" | MiM Series, LLC | $0.00 |
| 194. | Village Roadshow Productions Inc. | Writer Agreement re: "Mysterymoon" | Missing Linc Operation | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 195. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Palm Beach Babylon" | Mitch Akselrad | $0.00 |
| 196. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | MJB Ventures, LLC | $0.00 |
| 197. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Cash Trapped" | Monkey Pie Media, Inc. f/s/o Peter Herschko | $0.00 |
| 198. | Village Roadshow Entertainment Group USA Inc. | Amendment to Exclusive Attachment/Development Agreement re: "Cash Trapped" | Monkey Pie Media, Inc. f/s/o Peter Herschko | $0.00 |
| 199. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Dad Bod" | Monkey Pie Media, Inc. f/s/o Peter Herschko | $0.00 |
| 200. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Good Game Asia" | Monkey Pie Media, Inc. f/s/o Peter Herschko | $0.00 |
| 201. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Palm Beach Babylon" | Murray Weiss | $0.00 |
| 202. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Panama Documentary" | Nathaniel Frum | $0.00 |
| 203. | Village Roadshow Productions Inc. | Letter Agreement and Closed Deal Terms Email re: "Sherlock in Shanghai" aka "Sherlock Holmes Shanghai Casebook" aka "Sherlock Shanghai" | Neon Oubliette Productions, Inc. f/s/o Helen Shang | $0.00 |
| 204. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Panama Documentary" | Neumeyer Media Empire, LLC f/s/o Zach Neumeyer | $0.00 |
| 205. | Village Roadshow Entertainment Group USA Inc. | Exclusive Shopping/Development Agreement re: "The Fitness Crazes that Shaped Us" | Nitro Up Media LLC f/s/o Dan Clark | $0.00 |
| 206. | Village Roadshow Pictures Entertainment Inc. | Option Purchase Agreement re: "Sputnik" | NMG Studio, LLC | $0.00 |
| 207. | Village Roadshow Pictures Entertainment Inc. | Amendment to Option Purchase Agreement re: "Sputnik" | NMG Studio, LLC | $0.00 |
| 208. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Untitled Erewhon Project" | Nowhere Holdco LLC | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 209. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Pete Versus Life" | Objective Media Group Limited | $0.00 |
| 210. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Look What You Made Me Do" | One Wildchild, Inc. f/s/o Millicent Shelton | $0.00 |
| 211. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms, re: "Annie Gets Chlamydia" dated November 12, 2021 | Oops Doughnuts Productions, Inc. f/s/o Andrew Fickman | $0.00 |
| 212. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re: "Annie Gets Chlamydia" dated December 6, 2021 | Oops Doughnuts Productions, Inc. f/s/o Andrew Fickman | $0.00 |
| 213. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "A Pretty Cool Hotel Tour" | Paige Boudreau | $0.00 |
| 214. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Paige Boudreau | $0.00 |
| 215. | Village Roadshow Entertainment Group USA Inc. | Second Amendment to Letter Agreement re: "A Pretty Cool Hotel Tour" | Paige Boudreau | $0.00 |
| 216. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Untitled Doll Project" | Paired Up Media, LLC f/s/o Meghan Griffin and Martin Hardy | $0.00 |
| 217. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Panama Documentary" | Pana Films Ltd. f/s/o Jamie Crawford | $0.00 |
| 218. | Village Roadshow Productions Inc. | Letter Agreement re: "Legacy" | Past Midnight Inc. f/s/o Todd Jeffrey "T.J." Fixman | $0.00 |
| 219. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Buckets" | Pat Charles | $0.00 |
| 220. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Baby Teeth" | Patricia Burke | $0.00 |
