**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 25-10475 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <u>Objection Deadline</u>: Feb. 4, 2026 at 4:00 p.m. (ET) <br> ) <u>Hearing Date</u>: Feb. 20, 2026 at 10:00 a.m. (ET) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | |
| Debtors. | |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF THE DEBTORS'
PROFESSIONALS FOR THE PERIOD FROM SEPTEMBER 1, 2025
THROUGH AND INCLUDING NOVMBER 30, 2025**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 188] (the "<u>Interim Compensation Order</u>"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") in these chapter 11 cases, hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (each, a "<u>Fee Request</u>," and, collectively, the "<u>Fee Requests</u>") for all interim monthly applications covering the period from September 1, 2025 through and including November 30, 2025. Summaries of the fees and expenses subject to the Fee Requests are provided in the attachments hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a fourteen-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE FEE REQUESTS ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE <u>FEBRUARY 4, 2026, AT 4:00 P.M. (ET)</u>.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 3rd Floor, Courtroom 7, on **February 20, 2026 at 10:00 a.m. (ET)**.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Dated: January 14, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew T. Benz (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, IL 60654 |
| 1000 North King Street | Telephone:  (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:  (312) 499-6301 |
| Telephone:  (302) 571-6600 | Email:  jbernbrock@sheppardmullin.com |
| Facsimile:  (302) 571-1253 |           mbenz@sheppardmullin.com |
| Email:  jmulvihill@ycst.com | |
|         bcarver@ycst.com | -and- |
|         bgaffney@ycst.com | |
| | Jennifer L. Nassiri (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone:  (310) 228-3700 |
| | Facsimile:  (310) 228-3701 |
| | Email:  jnassiri@sheppardmullin.com |
| | |
| | -and- |
| | |
| | Alyssa Paddock (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 39th Floor |
| | New York, NY 10112 |
| | Telephone:  (212) 653-8700 |
| | Facsimile:  (212) 653-8701 |
| | Email:  apaddock@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**THIRD INTERIM FEE APPLICATION OF
<u>YOUNG CONAWAY STARGATT & TAYLOR, LLP</u>**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 17, 2025 (order entered April 17, 2025) |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through November 30, 2025 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 9/1/25-9/30/25 10/30/25 D.I. 1015 | $66,554.00 | $1,451.67 | 11/24/25 D.I. 1110 | $53,243.20 | $1,451.67 | $13,310.80 |
| 10/1/25-10/31/25 12/8/25 D.I. 1141 | $186,336.50 | $8,024.95 | 12/30/25 D.I. 1226 | $149,069.20 | $8,024.95 | $37,267.30 |
| 11/1/25-11/30/25 12/23/25 D.I. 1212 | $99,716.00 | $5,990.71 | 1/14/26 D.I. 1252 | $79,772.80 | $5,990.71 | $19,943.20 |
| **TOTALS** | **$352,606.50** | **$15,467.33** | | **$282,085.20** | **$15,467.33** | **$70,521.30** |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

**THIRD INTERIM FEE APPLICATION OF
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

| Name of Applicant: | Sheppard, Mullin, Richter & Hampton LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 17, 2025 (order entered April 17, 2025) |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through November 30, 2025 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 9/1/25-9/30/25 10/30/25 D.I. 1014 | $1,224,017.00 | $68.28 | 11/24/25 D.I. 1108 | $979,213.60 | $68.28 | $244,803.40 |
| 10/1/25-10/31/25 D.I. 1140 12/8/25 | $1,770,937.75 | $49,383.57 | 12/30/25 D.I. 1225 | $1,416,750.20 | $49,383.57 | $354,187.55 |
| 11/1/25-11/30/25 12/23/25 D.I. 1213 | $876,694.25 | $11,300.79 | 1/14/26 D.I. 1253 | $701,355.40 | $11,300.79 | $175,338.85 |
| **TOTALS** | **$3,871,649.00** | **$60,752.64** |  | **$3,097,319.20** | **$60,752.64** | **$774,329.80** |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>                           Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>) |

**THIRD INTERIM FEE APPLICATION OF
<u>KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP</u>**

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP and Kirkland & Ellis International LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 17, 2025 (order entered April 28, 2025) |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through October 31, 2025 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 9/1/25-10/31/25<br>1/6/26<br>D.I. 1235 | $1,041,469.50 | $5,167.04 | Pending | $833,175.60 | $5,167.04 | $208,293.90 |
| **TOTALS** | **$1,041,469.50** | **$5,167.04** | | **$833,175.60** | **$5,167.04** | **$208,293.90** |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |
|  | ) |

### THIRD INTERIM FEE APPLICATION OF
### KURTZMAN CARSON CONSULTANTS, LLC DBA VERITA GLOBAL

| Name of Applicant: | Kurtzman Carson Consultants, LLC dba Verita Global |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 17, 2025 (order entered April 17, 2025) |
| Period for which compensation and reimbursement is sought: | November 1, 2025 through November 30, 2025 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 11/1/25-11/30/25 1/14/26 D.I. 1251 | $2,696.21 | $0.00 | Pending | $2,156.97 | $0.00 | $539.24 |
| **TOTALS** | **$2,696.21** | **$0.00** |  | **$2,156.97** | **$0.00** | **$539.24** |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.