**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>            Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) <u>Obj. Deadline</u>: **February 4, 2026 at 4:00 p.m. (ET)**<br>) <u>Hearing Date</u>: **February 20, 2026 at 10:00 a.m. (ET)** |

**SUPPLEMENT TO THIRD INTERIM FEE APPLICATION
OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Sheppard, Mullin, Richter & Hampton LLP ("<u>Sheppard Mullin</u>"), co-counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby supplements the *Third Interim Fee Application of Sheppard, Mullin, Richter & Hampton LLP* (the "<u>Third Interim Application</u>") for the period from September 1, 2025 through November 30, 2025 (the "<u>Application Period</u>") by attaching, as <u>Exhibits A</u> through <u>E</u> hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "<u>UST Guidelines</u>"). In addition, Sheppard Mullin respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

    a.    During the Application Period, Sheppard Mullin did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

-1-

b.       The fees sought by Sheppard Mullin in the Third Interim Application are not more than 10% higher than the fees budgeted in the budget provided by Sheppard Mullin to the Debtors for the Application Period.

c.       The professionals included in the Third Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

d.       The Third Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.       The time period covered by the Third Interim Application includes approximately 6.6 hours with a value of $5,495.00 spent by Sheppard Mullin to ensure that the time entries subject to the Third Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Sheppard Mullin's preparation of each monthly fee application.

f.       The Third Interim Application did not include any rate increases since the effective date of the Court's approval of Sheppard Mullin's retention.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 14, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Carol E. Thompson (Del. Bar No. 6936)
Benjamin C. Carver (Del. Bar No. 7176)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:       jmulvihill@ycst.com
             cthompson@ycst.com
             bcarver@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone:   (312) 499-6300
Facsimile:   (312) 499-6301
Email:       jbernbrock@sheppardmullin.com
             mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
Email:       jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:   (212) 653-8700
Facsimile:   (212) 653-8701
Email:       apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Sheppard Mullin's hourly rates for bankruptcy and restructuring matters are comparable to the hourly rates charged in complex restructuring and chapter 11 bankruptcy matters by similarly skilled attorneys. In addition, Sheppard Mullin's hourly rates and corresponding rate structure in complex restructuring and chapter 11 bankruptcy matters are the same as the hourly rates and corresponding rate structure that Sheppard Mullin uses in similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

The blended hourly rate of the Sheppard Mullin attorney timekeepers who have billed time to the Debtors during the Application Period was approximately $1,211.70 per hour (the "Debtor Blended Rate").[1]  The blended hourly standard rate for all of Sheppard Mullin's domestic, non-bankruptcy attorney timekeepers during the 3-month period encompassing September 1, 2025 to and including November 30, 2025 (the "Comparable Period") was, in the aggregate, approximately $1,191.43 (the "Non-Bankruptcy Blended Rate").[2]  A detailed comparison of the Debtor Blended Rate and the Non-Bankruptcy Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| Partner | $1,578.30 | $1,457.46 |
| Special Counsel / Counsel | $1,258.85 | $1,170.86 |
| Associate | $961.40 | $985.07 |
| Staff Attorney | – | $881.20 |
| **TOTAL:** | **$1,211.70** | **$1,191.43** |

---

[1] Sheppard Mullin calculated the Debtor Blended Rate amounts by dividing the total amount billed by Sheppard Mullin attorney timekeepers to the Debtors during the Application Period, after accounting for voluntary fee reductions, by the total hours billed by such attorney timekeepers to the Debtors during the Application Period.

[2] Sheppard Mullin determined the Non-Bankruptcy Blended Rate by calculating the average the standard hourly rate for all of Sheppard Mullin's domestic, non-bankruptcy attorney timekeepers during the Comparable Period.

