# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VILLAGE ROADSHOW ENTERTAINMENT ) GROUP USA INC., *et al.*,[1] ) | Case No. 25-10475 (TMH) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |
| ) | **Ref. Docket No. 1105** |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF (I) THE DEBTORS' OBJECTION TO WARNER'S MOTION FOR AN ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION OF CHALLENGE CLAIMS; AND (II) THE DECLARATION OF KEVIN BERG IN SUPPORT OF THE DEBTORS' OBJECTION TO WARNER'S MOTION FOR AN ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION OF CHALLENGE CLAIMS**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (the "Order") pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Debtors to file the under seal certain confidential information contained in the Pleadings (the "Confidential Information"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

§ 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file the Confidential Information under seal and to redact such Confidential Information in the Objection and the Pleadings pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b).

3. The Confidential Information is confidential and shall remain under seal, and shall not be made available to anyone, except that copies of the Pleadings shall be provided to: (a) the Court, (b) the Clerk of the Court, (c) the Office of the United States Trustee for the District of Delaware, (d) counsel to the ABS Trustee, (e) counsel to the DIP Lenders, (e) counsel to any committee appointed in the chapter 11 cases, and (f) by agreement with the Debtors or as may be further directed by order of this Court, which parties shall keep the Pleadings and the Confidential Information therein strictly confidential.

4. Any party who receives the unredacted Pleadings in accordance with this Order shall not disclose or otherwise disseminate such unredacted Pleadings, or the information contained therein, to any other person or entity.

- 3 -

5.      Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary and appropriate to carry out the relief granted in this Order.

7.      Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 15th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**