IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,
Debtors.

Case No. 25-10475 (TMH)

**NOTICE OF RESERVATION OF RIGHTS**

The Claimant notes the existence of sealed proceedings concerning authority, governance, or standing within this case, including recent orders of the Court. To the extent any such sealed matters bear on representations, disclosures, authority, or conduct relevant to the Claimant's claims or evidentiary record, the Claimant expressly reserves all rights.

Dated: January 20, 2026

THE G.O.A.T. MEDIA, LLC
/s/ John Pautsch
John Pautsch
Authorized Representative
legal@thegoat.com