# **EXHIBIT 1**

**No Liability Claims**

| Name of Claimant | Claim Number | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Franchise Tax Board | 52 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 53 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 54 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 55 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 56 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic* |

| | | | |
|---|---|---|---|
| | | | *Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 57 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 58 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 59 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 60 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Franchise Tax Board | 61 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and* |

|  |  |  | *(III) Granting Related Relief* [Docket No. 187]. |
|---|---|---|---|
| Franchise Tax Board | 62 | $1,656.78 | Claim was paid in the ordinary course of business pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 187]. |
| Kendall Milton | 3 | $138,272.15 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| Keyon E. Tehrani | 14 | $2,773.82 | Claim was resolved and paid pursuant to that certain *Settlement and Release Agreement* dated October 15, 2024. |
| Lily Drew | 93 | $3,666.50 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| Lions Gate Films Inc. | 18 | $85,641.00 | Claim relates to amounts owed under co-distribution agreements for which the Debtors are not liable. |
| Mediabrat Productions, Inc. | 12 | $10,653.00 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| William Morris Endeavor Entertainment, LLC | 5 | Unliquidated | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| William Morris Endeavor Entertainment, LLC | 6 | Unliquidated | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |
| William Morris Endeavor Entertainment, LLC | 7 | $23,340 | This claim is included in the claim of the Writers Guild of America [Claim No. 82]. |