**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1019** |

**CERTIFICATE OF NO OBJECTION REGARDING WARNER BROS.'
MOTION TO FILE UNDER SEAL WARNER BROS.' MOTION FOR AN
ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION
OF CHALLENGE CLAIMS AGAINST THE PREPETITION SENIOR SECURED
NOTES PARTIES, AND CERTAIN NOTES DEBTORS: THE
<u>DERIVATIVE RIGHTS TRANSFEREES</u>**

The undersigned counsel to Warner Bros. Entertainment Inc. and its affiliates (collectively, "<u>Warner Bros.</u>") hereby certifies that, as of the date hereof, O'Melveny & Myers LLP and Morris, Nichols, Arsht & Tunnell LLP have received no answer, objection, or other responsive pleading to *Warner Bros.' Motion to File Under Seal Warner Bros.' Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: The Derivative Rights Transferees* (the "<u>Motion</u>") [D.I. 1019], filed on October 31, 2025.

The undersigned further certify that no answer, objection, or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the deadline

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

to raise objections, if any, is at the hearing for *Warner Bros.' Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: The Derivative Rights Transferees* [D.I. 1018] (the "Standing Motion"), which was initially scheduled on December 10, 2025, then later adjourned to January 26, 2026 at 2:00 p.m. (ET).

On January 12, 2026, Warner Bros. filed its *Notice of Withdrawal of Warner Bros.' Motion (I) for an Order Extending the Challenge Deadline, or in the Alternative, (II) For an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: The Derivative Rights Transferees* [D.I. 1245], withdrawing the Standing Motion. While the Standing Motion will no longer be considered at the January 26, 2026, hearing, to the extent that the Standing Motion is still visible on the docket, Warner Bros. respectfully requests the Court enter an order authorizing the Standing Motion to be filed under seal.

*[Signature block to follow.]*

WHEREFORE, the undersigned respectfully requests that the Court enter the proposed order attached to the Motion at its earliest convenience.

| | |
|---|---|
| Dated: January 22, 2026<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>*/s/ Cicely Berzack*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Casey B. Sawyer (No. 7260)<br>Cicely Berzack (No. 7547)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>　　　　mharvey@morrisnichols.com<br>　　　　csawyer@morrisnichols.com<br>　　　　cberzack@morrisnichols.com |

*-and-*

**O'MELVENY & MYERS LLP**
Steve Warren (admitted *pro hac vice*)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

Daniel M. Petrocelli (admitted *pro hac vice*)
Matt Kline (admitted *pro hac vice*)
Tim Heafner (admitted *pro hac vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dpetrocelli@omm.com
　　　　mkline@omm.com
　　　　theafner@omm.com

Scott Drake (admitted *pro hac vice*)
Emma Jones (admitted *pro hac vice*)
2801 North Hardwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Email: sdrake@omm.com
　　　　eljones@omm.com

*Counsel to Warner Bros. Entertainment Inc. and its Affiliates*