# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1019** |

### ORDER GRANTING WARNER BROS.' MOTION TO FILE UNDER SEAL WARNER BROS.' MOTION FOR AN ORDER GRANTING STANDING AND AUTHORIZING THE PROSECUTION OF CHALLENGE CLAIMS AGAINST THE PREPETITION SENIOR SECURED NOTES PARTIES, AND CERTAIN NOTES DEBTORS: THE DERIVATIVE RIGHTS TRANSFEREES

Upon the motion (the "Motion")[2] of Warner Bros. Entertainment and its affiliates (collectively, "Warner Bros."), for entry of an order pursuant to section 107(b)(1) of Bankruptcy Code, Rule 9018 of the Bankruptcy Rules and Local Rule 9018-1, authorizing Warner Bros. to file its Standing Motion and the Proposed Complaint under seal, and the Court having found that it has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

the Motion is in the best interests of the parties; and the Court having reviewed the Motion; and responses, if any; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Warner Bros. is hereby authorized to file its Standing Motion and any corresponding exhibits under seal.

3. Warner Bros. is authorized to file on this Court's docket and to serve on parties-in-interest copies of the redacted Standing Motion and any corresponding exhibits.

4. The Confidential Information is confidential and shall remain under seal, and shall not be made available to anyone, except that copies of the unredacted Standing Motion and any corresponding exhibits shall be provided to: (a) the Court, (b) the Clerk of the Court, (c) the Office of the United States Trustee for the District of Delaware, (d) counsel to the Debtors, (e) counsel to the ABS Trustee, (f) counsel to the DIP Lenders, (g) counsel to the Committee, (h) counsel to the Vine Holders, (i) counsel to Wilmington Savings Fund Society FSB, and (j) by agreement with Warner Bros. or as may be further directed by order of this Court, which parties shall keep the Standing Motion (including any corresponding exhibits) and the Confidential Information therein and attached thereto strictly confidential.

5. Any party who receives the unredacted Standing Motion and any corresponding exhibits in accordance with this Order shall not disclose or otherwise disseminate such unredacted Standing Motion and corresponding exhibits, or the information contained therein, to any other person or entity.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. Warner Bros. is authorized to take all actions necessary to effectuate the relief granted herein.

**Dated: January 23rd, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**