IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP (BVI) LIMITED, *et al.*,[1] | ) Case No. 25-10475 (TMH) <br> ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) **Re: Dkt. No. 215** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that on April 21, 2025, CP Ventura LLC ("CP Ventura") filed a *Notice of Appearance and Demand for Service of Notices and Papers* [Docket No. 215] (the "Notice") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that CP Ventura hereby withdraws the Notice without prejudice and requests that they be removed from all service lists, including the CM/ECF electronic service list.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

RLF1 34529757v.1

Dated: January 23, 2026

Respectfully Submitted,

*/s/ Alexander R. Steiger*
**RICHARDS, LAYTON & FINGER, P.A.**
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             merchant@rlf.com
                      steele@rlf.com
                      steiger@rlf.com

**LATHAM & WATKINS LLP**
David A. Hammerman (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 906-1398
Email:            david.hammerman@lw.com

- and -

Deniz A. Irgi (admitted *pro hac vice*)
Davis A. Klabo (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:     (213) 891-8023
Email:             deniz.irgi@lw.com
                      davis.klabo@lw.com

*Counsel to CP Ventura LLC*

2