IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR JANUARY 26, 2026 AT 2:00 P.M. (ET)**

> **DUE TO THE COURT'S CLOSURE, THE HEARING HAS BEEN RESCHEDULED TO JANUARY 30, 2026 AT 2:00 P.M. (ET), COURTROOM 5.**

## WITHDRAWN MATTER

1. [SEALED] Warner Bros.' Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: the Derivative Rights Transferees [Sealed D.I. 1018, 10/31/25, Redacted D.I. 1020, 10/31/25]

   Objection Deadline:   November 19, 2025 at 4:00 p.m. (ET)

   Related Documents:

   A. Notice of Motion [D.I. 1023, 11/4/25]

   B. [SEALED] Declaration of Kevin Berg in Support of the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims [D.I. 1059, 11/19/25, Redacted D.I. 1061, 11/19/25]

   C. Notice of Withdrawal of Motion (I) for an Order Extending the Challenge Deadline, or in the Alternative, (II) for an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: the Derivative Rights Transferees [D.I.

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] **Amendments appear in bold.**

1245, 1/12/26]

Objections Filed:

A. [SEALED] Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims [Sealed D.I. 1058, 11/19/25, Redacted D.I. 1060, 11/19/25]

B. Noteholder Parties' Objection to Warner Bros.' Standing Motion [D.I. 1062, 11/19/25]

Status:  This matter has been withdrawn.

## RESOLVED MATTERS

2. Debtors' Motion to File Under Seal: (I) the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims; and (II) the Declaration of Kevin Berg in Support of the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims [D.I. 1105, 11/24/25]

   Objection Deadline:   None.

   Related Documents:

   A. Certificate of No Objection [D.I. 1257, 1/15/26]

   B. Order Authorizing the Filing Under Seal of (I) the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims; and (II) the Declaration of Kevin Berg in Support of the Debtors' Objection to Warner's Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims [D.I. 1258, 1/15/26]

   Objections Filed:    None

   Status: An order has been entered.

3. Debtors' Third Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1143, 12/9/25]

   Objection Deadline:   December 23, 2025 at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of No Objection [D.I. 1218, 12/29/25]

    B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1220, 12/29/25]

    <u>Objections Filed</u>:    None

    <u>Status</u>: An order has been entered.

4. Debtors' Motion for Entry of an Order (I) Approving Amendment to Library Assets Purchase Agreement, (II) Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief [D.I. 1156, 12/16/25]

    <u>Objection Deadline</u>:    December 30, 2025 at 4:00 p.m. (ET)

    <u>Related Documents</u>:

    A. Certificate of No Objection [D.I. 1230, 1/5/26]

    B. Order (I) Approving Amendment to Library Assets Purchase Agreement, (II) Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief [D.I. 1231, 1/5/26]

    <u>Objections Filed</u>:    None

    <u>Status</u>: An order has been entered.

**UNCONTESTED MATTER GOING FORWARD**

5. Warner Bros.' Motion to File Under Seal Warner Bros.' Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: the Derivative Rights Transferees [D.I. 1019, 10/31/25]

    <u>Objection Deadline</u>:    At the hearing

    <u>Related Documents</u>:

    **A. Amended Certificate of No Objection [D.I. 1401, 1/23/26]**

    **B. Order Granting Warner Bros.' Motion to File Under Seal Warner Bros.' Motion for an Order Granting Standing and Authorizing the Prosecution of Challenge Claims Against the Prepetition Senior Secured Notes Parties, and Certain Notes Debtors: the Derivative Rights Transferees [D.I. 1302, 1/23/26]**

    <u>Objections Filed</u>:    None

    <u>Status</u>: **An Order has been entered.**

**CONTESTED MATTER GOING FORWARD**

6.  Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1167, 12/19/25]

    Objection Deadline:    January 9, 2026 at 4:00 p.m. (ET)

    Related Documents:

    A.  Reply to the Response of The G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1263, 1/21/26]

    B.  Certification of Counsel Regarding First Omnibus (Substantive) Objection to Claims [D.I. 1249, 1/13/26]

    **C.  Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1265, 1/22/26]**

    Objections Filed:

    A.  Informal response from Moonshot Entertainment

    B.  Response of G.O.A.T. Media, LLC [D.I. 1243, 1/9/26]

    C.  Reservation of Rights filed by The G.O.A.T, Media, LLC [D.I. 1261, 1/20/26]

    Status: **This matter adjourned to January 30, 2026 at 2:00 p.m. (ET) with respect to the claim of The G.O.A.T. Media, LLC.** This matter is continued to the February 20, 2026 omnibus hearing with respect to the informal response from Moonshot Entertainment. **An order has been entered resolving the remainder of the matter.**

Dated: January 26, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Benjamin C. Carver (Del. Bar No. 7176)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253
Email:        jmulvihill@ycst.com
                  bcarver@ycst.com
                  bgaffney@ycst.com

*Co-Counsel for the Debtors and Debtors in Possession*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:  (312) 499-6300
Facsimile:   (312) 499-6301
Email:        jbernbrock@sheppardmullin.com
                  mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:  (310) 228-3700
Facsimile:   (310) 228-3701
Email:        jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 653-8701
Email:        apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*