IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1]<br><br>                     Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR JANUARY 30, 2026 AT 1:00 P.M. (ET)**

> **PLEASE NOTE THIS PROCEEDING WILL NOW BE CONDUCTED IN-PERSON IN *COURTROOM 7*.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1167, 12/19/25]

    Objection Deadline:    January 9, 2026 at 4:00 p.m. (ET)

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] **The hearing courtroom has changed from courtroom 5 to courtroom 7.**

Related Documents:

    A. Debtors' Reply to the Response of The G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1263, 1/21/26]

    B. Certification of Counsel Regarding First Omnibus (Substantive) Objection to Claims [D.I. 1249, 1/13/26]

    C. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1265, 1/22/26]

Objections Filed:

    A. Informal response from Moonshot Entertainment

    B. Pro Se Response of G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claim [D.I. 1243, 1/9/26]

    C. Reservation of Rights filed by The G.O.A.T, Media, LLC [D.I. 1261, 1/20/26]

Status: This matter will be going forward with respect to the claim of The G.O.A.T. Media, LLC.  This matter is continued to the February 20, 2026 omnibus hearing with respect to the informal response from Moonshot Entertainment.  An order has been entered resolving the remainder of the matters.

[*Signature Page to Follow*]

Dated: January 29, 2026
Wilmington, Delaware

*/s/ Brynna M. Gaffney*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  jmulvihill@ycst.com<br>         bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone: (312) 499-6300<br>Facsimile: (312) 499-6301<br>Email:  jbernbrock@sheppardmullin.com<br>         mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>Email:  jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Email:  apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |