**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

**DEBTORS' WITNESS AND EXHIBIT LIST**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit their list of witnesses and exhibits (this "Witness and Exhibit List") in connection with the matters scheduled to be heard on February 20, 2026, at 10:00 a.m. (ET) (the "Hearing").

**WITNESSES**

1.  Any witness listed by any other party.

2.  Any necessary rebuttal or impeachment witnesses.

3.  The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1]   The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

-2-

**EXHIBITS**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned case. | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | |
| | Any exhibit identified or offered by any other party. | | | |

The Debtors reserve the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 17, 2026
Wilmington, Delaware

_/s/ Joseph M. Mulvihill_

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:          jmulvihill@ycst.com
                bgaffney@ycst.com

_Co-Counsel for the Debtors and Debtors in Possession_

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted _pro hac vice_)
Matthew Benz (admitted _pro hac vice_)
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone:     (312) 499-6300
Facsimile:     (312) 499-6301
Email:          jbernbrock@sheppardmullin.com
                mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted _pro hac vice_)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:          jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted _pro hac vice_)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:     (212) 653-8701
Email:          apaddock@sheppardmullin.com

_Co-Counsel for the Debtors and Debtors in Possession_