# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF FILING OF PROPOSED COMMITTEE LETTER
## IN SUPPORT OF CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of Village Roadshow Entertainment Group USA Inc. and its affiliated debtors hereby files the proposed Committee Letter, attached hereto as **Exhibit 1**, in support of the *Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates* [Docket No. 1359], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.[2]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] The Committee Letter is Exhibit 5 to the Proposed Disclosure Statement Order [Docket No. 1361].

4924-7384-7440.1 90346.00002

Dated: February 19, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
          pkeane@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
          scho@pszjlaw.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

4924-7384-7440.1 90346.00002

# EXHIBIT 1

| |
|---|
| **[THIS LETTER REMAINS SUBJECT FINAL APPROVAL AS TO FORM]** |
| **OPEN LETTER TO HOLDERS OF CLASS 3B NON-LIBRARY DEBTORS GENERAL UNSECURED CLAIMS RECOMMENDING <u>ACCEPTANCE</u> OF THE DEBTORS' PLAN** |

**To:** Holders of Non-Library Debtors General Unsecured Claims (Class 3B Claims)

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Village Roadshow Entertainment Group USA Inc. and its affiliated debtors (collectively, the "<u>Debtors</u>") is the statutory fiduciary representative of all general unsecured creditors of the Debtors appointed by the Office of the United States Trustee, a division of the United States Department of Justice. For the reasons set forth below, the Committee recommends that holders of Non-Library Debtors General Unsecured Claims (Class 3B) vote to **<u>ACCEPT</u>** the *Joint Plan of Liquidation for Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates* (the "<u>Plan</u>") enclosed with this letter.[1]

The Plan is the result of extensive arm's-length negotiations among the various stakeholders in these Chapter 11 Cases, including the Committee, the Debtors, and their lenders, and will provide meaningful value to holders of Non-Library Debtors General Unsecured Claims.

Notably, the Plan embodies a settlement whereby holders of Non-Library Debtors General Unsecured Claims are ***will recover 85% of their Allowed Non-Library Debtors General Unsecured Claims (Class 3B Claims)***, as set forth more fully in the Plan. The Plan also provides a ***waiver of all preference claims*** against Holders of Allowed Non-Library Debtors General Unsecured Claims. For these reasons, the **Committee supports the Plan** and encourages all holders of **Non-Library Debtors General Unsecured Claims (Class 3B) vote to <u>ACCEPT</u> the Plan**.

| |
|---|
| **For the reasons stated above, among others, the Committee believes that the Plan maximizes value for all general unsecured creditors and encourages holders of Non-Library Debtors General Unsecured Claims (Class 3B) to vote to <u>ACCEPT</u> the Plan.** |

Before voting, all creditors should carefully read and review the Plan and the Disclosure Statement in their entirety. The deadline to vote to accept or reject the Plan is _____ 4:00 p.m. (Eastern Time) (the "<u>Voting Deadline</u>"). Please complete and submit your ballot in accordance with the instructions contained in the solicitation package so that your ballot is received no later than the Voting Deadline. Please contact the undersigned with any questions regarding this matter.

*Counsel to the Official Committee of Unsecured Creditors*

**Pachulski Stang Ziehl & Jones LLP**
Bradford J. Sandler | Robert J. Feinstein | Shirley S. Cho
1700 Broadway, 36th Floor, New York, NY 10019
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com | rfeinstein@pszjlaw.com | scho@pszjlaw.com

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.