IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,<sup>1</sup><br><br>       Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 25-10475 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) |

**NOTICE OF AMENDED² AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR FEBRUARY 20, 2026 AT 10:00 A.M. (ET)**

> **THIS PROCEEDING WILL NOW BE CONDUCTED IN-PERSON IN COURTROOM 7.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**RESOLVED MATTER**

1. Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1167, 12/19/25]

   Objection Deadline: January 9, 2026 at 4:00 p.m. (ET)

---

¹ The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

² **Amendments appear in bold.**

Related Documents:

    A. Debtors' Reply to the Response of The G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1263, 1/21/26]

    B. Certification of Counsel Regarding First Omnibus (Substantive) Objection to Claims [D.I. 1249, 1/13/26]

    C. Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims [D.I. 1265, 1/22/26]

    D. Notice of Withdrawal [D.I. 1339, 2/4/26]

Objections Filed:

    A. Informal response from Moonshot Entertainment

    B. Pro Se Response of G.O.A.T. Media, LLC to Debtors' First Omnibus (Substantive) Objection to Claim [D.I. 1243, 1/9/26]

    C. Reservation of Rights filed by The G.O.A.T, Media, LLC [D.I. 1261, 1/20/26]

Status: This matter has been resolved and withdrawn with respect to the informal response from Moonshot Entertainment. Orders have been entered resolving the remainder of the claim objection.

## CONTESTED MATTER GOING FORWARD

2. Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1319, 1/29/26]

    Objection Deadline: February 12, 2026 at 4:00 p.m. (ET)

    Related Documents:

        A. Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1317, 1/29/26]

        B. Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1318, 1/29/26]

        C. Notice of Filing of Liquidation Analysis for Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1328, 2/2/26]

D. Warner Bros. Entertainment Inc.'s Witness and Exhibit List for February 20, 2026 Hearing [D.I. 1353, 2/17/26]

E. Debtors' Witness and Exhibit List [D.I. 1355, 2/17/26]

F. Omnibus Reply in Support of the Debtors' Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1356, 2/17/26]

G. Notice of Revised Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1359, 2/18/26]

H. Notice of Revised Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates [D.I. 1360, 2/18/26]

I. Notice of Revised Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1361, 2/18/26]

J. **Notice of Filing of Proposed Committee Letter in Support of Chapter 11 Plan of Liquidation** [D.I. 1364, 2/19/26]

K. **Notice of Further Revised Order (I) Conditionally Approving the Disclosure Statement (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief** [D.I. 1367, 2/19/26]

Objections Filed:

A. Informal comments

   i. Unofficial Committee of Unsecured Creditors

B. Objection and Reservation of Rights of Warner Bros. Entertainment Inc. and its Affiliates to Debtors' Motion Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related

      Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1349, 2/12/26]

C. United States Trustee's Objection to Debtors' Motion Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief [D.I. 1352, 2/16/26]

D. Limited Objection and Reservation of Rights of The G.O.A.T. Media, LLC, Election to Opt Out of Third-Party Releases, and Conditional Request for Clarification and Contingent Reserve [D.I. 1357, 2/17/26]

      Status: This matter is going forward.

## FEE APPLICATIONS

3.     Interim Fee Applications

      Related Documents:   See Schedule A, attached

      A. Certification of Counsel [D.I. 1345, 2/6/26]

      Objections Filed:    None

      Status: A omnibus order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

Dated: February 19, 2026
Wilmington, Delaware

*/s/ Brynna M. Gaffney*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Brynna M. Gaffney (Del. Bar No. 7402)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:    jmulvihill@ycst.com<br>    bgaffney@ycst.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Justin R. Bernbrock (admitted *pro hac vice*)<br>Matthew T. Benz (admitted *pro hac vice*)<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Telephone:    (312) 499-6300<br>Facsimile:    (312) 499-6301<br>Email:    jbernbrock@sheppardmullin.com<br>    mbenz@sheppardmullin.com<br><br>-and-<br><br>Jennifer L. Nassiri (admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone:    (310) 228-3700<br>Facsimile:    (310) 228-3701<br>Email:    jnassiri@sheppardmullin.com<br><br>-and-<br><br>Alyssa Paddock (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone:    (212) 653-8700<br>Facsimile:    (212) 653-8701<br>Email:    apaddock@sheppardmullin.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |