**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | )  Case No. 25-10475 (TMH) ) ) |
| Debtors. | )  (Jointly Administered) ) ) |

**CERTIFICATE OF SERVICE**

I, Josephine A. Dimanche, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On February 23, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report for Village Roadshow Entertainment Group USA Inc. for the Period Ending January 31, 2026** [Docket No. 1383]

- **Monthly Operating Report for VR Zoo Productions Ltd for the Period Ending January 31, 2026** [Docket No. 1384]

- **Monthly Operating Report for VREG Funding LLC for the Period Ending January 31, 2026** [Docket No. 1385]

- **Monthly Operating Report for VREG IP Global LLC for the Period Ending January 31, 2026** [Docket No. 1387]

- **Monthly Operating Report for Village Roadshow Distribution USA Inc. for the Period Ending January 31, 2026** [Docket No. 1388]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

- **Monthly Operating Report for VREG J2 Global LLC for the Period Ending January 31, 2026** [Docket No. 1389]

- **Monthly Operating Report for Village Roadshow Films Global Inc. for the Period Ending January 31, 2026** [Docket No. 1390]

- **Monthly Operating Report for VREG MM2 IP Global LLC for the Period Ending January 31, 2026** [Docket No. 1391]

- **Monthly Operating Report for VREG OP Global LLC for the Period Ending January 31, 2026** [Docket No. 1392]

- **Monthly Operating Report for VREG Production Services Inc. for the Period Ending January 31, 2026** [Docket No. 1393]

- **Monthly Operating Report for Village Roadshow Films North America Inc. for the Period Ending January 31, 2026** [Docket No. 1394]

- **Monthly Operating Report for VREG Television Inc. for the Period Ending January 31, 2026** [Docket No. 1395]

- **Monthly Operating Report for VREG Wonka IP Global LLC for the Period Ending January 31, 2026** [Docket No. 1396]

- **Monthly Operating Report for Village Roadshow Pictures Entertainment Inc. for the Period Ending January 31, 2026** [Docket No. 1397]

- **Monthly Operating Report for VREG WW IP Global LLC for the Period Ending January 31, 2026** [Docket No. 1398]

- **Monthly Operating Report for Village Roadshow Pictures North America Inc. for the Period Ending January 31, 2026** [Docket No. 1399]

- **Monthly Operating Report for Village Roadshow VS Films LLC for the Period Ending January 31, 2026** [Docket No. 1400]

- **Monthly Operating Report for Village Roadshow Productions Inc. for the Period Ending January 31, 2026** [Docket No. 1401]

- **Monthly Operating Report for VR DTE Distribution USA Inc. for the Period Ending January 31, 2026** [Docket No. 1402]

- **Monthly Operating Report for VR DTE Productions Limited for the Period Ending January 31, 2026** [Docket No. 1403]

- **Monthly Operating Report for VR Funding LLC for the Period Ending January 31, 2026** [Docket No. 1404]

- **Monthly Operating Report for VREG Films Ltd for the Period Ending January 31, 2026** [Docket No. 1405]

- **Monthly Operating Report for Village Roadshow Film Administration Management Pty Ltd for the Period Ending January 31, 2026** [Docket No. 1406]

- **Monthly Operating Report for Village Roadshow Distribution Pty Ltd for the Period Ending January 31, 2026** [Docket No. 1407]

- **Monthly Operating Report for Village Roadshow Entertainment Group Asia Limited for the Period Ending January 31, 2026** [Docket No. 1408]

- **Monthly Operating Report for Crescent Film Holdings Limited for the Period Ending January 31, 2026** [Docket No. 1409]

- **Monthly Operating Report for Village Roadshow Distribution UK Limited for the Period Ending January 31, 2026** [Docket No. 1410]

- **Monthly Operating Report for Village Roadshow Entertainment Group (BVI) Limited for the Period Ending January 31, 2026** [Docket No. 1411]

- **Monthly Operating Report for Village Roadshow Productions (BVI) Ltd for the Period Ending January 31, 2026** [Docket No. 1412]

- **Monthly Operating Report for VR Zoo Distribution USA Inc. for the Period Ending January 31, 2026** [Docket No. 1413]

- **Monthly Operating Report for Village Roadshow Distribution (BVI) Limited for the Period Ending January 31, 2026** [Docket No. 1414]

- **Monthly Operating Report for Village Roadshow Films (BVI) Limited for the Period Ending January 31, 2026** [Docket No. 1415]

- **Monthly Operating Report for VR Films Holdings (BVI) Limited for the Period Ending January 31, 2026** [Docket No. 1416]

[*Remainder of page intentionally left blank*]

- **Monthly Operating Report for Village Roadshow Holdings USA Inc. for the Period Ending January 31, 2026** [Docket No. 1417]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: February 26, 2026

/s/ *Josephine A. Dimanche*
Josephine A. Dimanche
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 1

# Exhibit B

**Exhibit B**
**United States Trustee**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)                              Page 1 of 1