IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCORDION PARTNERS, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [D.I. 209] (the "Retention Order"), Accordion Partners, LLC ("Accordion") has filed the attached staffing and compensation report for the period from February 1, 2026 through February 28, 2026 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before **March 25, 2026 at 4:00 p.m. (ET).**

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**PLEASE TAKE FURTHER NOTICE** that in the event an objection is raised and not consensually resolved between the Debtors, Accordion, and the objecting party, the portion of the Staffing and Compensation Report that was objected to shall be subject to review by the Court. No payments shall be made to Accordion on account of the objected to portion of such Staffing and Compensation Report until such objection is resolved.

Dated: March 4, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | Matthew T. Benz (admitted *pro hac vice*) |
| Rodney Square | 321 North Clark Street, 32nd Floor |
| 1000 North King Street | Chicago, IL 60654 |
| Wilmington, DE 19801 | Telephone:   (312) 499-6300 |
| Telephone:   (302) 571-6600 | Facsimile:   (312) 499-6301 |
| Facsimile:   (302) 571-1253 | Email:   jbernbrock@sheppardmullin.com |
| Email:   jmulvihill@ycst.com | mbenz@sheppardmullin.com |
|   bgaffney@ycst.com | |

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
Email:   jnassiri@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:   (212) 653-8700
Facsimile:   (212) 653-8701
Email:   apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*

Accordion Partners, LLC
Summary of Hours and Fees by Professional
For the Period of February 1, 2026 to February 28, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Maib, Keith | Chief Restructuring Officer | $ 1,225.00 | 1.0 | $ 1,225.00 |
| Whitlow, Colby | Senior Director | $ 825.00 | 6.2 | $ 5,115.00 |
| **Total Fees** | | | **7.2** | **$ 6,340.00** |
| **Total Expenses** | | | | $ - |
| **Total Due** | | | | **$ 6,340.00** |

Accordion Partners, LLC
Summary of Hours and Fees by Category
For the Period of February 1, 2026 to February 28, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Category | Hours | Fees |
|---|---|---|
| T&R – Chief Restructuring Officer Responsibilities | 1.0 | $ 1,225.00 |
| T&R - Ch 11 Case Management / Reporting | 1.2 | $ 990.00 |
| T&R - Discussions with Counsel | 0.4 | $ 330.00 |
| T&R - Rx Plan / Reorg Plan / Disclosure Statement | 1.1 | $ 907.50 |
| T&R - Business Operations / Analysis / Management | 2.2 | $ 1,815.00 |
| T&R - Fee / Employment Apps | 1.3 | $ 1,072.50 |
| **Total** | **7.2** | **$ 6,340.00** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of February 1, 2026 to February 28, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

### T&R – Chief Restructuring Officer Responsibilities

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Maib, Keith | 2/6/2026 | Calls, follow up and planning for post effective date wind up and dissolution plan | $ 1,225.00 | 1.0 | $ 1,225.00 |
| **Total** | | | | **1.0** | **$ 1,225.00** |

### T&R - Discussions with Counsel

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 2/2/2026 | Discuss liquidation analysis with M. Benz and J. Mulvihill | $ 825.00 | 0.4 | $ 330.00 |
| **Total** | | | | **0.4** | **$ 330.00** |

### T&R - Rx Plan / Reorg Plan / Disclosure Statement

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 2/2/2026 | Review and edit liquidation analysis write up | $ 825.00 | 1.1 | $ 907.50 |
| **Total** | | | | **1.1** | **$ 907.50** |

### T&R - Business Operations / Analysis / Management

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 2/3/2026 | Conduct variance analysis on recovery scenarios | $ 825.00 | 1.9 | $ 1,567.50 |
| Whitlow, Colby | 2/3/2026 | Discuss recovery analysis with K. Maib | $ 825.00 | 0.3 | $ 247.50 |
| **Total** | | | | **2.2** | **$ 1,815.00** |

### T&R - Ch 11 Case Management / Reporting

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 2/2/2026 | Attend to case emails and communication | $ 825.00 | 0.6 | $ 495.00 |
| Whitlow, Colby | 2/3/2026 | Attend to case emails and communication | $ 825.00 | 0.4 | $ 330.00 |
| Whitlow, Colby | 2/4/2026 | Attend to case emails and communication | $ 825.00 | 0.2 | $ 165.00 |
| **Total** | | | | **1.2** | **$ 990.00** |

### T&R - Fee / Employment Apps

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 2/4/2026 | Prepare January 2026 staffing report | $ 825.00 | 1.3 | $ 1,072.50 |
| **Total** | | | | **1.3** | **$ 1,072.50** |