**Exhibit A**

**February Invoice**

4914-2239-8872.1 90346.00002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Village Roadshow Entertainment Group USA O.C.C.
-

February 28, 2026
Invoice   152633
Client     90346.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2026

| | |
|---|---|
| FEES | $68,128.50 |
| EXPENSES | $475.20 |
| **TOTAL CURRENT CHARGES** | **$68,603.70** |
| **BALANCE FORWARD** | **$120,574.59** |
| **LAST PAYMENT** | **-$18,409.69** |
| **TOTAL BALANCE DUE** | **$170,768.60** |

Pachulski Stang Ziehl & Jones LLP                                  Page:    2
Village Roadshow Entertainment Group USA O.C.C.                    Invoice 152633
Client 90346.00002                                                February 28, 2026

---

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|-----:|------:|-------:|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 5.80 | $10,991.00 |
| JHR | Rosell, Jason H. | Partner | 1,395.00 | 10.20 | $14,229.00 |
| MBL | Litvak, Maxim B. | Partner | 1,895.00 | 0.70 | $1,326.50 |
| RJF | Feinstein, Robert J. | Partner | 2,195.00 | 8.50 | $18,657.50 |
| SSC | Cho, Shirley S. | Partner | 1,650.00 | 7.10 | $11,715.00 |
| PJK | Keane, Peter J. | Counsel | 1,375.00 | 3.70 | $5,087.50 |
| ATB | Bates, Andrea T. | Paralegal | 695.00 | 4.10 | $2,849.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 625.00 | 0.50 | $312.50 |
| ND | Natalie Denhardt | Paralegal | 625.00 | 0.40 | $250.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 650.00 | 1.10 | $715.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 525.00 | 3.80 | $1,995.00 |
| | | | | 45.90 | $68,128.50 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   3
Invoice 152633
February 28, 2026

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 1.70 | $3,221.50 |
| CA | Case Administration | 3.30 | $2,331.50 |
| CO | Claims Administration and Objections | 0.70 | $1,302.00 |
| CP | PSZJ Compensation | 1.90 | $1,743.00 |
| CPO | Other Professional Compensation | 2.00 | $2,000.00 |
| FN | Financing/Cash Collateral/Cash Management | 1.80 | $3,416.50 |
| GC | General Creditors' Committee | 0.90 | $1,975.50 |
| HE | Hearings | 7.10 | $7,515.50 |
| OP | Operations | 0.30 | $568.50 |
| PD | Plan and Disclosure Statement | 26.20 | $44,054.50 |
| | | 45.90 | $68,128.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    4

Invoice 152633

February 28, 2026

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express | $65.10 |
| Pacer - Court Research | $73.70 |
| Reproduction Expense | $336.40 |
| | $475.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   5
Invoice 152633
February 28, 2026

