**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 16, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Seventh Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts** [Docket No. 1446]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: March 20, 2026

/s/ *Mikayla Cleary*
Mikayla Cleary
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

# Exhibit A

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | chase.anderson@hines.com; eric.lyon@hines.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Leib M. Lerner, Douglas J. Harris | leib.lerner@alston.com; douglas.harris@alston.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Stephen M. Blank | stephen.blank@alston.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | agavant@btlaw.com; KKansa@btlaw.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | lofarrell@btlaw.com |
| Counsel for U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | ariela@bfbst.com |
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel to Regency Entertainment (USA), Inc. | Carothers & Hauswirth LLP | Gregory W. Hauswirth | ghauswirth@ch-legal.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | ryan@ryanpowerslaw.com |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Eric E. Walker | ewalker@cooley.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Aaron Applebaum, Roxanne M. Eastes | aaron.applebaum@us.dlapiper.com; roxanne.eastes@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Dennis O'Donnell | dennis.odonnell@us.dlapiper.com |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | mark@sowdllp.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | rmarcus@mindspring.com |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | mark.holscher@kirkland.com |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | KCroner@mac.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown, George A. Williams III | brown@lrclaw.com; williams@lrclaw.com |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | Liliana.Ranger@lw.com; Djenab.Conde@lw.com; Sam.Lehman@lw.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | John M. Steiner, Kristin A. Lawson | jsteiner@leechtishman.com; klawson@leechtishman.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | Michael P. Kruszewski | mkruszewski@leechtishman.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein, Noah Weingarten | vrubinstein@loeb.com; nweingarten@loeb.com |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | dstone@glaserweil.com |
| Top 20 Creditor | Milbank | Sean McMillon | smcmillon@milbank.com |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Nicholas Connolly, Ari Tuchman | nalmeida@milbank.com; smcmillon@milbank.com; nconnolly@milbank.com; VREGMilbank@milbank.com |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | bryan@moonshot.tv |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel, William D. Curtis | glennsiegel@mvalaw.com; williamcurtis@mvalaw.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Jody C. Barillare | jody.barillare@morganlewis.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Morris James LLP | Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | eljones@omm.com; sdrake@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Shirley S. Cho | rfeinstein@pszjlaw.com; scho@pszjlaw.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Pashman Stein Walder Hayden, P.C. | David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale | dstratton@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Top 20 Creditor | PWGA Pension Fund | | kchristovich@wga.org |
| Counsel to Clover Ivy Purchaser, LLC | Robinson & Cole LLP | Jamie L. Edmonson, Rachel Jaffe Mauceri | jedmonson@rc.com; rmauceri@rc.com |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | faxbahr@gmail.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Seward & Kissel LLP | John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio | ashmead@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | bateman@sewkis.com; patel@sewkis.com |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | lhoward@independentartistgroup.com |
| Counsel to Vine Alternative Investments Group, LLC | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 3

