**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 23, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Conditional Approval of Disclosure Statement and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Plan of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates, and (C) Related Voting and Objection Deadlines** [Docket No. 1381]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: March 26, 2026

/s/ *Mikayla Cleary*
Mikayla Cleary
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 42West, LLC | | 1840 Century Parks E Suite #700 | | | Los Angeles | CA | 90067-2122 | |
| 5A County, Inc. f/s/o Justin Booth | | 1513 Stanford Ave | | | Redondo Beach | CA | 90278 | |
| A.S.P. Productions, Inc. f/s/o Amey Rene | | Address on File | | | | | | |
| Abby Roberge | | Address on File | | | | | | |
| ABC Signature LLC | | 500 S Buena Vista St | | | Burbank | CA | 91521 | |
| Adam Brody | | Address on File | | | | | | |
| Adam Pally | | Address on File | | | | | | |
| Alan Bailey | | Address on File | | | | | | |
| Alternative Horror, Inc. f/s/o Bryian Montgomery | Bryian Montgomery | Alternative Horror, Inc. | 3900 W Alameda Ave. STE 2100 | | Burbank | CA | 91505 | |
| Ana Maria Lagarsca | | Address on File | | | | | | |
| Ana Maria Lagasca | | Address on File | | | | | | |
| Anderson Silva Enterprises Inc. f/s/o Anderson Ailvas | | Address on File | | | | | | |
| Andre D'Arcy | | Address on File | | | | | | |
| Arrow Can Productions, Inc. f/s/o D'arcy Carden" | Attn Michael Auerbach | c/o Jackoway | 1925 Century Park East 22nd Floor | | Los Angeles | CA | 90067 | |
| Aryanna B Hernandez | | Address on File | | | | | | |
| Aryanna Belen Hernandez | | Address on File | | | | | | |
| Barbara Lewis  (individually and on behalf of the Estate of Wilt Chamberlain) | | Address on File | | | | | | |
| Beyond Ideals Collective, LLC f/s/o Jennifer Goodridge Cruz | | Address on File | | | | | | |
| Billy Wayne Davis | | Address on File | | | | | | |
| Blackbird Rising, Inc. f/s/o Hailey Kilgore | | 1925 Century Park East, Twenty-Second Floor | | | Los Angeles | CA | 90067 | |
| Blackeye Vision Entertainment, Inc. f/s/o Edward Beckford | | Address on File | | | | | | |
| Bloom Bee, Inc. f/s/o Medina Senghore | | P.O. Box 1772 | | | Claremont | CA | 91711 | |
| Brandon Lewis | | Address on File | | | | | | |
| Brendan Crane | Attn Bob Wyman | Address on File | | | | | | |
| Brian Bennett | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Bruce Gilbert | c/o Evolution Music Partners, LLC | Address on File | | | | | | |
| By Bai & Jay Inc. f/s/o Jason Antoniewicz | | Address on File | | | | | | |
| C.S. Cousteau, LLC f/s/o Celine Cousteau | Attn Bob Wyman | Davis Wright Tremaine LLP | 865 S Figueroa St Suite 2400 | | Los Angeles | CA | 90015 | |
| Carissa Kosta | | Address on File | | | | | | |
| Carolyn Doruin Ballard | | Address on File | | | | | | |
| Carson Everage | | Address on File | | | | | | |
| Charles Lindsay | Attn Ashley Briskman | Address on File | | | | | | |
| Charles Lindsay | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Chelsea Devantez | | Address on File | | | | | | |
| Cherish Lewis | | Address on File | | | | | | |
| Chris Ballard | | Address on File | | | | | | |
| Chris Palermo | | Address on File | | | | | | |
| Chris Sturgeon | | Address on File | | | | | | |
| Christian Dias | | Address on File | | | | | | |
| Cinezoic Pictures, LLC f/s/o Geoffrey Luck | | Address on File | | | | | | |
| Clifford General | | Address on File | | | | | | |
| Clone Wolf Inc. f/s/o Adam Pally | | 9255 Sunset Blvd #1010 | | | W. Hollywood | CA | 90069 | |
