**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 3, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of (I) Conditional Approval of Disclosure Statement and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Plan of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates, and (C) Related Voting and Objection Deadlines** [Docket No. 1381]

Dated: March 26, 2026

/s/ *Heather Fellows*
Heather Fellows
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Anuvu Operations LLC | | 1561 E Orangethorpe Ave Ste 130 | | Fullerton | CA | 92831-5207 |
| David Fried | | Address on File | | | | |
| Jax Media, LLC f/s/o John Hodges | | 120 Wall St Ste 1650 | | New York | NY | 10005-4034 |
| Monica Pendergrass | | Address on File | | | | |
| Vonda Pelto | Attn Michael Klein | Address on File | | | | |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)