**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**Objections Due: April 20, 2026 at 4:00 P.M. (ET)**
**Hearing Date:  TBD**

**THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of April 1, 2025 by Order signed May 22, 2025 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2025 – November 30, 2025[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $258,307.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,142.91 |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

4928-1244-1739.2 90346.00002

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Rates are Higher than those Approved or Disclosed at Retention?  Yes _X_  No __ If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | As disclosed in its retention application the Firm's standard hourly rates are subject to periodic adjustment.  The actual rates charged are disclosed herein and in the attached invoices.  On January 7, 2026, PSZJ filed a Notice of Increase of the Hourly Rates of Professionals at Docket No. 1236. |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $142,110.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $972.27 |
| Number of Professionals Included in this Application: | 7 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | N/A |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 4 |

This is a:        ☐monthly     ☒ interim     ☐final application.

The total time expended for fee application preparation is approximately 2.0 hours and

the corresponding compensation requested is approximately $1,300.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 7/16/25 | 4/1/25-5/31/25 (First Interim Fee Period) | $850,971.50 | $2,971.63 | $850,971.50 | $2,971.63 |
| 7/30/25 | 6/1/25-6/30/25 | $250,029.00 | $7,395.98 | $200,023.20 | $7,395.98 |
| 9/12/25 | 7/1/25-7/31/25 | $185,120.00 | $4,063.85 | $148,096.00 | $4,063.85 |
| 9/17/25 | 8/1/25-8/31/25 | $41,199.00 | $584.09 | $32,959.20 | $584.09 |
| 11/6/25 | 6/1/25-8/31/25 (Second Interim Fee Period) | $476,348.00 | $12,043.92 | $476,348.00 | $12,043.92 |
| 10/16/25 | 9/1/25 – 9/30/25 | $31,060.50 | $278.90 | $24,848.40 | $278.90 |
| 12/1/25 | 10/1/25-10/31/25 | $146,577.00 | $693.37 | $117,261.60 | $693.37 |
| 12/17/25 | 11/1/25-11/30/25 | $80,669.50 | $1,170.64 | Pending | Pending |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 1/26/26 | 12/1/25-12/31/25 | $21,759.00 | $1,002.49 | $17,407.20 | $1,002.49 |
| 2/17/26 | 1/1/26-1/31/26 | $45,986.00 | $165.70 | Pending | Pending |
| 3/18/26 | 2/1/26-2/28/26 | $68,128.50 | $475.20 | Pending | Pending |

### PSZJ PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sandler, Bradford | Partner, 1996 | $1,895.00 | 42.80 | $81,106.00 |
| Sandler, Bradford | Partner, 1996 | $947.50 | 21.00 | $19,897.50 |
| Rosell, Jason H. | Partner, 2010 | $1,250.00 | 15.50 | $19,375.00 |
| Litvak, Maxim B. | Partner, 1997 | $1,725.00 | 3.20 | $5,520.00 |
| Feinstein, Robert J. | Partner, 1982 | $1,950.00 | 25.40 | $49,530.00 |
| Feinstein, Robert J. | Partner, 1982 | $975.00 | 4.00 | $3,900.00 |
| Cho, Shirley S. | Partner, 1997 | $1,525.00 | 13.70 | $20,892.50 |
| Keane, Peter J. | Counsel, 2010 | $1,295.00 | 19.60 | $25,382.00 |
| Gruber, Richard J. | Counsel, 1982 | $1,850.00 | 3.50 | $6,475.00 |
| Bates, Andrea T. | Paralegal | $650.00 | 18.50 | $12,025.00 |
| Denhardt, Natalie | Paralegal | $595.00 | 1.30 | $773.50 |
| Cuniff, Patricia E. | Paralegal | $625.00 | 1.60 | $1,000.00 |
| Paul, Andrea R. | Case Management Assistant | $495.00 | 12.50 | $6,187.50 |
| Bouzoukis, Charles J. | Case Management Assistant | $495.00 | 0.50 | $247.50 |
| Crosby, Jr., David | Case Management Assistant | $495.00 | 1.40 | $693.00 |
| Strelow, Caledonia | Law Clerk | $525.00 | 10.10 | $5,302.50 |
| **Total** | | | **194.60** | **$258,307.00** |

