**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Dkt. [ ]** |

**ORDER GRANTING FOURTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH FEBRUARY 28, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel for the official committee of unsecured creditors (the "Committee") in the above-captioned cases, filed its *Fourth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP for the Period from December 1, 2025 through February 28, 2026* (the "Fourth Interim Fee Application"). The Court has reviewed the Fourth Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Interim Fee Application, and any hearing on the Fourth Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Interim Fee Application. Accordingly, it is hereby

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4903-4786-7803.1 90346.00002

2

ORDERED that the Fourth Interim Fee Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZJ the sum of $135,873.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,643.39 for a total of $137,516.89 for services rendered and disbursements incurred by PSZJ for the period December 1, 2025 through February 28, 2026, less any amounts previously paid in connection with the Monthly Fee Applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.