**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Thomas Peterson, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On March 25, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report for Village Roadshow Entertainment Group USA Inc. for the Period Ending February 28, 2026** [Docket No. 1460]

- **Monthly Operating Report for VR Zoo Productions Ltd for the Period Ending February 28, 2026** [Docket No. 1461]

- **Monthly Operating Report for VREG Funding LLC for the Period Ending February 28, 2026** [Docket No. 1462]

- **Monthly Operating Report for VREG IP Global LLC for the Period Ending February 28, 2026** [Docket No. 1463]

- **Monthly Operating Report for Village Roadshow Distribution USA Inc. for the Period Ending February 28, 2026** [Docket No. 1464]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

- **Monthly Operating Report for VREG J2 Global LLC for the Period Ending February 28, 2026** [Docket No. 1465]

- **Monthly Operating Report for Village Roadshow Films Global Inc. for the Period Ending February 28, 2026** [Docket No. 1466]

- **Monthly Operating Report for VREG MM2 IP Global LLC for the Period Ending February 28, 2026** [Docket No. 1467]

- **Monthly Operating Report for VREG OP Global LLC for the Period Ending February 28, 2026** [Docket No. 1468]

- **Monthly Operating Report for VREG Production Services Inc. for the Period Ending February 28, 2026** [Docket No. 1469]

- **Monthly Operating Report for Village Roadshow Films North America Inc. for the Period Ending February 28, 2026** [Docket No. 1470]

- **Monthly Operating Report for VREG Television Inc. for the Period Ending February 28, 2026** [Docket No. 1471]

- **Monthly Operating Report for VREG Wonka IP Global LLC for the Period Ending February 28, 2026** [Docket No. 1472]

- **Monthly Operating Report for Village Roadshow Pictures Entertainment Inc. for the Period Ending February 28, 2026** [Docket No. 1473]

- **Monthly Operating Report for VREG WW IP Global LLC for the Period Ending February 28, 2026** [Docket No. 1474]

- **Monthly Operating Report for Village Roadshow Pictures North America Inc. for the Period Ending February 28, 2026** [Docket No. 1475]

- **Monthly Operating Report for Village Roadshow VS Films LLC for the Period Ending February 28, 2026** [Docket No. 1476]

- **Monthly Operating Report for Village Roadshow Productions Inc. for the Period Ending February 28, 2026** [Docket No. 1477]

- **Monthly Operating Report for VR DTE Distribution USA Inc. for the Period Ending February 28, 2026** [Docket No. 1478]

- **Monthly Operating Report for VR DTE Productions Limited for the Period Ending February 28, 2026** [Docket No. 1479]

- **Monthly Operating Report for VR Funding LLC for the Period Ending February 28, 2026** [Docket No. 1480]

- **Monthly Operating Report for VREG Films Ltd for the Period Ending February 28, 2026** [Docket No. 1481]

- **Monthly Operating Report for Village Roadshow Film Administration Management Pty Ltd for the Period Ending February 28, 2026** [Docket No. 1482]

- **Monthly Operating Report for Village Roadshow Distribution Pty Ltd for the Period Ending February 28, 2026** [Docket No. 1483]

- **Monthly Operating Report for Village Roadshow Entertainment Group Asia Limited for the Period Ending February 28, 2026** [Docket No. 1484]

- **Monthly Operating Report for Crescent Film Holdings Limited for the Period Ending February 28, 2026** [Docket No. 1485]

- **Monthly Operating Report for Village Roadshow Distribution UK Limited for the Period Ending February 28, 2026** [Docket No. 1486]

- **Monthly Operating Report for Village Roadshow Entertainment Group (BVI) Limited for the Period Ending February 28, 2026** [Docket No. 1487]

- **Monthly Operating Report for Village Roadshow Productions (BVI) Ltd for the Period Ending February 28, 2026** [Docket No. 1488]

- **Monthly Operating Report for VR Zoo Distribution USA Inc. for the Period Ending February 28, 2026** [Docket No. 1489]

- **Monthly Operating Report for Village Roadshow Distribution (BVI) Limited for the Period Ending February 28, 2026** [Docket No. 1490]

- **Monthly Operating Report for Village Roadshow Films (BVI) Limited for the Period Ending February 28, 2026** [Docket No. 1491]

- **Monthly Operating Report for VR Films Holdings (BVI) Limited for the Period Ending February 28, 2026** [Docket No. 1492]

- **Monthly Operating Report for Village Roadshow Holdings USA Inc. for the Period Ending February 28, 2026** [Docket No. 1493]

Furthermore, on March 25, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**:

- **Ninth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, as Special Litigation Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2026, Through and Including February 28, 2026** [Docket No. 1494]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: March 30, 2026

/s/ *Thomas Peterson*
Thomas Peterson
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

# Exhibit B

**Exhibit B**
**United States Trustee**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | agavant@btlaw.com; KKansa@btlaw.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Co-Counsel for the Debtors and  Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Justin Bernbrock and Matthew T. Benz | jbernbrock@sheppardmullin.com; mbenz@sheppardmullin.com |
| Debtor | Village Roadshow Entertainment Group USA Inc. | Kevin Berg and Keith Maib | Email on File |
| Co-Counsel for the Debtors and  Debtors in Possession | Young, Conaway, Stargatt & Taylor LLP | Joseph M. Mulvihill, Rebecca L. Lamb, Lauren McCrery, and Brynna M. Gaffney | jmulvihill@ycst.com; sborovinskaya@ycst.com; kmcelroy@ycst.com; bgaffney@ycst.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)