### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br>(Jointly Administered)<br><br>Ref. Docket Nos. 1526, 1527 |

## NOTICE OF ERRONEOUS FILING AND WITHDRAWAL

THE G.O.A.T. MEDIA, LLC ("TGM"), by its manager John T. Pautsch, hereby provides notice that certain documents were filed on the Bankruptcy Court docket in error.

On April 8, 2026, documents referencing counsel appearance and party standing, intended for filing in the United States District Court for the District of Delaware, were transmitted in error by the process server and filed in this Court.

The documents have been filed with the United States District Court for the District of Delaware. TGM hereby withdraws the filings and requests that the Court disregard the erroneously filed documents reflected at Docket Nos. 1526 and 1527.

Dated: April 10, 2026

Respectfully submitted,

/s/ John T. Pautsch

John T. Pautsch, Manager
THE G.O.A.T. MEDIA, LLC
9903 Santa Monica Blvd. #169
Beverly Hills, CA 90212
Telephone: (310) 745-0257
Email: legal@thegoat.com