**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket Nos. 1503, 1516** |
| | ) |

**FALCON AND ONTARIO'S JOINDER AND RESERVATION OF RIGHTS**
**WITH RESPECT TO THE JOINT PLAN OF LIQUIDATION OF VILLAGE**
**ROADSHOW ENTERTAINMENT GROUP USA INC. AND ITS DEBTOR AFFILIATES**

Falcon Strategic Partners IV, LP and 1397225 Ontario Limited ("Falcon and Ontario")

hereby submit this joinder and reservation of rights (the "Reservation of Rights") with respect to

the *Further Revised Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc.*

*and its Debtor Affiliates* [Docket No. 1516] (the "Plan") filed by the debtors and debtors-in-

possession (collectively the "Debtors") and in response to the *Warner Bros. Entertainment Inc.*

*and its Affiliates' Response to Confirmation of the Joint Plan of Liquidation of Village Roadshow*

*Entertainment USA Inc. and its Debtor Affiliates* filed by Warner Bros. Entertainment Inc. and its

affiliates (collectively, "Warner Bros.") [Docket No. 1503] (the "Warner Bros. Response"), and

respectfully state as follows:[2]

---

[1]  The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or the Warner Bros. Response, respectively.

1

## JOINDER AND RESERVATION OF RIGHTS

1.     Falcon and Ontario, two of the Senior Secured Notes Parties, support the Debtors' Plan and efforts to reach a consensual resolution with Warner Bros., and are looking forward to a prompt emergence from bankruptcy.  However, Falcon and Ontario hereby submit this joinder and limited reservation of rights in connection with the Debtors' Plan and proposed Confirmation Order.  Falcon and Ontario are actively working with the Debtors and Warner Bros. to finalize certain remaining language in the proposed Confirmation Order and expect to reach a consensual resolution ahead of the Combined Hearing.

2.     Notwithstanding the foregoing, Falcon and Ontario reserve all rights, claims, and objections with respect to the proposed Confirmation Order, including, without limitation, any provisions that could be construed to impose upon the Liquidation Trust any duties, obligations, or liabilities beyond those expressly contemplated by the Liquidation Trust Agreement or the Plan.

3.     Falcon and Ontario expressly reserve all rights to amend and/or supplement this Reservation of Rights at any time prior to, or during, the Combined Hearing, including through the filing of a formal objection, if necessary.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 13, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Shannon A. Forshay*
Brett M. Haywood (No. 6166)
Shannon A. Forshay (No. 7293)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone:     (302) 984-6000
Facsimile:      (302) 658-1192
Email:           bhaywood@potteranderson.com
                      sforshay@potteranderson.com

– and –

James A. Newton, Esq. (admitted *pro hac vice*)
Miranda K. Russell, Esq. (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Email:           jnewton@mofo.com
                      mrussell@mofo.com

*Counsel for 1397225 Ontario Limited and
Falcon Strategic Partners IV, LP*

3

12875151v.1