**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | Case No. 25-10475 (TMH) |
| | (Jointly Administered) |
| Debtors. | |

**WARNER BROS. ENTERTAINMENT INC.'S WITNESS**
**AND EXHIBIT LIST FOR APRIL 16, 2026 HEARING**

Warner Bros. Entertainment Inc. and its affiliates (collectively, "Warner Bros.") files this

this witness and exhibit list in connection with the hearing currently scheduled for April 16, 2026,

at 1:00 p.m. (ET) (the "Hearing").

**EXHIBITS**

Warner Bros. designates the following exhibits that may be introduced at the

Hearing:

| Exhibit No. | Document Description | Docket No. (If Available) |
|---|---|---|
| 1. | *Amended Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Authorizing the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections Thereunder, (III) Scheduling an Auction for, and Hearing to Approving, Sale of the Debtors' Assets, (IV) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (V) Approving Assumption and Assignment Procedures, and (VI) Granting Related Relief* | D.I. 276 |
| 2. | *Final Order (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Authorizing the Use of Cash* | D.I. 280 |

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

| | | |
|---|---|---|
| | *Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* | |
| 3. | *Order Approving Stipulation* | D.I. 545 |
| 4. | *Order (I) Approving the Sale of Library Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 562 |
| 5. | *Order (I) Approving the Sale of the Studio Business Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 782 |
| 6. | *Agreed Scheduling Order for the Pending Contested Matter Regarding the Sale of the Debtors' Derivative Rights Assets* | D.I. 800 |
| 7. | *Order (I) Approving the Sale of the Derivative Rights Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | D.I. 1043 |
| 8. | *Order (I) Approving Amendment to Library Assets Purchase Agreement, (II) Approving the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief* | D.I. 1231 |
| 9. | *Debtors' Motion for Entry of Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* | D.I. 1319 |
| 10. | *Notice of Filing of Liquidation Analysis for Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1328 |
| 11. | *Objection and Reservation of Rights of Warner Bros. Entertainment Inc. and its Affiliates to Debtors' Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* | D.I. 1349 |

2

| 12. | *United States Trustee's Objection to Debtors' Motion for Entry of Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* | D.I. 1352 |
| --- | --- | --- |
| 13. | *Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* | D.I. 1376 |
| 14. | *Disclosure Statement for the Joint Chapter 11 Plan of Liquidation for Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1378 |
| 15. | *Notice of Filing Plan Supplement* | D.I. 1456 |
| 16. | *Warner Bros. Entertainment Inc. and its Affiliates' Response to Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1503 |
| 17. | *Notice of Further Revised Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1516 |
| 18. | *United States Trustee's Objection to Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1519 |
| 19. | *Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc., and Its Debtor Affiliates* | D.I. 1539 |
| 20. | *Falcon and Ontario's Joinder and Reservation of Rights with Respect to the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1540 |
| 21. | *Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates and Omnibus Reply to Objections to Confirmation* | D.I. 1541 |
| 22. | *Declaration of Keith Maib in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1542 |

| 23. | *Declaration of Leanne V. Rehder Scott with Respect to the Tabulation of Votes on the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* | D.I. 1543 |
|---|---|---|
| 24. | Any document or pleading filed in the above-captioned chapter 11 cases. | N/A |
| 25. | Any exhibit necessary for impeachment and/or rebuttal purposes. | N/A |
| 26. | Any exhibit identified or offered by any other party. | N/A |

## WITNESSES

Warner Bros. cross-designates all witnesses designated or identified by any other party in connection with the Hearing and reserves the right to call any necessary rebuttal witnesses.

## RESERVATION OF RIGHTS

Warner Bros. reserves the right to amend and/or supplement the foregoing witness list any time prior to the Hearing.  Warner Bros. further reserves the right to call any rebuttal and/or impeachment witness as necessary and to cross-examine any witness called by any other party at the Hearing.

Warner Bros. further reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing exhibit list as appropriate. Warner Bros. also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest, and (ii) any pleading, hearing transcript, order or other document.

*[Remainder of page intentionally left blank.]*

Dated: April 13, 2026
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Casey B. Sawyer*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
      mharvey@morrisnichols.com
      csawyer@morrisnichols.com

*-and-*

**O'MELVENY & MYERS LLP**
Steve Warren (admitted *pro hac vice*)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

Daniel M. Petrocelli (admitted *pro hac vice*)
Matt Kline (admitted *pro hac vice*)
Tim Heafner (admitted *pro hac vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: mkline@omm.com
      dpetrocelli@omm.com
      theafner@omm.com

Scott Drake (admitted *pro hac vice*)
Emma Jones (admitted *pro hac vice*)
2801 North Hardwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Email: sdrake@omm.com
      eljones@omm.com

*Counsel to Warner Bros. Entertainment Inc. and its Affiliates*

5