**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**DECLARATION OF LEANNE V. REHDER SCOTT WITH RESPECT TO THE
TABULATION OF VOTES ON THE JOINT PLAN OF LIQUIDATION OF VILLAGE
ROADSHOW ENTERTAINMENT GROUP USA INC. AND ITS DEBTOR AFFILIATES**

I, Leanne V. Rehder Scott, depose and say under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Vice President of Corporate Restructuring Services, employed by Kurtzman Carson Consultants, LLC, doing business as Verita Global LLC ("Verita"), whose main business address is 222 North Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.  I am above eighteen years of age, I am not a party to the above-captioned chapter 11 cases, and I am competent to testify as to the facts set forth herein.

2.      I submit this declaration (this "Declaration") regarding the solicitation of votes and the tabulation of Ballots cast on the *Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and its Debtor Affiliates* [Docket No. 1317] (as may amended, modified, or supplemented from time to time, the "Plan").  Except as otherwise noted, all facts set forth herein

---

[1]     The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents.  I am authorized to submit this Declaration on behalf of Verita.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.     The Court authorized Verita's retention (a) as claims and noticing agent to the Debtors on March 18, 2025, pursuant to the *Order (I) Approving the Retention and Appointment of Kurtzman Carson Consultants, LLC dba Verita Global, as the Claims and Noticing Agent to the Debtors, Effective as of the Petition Date, and (II) Granting Related Relief* [Docket No. 61] and (b) as administrative advisor to the Debtors on April 17, 2025, pursuant to the *Order Authorizing the Retention and Employment of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Debtors, Effective as of the Petition Date* [Docket No. 208] (together, the "Retention Orders").  The Retention Orders authorize Verita to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan.  Verita and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

4.     On February 20, 2026, the Court entered the *Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and Procedures, and (VI) Granting Related Relief* [Docket No. 1376] (the "Disclosure Statement Order"),[2] establishing, among other things, the Solicitation and Voting Procedures.

---

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

Verita adhered to the procedures outlined in the Disclosure Statement Order and, among other things, distributed Solicitation Packages (including Ballots) to parties entitled to vote on the Plan.  I supervised the solicitation and tabulation performed by Verita's employees.

**A.    Service and Transmittal of Solicitation Packages and Related Information**

5.    Pursuant to the Disclosure Statement Order, on February 26, 2026, and from time to time thereafter, Verita caused the Solicitation Packages to be served on all known Holders of Claims in Class 3B (Non-Library Debtors General Unsecured Claims) and Class 4 (Senior Secured Notes Claims) (collectively, the "Voting Classes").  In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 3A (Library Debtors General Unsecured Claims), Class 5 (Intercompany Claims) Class 6 (Existing Equity Interests), and Class 7 (Intercompany Interests) (collectively, the "Non-Voting Classes") received an appropriate Notice of Non-Voting Package.  Furthermore, Verita caused the *Notice of (I) Conditional Approval of Disclosure Statement and (II) The Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Plan of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates, and (C) Related Voting and Objection Deadlines*  [Docket No. 1381] (the "Combined Hearing Notice") to be served on the creditor matrix and all other parties required to receive such notice pursuant to the Disclosure Statement Order.  A *Certificate of Service* evidencing the completion of solicitation was filed with the Court on March 5, 2026 [Docket No. 1429].

6.    On February 20, 2026, Verita posted links to the electronic versions of the Disclosure Statement Order, Disclosure Statement and Plan, the Combined Confirmation Hearing Notice, Non-Voting Notices, and Committee Letter on the public access website at www.veritaglobal.net/VREG.

7.      The Combined Confirmation Hearing Notice was published on February 26, 2026, in *The Wall Street Journal* (national edition) and *Los Angeles Times*. The *Affidavit of Publication* evidencing the publication of the Combined Hearing Notice was filed with the Court on March 3, 2026 [Docket No. 1426].

8.      Verita also forwarded Confirmation Hearing Notices to creditor matrix parties, as applicable, whose packages were returned with a forwarding address or if an alternate address was available. The supplemental certificates of service evidencing the foregoing was filed with the Court on March 26, 2026 [Docket Nos. 1498 and 1499] (together with the certificate of service filed on March 5, 2026, the "Solicitation Certificates").

**B.      The Tabulation Process**

9.      The Disclosure Statement Order established February 18, 2026, as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Non-Voting Packages, as applicable.  Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3B (Non-Library Debtors General Unsecured Claims) and Class 4 (Senior Secured Notes Claims) were entitled to vote to accept or reject the Plan.  No other Classes were entitled or permitted to vote on the Plan.

10.     In accordance with the Solicitation and Voting Procedures, Verita worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such Holders.  A detailed description of Verita's distribution of Solicitation Packages is set forth in the Solicitation Certificates.

11. Pursuant to the Disclosure Statement Order, Verita relied on the Debtors' Schedules of Assets and Liabilities and the Claims information reflected in Verita's CaseView[3] system to identify and solicit Holders of Claims in the Voting Classes. Verita also relied on a list of underlying Holders provided by Wilmington Savings Fund Society, FSB, the agent under the Fifth Amended Restated Note Purchase Agreement, to identify and solicit Holders of Class 4 (Senior Secured Notes Claims).

12. In accordance with the Solicitation and Voting Procedures, Verita received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Verita was date-stamped, scanned (if submitted on paper), assigned a ballot number, entered into Verita's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Verita via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Verita on or before March 27, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). Verita completed its final tabulation of the Ballots on March 27, 2026, following a complete review and audit of all Ballots received.

