**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al*.,[1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**WITNESS AND EXHIBIT LIST**

The Official Committee of Unsecured Creditors (the "**Committee**") hereby submits this

*Witness and Exhibit List* (the "**Witness and Exhibit List**") for the hearing scheduled for **April 16,**

**2026 at 1:00 p.m. (Eastern Time)** (the "**Hearing**") in the above-captioned chapter 11 cases

(the "**Chapter 11 Cases**") pending before the Judge Thomas M. Horan, United States Bankruptcy

Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**WITNESS LIST**

The Committee may call any of the following witnesses at the Hearing:

1.    Any witness listed, offered, or called by any other party.

2.    Any witness required for rebuttal or impeachment.

**EXHIBIT LIST**

The Committee may offer into evidence any one or more of the following exhibits:

---

[1]    The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4908-4133-9214.1 90346.00001

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|
| 1. | Any exhibits listed, designated, or offered by any other party | | | | | |
| 2. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |
| 3. | Any pleading or other document filed with the Court on the docket of the above-captioned Chapter 11 Cases | | | | | |

The Committee reserves the right to (i) ask the Court to take judicial notice of pleadings, orders, transcripts, and/or documents filed in, or in connection with, these Chapter 11 Cases, (ii) offer rebuttal exhibits, and (iii) supplement, modify, or amend this Witness and Exhibit List at any time prior to the Hearing.  Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

4912-0785-7569.1 90346.00001

Dated: April 13, 2026        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com
-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
       scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4912-0785-7569.1 90346.00001