**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*, [1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR APRIL 16, 2026 AT 1:00 P.M. (ET)**

**PLEASE NOTE THIS PROCEEDING WILL NOW BE CONDUCTED IN-PERSON IN COURTROOM 7.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**RESOLVED MATTERS**

1.  Debtors' Fourth Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1438, 3/11/26]

    Objection Deadline:    March 25, 2026 at 4:00 p.m. (ET)

---

[1]    The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Related Documents:

    A. Certificate of No Objection [D.I. 1501, 3/27/26]

    B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1504, 3/27/26]

Objections Filed:    None

Status: An order has been entered.

2.    Debtors' Third Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1439, 3/11/26]

Objection Deadline:    March 25, 2026 at 4:00 p.m. (ET)

Related Documents:

    A. Certificate of No Objection [D.I. 1502, 3/27/26]

    B. Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1505, 3/27/26]

Objections Filed:    None

Status: An order has been entered.

3.    Sixth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 1250, 1/13/26]

Objection Deadline:    January 27, 2026 at 4:00 p.m. (ET); extended for Intercap Merchant Partners, LLC to March 24, 2026.

Related Documents:    None

Objections Filed:

    A. Intercap Merchant Partners, LLC's Objection and Reservation of Rights to the Debtors' Sixth Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts [D.I. 1459, 3/24/26]

Status: The Debtors have withdrawn the assumption and assignment of the contract with Intercap Merchant Partners, LLC.

**CONTESTED MATTER GOING FORWARD**

4. Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates [D.I. 1516, 4/1/26]

   Objection Deadline:    March 27, 2026 at 4:00 p.m. (ET); extended for the Office of the United States Trustee to April 2, 2026 at 4:00 p.m. (ET).

   Related Documents:

   A. Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling the Combined Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Plan and Final Approval of Adequacy of Disclosures, (IV) Establishing Solicitation, Voting, and Related Procedures, (V) Approving Related Dates, Deadlines, and (VI) Granting Related Relief [D.I. 1376, 2/20/26]

   B. Disclosure Statement for the Joint Chapter 11 Plan of Liquidation for Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates [D.I. 1378, 2/20/25]

   C. Notice of Non-Voting Status of Holders of Impaired Claims Conclusively Presumed to Reject the Plan [D.I. 1379, 2/20/26]

   D. Notice of Non-Voting Status of Holders of Unimpaired Claims Conclusively Presumed to Reject the Plan [D.I. 1380, 2/20/26]

   E. Notice of (I) Conditional Approval of Disclosure Statement and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information, (B) Confirmation of the Joint Plan of Village Roadshow Entertainment Group USA Inc. and Its Debtors Affiliates, and (C) Related Voting and Objection Deadlines [D.I. 1381, 2/20/26]

   F. Affidavit of Publication of the Combined Hearing Notice in the Wall Street Journal and Los Angeles Times [D.I. 1426, 3/3/26]

   G. Notice of Filing of Plan Supplement [D.I. 1456, 3/20/26]

   H. Notice of Rescheduled Hearing [D.I. 1523, 4/6/26]

   I. Notice of Filing of Proposed Confirmation Order [D.I. 1539, 4/13/26]

   J. Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates and Omnibus Reply to Objections to Confirmation [D.I. 1541, 4/13/26]

   K. Declaration of Keith Maib in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Joint Plan of Liquidation of Village

Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates [D.I. 1542, 4/13/26]

L.  Warner Bros. Entertainment Inc.'s Witness and Exhibit List for April 16, 2026 Hearing [D.I. 1544, 4/13/26]

M.  Declaration of Leanne V. Rehder Scott with Respect to the Tabulation of Votes on the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates [D.I. 1546, 4/13/26]

N.  Debtors' Witness and Exhibit List [D.I. 1547, 4/13/26]

O.  The Official Committee of Unsecured Creditors' Witness and Exhibit List [D.I. 1548, 4/13/26]

Objections Filed:

A.  Limited Objection and Reservation of Rights of Directors Guild of America, Inc., Screen Actors Guild American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans to the Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates and Third-Party Releases Contained Therein [D.I. 1500, 3/27/26]

B.  Warner Bros. Entertainment Inc. and Its Affiliates' Response to Confirmation of the Joint Plan of Liquidation of Village Roadshow Entertainment USA Inc. and Its Debtor Affiliates [D.I. 1503, 3/27/26]

C.  Supplemental Statement of the G.O.A.T. Media, LLC Regarding Claim Status, Reserve Treatment, and Request for Clarification in Connection with Plan Confirmation [D.I. 1507, 3/26/26]

D.  United States Trustee's Objection to Joint Plan of Liquidation of Village Roadshow Entertainment USA Inc. and Its Debtor Affiliates [D.I. 1519, 4/2/26]

E.  The G.O.A.T.'s Supplemental Statement in Support of Claim Treatment, Record Completeness, and Plan Confirmation [D.I. 1524, 4/6/26]

F.  The G.O.A.T.'s Conditional Third-Party Release Framework [D.I. 1534, 4/9/26]

G.  Falcon and Ontario's Joinder and Reservation of Rights with Respect to the Joint Plan of Liquidation of Village Roadshow Entertainment Group USA Inc. and Its Debtor Affiliates [D.I. 1540, 4/13/26]

Status: This matter is going forward.

Dated: April 14, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

<table>
<tr><td>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    jmulvihill@ycst.com
    bgaffney@ycst.com

*Co-Counsel for the Debtors and
Debtors in Possession*

</td><td>

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:    (312) 499-6300
Facsimile:    (312) 499-6301
Email:    jbernbrock@sheppardmullin.com
    mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:    (310) 228-3700
Facsimile:    (310) 228-3701
Email:    jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:    (212) 653-8700
Facsimile:    (212) 653-8701
Email:    apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and
Debtors in Possession*

</td></tr>
</table>