**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

VILLAGE ROADSHOW ENTERTAINMENT
GROUP USA INC., et al.,

Debtors.

Chapter 11

Case No. 25-10475 (TMH)

(Jointly Administered)

Ref. Docket Nos. 1539

**LIMITED OBJECTION REGARDING
DISPUTED CLAIM RESERVE AND APPEAL CARVE-OUT**

THE G.O.A.T. MEDIA, LLC ("Claimant"), by and through its sole manager and economic stakeholder, who personally created, developed, and submitted the underlying materials and performed the services at issue, submits this limited objection to confirmation of the Proposed Plan to preserve rights tied to its pending appeal and to address the absence of any mechanism for disputed claims dependent on debtor-controlled information.

Claimant filed proofs of claim supported by a Narrative Summary and Evidentiary Records Nos. 1 and 2, and filed supplemental statements, a limited objection, an opt-out election, and a conditional third-party release framework. Claimant's appeal is pending before the United States District Court for the District of Delaware.

The Proposed Confirmation Order does not provide a disputed claim reserve and does not include a mechanism for claims subject to pending appeal or dependent on debtor-controlled information unavailable for evaluation.

Pending resolution of the appeal and related matters arising from the conduct identified in Claimant's Narrative Summary and supported by the Supplemental and Evidentiary Records, together with all filings submitted by Claimant, confirmation should be conditioned on inclusion of (i) a disputed claim reserve sufficient to satisfy the Claim pending final adjudication and (ii)

an explicit carve-out preserving Claimant's rights, including recovery rights, in connection with the pending appeal and all claims arising from the conduct identified in Claimant's filed record that remain unadjudicated or incapable of evaluation due to debtor-controlled information, including preservation of Claimant's rights outside the Plan to the extent not expressly released, as required under 11 U.S.C. § 1129(a)(7) and § 1129(a)(11).

Claimant reserves all rights, including the right to amend or supplement this objection.

Dated: April 14, 2026

Respectfully submitted,

/s/ John T. Pautsch

John T. Pautsch, Manager
THE G.O.A.T. MEDIA, LLC
9903 Santa Monica Blvd. #169
Beverly Hills, CA 90212
Telephone: (310) 745-0257
Email: legal@thegoat.com