## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.,*[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

PLEASE TAKE NOTICE that the firm affiliation, address, telephone number and email address for the following attorneys for 20th Century Studios, Inc. have changed. All future notices should be sent to the following address:

Andrew N. Goldman
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 813-8800
Fax: (212) 355-3333
Email: AndyGoldman@goodwinlaw.com

Benjamin W. Loveland
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Fax: (617) 523-1231
Email: bloveland@goodwinlaw.com

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Dated: April 15, 2026          GOODWIN PROCTER LLP

By:     /s/ *Andrew N. Goldman*
Andrew N. Goldman
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 813-8800
Fax: (212) 355-3333
Email: AndyGoldman@goodwinlaw.com

Benjamin W. Loveland
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Fax: (617) 523-1231
Email: bloveland@goodwinlaw.com

*Counsel to 20th Century Studios, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I caused the foregoing pleading to be filed, and it was served by the Court's electronic noticing service to all parties registered to receive ECF notice.

*/s/ Andrew N. Goldman*
Andrew N. Goldman