**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 16, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Filing of *Revised* Proposed Confirmation Order** [Docket No. 1560]

- **Notice of Filing of Amended Plan Supplement** [Docket No. 1561]

- **Notice of Amended Agenda for Hearing of Matters Scheduled for April 16, 2026 at 1:00 p.m. (ET)** [Docket No. 1562]

Furthermore, on April 16, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**:

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

- **Notice of Amended Agenda for Hearing of Matters Scheduled for April 16, 2026 at 1:00 p.m. (ET)** [Docket No. 1562]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: April 22, 2026

/s/ *Mikayla Cleary*
Mikayla Cleary
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | chase.anderson@hines.com; eric.lyon@hines.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Leib M. Lerner, Douglas J. Harris | leib.lerner@alston.com; douglas.harris@alston.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Stephen M. Blank | stephen.blank@alston.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant, Kenneth P. Kansa | agavant@btlaw.com; KKansa@btlaw.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | lofarrell@btlaw.com |
| Counsel for U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | ariela@bfbst.com |
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel to Regency Entertainment (USA), Inc. | Carothers & Hauswirth LLP | Gregory W. Hauswirth | ghauswirth@ch-legal.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | ryan@ryanpowerslaw.com |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Eric E. Walker | ewalker@cooley.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Aaron Applebaum, Roxanne M. Eastes | aaron.applebaum@us.dlapiper.com; roxanne.eastes@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Dennis O'Donnell | dennis.odonnell@us.dlapiper.com |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | mark@sowdllp.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | rmarcus@mindspring.com |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | mark.holscher@kirkland.com |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | KCroner@mac.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown, George A. Williams III | brown@lrclaw.com; williams@lrclaw.com |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | Liliana.Ranger@lw.com; Djenab.Conde@lw.com; Sam.Lehman@lw.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | John M. Steiner, Kristin A. Lawson | jsteiner@leechtishman.com; klawson@leechtishman.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | Michael P. Kruszewski | mkruszewski@leechtishman.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein, Noah Weingarten | vrubinstein@loeb.com; nweingarten@loeb.com |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | dstone@glaserweil.com |
| Top 20 Creditor | Milbank | Sean McMillon | smcmillon@milbank.com |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Nicholas Connolly, Ari Tuchman | nalmeida@milbank.com; smcmillon@milbank.com; nconnolly@milbank.com; VREGMilbank@milbank.com |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | bryan@moonshot.tv |

In re Village Roadshow Entertainment Group USA Inc., et al. Case No. 25-10475 (TMH)

Page 1 of 3

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel, William D. Curtis | glennsiegel@mvalaw.com; williamcurtis@mvalaw.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Jody C. Barillare | jody.barillare@morganlewis.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Morris James LLP | Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | eljones@omm.com; sdrake@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. and Jane M. Leamy | timothy.fox@usdoj.gov; Jane.M.Leamy@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Shirley S. Cho | rfeinstein@pszjlaw.com; scho@pszjlaw.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Pashman Stein Walder Hayden, P.C. | David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale | dstratton@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Top 20 Creditor | PWGA Pension Fund | | kchristovich@wga.org |
| Counsel to Clover Ivy Purchaser, LLC | Robinson & Cole LLP | Jamie L. Edmonson, Rachel Jaffe Mauceri | jedmonson@rc.com; rmauceri@rc.com |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | faxbahr@gmail.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Seward & Kissel LLP | John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio | ashmead@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | bateman@sewkis.com; patel@sewkis.com |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | lhoward@independentartistgroup.com |
| Counsel to Vine Alternative Investments Group, LLC | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Regency Entertainment (USA), Inc. | Stinson LLP | Sandford L. Frey | sandford.frey@stinson.com |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | ak@hjth.com |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | jon.cassir@caa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | TRizzo@endeavorco.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Joshua A. Feltman, Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | JAFeltman@wlrk.com; MSBenn@wlrk.com; JMSimwinga@wlrk.com; KPWaldock@wlrk.com |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | wayne.smith@warnerbros.com |
| Top 20 Creditor and Co-Counsel for Magnum Films SPC | Weil Gotshal & Manges LLP | Kevin Bostel | frank.nocco@weil.com; Kevin.Bostel@weil.com |
| Co-Counsel for Magnum Films SPC | Weil, Gotshal & Manges LLP | Tom Ara | Tom.Ara@weil.com |
| Top 20 Creditor | WGA Health Fund Contribtuion | | kchristovich@wga.org |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | kchristovich@wga.org |

# Exhibit B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | eljones@omm.com; sdrake@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Timothy Jay Fox, Jr. and Jane M. Leamy | timothy.fox@usdoj.gov; Jane.M.Leamy@usdoj.gov |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | R. Stephen McNeill, Brett M. Haywood, Shannon A. Forshay | rmcneill@potteranderson.com; bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Interested Party | The G.O.A.T. Media, LLC | John Pautsch | legal@thegoat.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | csawyer@morrisnichols.com; cberzack@morrisnichols.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | dpetrocelli@omm.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

# Exhibit C

**Exhibit C**
**Objecting Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Intercap Merchant Partners, LLC f/s/o Carol Roth | Intercap Merchant Partners, LLC f/s/o Carol Roth | Kasen Law Group, P.C. | jkasen@kasenlawgroup.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)                                   Page 1 of 1