**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VILLAGE ROADSHOW ENTERTAINMENT | ) | Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

Rel. Dkt. No. 1508

**CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM SEPTEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

The undersigned hereby certifies that:

1.      On March 30, 2026, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Third Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2025 Through November 30, 2025* [Docket No. 1508] (the "Application").

2.      Objections to the Application were to be filed and served no later than April 20, 2026 by 4:00 p.m. (prevailing Eastern Time).  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1]     The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

4913-2493-8660.1 90346.00002

3.      Accordingly, PSZJ requests that the proposed order attached to the Application be entered at the Court's earliest convenience.

Dated: April 29, 2026                  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Peter J. Keane, Esq. (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
       scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*