**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF MONTHLY STAFFING REPORT FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF ACCORDION PARTNERS, LLC
FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN
ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD
FROM APRIL 1, 2026 THROUGH APRIL 17, 2026**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (I) Authorizing the Debtors to Retain Accordion Partners, LLC, (II) Designating Keith Maib as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [Docket No. 209] (the "Retention Order"), Accordion Partners, LLC ("Accordion") has filed the attached staffing and compensation report for the period from April 1, 2026 through April 17, 2026 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before **June 2, 2026 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that in the event an objection is raised and not consensually resolved between the Debtors, Accordion, and the objecting party, the portion of the

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

Staffing and Compensation Report that was objected to shall be subject to review by the Court.

No payments shall be made to Accordion on account of the objected to portion of such Staffing

and Compensation Report until such objection is resolved.

Dated: May 12, 2026
Wilmington, Delaware

*/s/ Brynna M. Gaffney*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Brynna M. Gaffney (Del. Bar No. 7402) | Matthew T. Benz (admitted *pro hac vice*) |
| Rodney Square | 321 North Clark Street, 32nd Floor |
| 1000 North King Street | Chicago, IL 60654 |
| Wilmington, DE 19801 | Telephone:    (312) 499-6300 |
| Telephone:    (302) 571-6600 | Facsimile:    (312) 499-6301 |
| Facsimile:    (302) 571-1253 | Email:    jbernbrock@sheppardmullin.com |
| Email:    jmulvihill@ycst.com | mbenz@sheppardmullin.com |
| bgaffney@ycst.com | |

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

*Co-Counsel for the Liquidation Trustee*

Telephone:    (310) 228-3700
Facsimile:    (310) 228-3701
Email:    jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:    (212) 653-8700
Facsimile:    (212) 653-8701
Email:    apaddock@sheppardmullin.com

*Co-Counsel for the Liquidation Trustee*

2

Accordion Partners, LLC
Summary of Hours and Fees by Professional
For the Period of April 1, 2026 to April 17, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Professional | Position | Rate | | Hours | Fees | |
|---|---|---|---|---|---|---|
| Maib, Keith | Chief Restructuring Officer | $ | 1,225.00 | 9.0 | $ | 11,025.00 |
| Whitlow, Colby | Senior Director | $ | 825.00 | 3.2 | $ | 2,640.00 |
| **Total Fees** | | | | **12.2** | **$** | **13,665.00** |
| **Total Expenses** | | | | | **$** | **-** |
| **Total Due** | | | | | **$** | **13,665.00** |

Accordion Partners, LLC
Summary of Hours and Fees by Category
For the Period of April 1, 2026 to April 17, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

| Category | Hours | | Fees |
|---|---|---|---|
| T&R – Chief Restructuring Officer Responsibilities | 9.0 | $ | 11,025.00 |
| T&R - Ch 11 Case Management / Reporting | 0.8 | $ | 660.00 |
| T&R - Discussions with Counsel | 0.3 | $ | 247.50 |
| T&R - Financial Projections | 0.9 | $ | 742.50 |
| T&R - Tax Issues | 0.3 | $ | 247.50 |
| T&R - Fee / Employment Apps | 0.9 | $ | 742.50 |
| **Total** | **12.2** | **$** | **13,665.00** |

Accordion Partners, LLC
Detailed Description of Hours and Fees by Category
For the Period of April 1, 2026 to April 17, 2026
VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., et al., - Case No. 25-10475 (TMH)

**T&R – Chief Restructuring Officer Responsibilities**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Maib, Keith | 4/10/2026 | Call with senior noteholders to discuss status | $ 1,225.00 | 0.5 | $ 612.50 |
| Maib, Keith | 4/14/2026 | Call with management and follow up with counsel regarding post effective date responsibilities | $ 1,225.00 | 2.5 | $ 3,062.50 |
| Maib, Keith | 4/15/2026 | Review estimated tax payments analysis and call with management re same | $ 1,225.00 | 1.0 | $ 1,225.00 |
| Maib, Keith | 4/16/2026 | Preparation for and attendance at confirmation hearing | $ 1,225.00 | 5.0 | $ 6,125.00 |
| **Total** | | | | **9.0** | **$ 11,025.00** |

**T&R - Discussions with Counsel**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/14/2026 | Call w counsel, K. Maib and L. Santor re wind-down plan | $ 825.00 | 0.3 | $ 247.50 |
| **Total** | | | | **0.3** | **$ 247.50** |

**T&R - Tax Issues**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/15/2026 | Call w K. Maib and L. Santor re taxes | $ 825.00 | 0.3 | $ 247.50 |
| **Total** | | | | **0.3** | **$ 247.50** |

**T&R - Financial Projections**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/14/2026 | Call w K. Maib and L. Santor re cash distribution projections | $ 825.00 | 0.4 | $ 330.00 |
| Whitlow, Colby | 4/14/2026 | Develop cash distribution schedule | $ 825.00 | 0.5 | $ 412.50 |
| **Total** | | | | **0.9** | **$ 742.50** |

**T&R - Ch 11 Case Management / Reporting**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/13/2026 | Attend to case emails and communication | $ 825.00 | 0.5 | $ 412.50 |
| Whitlow, Colby | 4/16/2026 | Attend to case emails and communication | $ 825.00 | 0.3 | $ 247.50 |
| **Total** | | | | **0.8** | **$ 660.00** |

**T&R - Fee / Employment Apps**

| Professional | Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Whitlow, Colby | 4/9/2026 | Prepare March 2026 staffing report | $ 825.00 | 0.9 | $ 742.50 |
| **Total** | | | | **0.9** | **$ 742.50** |