**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*, [1] | ) Case No. 25-10475 (TMH) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket Nos. 1646, 1647, 1648, 1690 & 1691** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS
ORDER APPROVING FINAL FEE APPLICATIONS**

The undersigned hereby certifies as follows:

1.      On or about May 26, 2026, certain of the professionals retained in these chapter 11 cases by the above-captioned debtors and debtors in possession filed their final fee applications (the Debtors' Professionals' Final Fee Applications") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors' Professionals' Final Fee Applications seek approval of fees and reimbursement of expenses of the following professionals:

- Sheppard, Mullin, Richter & Hampton LLP

- Young Conaway Stargatt & Taylor, LLP

- Kirkland & Ellis LLP and Kirkland & Ellis International LLP

- GBH SOLIC Holdco, LLC and SOLIC Capital, LLC

- Kurtzman Carson Consultants, LLC dba Verita Global

---

[1]     The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343.  The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

3.     Objections, if any, to the Debtors' Professionals' Final Fee Applications were required to be filed and served on or before June 22, 2026, at 4:00 p.m. (ET).

4.     The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Debtors' Professionals' Final Fee Applications has been received or appears on the Court's docket.  Accordingly, the Debtors' undersigned counsel hereby submits the proposed order (the "Proposed Order") attached hereto as **Exhibit 1** approving the Debtors' Professionals' Final Fee Applications on the terms set forth therein.

5.     WHEREFORE, as no responses or objections were received to the Debtors' Professionals' Final Fee Applications, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

*[Signature Page Follows]*

Dated: June 23, 2026
Wilmington, Delaware

/s/ Brynna M. Gaffney

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:         jmulvihill@ycst.com
               bgaffney@ycst.com

*Co-Counsel for the Liquidation Trustee*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone:     (312) 499-6300
Facsimile:     (312) 499-6301
Email:         jbernbrock@sheppardmullin.com
               mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:         jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:     (212) 653-8700
Facsimile:     (212) 653-8701
Email:         apaddock@sheppardmullin.com

*Co-Counsel for the Liquidation Trustee*

## EXHIBIT 1

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*, [1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket Nos. 1646, 1647, 1648, 1690 & 1691** |

**OMNIBUS ORDER APPROVING**
**FINAL FEE APPLICATIONS OF PROFESSIONALS**

Upon consideration of the final fee applications (collectively, the "Final Fee Applications")

of professionals (collectively, the "Professionals"), identified on **Exhibit A** hereto, retained in the

above-captioned chapter 11 cases, for allowance of compensation and reimbursement of expenses

on an final basis, and it appearing to this Court that all of the requirements of sections 327, 328,

330, 331 and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule

2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, have been satisfied; and it further appearing that the compensation earned and expenses

incurred were reasonable and necessary; and that the notice of the Final Fee Applications was

appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

**IT IS HEREBY ORDERED THAT**:

1.     The Final Fee Applications are APPROVED with respect to the amounts set forth on **Exhibit A** attached hereto.

2.     The Professionals are granted final allowance of compensation in the amounts set forth on **Exhibit A** attached hereto.

3.     The Professionals are granted, on an interim basis, reimbursement of the reasonable and necessary expenses in the amounts set forth on **Exhibit A** attached hereto.

4.     The Liquidating Trustee, on behalf of the Debtors, is authorized and directed, as provided herein, to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on **Exhibit A** hereto, less any and all amounts previously paid on account of such fees and expenses.

5.     This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

## EXHIBIT A

**VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC.,** *et al*
Case No. 25-10475 (TMH)
Chart of Final Fee Applications

| Professional | Final Compensation Period & Interim Fee Application | Final Fees Requested | Final Expenses Requested |
|---|---|---|---|
| Sheppard, Mullin, Richter & Hampton LLP, Co-Counsel to the Debtors | 3/17/25-4/17/26 D.I. 1646 | $14,291,296.75 | $282,257.49 |
| Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors | 3/17/25-4/17/26 D.I. 1647 | $1,245,637.50 | $51,393.64 |
| GBH SOLIC Holdco, LLC and SOLIC Capital, LLC | 3/17/25-12/31/25 D.I. 1648 | $9,625,000.00 | $40,197.94 |
| Kurtzman Carson Consultants, LLC dba Verita Global | 3/17/25-4/17/26 D.I. 1690 | $103,813.11 | $0.00 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Special Litigation Counsel to the Debtors | 3/17/25-4/17/26 D.I. 1691 | $4,102,700.50 | $41,381.93 |