## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 25-10475 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 73

Magnum Films SPC hereby withdraws, without prejudice, proof of claim No. 73, filed against debtor Village Roadshow Films North America Inc. in case No. 25-10485, on July 18, 2025.

Dated:    June 25, 2026
             New York, New York

Respectfully submitted,

*/s/ Kevin H. Bostel*
WEIL, GOTSHAL & MANGES LLP
Kevin H. Bostel
767 Fifth Avenue
New York, New York
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Kevin.Bostel@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Tom K. Ara
1999 Avenue of the Stars, Suite 1800
Los Angeles, California
Telephone: (213) 667-5100
Facsimile: (213) 667-5111
Email: Tom.Ara@weil.com

*Counsel to Magnum Films SPC*