**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*, | Case No. 25-10475 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 74**

Magnum Films SPC hereby withdraws, without prejudice, proof of claim No. 74, filed against debtor Village Roadshow Pictures North America Inc. in case No. 25-10490, on July 18, 2025.

Dated:   June 25, 2026
        New York, New York

Respectfully submitted,

*/s/ Kevin H. Bostel*
WEIL, GOTSHAL & MANGES LLP
Kevin H. Bostel
767 Fifth Avenue
New York, New York
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Kevin.Bostel@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Tom K. Ara
1999 Avenue of the Stars, Suite 1800
Los Angeles, California
Telephone: (213) 667-5100
Facsimile: (213) 667-5111
Email: Tom.Ara@weil.com

*Counsel to Magnum Films SPC*