Claims Register Report by Name
Date Range: 03/17/2025-07/01/2026

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2025 | 8 | 10100 Santa Monica, Inc. | c/o Michael Greger | Allen Matkins, et al. | 2010 Main Street Suite 800 | Irvine | CA | 92614 | | $2,283,890.41 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 06/02/2025 | 9 | 10100 Santa Monica, Inc. | c/o Michael Greger | Allen Matkins, et al. | 2010 Main Street Suite 800 | Irvine | CA | 92614 | | $2,283,890.41 | General Unsecured | | | | Village Roadshow Entertainment Group (BVI) Limited | 25-10502 |
| 08/12/2025 | 91 | BKS HL Limited | Wiggin LLP | Jessop House, Jessop Avenue | Cheltenham | Gloucestershire | | GL50 3WG | England | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/16/2025 | 32 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Distribution (BVI) Limited | 25-10505 |
| 07/16/2025 | 33 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Entertainment Group (BVI) Limited | 25-10502 |
| 07/16/2025 | 34 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | $10,500,000.00 | Admin Priority | | | | Village Roadshow Films (BVI) Limited | 25-10506 |
| 07/16/2025 | 35 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Films Global Inc. | 25-10481 |
| 07/16/2025 | 36 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Distribution USA Inc. | 25-10479 |
| 07/16/2025 | 37 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Pictures North America Inc. | 25-10490 |
| 07/16/2025 | 38 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Films North America Inc. | 25-10485 |
| 07/16/2025 | 39 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow VS Films LLC | 25-10491 |
| 07/16/2025 | 40 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | VR Funding LLC | 25-10495 |
| 07/16/2025 | 41 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | VR Films Holdings (BVI) Limited | 25-10507 |
| 07/16/2025 | 42 | CP Ventura LLC | Attn Amalia Goldvaser | 10877 Wilshire Boulevard Suite 1404 | | Los Angeles | CA | 90024 | | EXPUNGED | Admin Priority | | | | Village Roadshow Productions (BVI) Ltd | 25-10503 |
| 07/18/2025 | 79 | Directors Guild of America, Inc. | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 79 | Directors Guild of America, Inc. | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | $14,415.34 | Secured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 83 | Directors Guild of America-Producer Pension and Health Plans | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 05/02/2025 | 2 | Elaine Murphy | | Address on File | | | | | | $2,500.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 52 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | VREG Production Services Inc. | 25-10484 |
| 07/18/2025 | 53 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Pictures North America Inc. | 25-10490 |
| 07/18/2025 | 54 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Films Global Inc. | 25-10481 |
| 07/18/2025 | 55 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/18/2025 | 56 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 57 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | VR Zoo Distribution USA Inc. | 25-10504 |
| 07/18/2025 | 58 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | VR DTE Distribution USA Inc. | 25-10493 |
| 07/18/2025 | 59 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | VREG Television Inc. | 25-10486 |
| 07/18/2025 | 60 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Distribution USA Inc. | 25-10479 |
| 07/18/2025 | 61 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | Village Roadshow Pictures Entertainment Inc. | 25-10488 |
| 07/18/2025 | 62 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | EXPUNGED | Priority | | | | VREG Television Inc. | 25-10486 |
| 04/16/2025 | 1 | Frank N. Magid Associates, Inc. d.b.a Magid | c/o Laura Goforth | Dorsey + Whitney LLP | 50 South Sixth Street Suite 1500 | Minneapolis | MN | 55402 | | $71,142.50 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/06/2025 | 11 | Jerome Loving | Attn Joe Veltre | Address on File | | | | | | $20,000.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 06/30/2025 | 10 | Jody Highroller Entertainment Inc. f/s/o Horst Simco p/k/a Riff Raff | Attn Robert Garson | c/o GS2Law | 20801 Biscayne Blvd, Ste 506 | Aventura | FL | 33180 | | $20,000.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 05/14/2025 | 3 | Kendall Milton | | Address on File | | | | | | EXPUNGED | Admin Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/08/2025 | 14 | Keyon E Tehrani | | Address on File | | | | | | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/17/2025 | 19 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Crescent Film Holdings Limited | 25-10500 |
| 07/17/2025 | 20 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/17/2025 | 21 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Distribution USA Inc. | 25-10479 |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 1 of 3

