**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR JULY 20, 2026 AT *10:00 A.M. (ET)***

**NO MATTERS ARE GOING FORWARD. THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED MATTERS**

1. Liquidation Trustee's Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trustee May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1707, 6/12/26]

   Response Deadline: June 26, 2026 at 4:00 p.m. (ET)
   Related Documents:

   A. Certification of No Objection [D.I. 1726, 6/29/26]

   B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trustee May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1727, 6/30/26]

   Responses Filed: None

   Status: An order has been entered. No hearing is necessary.

2. Final Fee Applications

   Related Documents: See Schedule A, attached

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

A. Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications [D.I. 1720, 6/23/26]

B. Omnibus Order Approving Final Fee Applications of Professionals [D.I. 1733, 7/13/26]

C. Certification of No Objection Regarding Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1735, 7/14/26]

D. Certification of No Objection Regarding Supplement to Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP As Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1736, 7/14/26]

E. Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses of Dundon Advisers LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through April 30, 2026 [D.I. 1738, 7/14/26]

F. Amended Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses of Dundon Advisors LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1740, 7/15/26]

G. Amended Certification of No Objection Regarding Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1741, 7/15/26]

H. Order Granting Final Application for Compensation and Reimbursement of Expenses of Dundon Advisors LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1742, 7/16/26]

I. Order Granting Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 Through April 30, 2026 [D.I. 1743, 7/16/26]

Objections Filed: None

Status: Orders have been entered. No hearing is required.

Dated: July 16, 2026
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph M. Mulvihill (Del. Bar No. 6061)
Brynna M. Gaffney (Del. Bar No. 7402)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jmulvihill@ycst.com
bgaffney@ycst.com

*Co-Counsel for the Liquidation Trustee*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock (admitted *pro hac vice*)
Matthew T. Benz (admitted *pro hac vice*)
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone: (312) 499-6300
Facsimile: (312) 499-6301
Email: jbernbrock@sheppardmullin.com
mbenz@sheppardmullin.com

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email: jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: apaddock@sheppardmullin.com

*Co-Counsel for the Liquidation Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | **Hearing Date: July 21, 2026 at 10:00 a.m. (ET)** |
| Debtors. | ) | |

**SCHEDULE A**
**INDEX FINAL FEE APPLICATIONS**

A. **Young Conaway Stargatt & Taylor, LLP -** Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from April 1, 2026 through April 17, 2026 and the Final Period from March 17, 2025 through April 17, 2026 [D.I. 1647, 5/26/26]

1. Thirteenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1616, 5/1/26]

2. Certificate of No Objection for the Thirteenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1651, 5/26/26]

3. Certificate of No Objection for the Fourteenth Monthly Fee Application for the Period April 1, 2026 through April 17, 2026 [D.I. 1713, 6/17/26]

B. **Sheppard, Mullin, Richter & Hampton LLP –** Combined Fourteenth Monthly (for the Period from April 1, 2026, Through April 17, 2026) and Final (for the Period from March 17, 2025, Through April 17, 2026) Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors in Possession [D.I. 1646, 5/26/26]

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

1. Thirteenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1615, 5/1/26]

2. Certificate of No Objection for the Thirteenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1650, 5/26/26]

3. Certificate of No Objection for the Fourteenth Monthly Fee Application for the Period April 1, 2026 through April 17, 2026 [D.I. 1712, 6/17/26]

C. **Kirkland & Ellis LLP and Kirkland & Ellis International LLP -** Eleventh Monthly and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Fee Period From April 1, 2026 Through April 17, 2026 and the Final Fee Period from March 17, 2025 Through April 17, 2026 [D.I. 1691, 5/29/26]

1. Tenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1629, 5/8/26]

2. Certificate of No Objection for the Tenth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1693, 6/1/26]

3. Certificate of No Objection for the Eleventh Monthly and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Fee Period From April 1, 2026 Through April 17, 2026 and the Final Fee Period from March 17, 2025 Through April 17, 2026 [D.I. 1719, 6/22/26]

D. **SOLIC** – Final Application of SOLIC for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from March 17, 2025 Through and Including December 31, 2025 [D.I. 1648, 5/26/26]

1. Certificate of No Objection for the Final Application of SOLIC for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from March 17, 2025 Through and Including December 31, 2025 [D.I. 1714, 6/17/26]

E. **Verita Global** - Final Fee Application of Kurtzman Carson Consultants, LLC dba Verita Global, as Administrative Advisor to the Debtors, for the Period From March 17, 2025 Through and Including April 17, 2026 [D.I. 1690, 5/29/26]

1. Sixth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1610, 4/19/26]

2. Certificate of No Objection for the Sixth Monthly Fee Application for the Period March 1, 2026 through March 31, 2026 [D.I. 1649, 5/26/26]

F. **Pachulski Stang Ziehl & Jones LLP** – Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 through April 30, 2026 [D.I. 1687, 5/27/26]

1. Twelfth Monthly Fee Application for the Period March 1, 2026 through April 30, 2025 [D.I. 1633, 5/13/26]

2. Supplement to Fifth Interim and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2025 through April 30, 2026 [D.I. 1709, 6/12/26]

G. **Dundon Advisers LLC** – Final Application for Compensation and Reimbursement of Expenses of Dundon Advisors LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2026 Through April 30, 2026 [D.I. 1708, 6/12/26]

1. First Monthly Fee Application for the Period April 1, 2025 through April 30, 2025 [D.I. 470, 6/4/25]

2. Certificate of No Objection for the First Monthly Fee Application for the Period April 1, 2025 through April 30, 2025 [D.I. 607, 6/26/25]

3. Second Combined Monthly Fee Application for the Period from May 1, 2025 through June 30, 2025 [D.I. 723, 8/15/25]

4. Certificate of No Objection for the Second Combined Monthly Fee Application for the Period from May 1, 2025 through June 30, 2025 [D.I. 821, 9/1125]

5. Third Combined Monthly Fee Application for the Period from July 1, 2025 through September 30, 2025 [D.I. 1017, 10/31/25]

6. Certificate of No Objection for the Third Combined Monthly Fee Application for the Period from July 1, 2025 through September 30, 2025 [D.I.1136, 12/3/25]

7. Fourth Combined Monthly Fee Application for the Period from October 1, 2025 through December 31, 2025 [D.I. 1374, 2/20/26]

8. Certificate of No Objection for the Fourth Combined Monthly Fee Application for the Period from October 1, 2025 through December 31, 2025 [D.I. 1452, 3/18/26 ]

9. Fifth Combined Monthly Fee Application for the Period from January 1, 2026 through April 30, 2026 [D.I. 1706, 6/11/26]