**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT | ) Case No. 25-10475 (TMH) |
| GROUP USA INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Mikayla Cleary, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 14, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Liquidation Trustee's Motion for an Order Extending the Claims Objection Bar Date Under the Confirmed Chapter 11 Plan** [Docket No. 1734]

Furthermore, in accordance with Local Rule 5004-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with copies of the foregoing.

Dated: July 17, 2026

/s/ *Mikayla Cleary*
Mikayla Cleary
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | chase.anderson@hines.com; eric.lyon@hines.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Alston & Bird LLP | Stephen M. Blank | stephen.blank@alston.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant | agavant@btlaw.com |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | lofarrell@btlaw.com |
| Counsel for U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | ariela@bfbst.com |
| Counsel for Union Entities | Bush Gottlieb, a Law Corporation | David E. Ahdoot, Kirk Prestegard | dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel to Regency Entertainment (USA), Inc. | Carothers & Hauswirth LLP | Gregory W. Hauswirth | ghauswirth@ch-legal.com |
| Counsel to Sony Pictures Entertainment, Inc., Columbia Pictures Industries, Inc. and affiliates | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | ryan@ryanpowerslaw.com |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Eric E. Walker | ewalker@cooley.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Aaron Applebaum, Roxanne M. Eastes | aaron.applebaum@us.dlapiper.com; roxanne.eastes@us.dlapiper.com |
| Counsel to Magnum Films SPC | DLA Piper LLP (US) | Dennis O'Donnell | dennis.odonnell@us.dlapiper.com |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | mark@sowdllp.com |
| Counsel to 20th Century Studios, Inc. | Goodwin Procter LLP | Andrew N. Goldman | AndyGoldman@goodwinlaw.com |
| Counsel to 20th Century Studios, Inc. | Goodwin Procter LLP | Benjamin W. Loveland | bloveland@goodwinlaw.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | rmarcus@mindspring.com |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | mark.holscher@kirkland.com |
| Top 20 Creditor | Kubier Entertainment f/s/o Karen Croner | Attn: Jeff Okin | KCroner@mac.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Landis Rath & Cobb LLP | Kimberly A. Brown, George A. Williams III | brown@lrclaw.com; williams@lrclaw.com |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | Liliana.Ranger@lw.com; Djenab.Conde@lw.com; Sam.Lehman@lw.com |
| Counsel for Union Entities | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | John M. Steiner, Kristin A. Lawson | jsteiner@leechtishman.com; klawson@leechtishman.com |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | Michael P. Kruszewski | mkruszewski@leechtishman.com |
| Attorneys for Alcon Media Group, LLC and Loompala Pictures, LLC | Loeb & Loeb LLP | Vadim J. Rubinstein, Noah Weingarten | vrubinstein@loeb.com; nweingarten@loeb.com |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | dstone@glaserweil.com |
| Top 20 Creditor | Milbank | Sean McMillon | smcmillon@milbank.com |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Nicholas Connolly, Ari Tuchman | nalmeida@milbank.com; smcmillon@milbank.com; nconnolly@milbank.com; VREGMilbank@milbank.com |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | bryan@moonshot.tv |
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel | glennsiegel@mvalaw.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Jody C. Barillare | jody.barillare@morganlewis.com |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | stephan.hornung@morganlewis.com |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Morris James LLP | Eric J. Monzo, Jason S. Levin | emonzo@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Matthew B. Harvey | cmiller@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | jnewton@mofo.com; gpeck@mofo.com; mrussell@mofo.com; wwinsett@mofo.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | mkline@omm.com; theafner@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Scott Drake, Emma Jones | eljones@omm.com; sdrake@omm.com |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | swarren@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Jane M. Leamy | Jane.M.Leamy@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Peter J. Keane | bsandler@pszjlaw.com; pkeane@pszjlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Shirley S. Cho | rfeinstein@pszjlaw.com; scho@pszjlaw.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Pashman Stein Walder Hayden, P.C. | David B. Stratton, Joseph C. Barsalona II, Alexis R. Gambale | dstratton@pashmanstein.com; jbarsalona@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | susanwilliams@paulhastings.com; paulsagan@paulhastings.com |
| Counsel for 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Potter Anderson & Corroon LLP | Brett M. Haywood and Shannon A. Forshay | bhaywood@potteranderson.com; sforshay@potteranderson.com |
| Top 20 Creditor | PWGA Pension Fund | | kchristovich@wga.org |
| Counsel to Clover Ivy Purchaser, LLC | Robinson & Cole LLP | Jamie L. Edmonson, Rachel Jaffe Mauceri | jedmonson@rc.com; rmauceri@rc.com |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | faxbahr@gmail.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as collateral agent under that certain Fifth Amended and Restated Note Purchase Agreement, dated January 21, 2025 | Seward & Kissel LLP | John R. Ashmead, Gregg S. Bateman, Catherine V. LoTempio | ashmead@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | bateman@sewkis.com; patel@sewkis.com |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | lhoward@independentartistgroup.com |
| Counsel to Vine Alternative Investments Group, LLC | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel to Regency Entertainment (USA), Inc. | Stinson LLP | Sandford L. Frey | sandford.frey@stinson.com |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 2 of 3

