# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) | Case No. 25-10475 (TMH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Ref. Docket No. ___** |

**ORDER (I) DENYING MOTION FOR PRESERVATION OF DEBTOR BOOKS AND RECORDS; AND (II) IMPOSING NON-MONETARY SANCTIONS**

Upon consideration of the Liquidation Trustee's (I) *Objection to the Motion of John T. Pautsch for Preservation of Debtor Books and Records Under Paragraph 114 of the Confirmation Order*; and (II) *Motion for Non-Monetary Sanctions* (the "Objection and Sanctions Motion");[2] and the *Motion of John T. Pautsch for Preservation of Debtor Books and Records Under Paragraph 114 of the Confirmation Order* (the "Motion to Preserve"); and this Court having jurisdiction to consider the Objection and Sanctions Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion to Preserve and the Objection and

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

[2] Capitalized terms used but not defined herein shall have the meanings given in the Objection and the Sanctions Motion.

Sanctions Motion having been provided under the circumstances; and John T. Pautsch and GOAT Media having received proper notice of the specific prospective filing restrictions requested and an opportunity to oppose such relief; and the Court having considered the submissions of the parties and the statements and evidence presented at the hearing, if any; and the Court having determined that Mr. Pautsch may not prosecute claims or interests belonging to GOAT Media, and that GOAT Media may appear in this Court only through licensed counsel; and the Court having determined that the narrowly tailored relief is necessary and appropriate under section 105(a) of title 11 of the United States Code, 28 U.S.C. § 1651(a), and the Court's inherent authority to enforce its orders, regulate its docket, and prevent abuse of process; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Preserve is **DENIED**.

2. The Sanctions Motion is **GRANTED** as set forth herein.

3. GOAT Media may file, prosecute, or otherwise pursue any paper or request for relief in these chapter 11 cases only through counsel admitted to practice before this Court or admitted *pro hac vice* in accordance with the applicable Bankruptcy Rules, Local Rules, and orders of this Court. Any filings by GOAT Media that are not signed by counsel shall automatically be stricken.

4. Subject to the provisions of this Order, Mr. Pautsch shall not file, prosecute, or otherwise pursue, in his individual name or otherwise, any papers or pleadings in these chapter 11 cases.

5. Before filing any papers or pleadings in these chapter 11 cases in his individual capacity, Mr. Pautsch must first obtain leave of Court in accordance with paragraphs 6 through 8 of this Order.

6. To seek leave, Mr. Pautsch must submit to the Court: (a) a motion for leave, not exceeding five pages, explaining the legal and factual basis for the proposed filing and certifying that the proposed filing asserts an interest belonging to him individually and not to GOAT Media; and (b) attach the complete proposed filing as an exhibit to the motion for leave. The motion for leave and proposed filing shall not be docketed unless and until the Court grants leave.

7. The Liquidation Trustee and any other parties in interest shall have no obligation to respond to a motion for leave or proposed filing unless the Court directs otherwise.

8. If the Court denies leave, the proposed filing shall not be docketed, and no response shall be required. If the Court grants leave, the proposed filing may be docketed and shall thereafter proceed under the applicable Bankruptcy Rules, Local Rules, and orders of this Court.

9. This Court retains jurisdiction to interpret, implement, and enforce this Order.