| 221. | Village Entertainment Group USA Inc. | Option Purchase Agreement and its Exhibits re: "A Moveable Feast" | Patrick and Carol T. Hemingway Revocable Living Trust | $0.00 |
| 222. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Hoffa" | Patrick Martin | $0.00 |
| 223. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Evening Magazine" | PersonalCast Studios, LLC f/s/o Jan Dicker and Susan Cohen-Dickler | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 224. | Village Roadshow Productions Inc. | Option/Purchase Agreement re: "The Stuff" | Peter Sattler | $0.00 |
| 225. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Hoffa" | Phil Moscato | $0.00 |
| 226. | Village Roadshow Entertainment Group USA Inc. | Extension of Exclusive Attachment/Development Agreement re: "Hoffa" | Phil Moscato | $0.00 |
| 227. | Village Roadshow Productions Inc. | Letter Agreement re: "Completion" | Pocono Pictures f/s/o Robert Nelson Jacobs and Charlie Jacobs | $0.00 |
| 228. | Village Roadshow Entertainment Group USA Inc. | Reversion of Rights Acknowledgement re: "Heathers: The Musical" | Purple Tag Originals, LLC | $0.00 |
| 229. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms Email re: "Sherlock in Shanghai" aka "Sherlock Holmes Shanghai Casebook" aka "Sherlock Shanghai" | Racine Films Ltd. | $0.00 |
| 230. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Most Popular Girls In School" | Radar Pictures Inc. f/s/o Michael Napoliello, Maria Frisk, Alex Power | $0.00 |
| 231. | Village Roadshow Entertainment Group USA Inc. | Side Letter re: "Friday Beers (a/k/a "Almost Friday") | Relentless Productions, LLC | $0.00 |
| 232. | Village Roadshow Entertainment Group USA Inc. | Development Confirmation Letter re: "Friday Beers (a/k/a "Almost Friday") | Relentless Productions, LLC | $0.00 |
| 233. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Friday Beers (a/k/a "Almost Friday") | Relentless Productions, LLC | $0.00 |
| 234. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Greenland Project" | Restless Pixels Corp f/s/o Dorca Musseb | $0.00 |
| 235. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Completion" | Rhys Ernst | $0.00 |
| 236. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms Email re: "Sherlock in Shanghai" aka "Sherlock Holmes Shanghai Casebook" aka "Sherlock Shanghai" | Richard Boardman | $0.00 |
| 237. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Term Sheet re: "The Warehouse" dated December 5, 2024 | Rob Hart | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 238. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Melissa Gentry Project" | Robert C. Pollock | $0.00 |
| 239. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Super Creep" | Robert Williams | $0.00 |
| 240. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Judge or Jury" | Rommar Studios, Inc. | $0.00 |
| 241. | Village Roadshow Productions Inc. | Letter Agreement re: "Most Popular Girls In School" | Santos L. Halper Productions, Inc. f/s/o Haley Mancini | $0.00 |
| 242. | Village Roadshow Entertainment Group USA, Inc. | Letter Agreement re: "Broken Monsters" | Sarah Pinborough Limited f/s/o Sarah Pinborough | $0.00 |
| 243. | Village Roadshow Productions Inc. | Screenplay Option Purchase Agreement re: "Isle of Shoals" | Scott Sandler | |
| 244. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Untitled Greenland Project" dated May 1, 2023 | Scott Sorensen | $0.00 |
| 245. | Village Roadshow Entertainment Group USA Inc. | Collaboration Agreement re: "Cut Out man" (a/k/a "Assassins") | Sea Goat Pictures, LLC | $0.00 |
| 246. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement and Closed Deal Terms re:  "And The Innocent Run Screaming"  dated October 24, 2022 | Sean Keller | $0.00 |