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS
INCLUDED IN THE THIRD INTERIM APPLICATION**

| Name of Professional Person | Position | Department | Date of Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Keith R. Gercken | Partner | Tax/Employee Benefits/T&E | 12/11/1987 | $2,260.00 | 1.30 | $2,938.00 |
| Stacey L. Rosenberg | Partner | Finance & Bankruptcy | 12/12/1996 | $1,990.00 | 12.40 | $24,676.00 |
| Justin R. Bernbrock | Partner | Finance & Bankruptcy | 11/01/2012 | $1,670.00 | 616.00 | $1,028,720.00 |
| Jennifer L. Nassiri | Partner | Finance & Bankruptcy | 11/30/2000 | $1,545.00 | 427.40 | $660,333.00 |
| Thomas V. Panoff | Partner | Business Trial | 11/04/2004 | $1,480.00 | 280.40 | $414,992.00 |
| Dylan J. Price | Partner | Business Trial | 12/02/2008 | $1,355.00 | 1.80 | $2,439.00 |
| Aerin A. Snow | Partner | Corporate & Securities | 12/03/2012 | $1,260.00 | 63.70 | $80,262.00 |
| Christopher S. Comstock | Special Counsel | Business Trial | 11/05/2009 | $1,260.00 | 61.50 | $77,490.00 |
| Catherine Jun | Special Counsel | Finance & Bankruptcy | 05/01/2014 | $1,180.00 | 0.90 | $1,062.00 |
| Alexandria G. Lattner | Associate | Finance & Bankruptcy | 05/24/2017 | $1,175.00 | 17.60 | $20,680.00 |
| Joseph A. Ireland | Associate | Entertainment | 12/01/2016 | $1,175.00 | 128.90 | $151,457.50 |
| Alyssa Paddock | Associate | Finance & Bankruptcy | 06/13/2018 | $1,105.00 | 355.70 | $393,048.50 |
| Sydney B. Hunemuller | Associate | Business Trial | 10/30/2020 | $1,045.00 | 279.60 | $292,182.00 |
| Joshua Z. Block | Associate | Corporate & Securities | 12/28/2021 | $970.00 | 0.40 | $388.00 |
| Matthew T. Benz | Associate | Finance & Bankruptcy | 11/30/2022 | $895.00 | 586.90 | $525,275.50 |
| John Herbstritt | Associate | Corporate & Securities | 11/22/2023 | $825.00 | 53.50 | $44,137.50 |
| Tatev Hovhannisyan | Associate | Entertainment | 12/01/2023 | $765.00 | 105.20 | $80,478.00 |
| Justin Fischer | Associate | Finance & Bankruptcy | 11/18/2024 | $765.00 | 5.90 | $4,513.50 |
| Alyssa Garcia | Associate | Corporate & Securities | 11/21/2024 | $765.00 | 33.40 | $25,551.00 |
| Gloria Grand-Pierre | Associate | Finance & Bankruptcy | 11/05/2025 | $765.00 | 127.30 | $97,384.50 |
| Nicole Marcinkus | Associate | Business Trials | 11/05/2025 | $765.00 | 12.30 | $9,409.50 |
| Mia Katz | Law Clerk | Corporate & Securities | N/A | $765.00 | 12.60 | $9,639.00 |
| Christian Corrales | Law Clerk | Corporate & Securities | N/A | $765.00 | 0.30 | $229.50 |
| Matthew Mancini | Law Clerk | Corporate & Securities | N/A | $765.00 | 5.90 | $4,513.50 |

-2-

| Name of Professional Person | Position | Department | Date of Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Aaron X. Hill | Legal Assistant | Corporate & Securities | N/A | $540.00 | 9.30 | $5,022.00 |
| Bruce Liebman | Administration Staff | N/A | N/A | $540.00 | 0.40 | $216.00 |
| **50% Discount for Non-Working Travel:** | | | | – | – | **($85,388.50)** |
| **Grand Total:** | | | | – | **3,200.60** | **$3,871,649.00** |
| **Blended Rate:** | | | | **$1,209.66** | – | – |

## EXHIBIT C

## BUDGET AND STAFFING PLAN

| \<td colspan="2"> | | | |
|---|---|---|---|
| **BUDGET** | | | |
| Task Code | Project Category | Total Hours | Total Fees ($) |
| B110 | Case Administration | 330.00 | $400,000.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 825.00 | $1,000,000.00 |
| B140 | Relief from Stay and Adequate Protection Proceedings | 33.00 | $40,000.00 |
| B150 | Meetings of and Communications with Creditors | 16.50 | $20,000.00 |
| B160 | Fee/Employment Applications and Statements | 82.50 | $100,000.00 |
| B170 | Employment and Fee Application Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 82.50 | $100,000.00 |
| B190 | Other Contested Matters | 1,485.00 | $1,800,000.00 |
| B195 | Non-Working Travel | 66.00 | $80,000.00 |
| B205 | First Day Motions | 0.00 | $0.00 |
| B210 | Business Operations | 33.00 | $40,000.00 |
| B220 | Employee Benefits and Pensions | 33.00 | $40,000.00 |
| B230 | Financing/Cash Collections | 33.00 | $40,000.00 |
| B240 | Tax Issues | 16.50 | $20,000.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 66.00 | $80,000.00 |
| B270 | Reporting | 16.50 | $20,000.00 |
| B310 | Claims Administration and Objections | 16.50 | $20,000.00 |
| B320 | Plan and Disclosure Statement | 165.00 | $200,000.00 |
| | **TOTAL:** | **3,300.00** | **$4,000,000.00** |