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 11/12/2025 | BJS | AD | Telephone conference with P Hurwitz regarding sale and plan issues | 0.30 | 1,895.00 | $568.50 |
| 11/12/2025 | BJS | AD | Review DR Sale order | 0.20 | 1,895.00 | $379.00 |
| 11/18/2025 | BJS | AD | Telephone conference with R. Feinstein regarding motion to stay sale/Warner | 0.20 | 1,895.00 | $379.00 |
| 11/18/2025 | BJS | AD | Various email with S Drake regarding DR sale | 0.10 | 1,895.00 | $189.50 |
| 11/18/2025 | BJS | AD | Review WB's notice of appeal | 0.10 | 1,895.00 | $189.50 |
| 11/18/2025 | BJS | AD | Review Motion to Stay Sale | 0.40 | 1,895.00 | $758.00 |
| 11/18/2025 | BJS | AD | Various email with S. Cho regarding DR sale | 0.10 | 1,895.00 | $189.50 |
| 11/24/2025 | BJS | AD | Attention to appeal | 0.30 | 1,895.00 | $568.50 |
| | | | | **1.70** | | **$3,221.50** |
| **Case Administration** | | | | | | |
| 02/03/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 02/04/2026 | PJK | CA | Review critical dates memo (.2) and docket re recent filings (.2) | 0.40 | 1,375.00 | $550.00 |
| 02/05/2026 | JHR | CA | Review critical dates memorandum | 0.20 | 1,395.00 | $279.00 |
| 02/06/2026 | ARP | CA | Maintain document control. | 0.50 | 525.00 | $262.50 |
| 02/11/2026 | ARP | CA | Maintain document control. | 0.40 | 525.00 | $210.00 |
| 02/13/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 02/19/2026 | ARP | CA | Maintain document control. | 0.40 | 525.00 | $210.00 |
| 02/23/2026 | ATB | CA | Update critical dates memo and circulate to team. | 0.40 | 695.00 | $278.00 |
| 02/25/2026 | ARP | CA | Maintain document control. | 0.30 | 525.00 | $157.50 |
| 02/26/2026 | ATB | CA | Update critical dates memo. | 0.10 | 695.00 | $69.50 |
| | | | | **3.30** | | **$2,331.50** |
| **Claims Administration and Objections** | | | | | | |
| 11/20/2025 | BJS | CO | Attention to claims | 0.10 | 1,895.00 | $189.50 |
| 11/20/2025 | BJS | CO | Attention to Warner's claims | 0.50 | 1,895.00 | $947.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page: 6

Invoice 152633

February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2026 | SSC | CO | Telephone call with P. Hurwitz re claims reconciliation. | 0.10 | 1,650.00 | $165.00 |
| | | | | **0.70** | | **$1,302.00** |

**PSZJ Compensation**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2026 | SSC | CP | Review and revise January monthly fee statement. | 0.10 | 1,650.00 | $165.00 |
| 02/17/2026 | ATB | CP | File and serve January monthly. | 0.40 | 695.00 | $278.00 |
| 02/17/2026 | ATB | CP | Draft January monthly fee application. | 1.00 | 695.00 | $695.00 |
| 02/17/2026 | PJK | CP | Review PSZJ Jan fee app, emails with AB re same | 0.20 | 1,375.00 | $275.00 |
| 02/17/2026 | SSC | CP | Correspond with A. Bates, P. Keane re January fee statement. | 0.10 | 1,650.00 | $165.00 |
| 02/23/2026 | SSC | CP | Correspond re 9th monthly fee statement. | 0.10 | 1,650.00 | $165.00 |
| | | | | **1.90** | | **$1,743.00** |

**Other Professional Compensation**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2025 | BJS | CPO | Review Fee Order | 0.10 | 1,895.00 | $189.50 |
| 02/18/2026 | ND | CPO | Review and revise Dundon Monthly Fee Statements and emails re same | 0.40 | 625.00 | $250.00 |
| 02/18/2026 | SSC | CPO | Review and revise Dundon fourth monthly fee statement. | 0.30 | 1,650.00 | $495.00 |
| 02/18/2026 | SSC | CPO | Correspond with P. Hurwitz re revised fee statement. | 0.10 | 1,650.00 | $165.00 |
| 02/20/2026 | ATB | CPO | Revise, file and serve Dundon's combined October through December monthly. | 0.60 | 695.00 | $417.00 |
| 02/20/2026 | PJK | CPO | Review Dundon fee app, emails with AB re same | 0.20 | 1,375.00 | $275.00 |
| 02/23/2026 | ATB | CPO | Draft and file CNO re PSZJ December monthly. | 0.30 | 695.00 | $208.50 |
| | | | | **2.00** | | **$2,000.00** |

**Financing/Cash Collateral/Cash Management**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2025 | BJS | FN | Various email with C Husnick regarding standing motion | 0.10 | 1,895.00 | $189.50 |

Pachulski Stang Ziehl & Jones LLP  
Village Roadshow Entertainment Group USA O.C.C.  
Client 90346.00002