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Regency Entertainment (USA), Inc. | Stinson LLP | Sandford L. Frey | sandford.frey@stinson.com |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | ak@hjth.com |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | jon.cassir@caa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | TRizzo@endeavorco.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | JAFeltman@wlrk.com; MSBenn@wlrk.com; JMSimwinga@wlrk.com; KPWaldock@wlrk.com |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | wayne.smith@warnerbros.com |
| Top 20 Creditor and Co-Counsel for Magnum Films SPC | Weil Gotshal & Manges LLP | Kevin Bostel | frank.nocco@weil.com; Kevin.Bostel@weil.com |
| Co-Counsel for Magnum Films SPC | Weil, Gotshal & Manges LLP | Tom Ara | Tom.Ara@weil.com |
| Top 20 Creditor | WGA Health Fund Contribtuion | | kchristovich@wga.org |
| Counsel to 20th Century Studios, Inc. | Wilmer Cutler Pickering Hale and Dorr LLP | Andrew N. Goldman, Benjamin W. Loveland | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | kchristovich@wga.org |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

# Exhibit B

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Adrian Younge | Attn Brice Gaeta | Email on File |
| Alan Bailey | | Email on File |
| Alternative Horror, Inc. f/s/o Bryian Montgomery | Bryian Montgomery | BryianM@Althorror.com |
| Ana Maria Lagarsca | | Email on File |
| Ana Maria Lagasca | | Email on File |
| Andre D'Arcy | | Email on File |
| Blackeye Vision Entertainment, Inc. f/s/o Edward Beckford | | Email on File |
| Brandon Lewis | | Email on File |
| Brian Phillips | c/o First Flight Entertainment | Email on File |
| By Bai & Jay Inc. f/s/o Jason Antoniewicz | | Email on File |
| Dan Forer | | Email on File |
| Dogby Productions, Inc. f/s/o Cami Delavigne | Attn Liam McNamara | liam.mcnamara@unitedtalen.com |
| Fabrae Hellams | | Email on File |
| Film & TV House Limited | | gavin.james@filmtvhouse.com |
| Game Theory Content f/s/o Joseph Ortega | | Email on File |
| Garcia Tagliavini Producciones S de RL de CV | | santiagogarciaasst@agstudios.com |
| Garcia Tagliavini Producciones S de RL de CV f/s/o Santiago Garcia Galvan | | santiagogarciaasst@agstudios.com |
| Harry Friedman | Attn Richard Lawrence | Email on File |
| Harry Friedman TV Productions, Inc. | Harry Friedman | harry@friedmantv.com |
| Heather Donaldson Geltzer | | Email on File |
| Humanoids, Inc. | Richard Frankie Media Strategies International Inc | rfrankie@msii.biz |
| Joshua Porro | | Email on File |
| Kevin McGuinness | c/o First Flight Entertainment | Email on File |
| Maggie Ruder | | Email on File |
| Matthew Allen | Richard J. Parent Attorney PC | Email on File |
| Nina Weinstein | Richard J. Parent Attorney PC | Email on File |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | Attn David B. Feldman, Esq. | dave@bfbst.com |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | NU SYSTEMS PRODUCTIONS, INC. f/s/o Damon Wayans ("Artist") | bradie.steinlauf@caa.com; ssmooke@caa.com |
| Richard Reid Productions, Inc. f/so Richard Reid | Attn Richard Reid | JeffreySWeiss.esq@gmail.com |
| Showtime Networks Inc. | Attn Law Department | LegalNotices@showtime.com |
| Showtime Networks Inc. | | jerry.blake@showtime.com |
| The California College Bowl Company, Inc. | Attn Richard Reid | JeffreySWeiss.esq@gmail.com |
| Tough Lamb Media, Inc. f/s/o Mark Itkin | Attn Mark Itkin | JeffreySWeiss.esq@gmail.com |
| Venice Dawn, Inc. f/s/o Adrian Younge | Attn Brice Gaeta | brice@bricegaeta.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | 10100 Santa Monica Blvd, Suite 180 | | | Los Angeles | CA | 90067 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | One N. Wacker Drive Suite 4400 | | | Chicago | IL | 60606-2833 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | One Marina Park Drive Suite 1530 | | | Boston | MA | 02210 |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | Attn: Ariela Moskowitz | 1875 Century Park East, Suite 1770 | | Los Angeles | CA | 90067 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to Regency Entertainment (USA), Inc. | Carothers & Hauswirth LLP | Gregory W. Hauswirth | 1007 N. Orange Street, 4th Floor | | | Wilmington | DE | 19801 |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | 5807 Fayette Street | | | Los Angeles | CA | 