| Clone Wolf Productions, Inc. f/s/o Adam Pally | | 9255 Sunset Blvd #1010 | | | West Hollywood | CA | 90069 | |
| Cloud Shadow Inc. f/s/o Tony Mosher | The Gersh Agency | 9465 Wilshire Blvd. | | | Beverly Hills | CA | 90212 | |
| Colter Productions, Inc. f/s/o Mike Colter | Attn Scott Whitehead | c/o McKuin Frankel Whitehead LLP | 141 El Camino Dr. Ste. 100 | | Beverly Hills | CA | 90212 | |
| Content Cartel, LLC | Attn Briana Hill | c/o Cowan, DeBaets, Abrahams & Sheppard LLP | 9454 Wilshire Boulevard, Suite 901 | | Beverly Hills | CA | 90212 | |
| Courtney L. Scheuerman | | Address on File | | | | | | |
| Craig Deleon Media Corp. f/s/o Craig Deleon | Attn Brent Biggs | c/o Evolution Music Partners | 650 S. Grand Ave., Suite 901 | | Los Angeles | CA | 90017 | |
| Crystal Marie Denha | | Address on File | | | | | | |
| Cutting Edge Music Services, LLC | | 9100 Wilshire Blvd., Suite 455E | | | Beverly Hills | CA | 90212 | |
| Dan Lauria | c/o AFM | Address on File | | | | | | |
| David Brian Martin | | Address on File | | | | | | |
| Daydream Entertainment | Jay Song | 12F Hosung Building, 63 Yeuido-dong | Yeongdeungpo-gu | | Seoul | | 06036 | Korea |
| DBS Satellite Services (1998) LTD | | 6, Hayozma Street, Industrial Area | | | Kfar Sava | | | Israel |
| DC Ervin | | Address on File | | | | | | |
| Dean Grimes | | Address on File | | | | | | |
| Dean Neistat | | Address on File | | | | | | |
| Deltastat Inc. f/s/o Dean Neistat | | Address on File | | | | | | |
| Derek Alfonso | | Address on File | | | | | | |
| Destro Films LLC f/s/o Elizabeth Destro | | Address on File | | | | | | |
| Dope Winter, Inc. | | Address on File | | | | | | |
| Dope Winter, Inc/ f/s/o Terrell "Rell" Battle | | Address on File | | | | | | |
| Drop, Inc. f/s/o David Russo | Attn Seth Lichtenstein | c/o Hertz Lichtenstein Young & Polk LLP | 1800 Century Park East, 10th Floor | | Los Angeles | CA | 90067 | |
| DWF Productions, Inc. f/s/o David Friedman | Attn Evan Warner | c/o WME | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 | |
| Enloe Entertainment f/s/o Kim Fields | | Address on File | | | | | | |
| Erin Boswell | | Address on File | | | | | | |
| Erin Dewey Lennox | | Address on File | | | | | | |
| Extra Credit Studios, Inc. f/s/o Mark Cope and Carlo Moss | Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP | 11601 Wilshire Blvd, #2200 | | | Los Angeles | CA | 90025 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 7

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Extreme Performance Inc. f/s/o Mike Ryan | | 31583 Castaic Rd. STE. G | | | Castaic | CA | 91384 | |
| Fabrae Hellams | | Address on File | | | | | | |
| Film Exchange  f/s/o Anthony Pedone | Attn Anthony Pedone | Address on File | | | | | | |
| Finklestein Productions f/s/o Marie Fink | | Address on File | | | | | | |
| Flim Flam, Inc. f/s/o David Iacono | | Address on File | | | | | | |
| Furaha, Inc. f/s/o Cedric Joe | | 9665 Wilshire Blvd. | Fifth Floor | | Beverly Hills | CA | 90212 | |
| Game Theory Content f/s/o Joseph Ortega | | Address on File | | | | | | |
| Garcia Tagliavini Producciones S de RL de CV | | Guanajuato 232 | Col. Roma Norte | | CDMX | CDMX | 6700 | Mexico |
| Garcia Tagliavini Producciones S de RL de CV f/s/o Santiago Garcia Galvan | | Guanajuato 232 | Col. Roma Norte | | CDMX | CDMX | 6700 | Mexico |
| George Basil | | Address on File | | | | | | |
| George Mischak | | Address on File | | | | | | |
| Georgia Movies f/s/o David Dean | | Address on File | | | | | | |
| Gerrold Johnson | | Address on File | | | | | | |