**Total:** $258,307.00
**Total Hours:** 194.60
**Blended Rate:** $1,327.37

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 28.90 | $51,761.00 |
| Appeals | 3.70 | 6010.00 |
| Bankruptcy Litigation | 19.50 | $28,337.50 |
| Case Administration | 29.10 | $32,899.00 |
| Claims Administration | 6.10 | $10,672.00 |
| PSZJ Compensation | 18.30 | $17,130.50 |
| Other Professional Compensation | 3.10 | $3,665.50 |
| Contract and Lease Matters | 0.10 | $125.00 |
| Fee/Employment Application | 0.30 | $568.50 |
| Financing/Cash Collateral/Cash Management | 8.40 | $15,554.50 |
| General Creditors' Committee | 5.50 | $3,435.50 |
| Hearings | 25.70 | $25,234.00 |
| Operations | 0.50 | $947.50 |
| Plan and Disclosure Statement | 25.90 | $44,124.00 |
| PSZJ Retention | 1.30 | $845.00 |
| Other Professional Retention | 1.20 | $780.00 |
| Travel | 17.00 | $16,217.50 |
| **Totals** | **194.60** | **$258,307.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Federal Express | $153.16 |
| Lexis/Nexis - Legal Research | $46.40 |
| Working Meals | $50.60 |
| Delivery/Courier Service | $7.50 |
| PACER - Court Research | $164.00 |
| Reproduction Expense | $457.20 |
| Travel Expense | $758.00 |
| Transcript | $506.05 |
| **Total** | **$2142.91** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

Objections Due:  April 20, 2026 at 4:00 P.M. (ET)
Hearing Date:  TBD

**THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief entered on May 22, 2025* [Docket No. 188] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Third Interim Application for Compensation and for Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2025 through November 30, 2025* (the "Application").

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4928-1244-1739.2 90346.00002

By this Application, PSZJ seeks interim allowance of fees in the amount of $258,307.00 and actual and necessary expenses in the amount of $2,142.91 for a total allowance of $260,449.90 and payment of the unpaid amount of such fees and expenses for the period September 1, 2025 through November 30, 2025 (the "Fee Period").  In support of this Application, PSZJ respectfully represents as follows:

### Background

1.	On March 17, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.  No request for the appoint of a trustee or examiner has been made in these chapter 11 cases.

2.	On March 27, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee, which consists of the following members: (i) 10100 Santa Monica, Inc.; (ii) McGuffin Entertainment Media Inc.; and (iii) Vanessa McCarthy. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket. No. 123] was filed on March 27, 2025, and amended on April 1, 2025.

3.	The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.	On April 15, 2025, the Court entered the Administrative Order, authorizing estate professionals ("Professionals") to submit applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative

Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. The initial monthly fee Application will cover the period from Petition Date through March 31, 2025. Beginning with the period ending May 31, 2025, and at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee Application for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5.      The retention of PSZJ, as counsel to the Committee, was approved effective as of April 1, 2025, by this Court's *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of April 1, 2025* [Docket No. 392] (the "Retention Order"). The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.      Attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code must comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases:   **Exhibit A**, Customary and Comparable Compensation Disclosures with Fee Applications; **Exhibit B**, Summary of Timekeepers Included in this Fee

Application, **Exhibit C**, Staffing Plan; **Exhibit D-1**, Summary of Compensation Requested by Project Category; **Exhibit D-2**, Summary of Expense Reimbursement Requested by Category; and **Exhibit E**, Summary Cover Sheet of Fee Application.