13. The final tabulation of votes cast by timely and properly completed Ballots received by Verita is attached hereto as **Exhibit A** (the "Final Ballot Tabulation"). The detailed Ballot reports for Class 3B (Non-Library Debtors General Unsecured Claims) and Class 4 (Senior Secured Notes Claims) are attached to this Declaration as **Exhibit A-1** and **Exhibit A-2**, respectively.

---

[3] CaseView is Verita's claims management database, which stores the records and images associated with all scheduled and filed claims.

**C.     Opt-Out Election**

14.     Verita also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Classes that checked the box on such Ballot to opt out of the Third-Party Releases and (ii) the Opt-Out Election Forms from Holders of Claim in Non-Voting Classes. A report of all Entities who opted out of the Third-Party Releases by checking the opt out box on their Ballot or Opt-Out Form is attached hereto as **Exhibit B**.   For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received, including those reported on **Exhibit B**, but rather is providing these opt-out election results for reporting and informational purposes only.

**D.     Conclusion**

15.     To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true.


Dated: April 13, 2026                              */s/ Leanne V. Rehder Scott*
                                                   Leanne V. Rehder Scott
                                                   Vice President of Corporate Restructuring
                                                   Verita Global LLC

# Exhibit A

**Exhibit A**
**Final Ballot Tabulation**

| Class | Class Description | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3B | Non-Library Debtors General Unsecured Claims | 0 | 11 | 11 | 0 | 0 | 100.00% | 0.00% | $19,230,341.39 | $19,230,341.39 | $0.00 | $0.00 | 100.00% | 0.00% | Accept |
| 4 | Senior Secured Notes Claims | 0 | 6 | 6 | 0 | 0 | 100.00% | 0.00% | $155,434,466.72 | $155,434,466.72 | $0.00 | $0.00 | 100.00% | 0.00% | Accept |

In re Village Roadshow
Entertainment Group USA Inc., et al.,
Case No. 25-10475

# Exhibit A-1

**Exhibit A-1**
**Class 3B Ballot Detail**
**Non-Library Debtors General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Third-Party Release Opt Out |
|---|---|---|---|---|---|
| 10100 Santa Monica, Inc. | 03/23/2026 | 7 | $2,283,890.41 | Accept | |
| Content Cartel LLC | 03/09/2026 | 3 | $359,091.00 | Accept | |
| Elaine Murphy | 03/05/2026 | 2 | $2,500.00 | Accept | |
| Frank N. Magid Associates, Inc. d.b.a Magid | 03/19/2026 | 6 | $71,142.50 | Accept | Yes |
| Joel Golby c/o United Agents LLP | 03/25/2026 | 9 | $1,700.00 | Accept | |
| Kirkland and Ellis LLP | 03/25/2026 | 10 | $11,683,086.88 | Accept | |
| Macro Content Fund I, LLC Macro Content Fund I, PRI LLC and Macro Media, LLC | 03/16/2026 | 5 | $1,858,596.00 | Accept | |
| Moonshot Entertainment, Inc. | 03/24/2026 | 8 | $797,420.50 | Accept | |
| Screen Actors Guild-American Federation of Television and Radio Artists | 03/27/2026 | 13 | $149,940.33 | Accept | Yes |
| Sean Cook | 03/04/2026 | 1 | $22,500.00 | Accept | |
| Writers Guild of America West, Inc. and Writers Guild of America East, Inc. | 03/27/2026 | 12 | $2,000,473.77 | Accept | Yes |

# Exhibit A-2

**Exhibit A-2**
**Class 4 Ballot Detail**
**Senior Secured Notes Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Third-Party Release Opt Out |
|---|---|---|---|---|---|
| 1397225 Ontario Limited | 03/27/2026 | 14 | $23,759,985.57 | Accept | |
| Falcon Strategic Partners IV, LP | 03/27/2026 | 15 | $31,439,920.32 | Accept | |
| Vine Media Opportunities - Fund III, LP | 03/27/2026 | 16 | $19,695,034.96 | Accept | |
| Vine Media Opportunities - Fund III-A, LP | 03/27/2026 | 17 | $68,926,835.10 | Accept | |
| Vine Media Opportunities - Fund III-B, LP | 03/27/2026 | 18 | $10,305,088.85 | Accept | |
| Vine Westcon SPV, LP | 03/27/2026 | 19 | $1,307,601.92 | Accept | |

In re Village Roadshow
Entertainment Group USA Inc., et al.,
Case No. 25-10475

# Exhibit B

**Exhibit B**
**Opt Out Detail by Class**

| Creditor Name | Date Received | Ballot No. | Class | Third-Party Release Opt Out |
|---|---|---|---|---|
| Frank N. Magid Associates, Inc. d.b.a Magid | 03/19/2026 | 6 | 3B Non-Library Debtors General Unsecured Claims | Yes |
| Screen Actors Guild-American Federation of Television and Radio Artists | 03/27/2026 | 13 | 3B Non-Library Debtors General Unsecured Claims | Yes |
| Writers Guild of America West, Inc. and Writers Guild of America East, Inc. | 03/27/2026 | 12 | 3B Non-Library Debtors General Unsecured Claims | Yes |
| | | | | |
| Magnum Films SPC | 03/25/2026 | 11 | Unimpaired 1 Other Secured Claims | Yes |
| Warner Bros. Entertainment, Inc., et al. | 03/09/2026 | 4 | Unimpaired 3A Library Debtors General Unsecured Claims | Yes |

In re Village Roadshow
Entertainment Group USA Inc., et al.,
Case No. 25-10475