Claims Register Report by Name
Date Range: 03/17/2025-07/01/2026

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/2025 | 22 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Films North America Inc. | 25-10485 |
| 07/17/2025 | 23 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Pictures Entertainment Inc. | 25-10488 |
| 07/17/2025 | 24 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Pictures North America Inc. | 25-10490 |
| 07/17/2025 | 25 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Film Administration Management Pty Ltd | 25-10497 |
| 07/17/2025 | 26 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Distribution (BVI) Limited | 25-10505 |
| 07/17/2025 | 27 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Films (BVI) Limited | 25-10506 |
| 07/17/2025 | 28 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Productions (BVI) Ltd | 25-10503 |
| 07/17/2025 | 29 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Holdings USA Inc. | 25-10508 |
| 07/17/2025 | 43 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $4,000,000.00 | General Unsecured | | | | VREG Funding LLC | 25-10477 |
| 07/17/2025 | 44 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VR Funding LLC | 25-10495 |
| 07/17/2025 | 45 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/17/2025 | 46 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $4,000,000.00 | General Unsecured | | | | VREG Films Ltd | 25-10496 |
| 07/17/2025 | 47 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VR Films Holdings (BVI) Limited | 25-10507 |
| 07/18/2025 | 48 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Entertainment Group (BVI) Limited | 25-10502 |
| 07/17/2025 | 49 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow VS Films LLC | 25-10491 |
| 07/18/2025 | 63 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG WW IP Global LLC | 25-10489 |
| 07/18/2025 | 64 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG IP Global LLC | 25-10478 |
| 07/18/2025 | 65 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG OP Global LLC | 25-10483 |
| 07/18/2025 | 66 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG J2 Global LLC | 25-10480 |
| 07/18/2025 | 67 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG Wonka IP Global LLC | 25-10487 |
| 07/18/2025 | 68 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | VREG MM2 IP Global LLC | 25-10482 |
| 07/18/2025 | 71 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | | | | Village Roadshow Films Global Inc. | 25-10481 |
| 07/18/2025 | 85 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | A | | 07/18/2025 | VREG Funding LLC | 25-10477 |
| 07/18/2025 | 86 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | A | | 07/17/2025 | VREG Films Ltd | 25-10496 |
| 07/18/2025 | 87 | Kirkland and Ellis LLP | Chad J. Husnick | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | $11,683,086.88 | General Unsecured | A | | 07/17/2025 | VREG Films Ltd | 25-10496 |
| 08/27/2025 | 93 | Lily Drew | Attn Lily Drew | Address on File | | | | | | EXPUNGED | General Unsecured | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/14/2025 | 18 | Lions Gate Films Inc. | Anthony Gambol | 2700 Colorado Avenue | | Santa Monica | CA | 90404 | | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 69 | Loompala Pictures, LLC | Scott Parish | 10390 Santa Monica Blvd. | | Los Angeles | CA | 90025 | | W/D | Secured | | | | VREG Wonka IP Global LLC | 25-10487 |
| 07/18/2025 | 75 | Loompala Pictures, LLC | Scott Parish | 10390 Santa Monica Blvd. | | Los Angeles | CA | 90025 | | W/D | Secured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 76 | Loompala Pictures, LLC | Scott Parish | 10390 Santa Monica Blvd. | | Los Angeles | CA | 90025 | | W/D | Secured | | | | VREG MM2 IP Global LLC | 25-10482 |
| 07/18/2025 | 77 | Loompala Pictures, LLC | Scott Parish | 10390 Santa Monica Blvd. | | Los Angeles | CA | 90025 | | W/D | Secured | | | | VREG J2 Global LLC | 25-10480 |
| 07/18/2025 | 72 | MACRO CONTENT FUND I, LLC MACRO CONTENT FUND I, PRI LLC and MACRO MEDIA, LLC | c/o Venable LLP, Attn Rishi Kapoor | 151 W 42nd Street, 49th Floor | | New York | NY | 10036 | | $1,858,596.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 51 | Magnum Films SPC | | Cricket Square, Hutchins Drive | | Grand Cayman | | KY1-111 | Cayman Islands | W/D | Secured | | | | Village Roadshow Films (BVI) Limited | 25-10506 |
| 07/18/2025 | 70 | Magnum Films SPC | | Cricket Square, Hutchins Drive | | Grand Cayman | | KY1-111 | Cayman Islands | W/D | Secured | | | | Village Roadshow Distribution (BVI) Limited | 25-10505 |
| 07/18/2025 | 73 | Magnum Films SPC | | Cricket Square, Hutchins Drive | | Grand Cayman | | KY1-111 | Cayman Islands | W/D | Secured | | | | Village Roadshow Films North America Inc. | 25-10485 |
| 07/18/2025 | 74 | Magnum Films SPC | | Cricket Square, Hutchins Drive | | Grand Cayman | | KY1-111 | Cayman Islands | W/D | Secured | | | | Village Roadshow Pictures North America Inc. | 25-10490 |
| 07/08/2025 | 13 | McGuffin Entertainment Media Inc. | Attn Douglas R. Stone, Esq. | c/o Glaser Weil | 10250 Constellation Blvd 19th Floor | Los Angeles | CA | 90067 | | $300,000.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/07/2025 | 12 | Mediabrat Productions Inc. | f/s/o Will Pascoe | c/o Independent Artist Group | 10585 Santa Monica Blvd. | Los Angeles | CA | 90025 | | EXPUNGED | Admin Priority | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/16/2025 | 31 | Moonshot Entertainment, Inc. | Attn Cole Nicholas | c/o Greenberg Glusker | 2049 Century Park East, Ste. 2600 | Los Angeles | CA | 90067 | | $797,420.50 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 80 | Motion Picture Industry Pension Plan and Motion Picture Industry Health Plan | David E. Ahdoot | 801 N. Brand Boulevard, Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/17/2025 | 78 | Raj Balu | Attn Bradley Garrett | Address on File | | | | | | $5,000.00 | General Unsecured | | | | Village Roadshow Pictures Entertainment Inc. | 25-10488 |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 3