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | ak@hjth.com |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | jon.cassir@caa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Committee of Unsecured Creditors | Vanessa McCarthy | c/o: William Morris Endeavor Entertainment, LLC | TRizzo@endeavorco.com |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | MSBenn@wlrk.com; JMSimwinga@wlrk.com; KPWaldock@wlrk.com |
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | wayne.smith@warnerbros.com |
| Top 20 Creditor and Co-Counsel for Magnum Films SPC | Weil Gotshal & Manges LLP | Kevin Bostel | frank.nocco@weil.com; Kevin.Bostel@weil.com |
| Co-Counsel for Magnum Films SPC | Weil, Gotshal & Manges LLP | Tom Ara | Tom.Ara@weil.com |
| Top 20 Creditor | WGA Health Fund Contribtuion | | kchristovich@wga.org |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | kchristovich@wga.org |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor and Committee of Unsecured Creditors | 10100 Santa Monica Blvd. | Attn: Chase Anderson and Eric Lyons, Hines | 10100 Santa Monica Blvd, Suite 180 | | | Los Angeles | CA | 90067 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Aaron Gavant | One N. Wacker Drive Suite 4400 | | | Chicago | IL | 60606-2833 |
| U.S. Bank National Association, as ABS Trustee | Barnes & Thornburg LLP | Leah O'Farrell | One Marina Park Drive Suite 1530 | | | Boston | MA | 02210 |
| Top 20 Creditor | Blackbird Films f/s/o Adam Small | c/o Brechen Feldman Breimer Silver & Thompson, LLP | Attn: Ariela Moskowitz | 1875 Century Park East, Suite 1770 | | Los Angeles | CA | 90067 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to Regency Entertainment (USA), Inc. | Carothers & Hauswirth LLP | Gregory W. Hauswirth | 1007 N. Orange Street, 4th Floor | | | Wilmington | DE | 19801 |
| Top 20 Creditor | Content Cartel LLC | c/o Ryan Powers, Attorney at Law | 5807 Fayette Street | | | Los Angeles | CA | 90042 |
| Counsel to Vine Alternative Investments Group, LLC | Cooley LLP | Eric E. Walker | 110 N. Wacker Drive | Suite 4200 | | Chicago | IL | 60606 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Top 20 Creditor | EP Abso LLC | c/o Sloane, Offer, Weber, and Dern LLP | Attn: Mark Wetzstein | 10100 Santa Monica Blvd., Suite 750 | | Los Angeles | CA | 90067 |
| Counsel to 20th Century Studios, Inc. | Goodwin Procter LLP | Benjamin W. Loveland | 100 Northern Avenue | | | Boston | MA | 02210 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 20 Creditor | Katzner Pictures f/s/o Oren Moverman | Oren Moverman | 16 West 16th Street, Apt. 12AN | | | New York | NY | 10011 |
| Top 20 Creditor | Kirkland & Ellis LLP | Mark C. Holscher, P.C. | 2049 Century Park E Ste 3700 | | | Los Angeles | CA | 90067-3211 |
| Counsel to Content Partners | Latham & Watkins LLP | Liliana Ranger, Djenab Conde, Sam Lehman | 10250 Constellation Blvd., Suite 1100 | | | Los Angeles | CA | 90067 |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | John M. Steiner, Kristin A. Lawson | 525 William Penn Place, 28th Floor | | | Pittsburgh | PA | 15219 |
| Counsel to Regency Entertainment (USA), Inc. | Leech Tishman Fuscaldo & Lampl, LLC | Michael P. Kruszewski | 1001 State Street, Suite 1400 | | | Erie | PA | 16501 |
| Top 20 Creditor and Committee of Unsecured Creditors | McGuffin Entertainment Media, Inc. c/o UTA | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP | Attn: Douglas Stone and James Scura | 10250 Constellation Blvd., 19th Floor | | Los Angeles | CA | 90067 |
| Top 20 Creditor | Milbank | Sean McMillon | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Counsel to Falcon and Ontario | Milbank LLP | Nelly Almeida, Sean McMillon, Nicholas Connolly, Ari Tuchman | 55 Hudson Yards | | | New York | NY | 10001-2163 |