| 247. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms re:  "And The Innocent Run Screaming" dated  November 19, 2022 | Sean Keller | $0.00 |
| 248. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/ Development Agreement | Sellers Easton Media LLC f/s/o Patricia Sellers and Nina Easton | $0.00 |
| 249. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "Brew Crew" | Sheraton Kalouria, and | $0.00 |
| 250. | Village Roadshow Productions, Inc. | Letter Agreement and Closed Deal Terms, re: "Annie Gets Chlamydia" | Shira Hoffman | $0.00 |
| 251. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Hoffa" | Sixth Man Productions, Inc. f/s/o Eric Salat | $0.00 |
| 252. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Horrible Creatures" | Stacey Kesten, Inc. f/s/o Brian Ging | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 253. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Forever War" | Stampede Ventures | $0.00 |
| 254. | Village Roadshow Entertainment Group USA Inc. | First Amendment to Letter Agreement re: "The Game" | Stately Plump Buck Mulligan, LLC f/s/o Neil Strauss | $0.00 |
| 255. | Village Roadshow Entertainment Group USA Inc. | Co-Development Deal Memo re: "Underwood and Flinch" | Stolen Pictures Limited | $0.00 |
| 256. | Village Roadshow Productions Inc. | Letter Agreement re: "Friday Beers (a/k/a "Almost Friday")" | Stranger Danger Pictures, Inc. f/s/o Barry Schwartz | $0.00 |
| 257. | Village Roadshow Productions Inc. | Letter Agreement re: "Untitled Shanrah Wakefield Project" | Sunlit Peaks, Inc. f/s/o Shanrah Wakefield | $0.00 |
| 258. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Untitled Melissa Gentry Project" | Swim Entertainment f/s/o Laurie Girion | $0.00 |
| 259. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Melissa Gentry Project" | Swim Entertainment f/s/o Peter Skuts | $0.00 |
| 260. | Village Roadshow Entertainment Group Asia Limited | Side Letter to Theatrical Pickup Distribution Agreement re: "Man of Tai Chi" | Tai Chi Man, LLC | $0.00 |
| 261. | Village Roadshow Entertainment Group USA Inc. | Development Agreement re: "Lifestyles of the Rich and Famous" | Telepictures Productions, Inc. | $0.00 |
| 262. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | Tenth Green Productions, LLC | $0.00 |
| 263. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "The Day Treva Thornberry Disappeared" | Texas Monthly LLC | $0.00 |
| 264. | Village Roadshow Entertainment Group USA Inc. | Services Agreement re: "Drag Heist" | The Arterie | $0.00 |
| 265. | Village Roadshow Entertainment Group USA Inc. | Shopping Agreement re: "Treasures" | The Jim Henson Company, Inc. | $0.00 |
| 266. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Most Popular Girls In School" | The Marlboro Road Gang Productions Inc. f/s/o Aaron Lubin, Ed Burns. | $0.00 |
| 267. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Road to Wellville" | The Trustees of Indiana University | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 268. | Village Roadshow Entertainment Group USA Inc. | Agreement For The Production and Commissioning of Original Music re: "Greenland Documentary" | Tideway Music Ltd. f/s/o Tom Howe | $0.00 |
| 269. | Village Roadshow Pictures Entertainment Inc. | Letter Agreement re: "The Girl Who Loved Tom Gordon" | Timothy Grimes | $0.00 |
| 270. | Village Roadshow Entertainment Group USA Inc. | Exclusive Attachment/Development Agreement re: "The Hatman Project" | Timothy M. Brown, Jr. | $0.00 |
| 271. | Village Roadshow Entertainment Group USA Inc. | Amendment to Exclusive Attachment/Development Agreement re: "The Hatman Project" | Timothy M. Brown, Jr. | $0.00 |
| 272. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Discovery + A Movie" | Todd Sachs | $0.00 |