-2-

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate** |
| Partner | 5 | $1,589.00 |
| Special Counsel / Counsel | 1 | $1,260.00 |
| Associate (7 or more years since first admission) | 2 | $1,140.00 |
| Associate (4–6 years since first admission) | 2 | $1,045.00 |
| Associate (less than 4 years since first admission) | 10 | $809.00 |
| Staff Attorney | – | – |

# EXHIBIT D

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| Compensation Summary | | | |
|---|---|---|---|
| Task Code | Project Category | Total Hours | Total Fees ($) |
| B110 | Case Administration | 301.60 | $449,848.00 |
| B130 | Asset Disposition | 941.50 | $1,057,442.00 |
| B140 | Relief from Stay and Adequate Protection Proceedings | 0.90 | $1,478.00 |
| B160 | Fee/Employment Applications and Statements | 30.90 | $29,324.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 43.50 | $52,176.50 |
| B190 | Other Contested Matters | 1,542.10 | $1,939,883.50 |
| B195 | Non-Working Travel | 135.90 | $170,777.00 |
| B230 | Financing/Cash Collections | 4.20 | $4,836.50 |
| B240 | Tax Issues | 1.60 | $3,100.00 |
| B260 | Board of Directors Matters | 42.20 | $59,343.00 |
| B270 | Reporting | 2.50 | $3,092.50 |
| B310 | Claims Administration and Objections | 7.00 | $9,062.50 |
| B320 | Plan and Disclosure Statement | 146.70 | $176,674.00 |
| **50% Discount for Non-Working Travel:** | | – | **($85,388.50)** |
| **TOTAL:** | | **3,200.60** | **$3,871,649.00** |

-2-

| Expense Summary ||
|---|---|
| **Expenses Category** | **Total Expenses ($)** |
| Airfare, Travel, and Taxi | $35,144.98 |
| Transcripts and Depositions | $10,341.45 |
| Corporate Filings | $8,042.30 |
| Legal Research | $3,692.70 |
| Expert Services | $2,175.20 |
| Meals | $551.92 |
| Travel Meals | $704.56 |
| Searches | $31.25 |
| Courier / Messenger & Federal Express | $68.28 |
| **TOTAL:** | **$60,752.64** |

# EXHIBIT E

| SUMMARY OF THIRD INTERIM FEE APPLICATION ||
|---|---|
| Name of Applicant | Sheppard, Mullin, Richter & Hampton LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Third Interim Application | September 1, 2025 through November 30, 2025 |
| Total compensation sought during the Application Period | $3,871,649.00 |
| Total expenses sought during the Application Period | $60,752.64 |
| Petition Date | March 17, 2025 |
| Retention Date | March 17, 2025 |
| Date of order approving employment | April 17, 2025 |
| Total compensation approved by interim order to date [D.I. 775] [D.I. 1042] | $7,527,113.00 |
| Total expenses approved by interim order to date [D.I. 775] [D.I. 1042] | $179,292.36 |
| Total allowed compensation paid to date | $7,527,113.00 |
| Total allowed expenses paid to date | $179,292.36 |
| Blended rate in the Third Interim Application for all attorneys | $1,211.70 |
| Blended rate in the Third Interim Application for all timekeepers | $1,209.66 |
| Compensation sought in the Third Interim Application already paid (or to be paid) pursuant to a monthly compensation application but not yet allowed | $3,097,319.20 |
| Expenses sought in the Third Interim Application already paid (or to be paid) pursuant to a monthly compensation application but not yet allowed | $60,752.64 |
| Number of professionals included in the Third Interim Application | 26 |
| If applicable, number of professionals in the Third Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budget Amount:  $4,000,000.00<br>Amount Sought:  $3,871,649.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12 |
| Are any rates higher than those approved or disclosed at retention? | No |