Page:   7  
Invoice 152633  
February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2025 | BJS | FN | Review Objection regarding standing motion | 0.50 | 1,895.00 | $947.50 |
| 11/29/2025 | BJS | FN | Review lien review memo | 0.30 | 1,895.00 | $568.50 |
| 02/23/2026 | MBL | FN | Draft challenge extension and coordinate same with team and notes counsel. | 0.30 | 1,895.00 | $568.50 |
| 02/23/2026 | RJF | FN | Internal emails regarding extension of challenge deadline. | 0.10 | 2,195.00 | $219.50 |
| 02/24/2026 | MBL | FN | Emails with opposing counsel re challenge extension; review lender status. | 0.20 | 1,895.00 | $379.00 |
| 02/25/2026 | MBL | FN | Follow-up emails with opposing counsel re challenge extension; coordinate filing. | 0.20 | 1,895.00 | $379.00 |
| 02/25/2026 | SSC | FN | Review status of challenge extension. | 0.10 | 1,650.00 | $165.00 |
| | | | | **1.80** | | **$3,416.50** |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2026 | RJF | GC | Internal emails regarding next UCC meeting. | 0.10 | 2,195.00 | $219.50 |
| 02/19/2026 | RJF | GC | Prepare for UCC meeting. | 0.10 | 2,195.00 | $219.50 |
| 02/19/2026 | RJF | GC | Attend UCC meeting. | 0.40 | 2,195.00 | $878.00 |
| 02/26/2026 | RJF | GC | Call with creditor regarding plan inquiry. | 0.30 | 2,195.00 | $658.50 |
| | | | | **0.90** | | **$1,975.50** |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2026 | ARP | HE | Prepare hearing and virtual notebook for hearing on 02-20-26. | 1.50 | 525.00 | $787.50 |
| 02/18/2026 | CAK | HE | Assist in preparation of 2/20/26 hearing | 0.20 | 625.00 | $125.00 |
| 02/18/2026 | CAK | HE | Further assist in preparation of 2/20/26 hearing | 0.20 | 625.00 | $125.00 |
| 02/18/2026 | JHR | HE | Review 2.20 hearing agenda. | 0.10 | 1,395.00 | $139.50 |
| 02/18/2026 | PEC | HE | Review Notice of Agenda for 2/20/26 Hearing | 0.20 | 650.00 | $130.00 |
| 02/18/2026 | PEC | HE | Coordinate appearances for 2/20/26 Hearing | 0.20 | 650.00 | $130.00 |
| 02/18/2026 | PJK | HE | Emails with B. Sandler re 2/20 agenda, review same, review docket and critical dates memo | 0.60 | 1,375.00 | $825.00 |
| 02/18/2026 | SSC | HE | Review 2/20 hearing agenda. | 0.10 | 1,650.00 | $165.00 |
| 02/19/2026 | PEC | HE | Review 2/20/26 Hearing Binder | 0.30 | 650.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   8

Invoice 152633

February 28, 2026

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 02/19/2026 | PEC | HE | Review 2/20/26 Virtual Binder | 0.20 | 650.00 | $130.00 |
| 02/19/2026 | PJK | HE | Review and prepare for 2/20 hearing | 1.00 | 1,375.00 | $1,375.00 |
| 02/19/2026 | RJF | HE | Prepare for Disclosure Statement hearing. | 0.30 | 2,195.00 | $658.50 |
| 02/20/2026 | ARP | HE | Prepare hearing and virtual notebook for hearing on 02-20-26. {Updates} | 0.10 | 525.00 | $52.50 |
| 02/20/2026 | CAK | HE | Assist in preparation of 2/20/26 hearing | 0.10 | 625.00 | $62.50 |
| 02/20/2026 | JHR | HE | Attend 2.20 hearing. | 0.50 | 1,395.00 | $697.50 |
| 02/20/2026 | PEC | HE | Review Amended Agenda for 2/20/26 Hearing and circulate | 0.20 | 650.00 | $130.00 |
| 02/20/2026 | PJK | HE | Call with B. Sandler re 2/20 hearing (.2), prepare for hearing (.6) | 0.80 | 1,375.00 | $1,100.00 |
| 02/20/2026 | PJK | HE | Attend hearing | 0.50 | 1,375.00 | $687.50 |
| | | | | **7.10** | | **$7,515.50** |