90042 |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Eric E. Walker | 110 N. Wacker Drive | Suite 4200 | | Chicago | IL | 60606 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | Attn: Mark Wetzstein | 10100 Santa Monica Blvd., Suite 750 | | Los Angeles | CA | 90067 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | 16 West 16th Street, Apt. 12AN | | | New York | NY | 10011 |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | 555 Flower Street Suite 3700 | | | Los Angeles | CA | 90071 |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | 10250 Constellation Blvd., Suite 1100 | | | Los Angeles | CA | 90067 |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | John M. Steiner, Kristin A. Lawson | 525 William Penn Place, 28th Floor | | | Pittsburgh | PA | 15219 |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | Michael P. Kruszewski | 1001 State Street, Suite 1400 | | | Erie | PA | 16501 |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | Attn: Douglas Stone and James Scura | 10250 Constellation Blvd., 19th Floor | | Los Angeles | CA | 90067 |
| Top 20 Creditor | Milbank | Sean McMillon | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Nicholas Connolly, Ari Tuchman | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | Attn: Matt Rice | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 |
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel, William D. Curtis | 100 North Tryon Street, Suite 4700 | | | Charlotte | NC | 28202-4003 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 3

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | 101 Park Avenue | | | New York | NY | 10178-0060 |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | 250 West 55th Street | | | New York | NY | 10019-9601 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | 1999 Avenue of the Stars 8th Floor | | | Los Angeles | CA | 90067 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | 400 South Hope Street Suite 1900 | | | Los Angeles | CA | 90071 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | 1999 Avenue of the Stars, 27th Floor | | | Century City | CA | 90067 |
| Top 20 Creditor | PWGA Pension Fund | | Dept. LA 25083 | | | Pasadena | CA | 91185-5085 |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | 1880 Century Park East, Suite 404 | | | Los Angeles | CA | 90067 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | One Battery Park Plaza | | | New York | NY | 10004 |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | c/o Agency for the Performing Arts | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025 |
| Top 20 Creditor | Sony Pictures Television Inc. | Matthew Bickell | 10202 West Washington Blvd. | Norman Lear Building, 3rd Floor | | Culver City | CA | 90232 |
| Counsel to Regency Entertainment (USA), Inc. | Stinson LLP | Sandford L. Frey | 1901 Avenue of the Stars, Suite 450 | | | Los Angeles | CA | 90067-6006 |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | Attn: Adam Kaller and Duncan Hedges | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | Attn: Jon Cassir | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | 51 West 52nd Street | | | New York | NY | 10019 |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | 4000 Warner Blvd | | | Burbank | CA | 91522 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Co-Counsel for Magnum Films SPC | Weil Gotshal & Manges LLP | Kevin Bostel | 767 Fifth Avenue | | | New York | NY | 10153 |
| Co-Counsel for Magnum Films SPC | Weil, Gotshal & Manges LLP | Tom Ara | 1999 Avenue of the Stars, Suite 1800 | | | Los Angeles | CA | 90067 |
| Top 20 Creditor | WGA Health Fund Contribtuion | | Dept. LA 25102 | | | Pasadena | CA | 91185-5102 |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | 7000 West Third Street | | | Los Angeles | CA | 90048 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

# Exhibit D

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 42West, LLC | | 1840 Century Parks E Suite #700 | | | Los Angeles | CA | 90067-2122 | |
| 5A County, Inc. f/s/o Justin Booth | | 1513 Stanford Ave | | | Redondo Beach | CA | 90278 | |
| A.S.P. Productions, Inc. f/s/o Amey Rene | | Address on File | | | | | | |
| Abby Roberge | | Address on File | | | | | | |
| ABC Signature LLC | | 500 S Buena Vista St | | | Burbank | CA | 91521 | |