| Global Basil Worldwide Corporation f/s/o George Basil | | 1999 Avenue of the Stars Ste 2600 | | | Los Angeles | CA | 90067 | |
| Go Far, Inc. f/s/o Antonio Fargas | Attn Jeffrey Goldberg | c/o Jeff Goldberg Management | 817 Monte Leon Drive | | Beverly Hills | CA | 90210 | |
| Go to Your Spot Films, Inc. f/s/o Christopher Dillon | | Address on File | | | | | | |
| Gotham Chopra Productions, LLC f/s/o Gotham Chopra | Attn Bob Myman and Denis Buckle | c/o Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP | 11601 Wilshire Blvd. Suite 2200 | | Los Angeles | CA | 90025 | |
| Go-Valley, LLC  f/s/o Keith Maitland | Attn Keith Maitland | Address on File | | | | | | |
| Hannah Shaffer | | Address on File | | | | | | |
| Hannah Shaffer | | Address on File | | | | | | |
| Happinet Phantom Studios Corporation | Hatsuki Ikeda | Komagata CA Bldb., 2-4-5, Komagata, Taito-ku | | | Tokyo | | 111-0043 | Japan |
| Happy Madison Productions | | 21731 Ventura Blvd., Ste. 300 | | | Woodland Hills | CA | 91364 | |
| Happy Madison Productions | | 1840 Century Park E Ste 1900 | | | Los Angeles | CA | 90067 | |
| Heart of Brooklyn, Inc. f/s/o Brooke Burns | Atn Matt Sorger | The Gersh Agency | 41 Madison Avenue 29th Floor | | New York | NY | 10010 | |
| Heather Donaldson Geltzer | | Address on File | | | | | | |
| Heeltap! Entertainment LLC | Attn Ashley Briskman | c/o Yorn Levine Barnes Krintzman Rubenstein Kohner Endlich & Gellman | 1999 Avenue of the Stars, 4th Floor | | Los Angeles | CA | 90067 | |
| Heeltap! Entertainment LLC | Attn Charles Lindsay, William Lindsay | 100 Worth Ave #100 | | | Palm Beach | FL | 33480 | |
| Helen Estabrook | | Address on File | | | | | | |
| Hooray Parade Inc. f/s/o Erin D Lennox | | Address on File | | | | | | |
| Humanoids, Inc. | Richard Frankie Media Strategies International Inc | 15233 Ventura Blvd Suite 1212 | | | Sherman Oaks | CA | 91403 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 3 of 7

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| I Told You, Inc. f/s/o Nathaniel "Earthquake" Stroman | | 12400 Ventura Blvd Ste. 267 | | | StudioCity | CA | 91604 | |
| Isaiah C Morgan | | Address on File | | | | | | |
| Isaiah Lester | Attn Melissa Focx. | Address on File | | | | | | |
| J. Udom Ent. Inc. f/s/o James Udom | | Address on File | | | | | | |
| Jackee Harry | | Address on File | | | | | | |
| Jaclyn Prophet | | Address on File | | | | | | |
| Jahmir Hendricks-Lewis | | Address on File | | | | | | |
| Jamar Malachi Neighbors | | Address on File | | | | | | |
| Janky Jutsu, Inc. f/f/o Langston Kerman | | 6345 Balboa Blvd STE. 375 | | | Encino | CA | 91316 | |
| Jared Hess | | Address on File | | | | | | |
| Jay Light | | Address on File | | | | | | |
| Jemjie, Inc. f/s/o Jeremie Harris | | 810 Seventh Avenue | Suite 205 | | New York | NY | 10019 | |
| Jennifer Badger | | Address on File | | | | | | |
| Jesus Trejo | | Address on File | | | | | | |
| Jody Walls | | Address on File | | | | | | |
| Joe Foley | | Address on File | | | | | | |
| Johnny Skourtis | | Address on File | | | | | | |
| Jonny Loquasto | | Address on File | | | | | | |
| Joshua Porro | | Address on File | | | | | | |
| Joyce Ikemi | | Address on File | | | | | | |
| K. Hart Enterprises f/s/o Kevin Hart | Schreck Rose Dapello Adams Berlin & Dunham LLP | 888 7th Ave | 19th Floor | | New York | NY | 10106 | |
| Ka'ramuu Kush | | Address on File | | | | | | |
| Kathy A Wittes | | Address on File | | | | | | |
| Kathy Ann Wittes | | Address on File | | | | | | |
| Kevin Arnold | | Address on File | | | | | | |
| Kevin Garnett | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Kevin Waterman | | Address on File | | | | | | |