**PSZJ's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

7.      The monthly fee applications (the "Monthly Fee Applications") for the periods September 1, 2025 through November 30, 2025 of PSZJ have been filed and served pursuant to the Administrative Order.

8.      On July 16, 2025, PSZJ filed its *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 through May 31, 2025* [Docket No. 642] (the "First Interim Fee Application").  On August 19, 2025, the Court entered an *Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 through May 31, 2025* [Docket No. 724] (the "First Interim Fee Order").  PSZJ has received payment of 100% of fees and 100% of expenses incurred for the First Interim Fee Application.

9.      On November 6, 22025 PSZJ filed its *Second Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From June 1, 2025 Through August 31, 2025* [Docket No. 1031] (the "Second Interim Fee Application").  The order on the Second Interim Fee Application has not yet been entered.

10.     On October 16, 2025, PSZJ filed its *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from September 1, 2025 through September 30, 2025* (the "Sixth Monthly Fee Application") requesting $31,060.50 in fees and $278.90 in expenses.  PSZJ received payment on account of the Sixth Monthly Fee Application in the amount of $24,848.40 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of expenses in the amount of $278.90 (100% of allowed expenses pursuant to the Administrative Order.

11.     On December 1, 2025, PSZJ filed its *Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from October 1, 2025 through October 31, 2025* (the "Seventh Monthly Fee Application") requesting $146,577.00 in fees and $693.37 in expenses.  PSZJ received payment on account of the Seventh Monthly Fee Application in the amount of $117,261.60 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of expenses in the amount of $693.37 (100% of allowed expenses pursuant to the Administrative Order.

12.     On December 17, 2025, PSZJ filed its *Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from November 1, 2025 through November 30, 2025* (the "Eighth Monthly Fee Application") requesting $80,669.50 in fees and $1,170.64 in expenses.  The payment on the Eighth Monthly Fee Application is pending.

13.     The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZJ during the periods

4928-1244-1739.2 90346.00002                    5

covered by such applications as well as other detailed information required to be included in fee applications.

## Requested Relief

14.     By this Application, PSZJ requests that the Court approve payment of one hundred percent (100%) of the fees and expenses incurred by PSZJ during the Interim Period of September 1, 2025 through November 30, 2025.

15.     At all relevant times, PSZJ has not represented any party having an interest adverse to these cases.

16.     All services for which PSZJ requests compensation were performed for or on behalf of the Committee, and not on behalf of the Debtors, any other committee, creditor or other person.

17.     PSZJ, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZJ and any other person other than among the partners, of counsel, or associates of PSZJ for the sharing of compensation to be received for services rendered in these cases.

18.     The professional services and related expenses for which PSZJ requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZJ's professional responsibilities as attorneys for the Committee in these chapter 11 cases.  PSZJ's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

19.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given (a) the

complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

### Statement from PSZJ

20.    Pursuant to the Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys in Larger Chapter 11 Cases, PSZJ responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes | | 1.60 hours were spent reviewing/revising invoices in connection with preparation of fee applications for a total of $1,040.00 |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. | No | | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| If the fee application includes any rate increases since retention in these Cases:<br>  i.   Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | No | | |

WHEREFORE, PSZJ respectfully requests that, for the period September 1, 2025 through November 30, 2025, an interim allowance be made to PSZJ for compensation in the amount of $258,307.00 and actual and necessary expenses in the amount of $2,142.91 for a total allowance of $260,449.91 and that the Debtors be authorized and directed to pay to PSZJ the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: March 30, 2026   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
        pkeane@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
        scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4928-1244-1739.2 90346.00002

## DECLARATION

STATE OF DELAWARE       :
                        :
COUNTY OF NEW CASTLE   :

Peter J. Keane, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)      I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about April 15, 2025, and submit that the Application substantially complies with such rule and orders.

*/s/ Peter J. Keane*
Peter J. Keane

4928-1244-1739.2 90346.00002