Claims Register Report by Name
Date Range: 03/17/2025-07/01/2026

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2025 | 88 | SAG-AFTRA Health Plan and SAG-Producers Pension Plan | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 81 | Screen Actors Guild-American Federation of Television and Radio Artists | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Secured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 81 | Screen Actors Guild-American Federation of Television and Radio Artists | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 81 | Screen Actors Guild-American Federation of Television and Radio Artists | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 05/17/2025 | 4 | Sean Cook | Attn Benjamin Rubinfeld | Address on File | | | | | | $22,500.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/21/2025 | 90 | Seven Seas Films Limited | Blinkhorns | 27 Mortimer Street | | London | | W1T 3BL | United Kingdom | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 50 | Sony Pictures Entertainment, Inc. | In Care of Alston Bird LLP - Leib M. Lerner | 350 South Grand Avenue, 51st Floor | | Los Angeles | CA | 90071 | | $250,000.00 | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/14/2025 | 16 | The G.O.A.T. Media, LLC | John Pautsch | 9903 Santa Monica Blvd. #169 | | Beverly Hills | CA | 90212 | | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/15/2025 | 17 | The G.O.A.T. Media, LLC | John Pautsch | 9903 Santa Monica Blvd. #169 | | Beverly Hills | CA | 90212 | | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 01/20/2026 | 94 | The G.O.A.T. Media, LLC | John Pautsch | 9903 Santa Monica Blvd. #169 | | Beverly Hills | CA | 90212 | | W/D | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/16/2025 | 30 | Warner Bros. Entertainment, Inc., et al. | Steve Warren | 400 South Hope Street, 19th Floor | | Los Angeles | CA | 90071-2811 | | UNLIQUIDATED | General Unsecured | | | | Village Roadshow Films (BVI) Limited | 25-10506 |
| 05/28/2025 | 5 | William Morris Endeavor Entertainment, LLC | Trina Shek Rizzo | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 | | EXPUNGED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 05/28/2025 | 6 | William Morris Endeavor Entertainment, LLC | Trina Shek Rizzo | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 | | EXPUNGED | General Unsecured | | | | Village Roadshow Productions Inc. | 25-10492 |
| 05/29/2025 | 7 | William Morris Endeavor Entertainment, LLC | Trina Shek Rizzo | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 | | EXPUNGED | General Unsecured | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/09/2025 | 15 | William Morris Endeavor Entertainment, LLC | Trina Shek Rizzo | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 | | EXPUNGED | General Unsecured | | | | Village Roadshow Productions Inc. | 25-10492 |
| 07/18/2025 | 84 | Wilmington Savings Fund Society, FSB in its Capacity as Collateral Agent | Attn John R. Ashmead, Esq. and Gregg S Bateman, Esq. | Seward & Kissel LLP | One Battery Park Plaza | New York | NY | 10004 | | UNLIQUIDATED | Secured | | | | Village Roadshow Entertainment Group (BVI) Limited | 25-10502 |
| 08/21/2025 | 92 | Wilmington Savings Fund Society, FSB in its Capacity as Collateral Agent | Attn John R. Ashmead, Esq. and Gregg S Bateman, Esq. | Seward & Kissel LLP | One Battery Park Plaza | New York | NY | 10004 | | UNLIQUIDATED | Secured | A | | 07/18/2025 | Village Roadshow Entertainment Group (BVI) Limited | 25-10502 |
| 07/18/2025 | 82 | Writers Guild of America West, Inc. and Writers Guild of America East, Inc. | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 82 | Writers Guild of America West, Inc. and Writers Guild of America East, Inc. | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | General Unsecured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 82 | Writers Guild of America West, Inc. and Writers Guild of America East, Inc. | David E. Ahdoot | 801 N. Brand Blvd., Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Secured | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |
| 07/18/2025 | 89 | Writers Guild-Industry Health Fund and Producers-Writers Guild of America Pension Plan | David E. Ahdoot | 801 N. Brand Boulevard, Suite 950 | | Glendale | CA | 91203 | | UNLIQUIDATED | Priority | | | | Village Roadshow Entertainment Group USA Inc. | 25-10475 |

In re Village Roadshow Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 3 of 3