| Top 20 Creditor | Moonshot Entertainment Inc. f/s/o Bryan Cranston | c/o UTA | Attn: Matt Rice | 9336 Civic Center Drive | | Beverly Hills | CA | 90210 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Clover Ivy Purchaser, LLC | Moore & Van Allen PLLC | Glenn E. Siegel | 100 North Tryon Street, Suite 4700 | | | Charlotte | NC | 28202-4003 |
| Counsel to Paramount Global and its Affiliates, Including Paramount Pictures Corporation, Paramount Pictures International, and Paramount Pictures International Limited | Morgan, Lewis & Bockius LLP | Stephan E. Hornung | 101 Park Avenue | | | New York | NY | 10178-0060 |
| Counsel to DIP Lenders - Falcon and Ontario, 1397225 Ontario Limited and Falcon Strategic Partners IV, LP | Morrison & Foerster LLP | James Newton, Geoff Peck, Miranda Russell, Will Winsett | 250 West 55th Street | | | New York | NY | 10019-9601 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Matt Kline and Timothy Heafner | 1999 Avenue of the Stars 8th Floor | | | Los Angeles | CA | 90067 |
| Counsel to Warner Bros. Entertainment Inc., and its Affiliates | O'Melveny & Myers LLP | Steve Warren | 400 South Hope Street Suite 1900 | | | Los Angeles | CA | 90071 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Counsel to Vine; Counsel to EastTree Media | Paul Hastings LLP | Susan Williams, Paul Sagan | 1999 Avenue of the Stars, 27th Floor | | | Century City | CA | 90067 |
| Top 20 Creditor | PWGA Pension Fund | | Dept. LA 25083 | | | Pasadena | CA | 91185-5085 |
| Top 20 Creditor | SawSee Films, Inc. f/s/o Fax Bahr | c/o Surpin, Mayersohn & Coghill, LLP | 1880 Century Park East, Suite 404 | | | Los Angeles | CA | 90067 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to Collateral Agent for Senior Secured Notes | Seward & Kissell LLP | Gregg Bateman, Sagar Patel | One Battery Park Plaza | | | New York | NY | 10004 |
| Top 20 Creditor | Signpost Up Ahead, Inc. f/s/o Jill Blotevogel | f/s/o Jill Blotevogel | c/o Agency for the Performing Arts | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025 |
| Top 20 Creditor | Sony Pictures Television Inc. | Matthew Bickell | 10202 West Washington Blvd. | Norman Lear Building, 3rd Floor | | Culver City | CA | 90232 |
| Counsel to Regency Entertainment (USA), Inc. | Stinson LLP | Sandford L. Frey | 1901 Avenue of the Stars, Suite 450 | | | Los Angeles | CA | 90067-6006 |
| Top 20 Creditor | Three Rivers Entertainment f/s/o David Hollander | c/o Hansen, Jacobson, Teller, Hoberman | Attn: Adam Kaller and Duncan Hedges | 450 North Roxbury Drive, Suite 800 | | Beverly Hills | CA | 90210 |
| Top 20 Creditor | Upper Press, LLC f/s/o Patrick Cunnane | c/o CAA | Attn: Jon Cassir | 2000 Avenue of the Stars | | Los Angeles | CA | 90067 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Counsel to the Ad Hoc Group of ABS Noteholders | Wachtell, Lipton, Rosen & Katz | Michael S. Benn, Joel M. Simwinga, Katherine P. Waldock | 51 West 52nd Street | | | New York | NY | 10019 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Warner Bros. Entertainment Inc. | Attn Wayne Smith | 4000 Warner Blvd | | | Burbank | CA | 91522 |
| Top 20 Creditor and Co-Counsel for Magnum Films SPC | Weil Gotshal & Manges LLP | Kevin Bostel | 767 Fifth Avenue | | | New York | NY | 10153 |
| Co-Counsel for Magnum Films SPC | Weil, Gotshal & Manges LLP | Tom Ara | 1999 Avenue of the Stars, Suite 1800 | | | Los Angeles | CA | 90067 |
| Top 20 Creditor | WGA Health Fund Contribtuion | | Dept. LA 25102 | | | Pasadena | CA | 91185-5102 |
| Top 20 Creditor | Writers Guild of America West | Kristy Christovich | 7000 West Third Street | | | Los Angeles | CA | 90048 |

In re Village Roadshow
Entertainment Group USA Inc., et al.
Case No. 25-10475 (TMH)

Page 3 of 3