| 273. | Village Roadshow Entertainment Group USA Inc. | Termination of Exclusive Shopping/Development Agreement re: "How Baseball United America" | Todd Zeile | $0.00 |
| 274. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Balls of Fury" | Tom Nguyen | $0.00 |
| 275. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Second Sister" | Treefort Media, LLC | $0.00 |
| 276. | Village Roadshow Pictures Entertainment, Inc. | Synchronization License re: "Murder City" and Composition "Special" | True Music, LLC | $0.00 |
| 277. | Village Roadshow Pictures Entertainment, Inc. | Synchronization License  re: "Murder City" and Composition "American Gangsta Mashup" | True Music, LLC | $0.00 |
| 278. | Village Roadshow Entertainment Group USA Inc. | Quitclaim, Termination and Release Agreement re: "Untitled Derek Sanderson Project" | Turk, LLC | $0.00 |
| 279. | Village Roadshow Productions Inc. | Letter Agreement re: "Look What You Made Me Do" | Two Joes Entertainment, Inc. f/s/o Jaime Paglia | $0.00 |
| 280. | Village Roadshow Entertainment Group Asia Limited | Side Letter to Theatrical Pickup Distribution Agreement re: "Man of Tai Chi" | Universal Pictures (a division of Universal City Studios LLC) | $0.00 |
| 281. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Turning the Tide" | University of Southern California | $0.00 |
| 282. | Village Roadshow Entertainment Group USA Inc. | Letter Agreement re: "Rock Needs River" | Vanessa McGrady | $0.00 |

| # | Debtor | Contract Description | Counterparty Name | Cure Amount |
|---|--------|---------------------|-------------------|-------------|
| 283. | Village Roadshow Entertainment Group USA Inc. | Closed Deal Terms Email re: "Forever War" | Vertigo Prime, Inc. | $0.00 |
| 284. | VREG Television Inc. | Residual Assets Agreement re: "Nash Bridges" | Village NB Productions LLC | $0.00 |
| 285. | Village Roadshow Entertainment Group USA Inc. | Short Form Assignment re:  "Friday Beers (a/k/a "Almost Friday") | Village Roadshow Productions Inc. | $0.00 |
| 286. | Village Roadshow Entertainment Group USA Inc. | Certificate of Engagement re: "Untitled Greenland Project" | Visual  Unknown, LLC f/s/o Michael Brown | $0.00 |
| 287. | Village Roadshow Pictures Entertainment Inc. | Option Purchase Agreement re: "Sputnik" | Vodorod 2011, LLC | $0.00 |
| 288. | Village Roadshow Pictures Entertainment Inc. | Amendment to Option Purchase Agreement re: "Sputnik" | Vodorod 2011, LLC | $0.00 |
| 289. | Village Roadshow Entertainment Group USA Inc. | Non-Transferable Personal Use License Agreement | Vonda Pelto | $0.00 |
| 290. | Village Roadshow Productions Inc. | Closed Deal Terms re: "Divine Secrets of the Ya-Ya Sisterhood" | Walk and Chew Gum, Inc. f/s/o Callie Khouri | $0.00 |
| 291. | Village Roadshow Productions Inc. | Pilot Script Agreement re: "Divine Secrets of the Ya-Ya Sisterhood" | Walk and Chew Gum, Inc. f/s/o Callie Khouri | $0.00 |
| 292. | Village Roadshow Productions Inc. | Certificate of Authorship re: "Divine Secrets of the Ya-Ya Sisterhood" | Walk and Chew Gum, Inc. f/s/o Callie Khouri | $0.00 |
| 293. | Village Roadshow Pictures Entertainment Inc. | Certificate of Engagement and Closed Deal Terms re: "Walk With Me" | Westside Stories LLC d/b/a Rebelle Media f/s/o Laura Lewis | $0.00 |
| 294. | Village Roadshow Productions Inc. | Letter Agreement re: "Road to Wellville" | What Elephant? Productions, Inc. f/s/o Rick Cleveland | $0.00 |
| 295. | Village Roadshow Entertainment Group USA Inc. | Option/Purchase Agreement re: "Treasures" | William Watterson | $0.00 |
| 296. | Village Roadshow Entertainment Group USA Inc. | Short Form Package re: "Tic Tac Dough" | Winning Time Productions Inc. f/s/o Jamie Horowitz | $0.00 |