**Operations**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 11/18/2025 | BJS | OP | Review Staffing Report | 0.10 | 1,895.00 | $189.50 |
| 11/21/2025 | BJS | OP | Review MORs | 0.20 | 1,895.00 | $379.00 |
| | | | | **0.30** | | **$568.50** |

**Plan and Disclosure Statement**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 11/12/2025 | BJS | PD | Telephone conference with R. Feinstein regarding plan issues | 0.30 | 1,895.00 | $568.50 |
| 11/13/2025 | BJS | PD | Telephone conference with R. Feinstein regarding plan issues | 0.30 | 1,895.00 | $568.50 |
| 11/14/2025 | BJS | PD | Various email with PSZJ regarding plan issues | 0.40 | 1,895.00 | $758.00 |
| 11/17/2025 | BJS | PD | Telephone conference with J Bernbrock regarding plan issues | 0.40 | 1,895.00 | $758.00 |
| 11/17/2025 | BJS | PD | Telephone conference with R. Feinstein regarding plan issues | 0.20 | 1,895.00 | $379.00 |
| 11/18/2025 | BJS | PD | Various conferences with R. Feinstein regarding plan issues | 0.20 | 1,895.00 | $379.00 |
| 11/18/2025 | BJS | PD | Various email with R. Feinstein regarding plan issues | 0.20 | 1,895.00 | $379.00 |

Pachulski Stang Ziehl & Jones LLP

Page:   9

Village Roadshow Entertainment Group USA O.C.C.

Invoice 152633

Client 90346.00002

February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2025 | BJS | PD | Various email with J Newton regarding plan issues | 0.20 | 1,895.00 | $379.00 |
| 02/02/2026 | RJF | PD | Review debtors liquidation analysis. | 0.40 | 2,195.00 | $878.00 |
| 02/02/2026 | RJF | PD | Email Hurwitz regarding debtors liquidation analysis. | 0.10 | 2,195.00 | $219.50 |
| 02/03/2026 | JHR | PD | Analyze revised plan | 1.20 | 1,395.00 | $1,674.00 |
| 02/03/2026 | JHR | PD | Analyze solicitation procedures motion | 0.90 | 1,395.00 | $1,255.50 |
| 02/03/2026 | JHR | PD | Research re: third party release issues | 1.30 | 1,395.00 | $1,813.50 |
| 02/03/2026 | SSC | PD | Review and reply to J. Rosell re plan analysis. | 0.10 | 1,650.00 | $165.00 |
| 02/03/2026 | SSC | PD | Review and reply to J. Rosell re solicitation order edits. | 0.10 | 1,650.00 | $165.00 |
| 02/03/2026 | SSC | PD | Review and analysis re liquidation analysis. | 0.30 | 1,650.00 | $495.00 |
| 02/03/2026 | SSC | PD | Review and analysis re plan revisions. | 0.50 | 1,650.00 | $825.00 |
| 02/03/2026 | SSC | PD | Review and analysis re disclosure statement. | 0.30 | 1,650.00 | $495.00 |
| 02/03/2026 | SSC | PD | Correspond with Sheppard Mullin re plan edits. | 0.20 | 1,650.00 | $330.00 |
| 02/04/2026 | RJF | PD | Call regarding liquidation analysis with Dundon. | 0.40 | 2,195.00 | $878.00 |
| 02/04/2026 | RJF | PD | Emails S. Cho, J. Rosell regarding Plan of Reorganization, Disclosure Statement. | 0.30 | 2,195.00 | $658.50 |
| 02/04/2026 | SSC | PD | Review and reply to R. Feinstein re liquidation analysis. | 0.10 | 1,650.00 | $165.00 |
| 02/05/2026 | JHR | PD | Draft correspondence re: revisions to plan and solicitation procedures | 0.80 | 1,395.00 | $1,116.00 |
| 02/05/2026 | SSC | PD | Review and reply to J. Rosell re solicitation letter and edits to same. | 0.10 | 1,650.00 | $165.00 |
| 02/05/2026 | SSC | PD | Review and reply to J. Rosell re additional plan edits. | 0.10 | 1,650.00 | $165.00 |
| 02/07/2026 | JHR | PD | Correspondence with debtor re: revisions to plan and solicitation procedures order. | 0.60 | 1,395.00 | $837.00 |
| 02/07/2026 | JHR | PD | Analyze liquidation analysis. | 0.40 | 1,395.00 | $558.00 |
| 02/11/2026 | RJF | PD | Emails debtors' counsel regarding plan. | 0.10 | 2,195.00 | $219.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   10