| Adam Brody | | Address on File | | | | | | |
| Adam Pally | | Address on File | | | | | | |
| Adrian Younge | Attn Brice Gaeta | Address on File | | | | | | |
| Alan Bailey | | Address on File | | | | | | |
| Alternative Horror, Inc. f/s/o Bryian Montgomery | Attn Andres Des Rochers | c/o Granderson Des Rochers LLP | 150 S. Rodeo Drive, Suite 200 | | Beverly Hills | CA | 90212 | |
| Alternative Horror, Inc. f/s/o Bryian Montgomery | Bryian Montgomery | Alternative Horror, Inc. | 3900 W Alameda Ave. STE 2100 | | Burbank | CA | 91505 | |
| Ana Maria Lagarsca | | Address on File | | | | | | |
| Ana Maria Lagasca | | Address on File | | | | | | |
| Anderson Silva Enterprises Inc. f/s/o Anderson Ailvas | | Address on File | | | | | | |
| Andre D'Arcy | | Address on File | | | | | | |
| Arrow Can Productions, Inc. f/s/o D'arcy Carden" | Attn Michael Auerbach | c/o Jackoway | 1925 Century Park East 22nd Floor | | Los Angeles | CA | 90067 | |
| Aryanna B Hernandez | | Address on File | | | | | | |
| Aryanna Belen Hernandez | | Address on File | | | | | | |
| Barbara Lewis  (individually and on behalf of the Estate of Wilt Chamberlain) | | Address on File | | | | | | |
| Beyond Ideals Collective, LLC f/s/o Jennifer Goodridge Cruz | | Address on File | | | | | | |
| Billy Wayne Davis | | Address on File | | | | | | |
| Blackbird Rising, Inc. f/s/o Hailey Kilgore | | 1925 Century Park East, Twenty-Second Floor | | | Los Angeles | CA | 90067 | |
| Blackeye Vision Entertainment, Inc. f/s/o Edward Beckford | | Address on File | | | | | | |
| Bloom Bee, Inc. f/s/o Medina Senghore | | P.O. Box 1772 | | | Claremont | CA | 91711 | |
| Brandon Lewis | | Address on File | | | | | | |
| Brendan Crane | Attn Bob Wyman | Address on File | | | | | | |
| Brian Bennett | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Brian Phillips | c/o First Flight Entertainment | Address on File | | | | | | |
| Bruce Gilbert | c/o Evolution Music Partners, LLC | Address on File | | | | | | |
| By Bai & Jay Inc. f/s/o Jason Antoniewicz | | Address on File | | | | | | |
| C.S. Cousteau, LLC f/s/o Celine Cousteau | Attn Bob Wyman | Davis Wright Tremaine LLP | 865 S Figueroa St Suite 2400 | | Los Angeles | CA | 90015 | |
| Carissa Kosta | | Address on File | | | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 8

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Carolyn Doruin Ballard | | Address on File | | | | | | |
| Carson Everage | | Address on File | | | | | | |
| Charles Lindsay | Attn Ashley Briskman | Address on File | | | | | | |
| Charles Lindsay | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |
| Chelsea Devantez | | Address on File | | | | | | |
| Cherish Lewis | | Address on File | | | | | | |
| Chris Ballard | | Address on File | | | | | | |
| Chris Palermo | | Address on File | | | | | | |
| Chris Sturgeon | | Address on File | | | | | | |
| Christian Dias | | Address on File | | | | | | |
| Cinezoic Pictures, LLC f/s/o Geoffrey Luck | | Address on File | | | | | | |
| Clifford General | | Address on File | | | | | | |
| Clone Wolf Inc. f/s/o Adam Pally | | 9255 Sunset Blvd #1010 | | | W. Hollywood | CA | 90069 | |
| Clone Wolf Productions, Inc. f/s/o Adam Pally | | 9255 Sunset Blvd #1010 | | | West Hollywood | CA | 90069 | |
| Cloud Shadow Inc. f/s/o Tony Mosher | The Gersh Agency | 9465 Wilshire Blvd. | | | Beverly Hills | CA | 90212 | |
| Colter Productions, Inc. f/s/o Mike Colter | Attn Scott Whitehead | c/o McKuin Frankel Whitehead LLP | 141 El Camino Dr. Ste. 100 | | Beverly Hills | CA | 90212 | |
| Content Cartel, LLC | Attn Briana Hill | c/o Cowan, DeBaets, Abrahams & Sheppard LLP | 9454 Wilshire Boulevard, Suite 901 | | Beverly Hills | CA | 90212 | |
| Courtney L. Scheuerman | | Address on File | | | | | | |
| Craig Deleon Media Corp. f/s/o Craig Deleon | Attn Brent Biggs | c/o Evolution Music Partners | 650 S. Grand Ave., Suite 901 | | Los Angeles | CA | 90017 | |
| Crystal Marie Denha | | Address on File | | | | | | |
| Dan Forer | | Address on File | | | | | | |
| Dan Lauria | c/o AFM | Address on File | | | | | | |
| Dan Wilcox | | Address on File | | | | | | |
| David Brian Martin | | Address on File | | | | | | |
| DC Ervin | | Address on File | | | | | | |
| Dean Grimes | | Address on File | | | | | | |