| Keyon Bowman | | Address on File | | | | | | |
| Kiara Celeste Castillo | | Address on File | | | | | | |
| Kim Fields | | Address on File | | | | | | |
| Kyle Lucas | | Address on File | | | | | | |
| Kz Elizabeth | | Address on File | | | | | | |
| Lamb Legs, Inc. f/s/o Cooper Manning | Attn Tom Young | c/o Creative Artists Agency | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 | |
| Lamb Legs, Inc. f/s/o Cooper Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| Langston Kerman | | Address on File | | | | | | |
| Laparee Young | | Address on File | | | | | | |
| Laszlo Corp, Inc., f/s/o Carlos Laszlo | | 9465 Wilshire Blvd | 6th Floor | | Beverly Hills | CA | 90212 | |
| Lazy Tiger Productions f/s/o Nelson Franklin | | 1999 Avenue of the Stars | Ste 2600 | | Los Angeles | CA | 90067 | |
| Lester Vicki | | Address on File | | | | | | |
| Lisa Smedley | Attn Jennifer Caprio | Address on File | | | | | | |
| Living the Dream Entertainment, Inc. f/s/o Robert Ford | | Address on File | | | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 4 of 7

Exhibit A
Supplemental Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Loma Lizann Inc. f/s/o Lauren Marie Mikus | c/o Evolution Music Partners, LLC | 650 S. Grand Ave Suite 901 | | | Los Angeles | CA | 90017 | |
| Love Nonna, Inc., f/s/o Ayinde Anderson | Attention Matt Coatsworth | c/o United Talent Agency | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 | |
| Maggie Ruder | | Address on File | | | | | | |
| Marie Fink | | Address on File | | | | | | |
| Matthew Allen | Richard J. Parent Attorney PC | Address on File | | | | | | |
| Matthew Fisher | | Address on File | | | | | | |
| McGilvray Media Inc. f/s/o Daniel McGilvray | | 2554 Lincoln Blvd #203 | | | Venice | CA | 90291 | |
| Meak's World, Inc. f/s/o Shameik Moore | Attn Scott Whitehead | c/o McKuin Frankel Whitehead LLP | 141 El Camino Dr. | | Beverly Hills | CA | 90212 | |
| Medicine Music, LLC f/s/o Luke Rowland | | 19425 Soledad Canyon Roads, Suite 221 | | | Canyon Country | CA | 91351 | |
| Menace/Machine, Inc. f/s/o Yassir Lester | Attn Cindy Farrelly Gesner | Litcher, Grossman, Nichols, Adler, Fedlman & Clark, Inc. | 9200 Sunset Blvd Suite 1200 | | West Hollywood | CA | 90069 | |
| Michael Eshaun York | | Address on File | | | | | | |
| Mike Marangu | Content Cartel, LLC, Attn Briana Hill | Address on File | | | | | | |
| Mike Ryan | | Address on File | | | | | | |
| Minerva Pictures Group | Gianluca Curti and Andrea Curti | Via Marcella 4/6 | | | Rome | | 00153 | Italy |
| Monique Gall | | Address on File | | | | | | |
| My Own Daddy Corporation f/s/o Chelsea Devantez | | 8447 Wilshire Blvd, Suite 200 | | | Beverly Hills | CA | 90211 | |
| Narrative Craft LLC | | 1435 Milvia Street | | | Berkeley | CA | 94709 | |
| Nathaniel "Earthquake" Stroman | | Address on File | | | | | | |
| Nelson Franklin | | Address on File | | | | | | |
| Network Ten All Access PTY LTD | | ABN 60 629 391 117, of 1 Saunders St. | | | Pyrmont | NSW | 2009 | Australia |
| Nice Slacks Mister Inc f/s/o Paul Scheer | | 200 Park Ave South 8th Fl | | | New York | NY | 10003 | |
| Nice Slacks Mister, Inc. f/s/o Paul Scheer | Attn Ali Benmohamed | c/o UTA | 9336 Civic Center Dr. | | Beverly Hills | CA | 90210 | |
| Nicholas Adams | Kaplan Perrone Entertainment | Address on File | | | | | | |
| Nick Mandernach | | Address on File | | | | | | |
| Nina Weinstein | Richard J. Parent Attorney PC | Address on File | | | | | | |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | Attn David B. Feldman, Esq. | Brecheen Feldman Breimer Silver & Thompson | 1925 Century Park East, Suite 2300 | | Los Angeles | CA | 90067 | |