Village Roadshow Entertainment Group USA O.C.C.

Invoice 152633

Client 90346.00002

February 28, 2026

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/11/2026 | RJF | PD | Telephone conference with B. Sandler regarding plan. | 0.10 | 2,195.00 | $219.50 |
| 02/12/2026 | RJF | PD | Review WB objection to Disclosure Statement. | 0.30 | 2,195.00 | $658.50 |
| 02/15/2026 | JHR | PD | Analyze revisions to plan and disclosure statement. | 0.40 | 1,395.00 | $558.00 |
| 02/15/2026 | JHR | PD | Analyze WB objection to disclosure statement. | 0.30 | 1,395.00 | $418.50 |
| 02/16/2026 | JHR | PD | Analyze revised plan and previous comments. | 0.50 | 1,395.00 | $697.50 |
| 02/16/2026 | RJF | PD | Review latest round of Plan, Disclosure Statement and Disclosure Statement Order drafts. | 1.30 | 2,195.00 | $2,853.50 |
| 02/16/2026 | RJF | PD | Review draft solicitation letter. | 0.10 | 2,195.00 | $219.50 |
| 02/16/2026 | SSC | PD | Review edits to plan and correspond with Sheppard Mullin re same. | 0.30 | 1,650.00 | $495.00 |
| 02/16/2026 | SSC | PD | Review edits to disclosure statement and correspond with J. Rosell re same. | 0.10 | 1,650.00 | $165.00 |
| 02/16/2026 | SSC | PD | Review B. Sandler emails re plan settlement and emails re same. | 0.20 | 1,650.00 | $330.00 |
| 02/16/2026 | SSC | PD | Review edits to plan. | 0.10 | 1,650.00 | $165.00 |
| 02/17/2026 | ATB | PD | Draft Committee W&E list for Disclosure Statement hearing; circulate to team; correspond with team re: hearing preparation. | 0.60 | 695.00 | $417.00 |
| 02/17/2026 | RJF | PD | Review U.S. Trustee objection to Disclosure Statement. | 0.30 | 2,195.00 | $658.50 |
| 02/17/2026 | RJF | PD | Review Debtor reply to Disclosure Statement objections. | 0.30 | 2,195.00 | $658.50 |
| 02/17/2026 | RJF | PD | Emails Debtors' counsel, J. Rosell regarding plan issues. | 0.30 | 2,195.00 | $658.50 |
| 02/17/2026 | RJF | PD | Internal emails regarding open plan issues. | 0.40 | 2,195.00 | $878.00 |
| 02/17/2026 | RJF | PD | Review solicitation procedures motion. | 0.40 | 2,195.00 | $878.00 |
| 02/17/2026 | SSC | PD | Review emails from R. Feinstein, J. Rosell re plan solicitation letter. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | ATB | PD | Initial draft of notice of committee support letter; correspond with J. Rosell re: same. | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    11