| Dean Neistat | | Address on File | | | | | | |
| Debra Manwiller, Manwiller Boast Casting | | 5252 Vanalden Avenue | | | Tarzana | CA | 91356 | |
| Deltastat Inc. f/s/o Dean Neistat | | Address on File | | | | | | |
| Derek Alfonso | | Address on File | | | | | | |
| Destro Films LLC f/s/o Elizabeth Destro | | Address on File | | | | | | |
| Dogby Productions, Inc. f/s/o Cami Delavigne | Attn Liam McNamara | 9336 Civic Center Drive | c/o United Talent Agency | | Beverly Hills | CA | 90210 | |
| Dope Winter, Inc. | | Address on File | | | | | | |
| Dope Winter, Inc/ f/s/o Terrell "Rell" Battle | | Address on File | | | | | | |
| Drop, Inc. f/s/o David Russo | Attn Seth Lichtenstein | c/o Hertz Lichtenstein Young & Polk LLP | 1800 Century Park East, 10th Floor | | Los Angeles | CA | 90067 | |
| DWF Productions, Inc. f/s/o David Friedman | Attn Evan Warner | c/o WME | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Enloe Entertainment f/s/o Kim Fields | | Address on File | | | | | | |
| Erin Boswell | | Address on File | | | | | | |
| Erin Dewey Lennox | | Address on File | | | | | | |
| Extra Credit Studios, Inc. f/s/o Mark Cope and Carlo Moss | Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP | 11601 Wilshire Blvd, #2200 | | | Los Angeles | CA | 90025 | |
| Extreme Performance Inc. f/s/o Mike Ryan | | 31583 Castaic Rd. STE. G | | | Castaic | CA | 91384 | |
| Fabrae Hellams | | Address on File | | | | | | |
| Film & TV House Limited | | c/o Rose Media, 25 | Archer Street Studios | 10/11 Archer Street | London | | W1D 7AZ | United Kingdom |
| Film Exchange  f/s/o Anthony Pedone | Attn Anthony Pedone | Address on File | | | | | | |
| Filmtelligentsia, Inc. f/s/o Michael Olmos | Attn Derek Kroeger | c/o Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP | 11601 Wilshire Blvd. # 2200 | | Los Angeles | CA | 90025 | |
| Finklestein Productions f/s/o Marie Fink | | Address on File | | | | | | |
| Flim Flam, Inc. f/s/o David Iacono | | Address on File | | | | | | |
| Furaha, Inc. f/s/o Cedric Joe | | 9665 Wilshire Blvd. | Fifth Floor | | Beverly Hills | CA | 90212 | |
| Game Theory Content f/s/o Joseph Ortega | | Address on File | | | | | | |
| Garcia Tagliavini Producciones S de RL de CV | | Guanajuato 232 | Col. Roma Norte | | CDMX | CDMX | 6700 | Mexico |
| Garcia Tagliavini Producciones S de RL de CV f/s/o Santiago Garcia Galvan | | Guanajuato 232 | Col. Roma Norte | | CDMX | CDMX | 6700 | Mexico |
| George Basil | | Address on File | | | | | | |
| George Mischak | | Address on File | | | | | | |
| Georgia Movies f/s/o David Dean | | Address on File | | | | | | |
| Gerrold Johnson | | Address on File | | | | | | |
| Global Basil Worldwide Corporation f/s/o George Basil | | 1999 Avenue of the Stars Ste 2600 | | | Los Angeles | CA | 90067 | |
| Go Far, Inc. f/s/o Antonio Fargas | Attn Jeffrey Goldberg | c/o Jeff Goldberg Management | 817 Monte Leon Drive | | Beverly Hills | CA | 90210 | |
| Go to Your Spot Films, Inc. f/s/o Christopher Dillon | | Address on File | | | | | | |
| Gotham Chopra Productions, LLC f/s/o Gotham Chopra | Attn Bob Myman and Denis Buckle | c/o Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP | 11601 Wilshire Blvd. Suite 2200 | | Los Angeles | CA | 90025 | |
| Go-Valley, LLC  f/s/o Keith Maitland | Attn Keith Maitland | Address on File | | | | | | |
| Hannah Shaffer | | Address on File | | | | | | |
| Hannah Shaffer | | Address on File | | | | | | |
| Happy Madison Productions | | 1840 Century Park E Ste 1900 | | | Los Angeles | CA | 90067 | |
| Happy Madison Productions | | 21731 Ventura Blvd., Ste. 300 | | | Woodland Hills | CA | 91364 | |
| Harry Friedman | Attn Richard Lawrence | Address on File | | | | | | |
| Harry Friedman TV Productions, Inc. | Harry Friedman | 1079 Deep Wood Drive | | | Westlake Village | CA | 91362 | |
| HBK Film Company, LLC f/s/o Hicham Benkirane | Attn Kristopher Di Giovanni | c/o Weis, Di Giovanni & Gilligan, LLP | 6871 Valley Circle Blvd., Ste. 2 | | Los Angeles | CA | 91307 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 3 of 8

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Heart of Brooklyn, Inc. f/s/o Brooke Burns | Atn Matt Sorger | The Gersh Agency | 41 Madison Avenue 29th Floor | | New York | NY | 10010 | |