| Nu Sy Systems Productions, Inc. f/s/o Damon Wayans | NU SYSTEMS PRODUCTIONS, INC. f/s/o Damon Wayans ("Artist") | Creative Artists Agency Attn.: Bradie Steinlauf and Steve Smooke | 2000 Avenue of the Stars | | Los Angeles | CA | 90036 | |
| Nuance Productions, Inc. f/s/o Paul Reiser | Attn Alex Yarosh | c/o Gersh Agency | 9465 Wilshire Blvd 6th floor | | Beverly Hills | CA | 90210 | |
| Oliver Chamberlain | Attn Ashley Briskman | Address on File | | | | | | |
| Oliver Chamberlain | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |
| Omaha Productions, LLC f/s/o Peyton Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| OneGate Media GmbH | | Jenfelder Allee 80 | | | Hamburg | | 22039 | Germany |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 5 of 7

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pam Grier | Attn Harry Gold | Address on File | | | | | | |
| Paul Palmeri | | Address on File | | | | | | |
| Peydirt, Inc. f/s/o Eli Manning | Mr. Peyton Manning | Peydirt, Inc. | c/o MAI Capital Management, LLC | 1360 East 9th Street Suite 1100 | Cleveland | OH | 44114 | |
| Peydirt, Inc. f/s/o Eli Manning | Omaha Productions, LLC | Attn: Bryan Thompson, c/o Barnes & Thornburg | 2029 Century Park E, Ste 300 | | Los Angeles | CA | 90067 | |
| Phedra Syndelle | | Address on File | | | | | | |
| Phoenicia Pictures International FZCO | Ameer Fawaz and Mahmoud Abdelhalim | SRT-FLR 18, Number 104, Rashid Tower | Dubai World Trade Center | | Dubai | | | United Arab Emirates |
| Pierre Casting, Inc. f/s/o George Pierre | George Pierre, Pierre Casting, Inc. | 800 Miller Run | | | Atlanta | GA | 30349 | |
| Program Store | Sebastien Auscher | 53 rue Decamps | | | Paris | | 75116 | France |
| PWL, Inc. f/s/o Eli Manning | Mr. Eli Manning | PWL, Inc. | c/o MAI Capital Management, LLC | 1360 East 9th Street Suite 1100 | Cleveland | OH | 44114 | |
| Race X Inc. f/s/o Xavier Charles | | Address on File | | | | | | |
| Rafael Castillo | | Address on File | | | | | | |
| Richard Reid Productions, Inc. f/so Richard Reid | Attn Richard Reid | Richard Reid Productions, Inc. | 5950 Canoga Avenue, Suite 325 | | Woodland Hills | CA | 91364 | |
| Rihan El-Ounsi | | Address on File | | | | | | |
| Ron Taylor | | Address on File | | | | | | |
| Rosenbloom Entertainment, Inc. f/s/o Dale "Chip" Rosenbloom | Attn Bob Wyman | Davis Wright Tremaine LLP | 865 S Figueroa St Suite 2400 | | Los Angeles | CA | 90015 | |
| Sandy L Danto | | Address on File | | | | | | |
| Santos L. Halper Productions, Inc. f/s/o Haley Mancini | Hansen, Jaconson, Teller, Hoberman Newman, Warren Richman, Rush Kaller, & Gellman LLP | 450 N Roxbury Dr #800 | | | Beverly Hills | CA | 90210 | |
| Score A Score, LLC f/s/o Daniel Ciurlizza | SCORE A SCORE, LLC | 11766 WILSHIRE BLVD., STE 500 | | | LOS ANGELES | CA | 90025 | |
| Score A Score, LLC f/s/o Daniel Ciurlizza | DANIEL CURLIZZA | c/o OUTLIER STUDIOS, LLC | 2918 SIMS AVENUE | | PINOLE | CA | 94564 | |
| Scott Saltzburg | | Address on File | | | | | | |
| Second Row Productions, Inc. f/s/o Adam Brody | | 1800 Century Park Es Ste 400 | | | Los Angeles | CA | 90067 | |
| Shout! Factory, LLC | | 1640 S. Sepulveda Blvd. Suite 400 | | | Los Angeles | CA | 90025 | |
| Showtime Networks Inc. | Attn Law Department | 1633 Broadway | | | New York | NY | 10019 | |
| Showtime Networks Inc. | | 1041 N Formosa Ave, Suite 300 | | | Los Angeles | CA | 90046 | |
| Silly Goose Productions, Ltd f/s/o Susan Sarandon | Attn Shani Rosenzweig and Jacqui Shock | United Talent Agency | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 | |