Invoice 152633

February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2026 | JHR | PD | Analyze amended plan and disclosure statement. | 0.50 | 1,395.00 | $697.50 |
| 02/18/2026 | JHR | PD | Analyze revised solicitation procedures order. | 0.20 | 1,395.00 | $279.00 |
| 02/18/2026 | JHR | PD | Draft correspondence to Committee re: plan update. | 0.40 | 1,395.00 | $558.00 |
| 02/18/2026 | JHR | PD | Revise notice of committee support letter. | 0.20 | 1,395.00 | $279.00 |
| 02/18/2026 | JHR | PD | Analyze reply in support of disclosure statement. | 0.70 | 1,395.00 | $976.50 |
| 02/18/2026 | RJF | PD | Review Debtors' reply to Disclosure Statement objections. | 0.30 | 2,195.00 | $658.50 |
| 02/18/2026 | RJF | PD | Review as-filed Plan and Disclosure Statement. | 0.80 | 2,195.00 | $1,756.00 |
| 02/18/2026 | SSC | PD | Review and analysis re Debtors' reply to DS. | 0.30 | 1,650.00 | $495.00 |
| 02/18/2026 | SSC | PD | Analysis re further plan edits and correspond re same. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | SSC | PD | Correspond with J. Rosell re plan support letter. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | SSC | PD | Review and revise case status support to Committee. | 0.20 | 1,650.00 | $330.00 |
| 02/18/2026 | SSC | PD | Review revised solicitation order and exhibits. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | SSC | PD | Review revised plan. | 0.20 | 1,650.00 | $330.00 |
| 02/18/2026 | SSC | PD | Telephone call with J. Rosell re plan confirmation status. | 0.30 | 1,650.00 | $495.00 |
| 02/18/2026 | SSC | PD | Review UST objection to DS. | 0.20 | 1,650.00 | $330.00 |
| 02/18/2026 | SSC | PD | Review GOAT Media objection. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | SSC | PD | Review revised disclosure statement. | 0.10 | 1,650.00 | $165.00 |
| 02/18/2026 | SSC | PD | Review Warner Brothers objection to plan. | 0.20 | 1,650.00 | $330.00 |
| 02/19/2026 | ATB | PD | File and serve committee plan support letter. | 0.40 | 695.00 | $278.00 |
| 02/19/2026 | JHR | PD | Call with MoFo re: plan. | 0.20 | 1,395.00 | $279.00 |
| 02/19/2026 | JHR | PD | Call with S. Cho re: plan issues. | 0.20 | 1,395.00 | $279.00 |
| 02/19/2026 | JHR | PD | Correspondence with noteholders and debtors re: plan issues. | 0.20 | 1,395.00 | $279.00 |

Pachulski Stang Ziehl & Jones LLP

Page:   12

Village Roadshow Entertainment Group USA O.C.C.

Invoice 152633

Client 90346.00002

February 28, 2026

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/19/2026 | RJF | PD | Numerous emails noteholders and debtors' counsel regarding open plan issues, new language. | 1.30 | 2,195.00 | $2,853.50 |
| 02/19/2026 | SSC | PD | Review edits to plan support letter. | 0.10 | 1,650.00 | $165.00 |
| 02/19/2026 | SSC | PD | Review UST comments to DS order. | 0.10 | 1,650.00 | $165.00 |
| 02/19/2026 | SSC | PD | Correspond with J. Rosell re plan edits to GUC Trust. | 0.10 | 1,650.00 | $165.00 |
| 02/19/2026 | SSC | PD | Analysis re Mofo plan edits and related emails. | 0.40 | 1,650.00 | $660.00 |
| 02/19/2026 | SSC | PD | Telephone call with J. Rosell re plan edits. | 0.20 | 1,650.00 | $330.00 |
| 02/19/2026 | SSC | PD | Review revised plan edits. | 0.20 | 1,650.00 | $330.00 |
| 02/20/2026 | JHR | PD | Analyze revised plan and solicitation procedures order. | 0.40 | 1,395.00 | $558.00 |
| 02/20/2026 | SSC | PD | Attend DS hearing. | 0.40 | 1,650.00 | $660.00 |
| 02/28/2026 | SSC | PD | Review and reply to J. Rosell re GUC Trust Agreement. | 0.10 | 1,650.00 | $165.00 |
|  |  |  |  | **26.20** |  | **$44,054.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$68,128.50**