| Heather Donaldson Geltzer | | Address on File | | | | | | |
| Heeltap! Entertainment LLC | Attn Ashley Briskman | c/o Yorn Levine Barnes Krintzman Rubenstein Kohner Endlich & Gellman | 1999 Avenue of the Stars, 4th Floor | | Los Angeles | CA | 90067 | |
| Heeltap! Entertainment LLC | Attn Charles Lindsay, William Lindsay | 100 Worth Ave #100 | | | Palm Beach | FL | 33480 | |
| Helen Estabrook | | Address on File | | | | | | |
| Hooray Parade Inc. f/s/o Erin D Lennox | | Address on File | | | | | | |
| Humanoids, Inc. | Richard Frankie Media Strategies International Inc | 15233 Ventura Blvd Suite 1212 | | | Sherman Oaks | CA | 91403 | |
| I Told You, Inc. f/s/o Nathaniel "Earthquake" Stroman | | 12400 Ventura Blvd Ste. 267 | | | StudioCity | CA | 91604 | |
| Isaiah C Morgan | | Address on File | | | | | | |
| Isaiah Lester | Attn Melissa Focx. | Address on File | | | | | | |
| J. Udom Ent. Inc. f/s/o James Udom | | Address on File | | | | | | |
| Jackee Harry | | Address on File | | | | | | |
| Jaclyn Prophet | | Address on File | | | | | | |
| Jahmir Hendricks-Lewis | | Address on File | | | | | | |
| Jamar Malachi Neighbors | | Address on File | | | | | | |
| Janky Jutsu, Inc. f/f/o Langston Kerman | | 6345 Balboa Blvd STE. 375 | | | Encino | CA | 91316 | |
| Jared Hess | | Address on File | | | | | | |
| Jay Light | | Address on File | | | | | | |
| Jemjie, Inc. f/s/o Jeremie Harris | | 810 Seventh Avenue | Suite 205 | | New York | NY | 10019 | |
| Jennifer Badger | | Address on File | | | | | | |
| Jesus Trejo | | Address on File | | | | | | |
| Jody Walls | | Address on File | | | | | | |
| Joe Foley | | Address on File | | | | | | |
| Johnny Skourtis | | Address on File | | | | | | |
| Jonny Loquasto | | Address on File | | | | | | |
| Joshua Porro | | Address on File | | | | | | |
| Joyce Ikemi | | Address on File | | | | | | |
| Jumo Inc. f/s/o Jesse Chatham | Attn David Krintzman and Miles Metcoff | c/o Morris Yorn Barnes Levine Krintzman et al. | 2000 Avenue of the Stars, 3rd Floor, North Tower | | Los Angeles | CA | 90067 | |
| K. Hart Enterprises f/s/o Kevin Hart | Schreck Rose Dapello Adams Berlin & Dunham LLP | 888 7th Ave | 19th Floor | | New York | NY | 10106 | |
| Ka'ramuu Kush | | Address on File | | | | | | |
| Kathy A Wittes | | Address on File | | | | | | |
| Kathy Ann Wittes | | Address on File | | | | | | |
| Kevin Arnold | | Address on File | | | | | | |
| Kevin Garnett | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Kevin McGuinness | c/o First Flight Entertainment | Address on File | | | | | | |
| Kevin Waterman | | Address on File | | | | | | |
| Keyon Bowman | | Address on File | | | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 4 of 8

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kiara Celeste Castillo | | Address on File | | | | | | |
| Kim Fields | | Address on File | | | | | | |
| Kyle Lucas | | Address on File | | | | | | |
| Kz Elizabeth | | Address on File | | | | | | |
| Lamb Legs, Inc. f/s/o Cooper Manning | Attn Tom Young | c/o Creative Artists Agency | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 | |
| Lamb Legs, Inc. f/s/o Cooper Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| Langston Kerman | | Address on File | | | | | | |
| Laparee Young | | Address on File | | | | | | |
| Laszlo Corp, Inc., f/s/o Carlos Laszlo | | 9465 Wilshire Blvd | 6th Floor | | Beverly Hills | CA | 90212 | |
| Lazy Tiger Productions f/s/o Nelson Franklin | | 1999 Avenue of the Stars | Ste 2600 | | Los Angeles | CA | 90067 | |
| Lester Vicki | | Address on File | | | | | | |
| Lisa Smedley | Attn Jennifer Caprio | Address on File | | | | | | |
| Living the Dream Entertainment, Inc. f/s/o Robert Ford | | Address on File | | | | | | |
| Loma Lizann Inc. f/s/o Lauren Marie Mikus | c/o Evolution Music Partners, LLC | 650 S. Grand Ave Suite 901 | | | Los Angeles | CA | 90017 | |
| Love Nonna, Inc., f/s/o Ayinde Anderson | Attention Matt Coatsworth | c/o United Talent Agency | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 | |
| Maggie Ruder | | Address on File | | | | | | |
| Marie Fink | | Address on File | | | | | | |
| Matthew Allen | Richard J. Parent Attorney PC | Address on File | | | | | | |
| Matthew Fisher | | Address on File | | | | | | |