| Silverdew Entertainment Solutions | Jane Raggett | 17 Amanzimtoti Road | Paulshof | | Johannesburg | Gauteng | 2056 | South Africa |
| Smile Entertainment APS | Timo Lahtinen and Teemu Lahtinen | Gyldenlundsvei 14 | | | Charlottenlund | | DK-2920 | Denmark |
| So Pitted LLC f/s/o Keegan Dewitt | Keegan Dewitt | c/o Fortress Talent Management | 23901 Calabasas Rd Ste 2016 | | Calabasas | CA | 91302 | |
| So Pitted LLC f/s/o Keegan Dewitt | | Address on File | | | | | | |
| Stay Focused Prod. Inc. f/s/o Jesse Garcia | | 21650 Oxnard St. | Suite 350 | | Woodland Hills | CA | 91367 | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 6 of 7

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Stay Focused Prod. Inc. f/s/o Jesse Garcia | | 10100 Santa Monica Blvd. #750 | | | Los Angeles | CA | 90067 | |
| Stephanie Sigman, Inc. f/s/o Stephanie Sigman | Attn David Kirntzman and Kristi Eddington | c/o Yorn Levine Barnes Krintzman Rubenstein Kohner Endlich & Gellman, PC | 1999 Avenue of the Stars, 4th Floor | | Los Angeles | CA | 90067 | |
| Stephen Borrello | | Address on File | | | | | | |
| Steven Prescod | | Address on File | | | | | | |
| SW Artists f/s/o Cristina McLamb, Katie Rote, Kayla Fenwick | | Address on File | | | | | | |
| Tanweer Films FZ, LLC | Zeny Ganata and Eliana Eliopoulos | SD2-17, Building 8 | Ground Floor Dubai Studio City | | Dubai | | | United Arab Emirates |
| Terrel Battle | | Address on File | | | | | | |
| The California College Bowl Company, Inc. | Attn: Richard Reid | 5950 Canoga Avenue Suite 325 | | | Woodland Hills | CA | 91354 | |
| The Hatchery Entertainment f/s/o William Simmons | William Simmons p/k/a Will Simmons, Attn Geoff Morley | The Hatchery Entertainment | c/o UTA | 9336 Civic Center Dr. | Beverly Hills | CA | 90210 | |
| The Unlikely Allies LLC | Michael Goldstein and Weldon Angelos | 320 North 10th St #211 | | | Sacramento | CA | 95811 | |
| Tony Baker | | Address on File | | | | | | |
| Toodler Bug, Inc. f/s/o Jackee Harry | | 13351 D Riverside Dr. | | | Sherman Oaks | CA | 91423 | |
| Tough Lamb Media, Inc. f/s/o Mark Itkin | Attn Mark Itkin | Tough Lamb Media, Inc. | 9230 Swallow Drive | | Los Angeles | CA | 90069 | |
| Trilith Studios, LLC | | 461 Sandy Creek Road | | | Fayetteville | GA | 30214 | |
| Twelve Labors, Inc. f/s/o Rhys Coiro | | 6300 Canoga Ave. | Ste #1500W | | Woodland Hills | CA | 91367 | |
| Two Goats & A Scale Productions f/s/o Wendell Ramone Ellis | | 10008 National Blvd Apt 426 | | | Los Angeles | CA | 90034 | |
| Umbrella Entertainment PTY LTD | Ari Harrison | ABN 61 093 275 659, of Unit 13 | 79-83 High Street | | Kew | VIC | 3101 | Australia |
| Universal Television Networks | | 100 Universal City Plaza, 1440 16th Floor | | | Universal City | CA | 91608 | |
| Venice Dawn, Inc. f/s/o Adrian Younge | Attn Brice Gaeta | c/o Intreca Inc. | 2220 Avenue of the Stars - Suite 406 | | Los Angeles | CA | 90067 | |
| Vertigo Releasing | Ed Caffrey | 60-62, Margaret Street | | | London | | W1W 8TF | United Kingdom |
| Wendell Ramone Ellis Jr "Jay Ellis" | | Address on File | | | | | | |
| Whoiskevin films f/s/o Kevin Arnold | | Address on File | | | | | | |
| William Lindsay | Attn Ashley Briskman | Address on File | | | | | | |
| William Lindsay | Attn Charles Lindsay, William Lindsay | Address on File | | | | | | |
| Xavier Charles | | Address on File | | | | | | |
| You Big Dummy, Inc. f/s/o Lamont Magee | Attn Kyle Jensen | You Big Dummy, Inc. | c/o Verve Talent & Literary Agency | 6310 San Vincente Blvd. #100 | Los Angeles | CA | 90048 | |