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    13

Invoice 152633

February 28, 2026

**<u>Expenses</u>**

| | | | |
|---|---|---|---:|
| 02/02/2026 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/02/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/02/2026 | RE | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 02/09/2026 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:    14
Invoice 152633
February 28, 2026

| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/17/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2026 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:   15

Invoice 152633

February 28, 2026

| | | | |
|---|---|---|---|
| 02/17/2026 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 02/17/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/17/2026 | FE | 90346.00002 FedEx Charges for 02-17-26 | 32.55 |
| 02/18/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/18/2026 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/18/2026 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 02/18/2026 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/18/2026 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 02/18/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/18/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/18/2026 | RE | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 02/18/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 02/18/2026 | RE | SCAN/COPY ( 193 @0.10 PER PG) | 19.30 |
| 02/18/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/18/2026 | RE | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 02/18/2026 | RE | SCAN/COPY ( 162 @0.10 PER PG) | 16.20 |
| 02/18/2026 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/18/2026 | RE | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 02/18/2026 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/18/2026 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/18/2026 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 02/18/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/18/2026 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 02/18/2026 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/18/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/18/2026 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/18/2026 | RE | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 02/18/2026 | RE | SCAN/COPY ( 193 @0.10 PER PG) | 19.30 |
| 02/18/2026 | RE | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |

Pachulski Stang Ziehl & Jones LLP

Village Roadshow Entertainment Group USA O.C.C.

Client 90346.00002

Page:    16

Invoice 152633

February 28, 2026

| | | | |
|---|---|---|---:|
| 02/18/2026 | RE | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 02/18/2026 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/19/2026 | RE | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 02/20/2026 | RE | SCAN/COPY ( 135 @0.10 PER PG) | 13.50 |
| 02/20/2026 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 02/20/2026 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/20/2026 | RE | SCAN/COPY ( 141 @0.10 PER PG) | 14.10 |
| 02/20/2026 | FE | 90346.00002 FedEx Charges for 02-20-26 | 32.55 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/23/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/23/2026 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 141 @0.10 PER PG) | 14.10 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Village Roadshow Entertainment Group USA O.C.C.
Client 90346.00002

Page:   17
Invoice 152633
February 28, 2026

| Date | | Description | Amount |
|---|---|---|---|
| 02/25/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/25/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/25/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/25/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP                                                Page:    18
Village Roadshow Entertainment Group USA O.C.C.                                  Invoice 152633
Client 90346.00002                                                              February 28, 2026

| | | | |
|---|---|---|---:|
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/26/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/27/2026 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/27/2026 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 02/28/2026 | PAC | Pacer - Court Research | 73.70 |

**Total Expenses for this Matter**                                    **$475.20**

Pachulski Stang Ziehl & Jones LLP  
Village Roadshow Entertainment Group USA O.C.C.  
Client 90346.00002

Page:    19  
Invoice 152633  
February 28, 2026

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 02/28/2026**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 149813 | 09/30/2025 | $6,212.10 | $0.00 | $6,212.10 |
| 150497 | 10/31/2025 | $29,315.40 | $0.00 | $29,315.40 |
| 151104 | 11/30/2025 | $16,133.90 | $0.00 | $16,133.90 |
| 151652 | 12/31/2025 | $4,351.80 | $0.00 | $4,351.80 |
| 152187 | 01/31/2026 | $45,986.00 | $165.70 | $46,151.70 |

**Total Amount Due on Current and Prior Invoices:**          **$170,768.60**