| McGilvray Media Inc. f/s/o Daniel McGilvray | | 2554 Lincoln Blvd #203 | | | Venice | CA | 90291 | |
| Meak's World, Inc. f/s/o Shameik Moore | Attn Scott Whitehead | c/o McKuin Frankel Whitehead LLP | 141 El Camino Dr. | | Beverly Hills | CA | 90212 | |
| Medicine Music, LLC f/s/o Luke Rowland | | 19425 Soledad Canyon Roads, Suite 221 | | | Canyon Country | CA | 91351 | |
| Menace/Machine, Inc. f/s/o Yassir Lester | Attn Cindy Farrelly Gesner | Litcher, Grossman, Nichols, Adler, Fedlman & Clark, Inc. | 9200 Sunset Blvd Suite 1200 | | West Hollywood | CA | 90069 | |
| Michael Eshaun York | | Address on File | | | | | | |
| Mike Marangu | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Mike Ryan | | Address on File | | | | | | |
| Monique Gall | | Address on File | | | | | | |
| My Own Daddy Corporation f/s/o Chelsea Devantez | | 8447 Wilshire Blvd, Suite 200 | | | Beverly Hills | CA | 90211 | |
| Narrative Craft LLC | | 1435 Milvia Street | | | Berkeley | CA | 94709 | |
| Nathaniel "Earthquake" Stroman | | Address on File | | | | | | |
| NBC Entertainment, a division of NBC West, LLC | Attn Allison Wheeler | 100 Universal City Plaza | | | Universal City | CA | 91608 | |
| Nelson Franklin | | Address on File | | | | | | |
| Nice Slacks Mister Inc f/s/o Paul Scheer | | 200 Park Ave South 8th Fl | | | New York | NY | 10003 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Exhibit D
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nice Slacks Mister, Inc. f/s/o Paul Scheer | Attn Ali Benmohamed | c/o UTA | 9336 Civic Center Dr. | | Beverly Hills | CA | 90210 | |
| Nicholas Adams | Kaplan Perrone Entertainment | Address on File | | | | | | |
| Nick Mandernach | | Address on File | | | | | | |
| Nina Weinstein | Richard J. Parent Attorney PC | Address on File | | | | | | |
| Normal Productions, LLC | Attn Adam Lewinson | 1401 Ocean Ave. | | | Santa Monica | CA | 90401 | |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | Attn David B. Feldman, Esq. | Brecheen Feldman Breimer Silver & Thompson | 1925 Century Park East, Suite 2300 | | Los Angeles | CA | 90067 | |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | NU SYSTEMS PRODUCTIONS, INC. f/s/o Damon Wayans ("Artist") | Creative Artists Agency Attn.: Bradie Steinlauf and Steve Smooke | 2000 Avenue of the Stars | | Los Angeles | CA | 90036 | |
| Nuance Productions, Inc. f/s/o Paul Reiser | Attn Alex Yarosh | c/o Gersh Agency | 9465 Wilshire Blvd 6th floor | | Beverly Hills | CA | 90210 | |
| Oliver Chamberlain | Attn Ashley Briskman | Address on File | | | | | | |
| Oliver Chamberlain | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |
| Omaha Productions, LLC f/s/o Peyton Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| Pam Grier | Attn Harry Gold | Address on File | | | | | | |
| Paul Palmeri | | Address on File | | | | | | |
| Peacock TV LLC | | 30 Rockefeller Plaza | | | New York | NY | 10112 | |
| Peydirt, Inc. f/s/o Eli Manning | Mr. Peyton Manning | Peydirt, Inc. | c/o MAI Capital Management, LLC | 1360 East 9th Street Suite 1100 | Cleveland | OH | 44114 | |
| Peydirt, Inc. f/s/o Eli Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| Phedra Syndelle | | Address on File | | | | | | |
| Pierre Casting, Inc. f/s/o George Pierre | George Pierre, Pierre Casting, Inc. | 800 Miller Run | | | Atlanta | GA | 30349 | |
| PWL, Inc. f/s/o Eli Manning | Mr. Eli Manning | PWL, Inc. | c/o MAI Capital Management, LLC | 1360 East 9th Street Suite 1100 | Cleveland | OH | 44114 | |
| Race X Inc. f/s/o Xavier Charles | | Address on File | | | | | | |
| Rafael Castillo | | Address on File | | | | | | |
| Realand Productions LLC | Atten Evan Sypik | NBC Entertainment, a division of NBC West, LLC | 100 Universal City Plaza | | Universal City | CA | 91608 | |
| Relentless Productions, LLC | | 418 Grand Blvd. | | | Venice | CA | 90291 | |
| Richard Reid Productions, Inc. f/so Richard Reid | Attn Richard Reid | Richard Reid Productions, Inc. | 5950 Canoga Avenue, Suite 325 | | Woodland Hills | CA | 91364 | |
| Rihan El-Ounsi | | Address on File | | | | | | |
| Ron Taylor | | Address on File | | | | | | |
| Rosenbloom Entertainment, Inc. f/s/o Dale "Chip" Rosenbloom | Attn Bob Wyman | Davis Wright Tremaine LLP | 865 S Figueroa St Suite 2400 | | Los Angeles | CA | 90015 | |
| Sandy L Danto | | Address on File | | | | | | |
| Santos L. Halper Productions, Inc. f/s/o Haley Mancini | Hansen, Jaconson, Teller, Hoberman Newman, Warren Richman, Rush Kaller, & Gellman LLP | 450 N Roxbury Dr #800 | | | Beverly Hills | CA | 90210 | |
| Score A Score, LLC f/s/o Daniel Ciurlizza | SCORE A SCORE, LLC | 11766 WILSHIRE BLVD., STE 500 | | | LOS ANGELES | CA | 90025 | |
| Score A Score, LLC f/s/o Daniel Ciurlizza | DANIEL CURLIZZA | c/o OUTLIER STUDIOS, LLC | 2918 SIMS AVENUE | | PINOLE | CA | 94564 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Exhibit D
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Scott Saltzburg | | Address on File | | | | | | |
| Second Row Productions, Inc. f/s/o Adam Brody | | 1800 Century Park Es Ste 400 | | | Los Angeles | CA | 90067 | |
| Showtime Networks Inc. | Attn Law Department | 1633 Broadway | | | New York | NY | 10019 | |
| Showtime Networks Inc. | | 1041 N Formosa Ave, Suite 300 | | | Los Angeles | CA | 90046 | |
| Silly Goose Productions, Ltd f/s/o Susan Sarandon | Attn Shani Rosenzweig and Jacqui Shock | United Talent Agency | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 | |
| So Pitted LLC f/s/o Keegan Dewitt | Keegan Dewitt | c/o Fortress Talent Management | 23901 Calabasas Rd Ste 2016 | | Calabasas | CA | 91302 | |
| So Pitted LLC f/s/o Keegan Dewitt | | Address on File | | | | | | |
| Stay Focused Prod. Inc. f/s/o Jesse Garcia | | 21650 Oxnard St. | Suite 350 | | Woodland Hills | CA | 91367 | |
| Stay Focused Prod. Inc. f/s/o Jesse Garcia | | 10100 Santa Monica Blvd. #750 | | | Los Angeles | CA | 90067 | |
| Stephanie Sigman, Inc. f/s/o Stephanie Sigman | Attn David Kirntzman and Kristi Eddington | c/o Yorn Levine Barnes Krintzman Rubenstein Kohner Endlich & Gellman, PC | 1999 Avenue of the Stars, 4th Floor | | Los Angeles | CA | 90067 | |
| Stephen Borrello | | Address on File | | | | | | |
| Steven Prescod | | Address on File | | | | | | |
| SW Artists f/s/o Cristina McLamb, Katie Rote, Kayla Fenwick | | Address on File | | | | | | |
| Terrel Battle | | Address on File | | | | | | |
| The California College Bowl Company, Inc. | Attn: Richard Reid | 5950 Canoga Avenue Suite 325 | | | Woodland Hills | CA | 91354 | |
| The Hatchery Entertainment f/s/o William Simmons | William Simmons p/k/a Will Simmons, Attn Geoff Morley | The Hatchery Entertainment | c/o UTA | 9336 Civic Center Dr. | Beverly Hills | CA | 90210 | |
| The Unlikely Allies LLC | Michael Goldstein and Weldon Angelos | 320 North 10th St #211 | | | Sacramento | CA | 95811 | |
| Tony Baker | | Address on File | | | | | | |
| Toodler Bug, Inc. f/s/o Jackee Harry | | 13351 D Riverside Dr. | | | Sherman Oaks | CA | 91423 | |
| Tough Lamb Media, Inc. f/s/o Mark Itkin | Attn Mark Itkin | Tough Lamb Media, Inc. | 9230 Swallow Drive | | Los Angeles | CA | 90069 | |
| Trilith Studios, LLC | | 461 Sandy Creek Road | | | Fayetteville | GA | 30214 | |
| Twelve Labors, Inc. f/s/o Rhys Coiro | | 6300 Canoga Ave. | Ste #1500W | | Woodland Hills | CA | 91367 | |
| Two Goats & A Scale Productions f/s/o Wendell Ramone Ellis | | 10008 National Blvd Apt 426 | | | Los Angeles | CA | 90034 | |
| Universal Television Networks | | 100 Universal City Plaza, 1440 16th Floor | | | Universal City | CA | 91608 | |
| Venice Dawn, Inc. f/s/o Adrian Younge | Attn Brice Gaeta | c/o Intreca Inc. | 2220 Avenue of the Stars - Suite 406 | | Los Angeles | CA | 90067 | |
| Village NB Productions LLC | | 600 California Avenue | Hangar 3 // Film Treasure Island | | San Francisco | CA | 94310 | |
| Wendell Ramone Ellis Jr "Jay Ellis" | | Address on File | | | | | | |
| Whoiskevin films f/s/o Kevin Arnold | | Address on File | | | | | | |
| William Lindsay | Attn Ashley Briskman | Address on File | | | | | | |
| William Lindsay | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit D**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Winning Time Productions, Inc. f/s/o Jamie Horowitz | Attn Nick Khan | CAA | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 | |
| Xavier Charles | | Address on File | | | | | | |
| You Big Dummy, Inc. f/s/o Lamont Magee | Attn Kyle Jensen | You Big Dummy, Inc. | c/o Verve Talent & Literary Agency | 6310 San Vincente Blvd. #100 | Los Angeles | CA | 90048 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 8 of 8